IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** ) | |
| 12913 Sturbridge Road ) | |
| Woodbridge, Virginia 22194 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 05-2082 (ESH) |
| ) | |
| **SECRETARY OF THE NAVY** ) | |
| The Pentagon ) | |
| Washington, D.C. 20350, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for defendant in the above-captioned case.

```
        /s/
_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780
```