IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SECRETARY OF THE NAVY** )<br>)<br>)<br>**Defendant.** )<br>_____ ) | Civil Action Number: 05-2082 (ESH) |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to file his Reply to Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment and Defendant's Reply to Plaintiff's Renewed Cross-Motion for Summary Judgment, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including January 29, 2006, to file his Reply and Opposition.

Dated this _____ day of _____, 2005.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:
Parties via ECF