UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:05CV02082 |
| | ) | (ESH) |
| v. | ) | |
| | ) | |
| SECRETARY OF THE NAVY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day January of 2006, I caused the foregoing Notice of Filing and the Administrative Record in the above captioned case to be served on plaintiff, postage prepaid, addressed as follows:

Eugene R. Fidell
FELDESMAN TUCKER LEIFER & FIDELL, LLP
2001 L Street, NW
Second Floor
Washington, DC 20036-4910

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780