

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO 5420.16B
MMPR-2
31 Jan 1995

## MARINE CORPS ORDER 5420.16B

From:   Commandant of the Marine Corps
To:     Distribution List

Subj:   ENLISTED REMEDIAL PROMOTION BOARD

Ref:    (a) 10 U.S.C., Section 505 (NOTAL)
        (b) Manual for Courts-Martial, 1984, Chapter V
        (c) MCO P1400.32A
        (d) Marine Corps Manual

Encl:   (1) Procedures for the Enlisted Remedial Promotion Board

1. **Purpose.** To provide information concerning the operation and functioning of the Enlisted Remedial Promotion Board (ERPB).

2. **Cancellation.** MCO 5420.16A.

3. **Background.** The ERPB is an advisory board that provides advice to the Commandant of the Marine Corps on enlisted remedial promotion cases.

4. **Mission.** The ERPB is duly constituted by authority of the Commandant, pursuant to references (a) through (d), and applicable Department of Defense directives. Per the procedures outlined in the enclosure, it is authorized to review all Marine enlisted personnel records referred to it for the purpose of making recommendations concerning remedial promotion.

5. **Membership.** The ERPB will be composed of the members, representing the various divisions and staff agencies of the Commandant of the Marine Corps, listed in the enclosure.

6. **Exclusivity.** The guidance and procedures contained or specifically referenced in this Order are considered the sole guidance and procedures governing the ERPB.

7. **Summary of Revision.** This revision updates basic terminology, corrects gender references for female Marines, and provides for re-votes in the event an initial vote results in a tie. The revision also modifies the basic membership by removing the Head, Enlisted Promotions as a voting member, and assigns the same as the Senior Recorder (non-voting). To replace the above, a representative from the Separation and Retirement Branch has been added to the board membership.

DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited.

CMC CENTRAL FILES
HQ SUPPORT DIVISION

MCO 5420.16B

8. <u>Reserve Applicability</u>. This Order is applicable to the Marine
Corps Reserve.

P. G. HOWARD
By direction

DISTRIBUTION: PCN 10208170400

Copy to: 7000110 (55)
7000093/8145005 (2)
7000099, 144/8145001 (1)

MCO 5420.16B

## Procedures for the Enlisted Remedial Promotion Board

1. The Enlisted Remedial Promotion Board (ERPB) will be guided by and adhere to the procedures listed below when it reviews and makes recommendations on cases.

    a. **Membership and Quorum**

        (1) The ERPB will consist of the following:

            (a) Field grade officers appointed by the Deputy Chief of Staff for Manpower and Reserve Affairs (DC/S, M&RA) and representing each of the following staff agencies of the Commandant of the Marine Corps:

            <u>1</u> Enlisted Assignment Branch (MMEA), Personnel Management Division (MM).

            <u>2</u> Separation and Retirement Branch, MM

            <u>3</u> Manpower Policy Planning, Programming and Budgeting Branch, Manpower Plans and Policy Division.

            <u>4</u> Equal Opportunity Branch, Human Resources Division.

            <u>5</u> Personnel Management Support Branch, MM.

            (b) One field grade Reserve officer appointed by and representing the DC/S, M&RA.

            (c) One field grade female officer appointed by and representing the DC/S, M&RA.

            (d) One field grade officer appointed by and representing the Commanding General, Marine Corps Recruiting Command.

            (e) One field grade officer appointed by and representing the Deputy Chief of Staff for Installations and Logistics.

            (f) One field grade officer appointed by and representing the Deputy Chief of Staff for Aviation.

            (g) One field grade minority officer appointed by and representing the Director, MM.

ENCLOSURE (1)

MCO 5420.16B

(h) The Sergeant Major, Inspector General of the Marine Corps.

(i) The Sergeant Major, MM.

(j) The Sergeant Major/First Sergeant Monitor, MMEA.

(k) One master gunnery sergeant appointed by and representing the Staff Judge Advocate (SJA) to the Commandant of the Marine Corps.

(l) The Head, Enlisted Promotions, Promotion Branch (MMPR), MM to act as the permanent Senior Recorder (non-voting).

(m) One staff noncommissioned officer from MMPR, MM to act as the permanent Assistant Recorder (non-voting).

(2) Divisions tasked with providing officer members on the board will also provide an alternate member of equal grade who will be readily available to sit on the board, should the need arise. The name of primary and alternate members will be submitted to the Senior Recorder. Officers selected to the grade of major may be appointed to fill the field grade requirements.

(3) The Head, MMEA is designated as the President of the ERPB. When absent, the Assistant Head, MMEA will act as the President.

(4) The Director, MM will designate a master gunnery sergeant as an alternate for the master gunnery sergeant appointed by the Director, SJA.

(5) With the exception of the President, the Sergeant Major, MM, the Sergeant Major/First Sergeant Monitor, MMEA, the Senior Recorder, and the Assistant Recorder, no member shall serve continuously on the ERPB for a period in excess of 2 years. An interruption of assignment to the ERPB for any period less than 1 year will be counted in the period of continuous service.

(6) The ERPB will convene at the call of the President to consider the records of those Marines referred to the board for remedial consideration for promotion.

(7) At least nine voting members, to include the President, must be present when cases are considered. At least one recorder will be present when cases are considered.

ENCLOSURE (1)

2

b.  **Specific Guidance Concerning Remedial Promotions**

(1) The ERPB will consider the cases of enlisted Marines, both Regular and Reserve, who, for any reason, other than ineligibility, did not receive consideration or were not properly considered, when due, by a regularly convened Headquarters, U.S. Marine Corps Staff Noncommissioned Officer Selection Board (hereafter referred to as the scheduled board).

(2) Remedial promotion cases will be referred to the ERPB by the Head, MMPR, MM.

(3) When forming its recommendation to select those Marines considered "best qualified" to assume the duties and responsibilities of the next higher grade, the board will be guided by the precept, procedural rules, policies, and regulations which were applicable to the scheduled board.  A copy of the above documents for each board for which a Marine is being considered will be maintained by the Assistant Recorder and readily available to the board members for case preparation and for reference during the conduct of each ERPB session.

(4) The ERPB is not constrained by the selection allocations in effect at the time regularly scheduled boards convened.

(5) Marines must receive a majority vote to be selected. A tie vote on an individual case is not a majority vote and will be considered as a vote for nonselection.  Tie votes may be re-voted at the discretion of the President of the ERPB.

c.  **Oaths.**  The following oath or affirmation will be administered by the President of the board to the recorders:

"You do solemnly swear (or affirm) that you will, keep a true record of the proceedings of this board and further, that you will not disclose the proceedings or recommendations thereof pertaining to the selection or nonselection of individual staff noncommissioned officers except as authorized or directed by the Commandant of the Marine Corps.  So help you, God."

The following oath or affirmation will be administered by the Assistant Recorder to the members of the board at the convening of each meeting of the ERPB:

ENCLOSURE (1)

3

MCO 5420.16B

"You, and each of you, do solemnly swear (or affirm) that
you will, perform your duties as a member of the board without
prejudice or partiality, having in mind the special fitness of
staff noncommissioned officers and the efficiency of the Marine
Corps and further, that you will not disclose the proceedings
or recommendations thereof except as authorized or required by
the Commandant of the Marine Corps.  So help you, God."

    d.  **Report of the Board**

      (1) The report of the ERPB will be in writing, signed
by all acting members, and will state that the board has complied
with all instructions contained in this order.

      (2) The proceedings and recommendations of the ERPB will
not be disclosed or released until they are approved by the
Commandant of the Marine Corps or his authorized representative.

ENCLOSURE (1)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1995 - 366-754/00001