UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| MAURICE B. PETTIFORD | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:05CV02082 |
| | ) | (ESH) |
| v. | ) | |
| | ) | |
| SECRETARY OF THE NAVY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss or in the alternative for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this _____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

_____
Ellen S. Huvelle
United States District Judge

Copies to:
The Parties via ECF