UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | Judge Huvelle |

PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully cross-moves for summary judgment. A statement of points and authorities in support of this motion and in opposition to defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, Statement of Material Facts, Statement of Genuine Issues, and proposed Order are submitted herewith.

An opportunity to present oral argument is respectfully requested.

Respectfully submitted,

*[signature: Eugene Fidell]*

Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Charlotte E. Cluverius (493655)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

February 9, 2006