# Attachment 1



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

IN REPLY REFER TO:
5720
ARSE1/3U100817
July 11, 2003

MR EUGENE R FIDELL
FELDESMAN TUCKER LEIFER
FIDELL & BANK LLP
2001 L STREET NW SECOND FL
WASHINGTON DC  20036-4910

Dear Mr. Fidell:

As directed by the Judge Advocate General for General Litigation, we reevaluated the public releasability of the Official Military Personnel Files (OMPFs) of the Marines against whom GySgt Maurice Pettiford USMC was rated during the Enlisted Remedial Selection Board held on or about November 16, 2001. These records had been previously denied to you in their entirety under exemption (b)(6) of the Freedom of Information Act (FOIA).

We have verified that GySgt Pettiford was rated against 10 other Marines and we are in the process of reviewing the OMPFs of these Marines to ascertain their releasability to you under the FOIA. We have completed our review of 5 of the 10 identified records and have determined that they contain personal information that may not be disclosed to third parties without consent since to do so would be a clearly unwarranted invasion of the personal privacy of the subject Marine. As such, those portions of the reviewed OMPFs deemed to be personal in nature are denied under exemption (b)(6) of the FOIA.

However, certain portions of the identified OMPFs may be disclosed to you without consent (i.e., chronological records of duty stations, dates of service, military education and training, combat history, and decorations/awards). Accordingly, we are providing the releasable portions of the 5 OMPFs reviewed to date as enclosures (1) through (5). The releasable portions of the other 5 OMPFs will be forwarded to you in the very near future. Upon completion of all processing, we will apprise you of appeal rights and will bill you for any incurred processing fees that may apply.

Should you require further assistance, please don't hesitate to contact me or any member of my staff at (703) 614-4008. We ask that you reference our file number, HQMC-200300252, whenever corresponding on this matter.

Sincerely,

TERESA D. ROSS
Head, Freedom of Information/Privacy Act Sections
Security Programs and Information Mgmt Branch
Administrative and Resource Mgmt Division
By direction of the
Commandant of the Marine Corps

Enclosures:  (1) Redacted copy of OMPF for Kevin J. McDonnell
             (2) Redacted copy of OMPF for Robert P. Beith III
             (3) Redacted copy of OMPF for Dwayne L. Eubanks
             (4) Redacted copy of OMPF for Ildefonso Colon Jr.
             (5) Redacted copy of OMPF for Sandra I. Torres