# Attachment 2

CHRONOLOGICAL RECORD

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | |
| MCRDEP PARRIS IS<br>RUC 32092 MCC 016 | (9900) (03) | 791121 TR TO MCB CAMLEJ NC FOR DU |
| UIC MCES MCB CAMLEJ NC<br>RUC 31404 MCC 013 | STUD<br>(1100) (06) | 791203 JD FOR DU EER 11G DEL AS ANN<br> LV 791122 TO 791201<br>800506 TR TO 1STMAW OKI JA FOR DU |
| MASS 2 MACG 18 1STMAW<br>FMFPAC FPO SFRAN 96602<br>RUC 00982 MCC 145 | ELECEQUIPREPMAN<br>(1142) (48) | 800601 JD FOR DU DEL AS ANN LV<br> 800507 TO 800526<br>810119 TO 810518 TAD TO CUBI PT RP<br>810616 TO 810629 ON ANN LV (14)<br>810901 DIS<br>810902 REENL/RETD THIS COMD<br>810910 TO 810925 ON ANN LV<br>811116 TO          TAD TO CUBI PT<br> RP<br>821122 TO 821201 ON ANN LV<br>830302 TO 830325 TAD TS 831<br>POHANG KOREA<br>840522 TR TO CONUS |
| 3DLIAAMBN MACG-28 2DMAW MCAS<br>CHERRY POINT, N.C. 28533<br>RUC 23960    MCC 142 | ELECEQUIPREPMAN<br>(1142)    (22) | 840710 JD FOR DU WMES BTRY (ENGRS)<br>840814 REASG TO A<br>850901 DIS<br>850902 JD REENL RETN THIS ORG<br>860604 TO 860606 SK CHERRY POINT NAVAL<br> HOSP |
| | ELECEQUIPREPMAN<br>(1142)    (00) | 870717 REASG TO B BTRY FOR DU<br>870724 REASG TO A BTRY FOR DU<br>870725 JD/ASG TO A BTRY FOR DU |
| | ELECEQUIPREPMAN<br>(1142)    (09) | 880413 TR TO CG 1ST MAW FPO SFRAN FOR<br> DU (MCC 146) |
| MWSS-171 MWSG-17<br>1STMAW SFRAN<br>RUC 00171 MCC 146 | ELEC EQUIP REPAIRMAN<br>(1142)  (08) | 880530 JD FOR DU |

EMBOSSED PLATE IMPRESSION

TRANSCRIBED FROM ORIGINAL PAGE

| MCDONNELL | Kevin | J | |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions<br>of NAVMC 118 (3) which are obsolete and will not be used)

CONTINUED ON SUPPLEMENTAL PAGE

ClibPDF - www.fastio.com

CHRONOLOGICAL RECORD

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | BASE LOCATOR (0151) (03) | 890210  ATT HUMS TAD |
| | | 890519  TR TO CG, 4THMAW, USMCR, EL TORO, CA (MCC G17) |
| MAG-46(-) 4THMAW MCAS EL TORO SANTA ANA CA 92709 RUC 03028          MCC G17 | ELECTEQUIPREPSPEC (1142)          (76) | 890607  JD FOR DU |
| | ELECTRQUIPREPSPEC (1142) (00 ) | 950928  TR TO CG 3rd FSSG OKINAWA JA (MCC 1C2) FOR DU |
| MAG-46 4THMAW NAS MIRAMAR SAN DIEGO CA RUC 03028 MCC G17 EFF DATE: 940715 AUTH: 090008Z JUL 94 | | |
| 3DMAINTBN 3DFSSG MARFORPAC FPO AP 96604-8424 RUC 29021  MCC 1C2 | ELECTEQUIPREPSPL (1142)    (06) ELECTEQUIPREPSPL (1142)    (00) | 951027  JD FOR DU W/ENCO |
| | | 960422  ATT TEMADDINS SNGOA MCB OKINAWA JAPAN RUC 20230 MCC KED CL# 4-96 |
| | | 960426  ATT TERM |
| | ELECTEQUIPREPSPL (1142) (   05) | 960426  TR TAD EXCESS |
| | | 961015  TR TO CG 1ST FSSG CAMPEN CA MCC 169 FOR DU |
| HQSVCBN 1ST FSSG CAMPEN CA 92055 5607 RUC 22301 MCC 169 | ELECTEQUIPREPSPLE (1142) | 961031  JD FOR DU W/2GG4 |

EMBOSSED PLATE IMPRESSION

MCDONNEL  Kevin J

(Last)          (First)          (Middle)          SSN

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions of NAVMC 118 (3) which are obsolete and will not be used)

U/I: SH  BN: 0000-00-000-7903

(3)a

ClibPDF - www.fastio.com

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

## MILITARY OCCUPATIONAL SPECIALTIES

| DATES | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|---|---|---|---|---|---|
| 79 1171 | 1100 | | | Basic Airman | ACTS MANUAL 3002.81 |
| 800506 | 1142 | | | ElectEquipRepair | ACTS Par 3003.1 |
| | | | | | |
| | | | | | |

## CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT (S) | NO. YEARS | GRADUATE YES | GRADUATE NO | YEAR LEFT SCHOOL |
|---|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | | |
| HIGH SCHOOL | | | | X | |
| COLLEGE/UNIVERSITY | | | | X | |
| TRADE/BUSINESS | | | | X | |

## CIVILIAN OCCUPATION

JOB TITLE
**ELECTRICIAN 2YR**

DUTIES
**829**

## SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| | COURSE | WEEKS | COMPLETED | | |
|---|---|---|---|---|---|

REMARKS- OPERATES BACKHOE DITCHWITCH TRACK
SPORTS FOOTBALL SOCCER
HOBBIES RACKETBALL
TALENTS

MCDONALD, KEVIN J.

