# Attachment 3

**CHRONOLOGICAL RECORD**   G

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 3RD RTBN, RTR<br>MCRD SAN DIEGO<br>RUC 34022  MCC 017 | RECRUIT<br>(9900) (03) | 841035 JD FOR REC TNG<br>850118 TR TO SAC ITS CAMPEN CA MCC J9Y |
| STUDADMINCO ITS<br>MCB CAMPEN CA<br>RUC 32353  MCC J9Y | TRNEE<br>(0311) (02) | 850203 JD FOR TRNNG<br>850304 ASG B CO/CLSS 11-85<br>850418 TR TO CG 1STMARDIV MCC 121 |
| 1STBN 1STMAR 1STMARDIV<br>(REIN) FMF CAMPEN<br>RUC 11110  MCC 121<br><br>851104 REDESIG BLT 1/1<br>FPO SFRAN (REIN) FMF<br>AUTH CMC SPDLTR DTD 851022<br><br>860728 REDESIG TO 1STBN 1STMAR<br>1STMARDIV (REIN) FMF CAMPEN<br>AUTH 291657Z JUL 86<br><br>870718 REDESIG TO BLT 1/1<br>FPO SAN FRANCISCO CA<br>RUC 11110   MCC V11<br>AUTH CG I MAF 160220Z JUL 87<br><br>REDESIG TO 1STBN 1STMAR<br>1STMARDIV (REIN) FMF CAMPEN<br>AUTH | RIFLEMAN<br>(0311) (07)<br><br><br><br>FIRE TEAM LEADER<br>(0311) (29) | 850419 JD FOR DU W/CCO<br>850424 TO 850502 MESS DUTY<br><br><br><br><br>861002 CMPRIDU<br><br>881127 DIS<br>881128 JD REENL RETN THIS ORG<br>881201 TR TO CO MSGBN QUANTVA,<br>  MCC R17 |
| 5091 MSGBN (STATE DEPT)<br>Quantico Va 22134<br>MCC R17 RUC 54050<br><br>MSGBN (STATE DEPT)<br>QUANTICO VA 22134<br>MCC R00 RUC 54050 | STUDENT<br>(8151) (02)<br><br><br>MARSCRTYGRD<br>(8151) (14)<br><br><br><br><br>MARSCTYGRD<br>(8151) (  ) | 890109 JD FOR TRNNG<br>890304 TR TO AMEMB PORT LOUIS MAURI..<br>  MCC R14 PLT OF21 FORDU<br><br>890309 JD TO AMEMB PORT LOUIS<br>  MCC R14 PLT OF21 FOR DU<br><br>891001 ~~REDESIG AMEMB OUAGADOUGOU UP~~<br>~~PLT PLT OF19~~<br>891001 REDESIG AMEMB PORT LOUIS MAURIT<br>  PLT OF19 MCC R14<br>900517 REASG TO AMEMB DAMASCUS SYRIA<br>  MCC R06 PLT OB06 FORDU |

REITH Robert P III

## COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE AWARDED | SIGNATURE |
|---|---|---|---|---|
| MERITORIOUS MAST | | | 851125 | |
| SEA SERVICE DEPLOYMENT RIBBON | | | 860415 | ByDir |
| MERITORIOUS MAST | | | 860624 | ByDir |
| GOOD CONDUCT MEDAL | | | 871029 | ByDir |
| SSDR | | 1 | | ByDir |
| ★ MERITORIOUS MAST | | | 880328 | ByDir |
| OSR | | | 900310 | ByDir |
| GCM | | 1 | | |