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO – | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| SSDR | | | 810531 | |
| SSDR | 1 | | 820531 | |
| GCM | | | 820829 | |
| MERIT MAST | | | 821116 | |
| SSDR | 2 | | 830531 | |
| * MERIT MAST | | | 820512 | |
| MERIT MAST | | | 831021 | |
| Ltr of Appr | | | 831120 | By dir |
| MERIT MAST | | | 840516 | By dir |
| SSDR | 3 | | 840521 | By dir |
| MERITORIOUS MAST | | | 850422 | ByDir |
| GCM | 1 | | ------ | ByDir |
| MUC | | | 860522 | ByDir |
| MUC | | | 860615 | ByDir |
| Navy Achievement Medal | | | 871125 | ByDir |
| GCM | 2 | | 880830 | By dir |
| *Letter of Commendation | | | 880620 | By dir |

EMBOSSED PLATE IMPRESSION

*duplicate plate entry

MCDONNELL Kevin J
NAME (LAST, First, Middle)    SERVICE NO.    SSAN

NAVMC 118(1) (REV. 7-60)    Previous editions will be used.    CONTINUED ON SUPPLEMENTAL PAGE (PROCEEDING PAGES)

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD    (1070)

## COMBAT/NON-COMBAT HISTORY - EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| *Certificate of Commendation | | | 880620 | By dir |
| NDSM | | | 910227 | ByDir |
| GCM | 3 | | ------ | ByDir |
| MERIT MAST | | | 920122 | Bydir |
| MU (4THMAW 900802-911015) | 2 | | ------ | ByDir |
| NA | 1 | | ------ | ByDir |
| Certificate of Commendation | | | 940126 | Bydir |
| Meritorious Mast | | | 940604 | Bydir |
| CG | 4 | | ------ | Bydir |
| SD | 4 | | ------ | Bydir |
| NC | | | 951110 | Bydir |

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|
| McDONNELL | Kevin | J | |

*DENOTES LATE ENTRY

NAVMC 118(9) (Rev. 2-78) (PREVIOUS EDITIONS WILL BE USED) SN: 0000-00-000-2606 U/I: SH

(9) a

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2D RTBN RTR<br>MCRDEP PARRIS IS<br>RUC 32092 MCC 016 | RECRUIT<br>(9900) (03) | 790831 JB FOR DU<br>791121 TR TO MCB CAMLEJ NC FOR DU |
| UIC MCES MCB CAMLEJ NC<br>RUC 31404 MCC 013 | STUD<br>(1100) (06) | 791203 JD FOR DU KER 11G DEL AS ANN<br>  LV 791122 TO 791201<br>800506 TR TO 1STMAW OKI JA FOR DU |
| MASS 2 MACG 18 1STMAW<br>FMFPAC FPO SFRAN 96602<br>RUC 00982 MCC 145 | ELECEQUIPREPMAN<br>(1142) (48) | 800601 JD FOR DU DEL AS ANN LV<br>  800507 TO 800526<br>810119 TO 810518 TAD TO CUBI PT RP<br>810616 TO 810629 ON ANN LV (14)<br>810901 DIS<br>810902 REENL/RETD THIS COMD<br>810910 TO 810925 ON ANN LV<br>811116 TO ~~TAD TO CUBI PT~~<br>~~RP~~<br>~~821122 TO 821201 ON ANN LV~~<br>~~830302 TO 830325 TAD TS-83~~<br>~~POHANG KOREA~~<br>840822 TR TO CONUS |
| ~~3DLAAMBN MACG-28 2DMAW MCAS~~<br>~~CHERRY POINT, N.C. 28533~~<br>~~RUC 12180~~  MCC 142 | ELECEQUIPREPMAN<br>(1142) (22) | 840710 JD FOMAL L766 SP N MCC 142<br>840814 REASG TO ~~CUBI~~<br>850901 DIS<br>850902 JD REENL RETN THIS ORG<br>860605 TO 860606 SK CHERRY POINT NAVAL<br>  HOSP |
|  | ELECEQUIPREPMAN<br>(1142) (00) | 870717 REASG TO H BTRY FOR DU<br>870724 REASG TO A BTRY FOR DU<br>870725 JD/ASC TO A BTRY FOR DU |
|  | ELECEQUIPREPMAN<br>(1142) (09) | 880413 TR TO CG 1ST MAW FPO SFRAN FOR<br>  DU (MCC 146) |
| MWSS-171 MWSG-17<br>1STMAW SFRAN<br>RUC 00171 MCC 146 | ELEC EQUIP REPAIRMAN<br>(1142) (08) | 880530 JD FOR DU |

BEST COPY AVAILABLE<br>U.S.M.C.