★ Denotes a late entry

KEITH Robert B III

★ DENOTES LATE ENTRY

BEST COPY AVAILABLE
USMC

**CHRONOLOGICAL RECORD**

G
(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 3RD RTBN, RTR<br>MCRD SAN DIEGO<br>RUC 34022  MCC 017 | RECRUIT<br>(9900) (03) | 841030 JD FOR REC TRNG<br>850118 TR TO SAC ITS CAMPEN CA MCC J9Y |
| STUDADMINCO, ITS<br>MCB CAMPEN, CA<br>RUC 32353  MCC J9Y | TEMINS<br>(0311) (02) | 850203 JD FOR TEMINS<br>850304 ASG B CO/CLNR 11-85<br>850418 TR TO CG 1STMARDIV MCC 121 |
| 1STBN, 1STMAR, 1STMARDIV<br>(REIN) FMF CAMPEN<br>RUC 11110  MCC 121 | RIFLEMAN<br>(0311) (17) | 850419 JD FOR DU W/CCO<br>850424 TO 850502 MESS DUTY |
| 851104 REDESIG BLT 1/1<br>FPO SFRAN (REIN) FMF<br>AUTH CMC SPDLTR DTD 851022 | | |
| 860728 REDESIG TO 1STBN 1STMAR<br>1STMARDIV (REIN) FMF CAMPEN<br>AUTH 291657Z JUL 86 | FIRE TEAM LEADER<br>(0311) (25) | 861203 CHPRIDU<br><br>881127 DIS<br>881128 JD REENL RETN THIS ORG<br>881201 TR TO CO MSGBN QUANTVA<br>   MCC R17 |
| 870718 REDESIG TO BLT 1/1<br>FPO SAN FRANCISCO CA<br>RUC 11110  MCC V11<br>AUTH CG I MAF 160220Z JUL 87<br><br>REDESIG TO 1STBN 1STMAR<br>1STMARDIV (REIN) FMF CAMPEN<br>AUTH | | |
| 3U#1 MSGBN (STATE DEPT)<br>Quantico Va 22134<br>MCC R17 RUC 54080 | STUDENT<br>(8151) (02) | 890108 JD FOR TEMINS<br>890306 TR TO AMEMB PORT LOUIS MAURITIUS<br>   MCC R14 PLT OF21 FORDU |
| MSGBN (STATE DEPT)<br>QUANTICO VA 22134<br>MCC R00 RUC 54050 | MARSCRTYGRD<br>(8151) (14) | 890309 JD TO AMEMB PORT LOUIS<br>   MCC R14 PLT OF21 FOR DU<br>891001 ~~REDESIG AMEMB OUAGADOUGOU UV~~<br>   ~~MCC R14 PLT OF19~~<br>891001 REDESIG AMEMB PORT LOUIS MAURITIUS<br>   PLT OF19 MCC R14 |
| | MARSCTYGRD<br>(8151) (12)<br>MARSCTYGRD<br>(8151) (16) | 900517 REASG TO AMEMB DAMASCUS SYRIA<br>   MCC R06 PLT OB06 FORDU<br>910516 REASG TO AMEMB KAULA LUMPAR MALAYSIA<br>   MCC R08 PLT OC10 FORDU |

BEITH  ~~ROBERT~~ Robert  P  III
NAME (Last)    (First)    (Middle)    SSN

cont on supp page

NAVMC 118(3) (Rev. 5-76) (Previous editions are obsolete)    ☆ U.S. GOVERNMENT PRINTING OFFICE  1982—546-026/2

BEST COPY AVAILABLE
USMC

CHRONOLOGICAL RECORD

G
(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 1STBN 8THMAR 2DMARDIV FMF<br>CAMP LEJEUNE NC 28542<br>RUC 12210    MCC V18 | PLT SGT<br>(0369)   (01)<br><br>STUD<br>(0000)   (03)<br><br>PLT SGT<br>(0369)   (15) | 920725 TR TO CG 2DMARDIV CAMLEJ NC<br>   MCC V18 FORDU<br>920901 JD FOR W/B CO<br>920925 TO TAD EXCESS<br><br>920926 ATT TAD AITC MCB CAMLEJ NC<br>   RUC 31350 MCC J15<br><br>921216 ATT TERM<br>921216 FR TAD<br>940228 TO TAD EXCESS |
| DESIG TO BLT 1/8 22D MEU<br>2D MAR DIV 28542<br>ED 16FEB93 AUTH CG<br>FMFLANT 282239Z FEB 93<br><br>REDESIG TO 1STBN, 8THMAR,<br>2NDMARDIV, FMF, CAMLEJ NC<br>28542; ED: 17 MAR 94<br>AUTH: 082137Z MAR94<br>RUC: 12210    MCC: 122 | PLT SGT<br>(0369) (16) | 940301 ATT TAD SNCOA SOI MCB<br>   CAMLEJ NC 28542-5030<br>   RUC 31350 MCC J8F<br><br>940419 ATT TERM<br><br>940424 FR TAD<br><br>950801 TR TO CG MCRD WRR SDIEGO<br>   CA   MCC J9F FORDU |
| HQSVCBN MCRD SDIEGO CA<br>RUC 34024    MCC J9F | STUD RCTRSCOL<br>(0000) (02) | 950902 JD FOR TEMINS W/RCTR SCOL<br>CLNR 6-95<br><br>951019 TEMINS COMPL TR MCC 988<br>1st MARCORDIST FOR DU |
| HQ 1ST MCD GCTY NY 11530<br>RUC 80001    MCC 988 | RECRUITER<br>(8411)   (35) | 951128 JD FOR DU W/ RS WPA<br>981104 TR TO CG 2D MAVDIV MCB CAMLEJ NC<br>   MCC V28 FOR DU |
| 2DBN 8THMAR 2DMARDIV<br>CAMP LEJEUNE NC 28542<br>RUC 12170 MCC V28 | PLATOON SGT<br>(0369) ( ) | 981202 JD FOR DUTY W/ ECHO CO<br>990526 TO TAD EXCESS<br>990825 FR RTA TAD EXCESS |