TRANSCRIBED FROM ORIGINAL PAGE

EMBOSSED PLATE IMPRESSION

MCDONNELL        Kevin        J

| NAME (LAST) | (First) | (Middle) | SSN |
|---|---|---|---|

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions of NAVMC 118 (3) which are obsolete and will not be used)

CONTINUED ON SUPPLEMENTAL PAGE

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2D RTBN RTR<br>MCRDEP PARRIS IS<br>RUC 32092 MCC 016 | RECRUIT<br>(9900) (03) | 790831 JB FOR DU<br>791121 TR TO MCB CAMLEJ NC FOR DU |
| UIC MCES MCB CAMLEJ NC<br>RUC 31404 MCC 013 | STUD<br>(1100) (06) | 791203 JD FOR DU EER 11G DEL AS ANN<br> LV 791122 TO 791201<br>800506 TR TO 1STMAW OKI JA FOR DU |
| MASS 2 MACG 18 1STMAW<br>FMFPAC FPO SFRAN 96602<br>RUC 00982 MCC 145 | ELECEQUIPREPMAN<br>(1142) (48) | 800601 JD FOR DU DEL AS ANN LV<br> 800507 TO 800526<br>810119 TO 810518 TAD TO CUBI PT RP<br>810616 TO 810629 ON ANN LV (14)<br>810901 DIS<br>810902 REENL/RETD THIS COMD<br>810910 TO 810925 ON ANN LV<br>811116 TO ~~        TAD TO CUBI PT~~<br>~~RP~~<br><br>~~821112 TO 821201 ON ANN LV~~<br>~~830302 TO 830325 TAD TS 831~~<br>~~POHANG KOREA~~<br>840822 TR TO CONUS |
| 3DLAMBN MACG-28 2DMAW MCAS<br>~~CHERRY POINT~~ N.C. 28533<br>RUC ~~   ~~ MCC 142 | ELECEQUIPREPMAN<br>(1142) (22) | 840710 JD FOR DU WIEG BER MCC 142<br>840814 ~~REASG~~ ~~       ~~ DI<br>850901 JD FOR DU<br>850902 JD REENL RETD THIS COMD<br>860604 TO 860506 SK CHERRY POINT, NAVAL<br> HOSP |
| | ELECEQUIPREPMAN<br>(1142) (00) | 870717 REASG TO H BTRY FOR DU<br>870724 REASG TO A BTRY FOR DU<br>870725 JD/ASG TO A BTRY FOR DU |
| | ELECEQUIPREPMAN<br>(1142) (09) | 880413 TR TO CG 1ST MAW FPO SFRAN FOR<br> DU (MCC 146) |
| MWSS-171 MWSG-17<br>1STMAW SFRAN<br>RUC 00171 MCC 146 | ELEC EQUIP REPAIRMAN<br>(1142) (09) | 880530 JD FOR DU |

BEST COPY AVAILABLE
U.S.M.C.

TRANSCRIBED FROM ORIGINAL PAGE

EMBOSSED PLATE IMPRESSION

| MCDONNELL | Kevin | J |  |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(11)(REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions<br>of NAVMC 118(3) which are obsolete and will not be used)

CONTINUED ON SUPPLEMENTAL PAGE

CHRONOLOGICAL RECORD                                    (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | BASE LOCATOR<br>(0151) (03) | 890210  ATT HUMS TAD<br>890519  TR TO CG, 4THMAW, USMCR,<br>        EL TORO, CA (MCC G17) |
| MAG-46(-) 4THMAW MCAS<br>EL TORO SANTA ANA CA 92709<br>RUC 03028              MCC G17 | ELECTEQUIPREPSPEC<br>(1142)        (76) | 890607  JD FOR DU |
| MAG-46 4THMAW<br>NAS MIRAMAR SAN DIEGO CA<br>RUC 03028 MCC G17<br>EFF DATE: 940715<br>AUTH: 090008Z JUL 94 | ELECTRQUIPREPSPEC<br>(1142) (00 ) | 950928  TR TO CG 3rd FSSG OKINAWA JA<br>        (MCC 1C2) FOR DU |
| 3DMAINTBN 3DFSSG MARFORPAC<br>FPO AP 96604-8424<br>RUC 29021  MCC 1C2 | ELECTEQUIPREPSPL<br>(1142)    (06)<br>ELECTEQUIPREPSPL<br>(1142)   (00) | 951027  JD FOR DU W/EMCO<br><br>960422  ATT TEMADDINS SNCOA MCB<br>        OKINAWA JAPAN RUC 20230<br>        MCC KBD CL# 4-96<br>960426  ATT TERM |
| | ELECTEQUIPREPSPL<br>(1142) ( 05 ) | 960426  FR TAD EXCESS<br>961015  TR TO CG 1ST FSSG CAMPEN CA<br>        MCC 169 FOR DU |
| HQSVCBN 1ST FSSG<br>CAMPEN CA 92055 5607<br>RUC 28301 MCC 169 | ELECTEQUIPREPSPL<br>(1142) ( ) | 961031  JD FOR DU W/2GG4 |

EMBOSSED PLATE IMPRESSION

MCDONNEL Kevin J
(First)              (Middle)              SSN

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (3) and All Previous editions
of NAVMC 118 (3) which are obsolete and will not be used)

LI/E: SH  SN: 0000-00-000-1903

(3)a

ClibPDF - www.fastio.com

BEST IMAGE

MILITARY AND CIVILIAN ... COMPLETED (1500)

## MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD MOS | 2ND ADD MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|-------------|-------------|--------------|-----------|
| 790112 | 1100 | | | | |
| 800506 | 1142 | | | Elect Equip Repair | AC&S EAF 33003-1 |

## CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT (S) | NO. YEARS | GRADUATE YES | NO | YEAR LEFT SCHOOL |
|-------------|-------------------|-----------|--------------|-----|------------------|
| GRAMMAR SCHOOL | | | | | |
| HIGH SCHOOL | | | X | | |
| COLLEGE UNIVERSITY | | | | X | |
| TRADE BUSINESS | | | | X | |

### CIVILIAN OCCUPATION

ELECTRICIAN 2YR

DUTIES 829

## SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| | COURSE | | |
|---|--------|---|---|
| MCB 20B Cam Le J 2 85 42 | | | |

BEST COPY AVAILABLE
U.S.M.C.

REMARKS— OPERATES BACKHOE    DITCHWITCH
SPORTS    FOOTBALL    SOCCER    TRACK
HOBBIES    RACKETBALL
TALENTS

MCDONNELL, KEVIN J.

790831

| NAME (LAST, FIRST, MIDDLE) | SSN | DATE PREPARED |
|---|---|---|

NAVMC 118 (8-) (REV. 3-77)

2075

 

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO – | |
| | | | | |

BEST COPY AVAILABLE
U.S.M.C.

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| SSDR | | | 810531 | |
| SSDR | 1 | | 820531 | |
| GCM | | | 820829 | |
| MERIT MAST | | | 821126 | |
| SSDR | 2 | | 830531 | By Dir |
| * MERIT MAST | | | 820512 | |
| MERIT MAST | | | 831021 | |
| Ltr of Appr | | | 831120 | By dir |
| MERIT MAST | | | 840516 | Bydir |
| SSDR | 3 | | 840521 | Bydir |
| MERITORIOUS MAST | | | 850422 | ByDir |
| GCM | 1 | | ------ | ByDir |
| MUC | | | 860522 | ByDir |
| MUC | | | 860615 | ByDir |
| Navy Achievement Medal | | | 871125 | ByDir |
| GCM | 2 | | 880830 | ByDir |
| *Letter of Commendation | | | 880620 | By dir |

EMBOSSED PLATE IMPRESSION

*Denotes) late entry

MCDONNELL, Kevin J.

NAME (Last, First, Middle)     SERVICE NO.     SSAN

NAVMC 118(9).  (REV. 7-69)   Previous editions will be used.   9 ✓a

CONTINUED ON SUPPLEMENTAL PAGE

✰ GPO : 1970 O - 391-447

ClibPDF - www.fastio.com

MARKINGS PAGE (1070)

| PERIOD | | REASON | PRIMARY DUTY | CONDUCT | DUTY PRO. | SIGNATURE OF MARKING OFFICER |
| FROM | TO | | | | | |
|---|---|---|---|---|---|---|
| 79 08 3 1 | | Jd | Recruit | | | By dir |
| 79 08 3 1 | 79 1121 | Tr | Recruit | | | By dir |
| 791203 | 800506 | TR | Student 1100 | | | O.J.Word  CO |
| 800507 | 800731 | Semi-Ann | Basic Utilities Man | | | CO |
| 800801 | 810131 | SEMIANN | BASIC UTILITIES MAN | | | CO |
| 81 | | | | | | CO |
| 810201 | 810518 | TAD | BASIC UTILITIES MAN | | | |
| 810201 | 810731 | SemiAnn | ElectEquipRpr-1142 | | | WD  CO |
| 810801 | 810901 | Dis/Reenl | ElectEquipRpr-1142 | | | WD  CO |
| 810901 | ------ | FinAvg | ElectEquipRpr -1142 | | | WD  CO |



CHRONOLOGICAL RECORD                                    (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2D RTBN RTR<br>MCRDEP PARRIS IS<br>RUC 32092 MCC 016 | RECRUIT<br>(9900) (03) | 790831 JD FOR DU<br>791121 TR TO MCB CAMLEJ NC FOR DU |
| UIC MCES MCB CAMLEJ NC<br>RUC 31404 MCC 013 | STUD<br>(1100) (06) | 791203 JD FOR DU EER 11G DEL AS ANN<br>LV 791122 TO 791201<br>800506 TR TO 1STMAW OKI JA FOR DU |
| MASS 2 MACG 18 1STMAW<br>FMFPAC FPO SFRAN 96602<br>RUC 00982 MCC 145 | ELECEQUIPREPMAN<br>(1142) (48) | 800601 JD FOR DU DEL AS ANN LV<br>800507 TO 800526<br>800519 TO 810518 TAD TO CUBI PT RP<br>810616 TO 810629 ON ANN LV (14)<br>810901 DIS<br>810902 REENL/RETD THIS COMD<br>810910 TO 810925 ON ANN LV<br>8 1116 TO          TAD TO CUBI PT<br>821122 TO 821201 ON ANN LV<br>830302 TO 830325 TAD TS 83<br>KWANG KOREA |
| 3DLAAMBN MACG-28 2DMAW MCAS<br>CHERRY POINT, N.C. 28533<br>RUC 23960          MCC 142 | ELECEQUIPREPMAN<br>(1142)          (22) | 840522 TR TO CONUS<br>2D MAW Cherpt NC MCC 142<br>840710 JD FOR DU W/H&S BTRY (ENGRS)<br>840814 REASC TO A 2A BTRY FOR DU<br>840901 DIS<br>840902 JD REENL RETN THIS ORG<br>860604 TO 860606 SK CHERRY POINT NAVAL<br>          HOSP |
|  | ELECEQUIPREPMAN<br>(1142)          (00) | 860717 REASG TO B BTRY FOR DU<br>860724 REASG TO A BTRY FOR DU<br>860725 JD/ASG TO A BTRY FOR DU |
|  | ELECEQUIPREPMAN<br>(1142)          (09) | 870413 TR TO CG 1ST MAW FPO SFRAN FOR<br>          DU (MCC 146) |
| MWSS-171 MWSG-17<br>1STMAW SFRAN<br>RUC 00171 MCC 146 | ELEC EQUIP REPAIRMAN<br>(1142)  (08) | 870530 JD FOR DU |