BETH III   ROBERT   P
NAME (Last)  (First)  (Middle)   SSN

NAVMC 118(3) (Rev. 5-74) (Previous editions are obsolete)   (3) a

BEST COPY AVAILABLE
USMC

C

| GOOD CONDUCT MEDAL PERIOD COMMENCES: | | ORGANIZED MARINE CORPS RESERVE MEDAL PERIOD COMMENCES: |
|---|---|---|
| 941030 <br> 971030 (END AWARD) <br> ~~941030~~ | 931030 <br> 961030 <br> 991030 | |

NAME (LAST, FIRST, MIDDLE): HILL, Robert

NAVMC 118 (12) (REV. 8-67)

C

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO | SIGNATURE |
|---|---|---|---|---|
| *931110 | Participated in Southwest Asia "Cease Fire" with ARG 3-93 on board the USS GUADALCANAL in the Red Sea and Gulf of Eden. | 931105 | 931110 | Bydir |
| 940127 | Participated in Op "Provide Promise/Deny Flight" as part of CTF 62 and JTF Provide Promise, aboard the USS GUADALCANAL in the Adriatic Sea. | 940104 | 940120 | Bydir |
| 941205 | Paticipated in Op "Support Democracy" as part of JTF-120 onboard the USS WASP | 940523 | 940717 | Bydir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| UN (22D MEU SOC 93 10 18-93 11 11) | | | 941031 | By dir |
| SD | 3 | | | Bydir |
| NA (950213-950606) | 1 | | | Bydir |
| NT | | | 960607 | Bydir |
| GC | 3 | | | Bydir |
| MU(950701-970630) | 1 | | | Bydir |
| NU(MCRC 970701-980831) | | | 981102 | |
| RA | | | 981104 | |
| CERT OF MERIT | | | 981104 | Bydir |
| *AFSM (920601-960208) | | | | BYDIR |
| *NATO (BLT 1/8 930913-931111) | | | 961008 | Bydir |
| GC | 4 | | | Bydir |

BEITH III        ROBERT        R.
(Last)           (First)       (Middle)        SSN

SMCRM:
AFRM:

MC 118 (9) (Rev. 2-91) (Previous editions will be used) SN: 0000-00-000-2809 U/I: PD OF 100    (9)a    *DENOTES LATE ENTRY

C

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| 920211 | SNM was assigned to AMEMB Damascus, Syria during Op "Desert Shield" and "Desert Storm." | 900517 | 910516 | WM Bridgewater Bydir |
| 930918 | Participated in Op "Provide Promise/Deny Flight" as part of CTF 62 and JTF Provide Promise, aboard the USS AMERICA in the Adriatic Sea. | 930825 | 930917 | WM Bridgewater Bydir |
| 931009 | Participated in Op "Provide Promise/Deny Flight" as part of CTF 62 and JTF Provide Promise, aboard the USS GUADALCANAL in the Adriatic Sea. | 931003 | 931008 | WM Bridgewater Bydir |
| 931112 | Participated in Op "Continue Hope/UNOSOM II" as part of COMMARFORSOMALIA (CT 158) and JTF Somalia onboard the USS GUADALCANAL in the Indian Ocean. | 931012 | 931111 | WM Bridgewater Bydir |
| *931017 | Participated in Southwest Asia "Cease Fire" with ARG 3-93 on board the USS GUADALCANAL in the Red Sea and Gulf of Eden. | 931012 | 931017 | WM Bridgewater Bydir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| MERITORIOUS MAST | | | 851125 | |
| SD | | | 860415 | |
| MERITORIOUS MAST | | | 860624 | |
| GC | | | 871029 | |
| SD | 1 | | | |
| MERITORIOUS MAST | | | 880328 | |
| OSR | | | 900310 | |
| GC | 1 | | | |
| OSR | 1 | | | |
| MU | | | 910829 | |
| ND | | | 910829 | |
| SW | | 2/* | 910829 | |
| OSR | 2 | | | |
| NA | | | 920831 | |
| SD | 2 | | | Bydir |
| GC | 2 | | 940106 | Bydir |
| AE | | | | Bydir |

| NAME (Last) | (First) | (Middle) | SSN | |
|---|---|---|---|---|
| BEITH III | ROBERT | R | | SMCRM: AFRM: contd on supp pg |