EMBOSSED PLATE IMPRESSION

TRANSCRIBED FROM ORIGINAL PAGE

| MCDONNELL | Kevin | J |  |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions of NAVMC 118 (3) which are obsolete and will not be used)

CONTINUED ON SUPPLEMENTAL PAGE

ClibPDF - www.fastio.com

CHRONOLOGICAL RECORD                                      (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | BASE LOCATOR (0151) (03) | 890210  ATT HUMS TAD<br>890519  TR TO CG, 4THMAW, USMCR, EL TORO, CA (MCC G17) |
| MAG-46(-) 4THMAW MCAS EL TORO SANTA ANA CA 92709 RUC 03028        MCC G17 | ELECTEQUIPREPSPEC (1142)        (76) | 890607  JD FOR DU |
| | ELECTRQUIPREPSPEC (1142) (00 ) | 950928  TR TO CG 3rd FSSG OKINAWA JA (MCC 1C2) FOR DU |
| MAG-46 4THMAW NAS MIRAMAR SAN DIEGO CA RUC 03028 MCC G17 EFF DATE: 940715 AUTH: 090008Z JUL 94 | | |
| 3DMAINTBN 3DFSSG MARFORPAC FPO AP 96604-8424 RUC 29021  MCC 1C2 | ELECTEQUIPREPSPL (1142)     (06) | 951027  JD FOR DU W/EMCO |
| | ELECTEQUIPREPSPL (1142)    (00) | 960422  ATT TEMADDINS SNCOA MCB OKINAWA JAPAN RUC 20230 MCC KBD CL# 4-96 |
| | | 960426  ATT TERM |
| | ELECTEQUIPREPSPL (1142) ( 05) | 960426  FR TAD EXCESS |
| | | 961015  TR TO CG 1ST FSSG CAMPEN CA MCC 169 FOR DU |
| HQSVCBN 1ST FSSG CAMPEN CA 92055 5607 RUC 28301 MCC 169 | ELECTEQUIPREPSPL (1142) ( ) | 961031  JD FOR DU W/2GG4 |

EMBOSSED PLATE IMPRESSION

MCDONNEL  Kevin J
NAME (Last)          (First)          (Middle)          SS

NAVMC 119(3) (REV. 8-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions of NAVMC 118 (3) which are obsolete and will not be used)

U/I· SH· SN· 0000-00-000-1903

(3)a

ClibP DF - www.fastio.com

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|--------------|--------------|--------------|-----------|
| 79 11?1 | 1100 | | | BasTankC1&s? | ACTS MANUAL 3002 A1 |
| 800506 | 1142 | — | — | ElectEquipRepair | ACTS Par 3003.1 |

### CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT (S) | NO. YEARS | GRADUATE YES | GRADUATE NO | YEAR LEFT SCHOOL |
|-------------|-------------------|-----------|--------------|-------------|------------------|
| GRAMMAR SCHOOL | | | | | |
| HIGH SCHOOL | | | | X | |
| COLLEGE-UNIVERSITY | | | | | |
| TRADE-BUSINESS | | | | X | |

### CIVILIAN OCCUPATION

JOB TITLE
ELECTRICIAN 2YR

DUTIES
829

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|-----------|-----|
| MCES,MCB,CamLej 28542 | ElectEquipRepair Crs 11G. | 24 | 05/80 | | |
| MCI, WASH DC | THE Marine NCO (0331) | | 02/81 | | |
| MCI, WASHDC | Fundementals of Elect. (1116C) | | 09/83 | | |
| MCI, WASH D C | GRND EQP RECORDS CLK(0413) | | 08/83 | | |
| MCI WASH DC | THE MARINE RIFLEMAN (0361) | | 84/11 | | |
| MCI, WASH DC | MATH FOR MARINES (1 ?4G) | | 85/10 | | |
| MCI WASH DC | SNCOACNP   (7100)  (TAG) | | | | |
| STAFF ACADEMY OKINAWA JA | CAREER CRS (T8A) | 07 | | X | |
| MCI WASH DC | SNCO CAREER NONRES PROG | | 8808 | | |
| OKINAWA JA | INTRO TO TQL | | 9607 | | |