NAVMC 118 (9) (Rev. 2-91) (Previous editions will be used)  *DENOTES LATE ENTRY

The Secretary of the Navy takes pleasure in presenting the
NAVY ACHIEVEMENT MEDAL to

STAFF SERGEANT ROBERT P. SMITH III
UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

For professional achievement in the superior performance of his duties while serving as a Marine Security Guard, Marine Security Guard Detachment, American Embassy, Port Louis, Mauritius; Damascus, Syria; and Kuala Lumpur, Malaysia from 1 March 1989 to 31 August 1992. During this period, Staff Sergeant Smith performed his duties in an exemplary and highly professional manner. His skill and insight were instrumental in developing tactical plans, thus improving the operational level of the detachments. Additionally, Staff Sergeant Smith's exceptional personal leadership and infectious spirit contributed immeasurably to unit morale and cohesion under adverse conditions. Staff Sergeant Smith's exceptional leadership ability, initiative, and loyal dedication to duty reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service.

For the Secretary of the Navy,

P. [signature]
Colonel, U.S. Marine Corps
Commanding Officer
Marine Security Guard Battalion



# United States Marine Corps

## Certificate of Good Conduct

Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal for the period _____ to _____. Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.



United States Marine Corps

C

Corporal Robert P. BEITH /0311/ USMC

was, on the 28th day of March, 19

the subject of a

# MERITORIOUS MAST

conducted by the

Commanding Officer
Battalion Landing Team 1/1
11th Marine Expeditionary Unit
FPO San Francisco, California 96604-0146

*for outstanding service as follows:*

For outstanding performance of duty demonstrated during the cross-training with the Philippine Marines from 26 to 29 February, 1988, as a member of the third platoon, Company C. Your Esprit de Corps and constant high personal standards served as an example to those around you. The dedication displayed in training your Marines and exchanging knowledge with the Marines of the 32nd Philippine Marine Company was exemplary. The leadership and professionalism you exhibited exemplifies a superior Marine Non-Commissioned Officer. Your unwavering performance and attention to detail reflects greatly upon yourself and is keeping with the highest traditions of the United States Marine Corps.

BURTON C. QUIST
Lieutenant Colonel, U. S. Marine
Commanding

NAVMC 10835 (5-73) SN 0000-00-000-5881 U I PD 25 SETS PER PAD (1980)



# United States Marine Corps

CE  [C]

Lance Corporal ROBERT P. KEITH II    /0311

was, on the _____25th_____ day of _____November_____, 19_85_,

the subject of a

## MERITORIOUS MAST

conducted by the

Commanding Officer
Battalion Landing Team 1/1
1st Marine Division (REIN), FMF
Camp Pendleton, California 92055-5504

*for outstanding service as follows:*

For outstanding performance of duty during the Inspecting General's Wall Locker and Junk on the Bunk Inspection on 17 October 1985. While serving with Company C, 1st Battalion, 1st Marines, 1st Marine Division, Lance Corporal Keith displayed exceptional initiative and commitment to excellence in preparing for one of the most demanding inspections of the Marine Corps. Spending numerous hours on detailed work, you thoroughly and professionally prepared yourself. Your devotion to duty and extra effort greatly contributed to the success of the inspection. Lance Corporal Keith's proficiency, desire to excel, and meticulous attention to detail reflect great credit upon himself and are in keeping with the highest traditions of the United States Marine Corps.

J. E. MOFFETT

NAVMC 10935 (5-73) SN: 0000-00-000-5081 U/I: PD 25 SETS PER PAD (1000)



Lance Corporal ROBERT P. BEITH II    /0311

was, on the _____24th_____ day of _____July_____, 19_86_,

the subject of a

# MERITORIOUS MAST

conducted by the

Commanding Officer
1st Battalion, 1st Marines
1st Marine Division (REIN), FMF
Camp Pendleton, California 92055-5594

*for outstanding service as follows:*

For superior performance of duty while serving as the Radio Operator/Messenger for 3rd Platoon, Company C, 1st Battalion, 1st Marines from 1 June 1985 to 1 July 1986. During this time Lance Corporal Beith consistently displayed uncommon initiative, enthusiasm and attention to duty. Through countless field exercises and long training evolutions, Lance Corporal Beith set himself apart as a Marine with outstanding stamina and endurance. His maturity, professionalism and vast knowledge of radio procedures proved to be an invaluable asset to the platoon's outstanding performance during the past thirteen months of pre-deployment and WESTPAC training. Lance Corporal Beith's proficiency, motivation and endurance reflected great credit upon himself and were in keeping with the highest traditions of the UNITED STATES MARINE Corps.

J. W. MOFFETT

NAVMC 10935 (5-73) SN: 0000-00-608-5081 U/I: PD 25 SETS PER PAD (1988)