REMARKS- OPERATES BACKHOE    DITCHWI??H    TRUCK
         SPORTS   FOOTBALL   SOCCER
         HOBBIES  BACKETBALL
         TALENTS

MCDONNELL,KEVIN J.                                      79?831

NAME (LAST, FIRST, MIDDLE)                 SN        DATE PREPARED

2075

ClibPDF - www.fastio.com

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD  (1070)

| DATE OF ENTRY | DETAILS | FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| | | | | |

COMBAT/NON-COMBAT HISTORY  EXPEDITIONS

AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVK. E | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| *Certificate of Commendation | | | 880620 | By dir |
| NDSM | | | | ByDir |
| | | | 910227 | ByDir |
| GCM | 3 | | | Bydir |
| MERIT MAST | | | 920122 | |
| MU (4THMAW 900802-911015) | 2 | | ------ | ByDir |
| NA | 1 | | ------ | ByDir |
| Certificate of Commendation | | | 940126 | ByDir |
| Meritorious Mast | | | 940604 | Bydir |
| CG | 4 | | ------ | Bydir |
| SD | 4 | | ------ | Bydir |
| NC | | | 951110 | Bydir |
| GC | 5 | | ------ | Bydir |

McDONNELL        Kevin        J

DENOTES LATE ENTRY

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|

NAVMC 118(9) (Rev. 2-78) (PREVIOUS EDITIONS WILL BE USED) SN: 0000-00-000 2006 U/I: SH

(9) a

ClibPDF - www.fastio.com



COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO – | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| SSDR | 1 | | 810531 | |
| SSDR | | | 820531 | |
| GCM | | | 820829 | |
| MERIT MAST | 2 | | 821126 | By Dir |
| SSDR | | | 830531 | |
| SSDR | | | 820512 | |
| * MERIT MAST | | | 831021 | By dir |
| MERIT MAST | | | 831120 | By dir |
| Ltr of Appr | | | 840516 | By dir |
| MERIT MAST | | | 840521 | By Dir |
| SSDR | 3 | | 850422 | By Dir |
| MERITORIOUS MAST | 1 | | | By Dir |
| GCM | | | 860522 | By Dir |
| MUC | | | 860613 | By Dir |
| MUC | | | 871125 | By Dir |
| Navy Achievement Medal | 2 | | 880830 | By dir |
| GCM | | | 880620 | |
| *Letter of Commendation | | | | |

EMBOSSED PLATE IMPRESSION

0105071690

*Denotes late entry

MCDONNELL, Kevin J

*MBAT HISTORY – EXPEDITIONS – AWARDS RECORD  (1070)

## COMBAT/NON-COMBAT HISTORY · EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| *Certificate of Commendation | | | 880620 | By dir |
| NDSM | | | 910227 | ByDir |
| | | | | ByDir |
| GCM | 3 | | 920122 | Bydir |
| MERIT MAST | | | ------ | |
| MU (4THMAW 900802-911015) | 2 | | ------ | ByDir |
| | 1 | | ------ | ByDir |
| NA | | | 940126 | ByDir |
| Certificate of Commendation | | | 940604 | Bydir |
| Meritorious Mast | | | | |
| CG | 4 | | ------ | Bydir |
| SD | 4 | | | Bydir |
| NC | | | 951110 | Bydir |
| GC | 5 | | ------ | Bydir |

0105071690

*DENOTES LATE ENTRY

| McDONNELL | Kevin | J |  | SSN |
|---|---|---|---|---|
| NAME *(Last)* | *(First)* | *(Middle)* | | |



**UNITED STATES MARINE CORPS**
3d LIGHT ANTIAIRCRAFT MISSILE BATTALION
MARINE AIR CONTROL GROUP 28
2d MARINE AIRCRAFT WING, FLEET MARINE FORCE, ATLANTIC
MARINE CORPS AIR STATION, CHERRY POINT, N.C. 28533-5047

IN REPLY REFER TO

The Secretary of the Navy takes pleasure in presenting
the NAVY ACHIEVEMENT MEDAL to

**SERGEANT KEVIN L. MCDONNELL**
**UNITED STATES MARINE CORPS**

for service as set forth in the following
CITATION:

For professional achievement in the superior performance of his duties
while serving as the Engineer Section Chief, Alpha Battery, 3d Light
Antiaircraft Missile Battalion, Marine Air Control Group 28, 2d Marine
Aircraft Wing, Fleet Marine Force, Atlantic from 9 July 1984 to 17 July 1987.
Throughout this period, Sergeant McDonnell consistently performed his duties
in an exemplary and highly professional manner. His tireless efforts were
instrumental in ensuring that Alpha Battery's HAWK equipment was furnished
constant, stable power twenty four hours a day for more than two hundred days
during seventeen field deployments. During two recent Operational Readiness
Evaluations, Alpha Battery's Engineer Section received an unprecedented per-
fect score of one hundred which was directly attributable to his extraordinary
economy of management and meticulous attention to detail. From the outset of
Sergeant McDonnell's tenure at Alpha Battery, his outstanding initiative and
professionalism coupled with his exceptional managerial ability and loyal
dedication to duty reflect great credit upon himself, the Marine Corps, and
the United States Naval Service.

For the Secretary of the Navy

C. R. ARMSTRONG
Lieutenant Colonel, U. S. Marine Corps
Commanding



The Secretary of the Navy takes pleasure in presenting the NAVY COMMENDATION MEDAL to

STAFF SERGEANT KEVIN J. MCDONNEL
UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

For meritorious service while serving as Utilities Chief, Marine Air Support Squadron 6 Detachment Alpha, Marine Aircraft Group 46, 4th Marine Aircraft Wing, Marine Forces Reserve, Naval Air Station, Miramar, San Diego, California from May 1989 to October 1995. During this period, Staff Sergeant McDonnell consistently performed his demanding duties in an exemplary and highly professional manner. As the Utilities Chief, he flawlessly performed a myriad of tasks to include support of several deployments in and out of the continental United States. His exceptional foresight and personal involvement were instrumental in the outstanding results obtained during several Commanding General's and Inspection General's inspections of the Motor Transport and Engineer section. His superior technical knowledge of the Marine Corps Integrated Maintenance Management System enhanced the maintenance and supply support provided to the Group. Staff Sergeant McDonnell's 's exceptional devotion to duty was directly responsible for the Motor Transport and Engineer section receiving a "no findings" by the Field Supply and Maintenance Anaysis Office team and contributed to the unit's overall operational readiness of 95%. Staff Sergeant McDonnell's distinctive accomplishments, unrelenting perseverance, and steadfast devotion to duty reflected credit upon himself and were in keeping with the highest tradtitions of the Marine Corps and United States Naval Service.

For the Secretary,



# United States Marine Corps

Sergeant Kevin J. McDonnell    /1142 USMC

was, on the Twenty-second day of April 1985,

the subject of a

# MERITORIOUS MAST

conducted by the

COMMANDING OFFICER

3d Light Antiaircraft Missile Battalion
Marine Air Control Group 28
2d Marine Aircraft Wing, Fleet Marine Force, Atlantic
Marine Corps Air Station, Cherry Point, N. C. 28533-0047

for outstanding service as follows:

During the period of 6 March 1985 to 31 March 1985, while serving as the Engineer Section Chief, Alpha Battery, 3rd Light Antiaircraft Missile Battalion in support of operation Border Star 85, you were tasked with providing 400-cycle power to the HAWK equipment 24 hours a day, as well as with providing 60-cycle power to the main camp lighting which your section emplaced. Personally supervising the emplacement, operation, and maintenance of your equipment, you were able to provide stable, precise power during the entire operation. Working in extremely difficult environmental conditions, during all hours of the day and night, you supervised and directed all functions of your section. Your "can-do" attitude, dedication to duty, and esprit de corps reflect great credit upon yourself, this command, and are in keeping with the highest traditions of the United States Marine Corps.

D. M. Haike

D. M. HAIKE
Lieutenant Colonel, U. S. Marine Corps
Commanding

453

BEST COPY AVAILABLE
U.S.M.C.



# United States Marine Corps

# Certificate of Good Conduct

**CORPORAL KEVIN J. MCDONNELL**

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

**FIRST AWARD** _____ *for the period*

_____ **30 AUGUST 1979** _____ *to* _____ **29 AUGUST 1982** _____.

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

J. L. MUTTER

Marine Air Support Squadron 2            Lieutenant Colonel

MACG-18, 1STMAW, FMF

29 AUGUST 1982

MAVMC 7: (REV. 9-66) (1650)





# United States Marine Corps

was, on the _____ day of _____, 19__,

the subject of a

# MERITORIOUS MAST

conducted by the

for outstanding service as follows:

During the period 14-29 October 1985 the AENK was deployed to the Central Training Area. During this deployment the AENK experienced AT engineer equipment problems. This unprecedented record of generator and air conditioner reliability was due solely to your efforts as the deployment engineer. Your exhibition of technical proficiency, dedication, and selflessness is seldom observed in a Marine of your rank and experience level. Working long, tedious hours without supervision, you singlehandedly ensured the high performance of the engineer assets in the field, which was instrumental in allowing the AENK to complete more time than during any other recent, similar deployment. Your display of abilities as a Marine NCO earned for you the highest admiration and respect from subordinates and superiors alike. Your devoted loyalty and commendable performance of duty reflect great credit upon yourself and the United States Marine Corps.

J. M. MEYERS
Lieutenant Colonel, USMC
Commanding

NAVMC 10935 (5-73) SN: 0000-00-000-5000 U/I: PD 25 SETS PER PAD (1000)

CIRpPDF - www.fastio.com



**United States Marine Corps**

Corporal G. J. MCDONNELL            /3343 USMC

*was, on the* __Twenty-first__ *day of* __October__ , 19 83

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
Marine Air Support Squadron 2
Marine Air Control Group 18
1st Marine Aircraft Wing, FMFPac
FPO San Francisco, CA 96603

*for outstanding service as follows:*

On 28 September 1983, while performing your regular duties as the Utilities
Section Line NCO, you noticed one of the Marine's in your charge apparently have
a seizure and drop to the ground. Rushing to the Marine's side, you and a fellow
Marine proceeded to administer first-aid and treat the victim for shock. Taking
charge of the situation as others approached, you indicated the need for prompt
medical assistance and immediately assigned others to alert the proper medical
authorities. While maintaining vigilance over the stricken Marine you continued
to apply life saving steps by establishing and maintaining a clear airway,
allowing the Marine to breath. Additionally, when it was found that an ambulance
was not available, you volunteered your NOV and accompanied the stricken Marine
to the Potomac Medical Facility. Your quick and decisive action during this
emergency are considered noteworthy and reflect great credit upon yourself, this
command and the United States Marine Corps.

A. G. CRAVETZ
Lieutenant Colonel, USMC
Commanding

CSbPDF - www.fxsfio.com



**C**

_____ SSgt. J. THEQUE                    /1142 USMC

on this _____ _____ day of _____ April _____ , 19 85 ,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

COMMANDING OFFICER
3d Light Antiaircraft Missile Battalion
Marine Air Control Group 28
2d Marine Aircraft Wing, Fleet Marine Force, Atlantic
Marine Corps Air Station, Cherry Point, N.C. 28533

*for outstanding service as follows:*

During the period of 6 March 1985 to 31 March 1985, while serving as the Engineer Section Chief, Alpha Battery, 3rd Light Antiaircraft Missile Battalion in support of operation Border Star 85, you were tasked with providing 400-cycle power to the HAWK equipment 24 hours a day, as well as with providing 60-cycle power to the main camp lighting which your section emplaced. Personally supervising the emplacement, operation, and maintenance of your equipment, you were able to provide stable, precise power during the entire operation. Working in extremely difficult environmental conditions, during all hours of the day and night, you supervised and directed all functions of your section. Your "can-do" attitude, dedication to duty, and esprit de corps reflect great credit upon yourself, this command, and are in keeping with the highest traditions of the United States Marine Corps.

_____

D. M. HARKE
Lieutenant Colonel, U. S. Marine Corps
Commanding

NAVMC 10800 (3-73) S/N 0109-03-030-0301 U/I: SD (5 SETS PER PAD) (1080)

TSI Feb. 27, 1986                U.S.M.C.

C



# United States Marine Corps

# Certificate of Good Conduct

Sergeant Kevin J. MCDONNELL

*Having conducted yourself in a creditable manner,
you are, by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal*

Second Award                    *for the period*

30 August 1982        *to*        29 August 1985

*Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.*

D. G. RAWICHER
CAPTAIN

A Btry 3dLAANBn MACP-28
2dMAW MCAS Cherry Point NC

25 September 1985

BEST IMAGE

CERTIFICATE OF COMMENDATION

B. A. SNOW
Chief of Staff



United States Marine Corps

C

Certificate of Commendation

his untiring efforts and dedication resulting in his selection as Serviceman of the Quarter by Carteret County Chamber of Commerce in April of 1948. Sergeant McDonnell served voluntarily in innumerable capacities, participating in various coaching positions in the Havelock Youth Sports League and as the President of the Havelock Youth Soccer League during 1947 to 1948. His willingness to solicit financial support, and team sponsorship, acquire sport equipment, and encourage parental participation for youth team sporting activities has served to enhance the Marine Corps image with the local community. Sergeant McDonnell's continuing concern for the development and guidance of the children in the Havelock area through the development of well organized and supervised sporting events reflected great credit upon himself and his command, and were in keeping with the highest traditions of the United States Marine Corps.

T. A. GIDDASZCH
Major General, U.S. Marine Corps
Commanding



C



# United States Marine Corps

# Certificate of Good Conduct

SERGEANT KEVIN J. McCONNELL

*Having conducted yourself in a creditable manner,*
*you are, by direction of the Commandant of the*
*Marine Corps, awarded a Good Conduct Medal*

THIRD AWARD *for the period*

30 AUGUST 1985 *to* 29 AUGUST 1988

*Your conduct during this period denotes honest*
*and faithful service in keeping with the*
*highest traditions of the Marine Corps.*

J. W. WRIGHT

MAJOR
ACTING

MABS-171, MAG-17, 1stMAW, FMFPAC

FPO SFRAN 96603-8765

30 AUGUST 1988

171/880901

CBUPDF - www.fastio.com



C

# United States Marine Corps

SERGEANT KEVIN J. MCDONN                    /1162

was, on the _____25th_____ day of _____June_____ 19⁸⁷,

## the subject of a

# MERITORIOUS MAST

## conducted by the

COMMANDING OFFICER

3d Light Antiaircraft Missile Battalion
Marine Air Control Group 28
2d Marine Aircraft Wing, Fleet Marine Force, Atlantic
Marine Corps Air Station, Cherry Point, N. C. 28533

### for outstanding service as follows:

During the period 30 April to 8 May 1987, Sergeant McDonnell served as
section head for Alpha Battery's Engineer Section during exercise Solid
Shield. Through his actions he significantly contributed to his Battery's
success during the exercise by providing constant, stable power to its HAWK
equipment. On several occasions he was called upon to demonstrate his
superior knowledge of diesel engines and the electrical circuitry associ-
ated with MEP 115A generators in order to isolate and repair extremely
difficult malfunctions under, at times, very harsh conditions. Sergeant
McDonnell's professionalism, perseverance, and dedication to duty
throughout exercise Solid Shield reflected great credit upon himself, and
this command, and were in keeping with the highest traditions of the United
States Marine Corps.

C. R. ARMSTRONG
Lieutenant Colonel, U. S. Marine Corps
Commanding

NAVMC 2946 (REV 2-83) N 0000 00 006 5081 U PD 25 SETS PER PAD (6501