# Attachment 4

*J. Johnson 154 4/21/82*    *winners O.C. 154 4/21/86*



*CC*

## COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (1070)

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| MERITORIOUS MAST | | | 830406 | *[signature]* ByDir |
| Letter of Appreciation | | | 841030 | *[signature]* ByDir |
| Letter of Appreciation | | | 850506 | *[signature]* ByDir |
| Letter of Appreciation | | | 850507 | *[signature]* ByDir |
| GCM | | | 850603 | *[signature]* ByDir |
| LETTER OF APPRECIATION | | | 850612 | *[signature]* ByDir |
| MUC | | | 850906 | *[signature]* R. L. MALLETT, ByDir |
| MERIT MAST | | | 851213 | *[signature]* R. L. MALLETT, ByDir |
| Letter of Appreciation | | | 851220 | *[signature]* R. L. MALLETT, ByDir |
| Letter of Appreciation | | | 860310 | *[signature]* R. L. MALLETT, ByL |

Certified True Copy

*[signature]*
R. L. MALLETT
1ST LT, USMC

EUBANKS, DWAYNE L.

| NAME (LAST, FIRST, MIDDLE) | SSN |
|---|---|
| | |

NAVMC 110 (9) (REV. 4-80)

*V. Johnson 151 11/21/86*    S    *Sinners OC. 151 11/21/86*

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2ND RTBN, RTR<br>MCRD, PARRIS IS<br>RUC 32092 MCC 016 | RECRUIT<br>(9900)    (3) | 820605 JD FOR REC TRNG |
| | | 820818 TR TO USMC ADMIN DET USA CHANUTE<br>TECH TRNG CNTR (MCC K9W) |
| MARCORADMINDET, STOP 62<br>CHANUTE AFB, IL 61868<br>RUC 54072  MCC K9W | STUDENT (6800)<br>( 0-2) | 820901 JOIN MCC K9W AVN ENTLEVEL<br>STUD 68B<br>820819 TO 820828 DELAY AS ANN LV TC<br>821112 TR CG MCB CAMP LEJEUNE NC<br>(MCC 013) FOR DU |
| SPTCO SPTBN MCB CAMLEJ 28542<br>RUC 31050        MCC 013 | STUDENT<br>(3051)  (01) | 821116 JD FOR DU<br>821218 CHPRIDU |
| MARBKS NWPNSTA CHASN<br>RUC 53690   MCC 215 | WHSEMAN<br>(3051)  (37)<br>WHSEMAN<br>(3051)  ( ) | 830429 JD FOR DU<br>860603 DIS<br>860604 JD REENL RETN THIS COMD |

EMBOSSED PLATE IMPRESSION

| NAME (Last) EUBANKS, | Wayne<br>DUAYNE (First) | L. (Middle) | SSN |
|---|---|---|---|

NAVMC 118(3) (REV 5-74) (Supersedes all editions of NAVMC 123 (2) and All Previous editions
of NAVMC 118 (3) which are obsolete and will not be used)

Certified True Copy

D. C. MILLER
151 LT, USMC

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2ND RTBN RTR<br>MCRD PARRIS IS<br>RUC 52072 MCC 016 | RECRUIT<br>(55001)    (50) | 820405 JD FOR REC TRNG<br><br>820518 TR TO USMC ADMIN DET USA CHANUTE<br>TECH TRNG CNTR (MCC K59) |
| MARCORADMINDET, STOP 62<br>CHANUTE AFB, IL 62868-<br>RUC 54072  MCC K9W | STUDENT (6800)<br>(  0.2 ) | 820901 JOIN MCC K9W AVN ENTLEVEL<br>STUD 68B<br>820920 TO 820920 BELAW AS ANN LV C |
| SPTCO SPTBN MCB CAMLEJ<br>RUC 31050       MCC 013 | STUDENT<br>(3051)   (01) | 821112 TR CG MCB CAMP LEJEUNE NC<br>(MCC 013) FOR DU<br>821116 JD FOR DU<br>821218 CHPRIDU |
|  | WISEMAN<br>(3051)  (C) | 830414 TR TO MARBKS WPNSSTA CHARLESTON<br>SC  (MCC 215) |
| MARBKS WPNSTA CHASN<br>RUC 53690    MCC 215 | WISEMAN<br>(3051)  (37) | 830429 JD FOR DU |
|  | WISEMAN<br>(3051)  ( 4) | 860603 DIS<br>860604 JD REENL RETN THIS COMD<br>860920 TR TO CG 3RDMARDIV,<br>(MCC 124) |
| 3D RECONBN, 3D MARDIV, FMF<br>FPO SFRAN, CA 96602-8500<br>RUC13700     MCC124 | WISEMAN<br>(3051)  (2) | 861024 JD for DU W/H&SCo, Supply C2<br>871009 TR TO MAG 38, CAMPEN, CA<br>MCC 1EG |
| MACS 1 MACG-38 3DMAW<br>CAMPEN CA 92055-6045<br>RUC 00971   MCC 1EG | WISEMAN<br>(3051)(C) | 871118 JD FOR DU<br>880317 TO TAD |
| SUB UNIT 1 EQCO HQSVCBN MCB<br>CAMPEN CA 92055 RUC 33069<br>MCC 014 | WISEMAN<br>(3051) ( ) | 880317 TO 880404 AEG TAD TO SUB<br>UNIT ONE HQCO HQSVCBN THIS BASE<br>RUC 33069 MCC 014 IN CONN/W<br>WESTERN DIVISION MATCHES |
|  | WISEMAN<br>(3051) (21) | 880407 FR TAD<br>890522 DIS<br>890234 REENL RETN THIS ORG<br>900303 TO TAD EXCESS<br>900104 ATT TAD HCSSS MCB CAMLEJ NC<br>MCC K78 RUC 31316 |
|  | ADMIN CHS<br>(3051)  (02) | 900213 ATT TERM<br>900213 FR TAD |
|  | WISEMAN<br>(3051) (03) | 900504 TR TO CG 1STMAW OKI (MCC 145)<br>FOR DU |
| MWHS-1 1STMAW FMFPAC<br>FPO SFRAN CA<br>RUC 01027 MCC 145 | OPS/TRNG CLK<br>(7001) ( ) | 900512 JD FOR DU W/S-3 |

EUBANKS, DUANE L.

CONTINUED ON SUPPLEMENTAL PAGE

G
(1070)

CHRONOLOGICAL RECORD

| ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | 910104 TO         SK USKH |
| | | 910319 DIS |
| | | 910320 JD REENL RETN THIS ORG |

EUBANKS        Dwayne        T.

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|

(3) ☆ U.S. GOVERNMENT PRINTING OFFICE  1982—546-006/3

CldrPDF - www.fastio.com

(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2ND RTBN,RTR<br>MCRD,PARRIS IS<br>RUC 32092 MCC 021 | RECRUIT<br>(6800)  (31) | 820105 JD FOR REC TRNG |
|  |  | 820803 TR TO USMC ADMIN DET USA CHANUTE<br>TECH TRNG CNTR (MCC K9W) |
| MARCORADMINDET, STOP 62<br>CHANUTE AFB, IL 61868<br>RUC 54072  MCC K9W | STUDENT (6800)<br>(01) | 820901 JOIN MCC K9W AVN ENTLEVEL<br>STUD 68B<br>820920 TO 020920 DELN AS AVAIL |
| SPTCO SPTBN MCB CAMLEJ 28542<br>RUC 31050      MCC 013 | STUDENT<br>(3051)  (01)<br>WHSEMAN<br>(3051)  (0 ) | 821112 TR CG MCB CAMP LEJEUNE NC<br>(MCC 013) FOR DU<br>821116 JD FOR DU<br>821218 CHPRIDU |
| MARBKS NWPNSTA CHASN<br>RUC 53680    MCC 215 | WHSEMAN<br>(3051)  (37)<br>WHSEMAN<br>(3051)  ( 6 ) | 830414 TR TO MARBKS NWPNSTA CHARLESTON<br>SC  (MCC 215)<br>830429 JD FOR DU<br>860603 DIS<br>860604 JD REENL RETN THIS COND<br>860920 TR TO CG 3RDMARDIV |
| 3D RECONBN, 3D MARDIV, FMF<br>FPO SFRAN, CA 96602-8803<br>RUC13700        MCC124 | WHSEMAN<br>(3051) (12) | (MCC 124)<br>861024 JD for DU W/MESS, Supplys?<br>871009 TR TO MAG 38, CAMPEN, CA<br>MCC 1EG |
| MACS 1 MACG-38 3DMAW<br>CAMPEN CA 92055-6045<br>RUC 00971    MCC 1EG | WHSEMAN<br>(3051) (0 ) | 871118 JD FOR DU<br>880317 TO TAD SB0317 TO TO<br>880403 TO 880404 AEG TAD TO SUB<br>UNIT ONE HQCO HQSVCBN THIS BASE<br>RUC 33069 MCC 014 IN CONN/W<br>WESTERN DIVISION MATCHES |
| SUB UNIT 1 HQCO HQSVCBN MCB<br>CAMPEN CA 92055 RUC 33069<br>MCC 014 | COMPETITOR<br>(2531) (01) |  |
|  | WHSEMAN<br>(3051) (2 )<br>ADVWRS CRS<br>(3051)  (02)<br>WHSEMAN<br>(3051) (03 ) | 880407 FR TAD<br>890522 DIS<br>890234 REENL RETN THIS ORG<br>900103 TO TAD EXCESS<br>900104 ATT TAD MCSSS MCB CAMLEJ NC<br>MCC K78 RUC 31316<br>900213 ATT TERM<br>900213 FR TAD<br>900504 TR TO CG 1STMAW OKI (MCC 145)<br>FOR DU |
| MWHS-1 1STMAW FMFPAC<br>FPO SFRAN CA<br>RUC 01027 MCC 145 | OPS/TRNG CLK<br>(07041) (12) | 900612 JD FOR DU W/S-3 |

EMBOSSED PLATE IMPRESSION

EUBANKS, DWAYNE L.

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|

NAVMC 118(3) (REV 3-74) Supersedes all editions of NAVMC 123 (2) and All Previous editions<br>of NAVMC 118 (3) which are obsolete and will not be used)          UM SN SN 0000-00-000-11.03

CONTINUED ON SUPPLEMENTAL PAGE

CtbPDF - www.fastio.com


(1070)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | 910104 TO 910105 SK USNH |
| | | 910319 DIS |
| | | 910320 JD REENL RETN THIS ORG |
| | | 910604 TR TO CG 2D MAW CHERPT (MCC 142) FOR DU |
| HQHQRON-28 MACG-28 2DMAU FMFLANT SUPPLYADMINOPERCLK<br>MCAS CHERPT NC 28533-6041.<br>RUC 01145        MCC 142 | SUPPLYADMINOPERCLK<br>(3043)    ( 05 ) | 910712 JD FOR DU W/GRSQU |
| | STUD        (01) | 920122 TO TAD<br>920122 ATT TAD W/SSCOOL MCSSS MCB CAMLEJ NC<br>RUC 31316        MCC K78<br>920317 ATT TERM |
| | SUPPLYADMINOPERCLK<br>(3043)    (03) | 920318 FR TAD<br>920610 TO TAD EXCESS |
| MCSSS MCB CAMLEJ NC<br>RUC 31316 MCC K78 | STUD<br>(3000)   (—) | |
| | STUD<br>(3000)    (02) | 020010 ATT TAD EXCESS W/SSCOOL<br>MCSSS MCB CAMLEJ NC<br>RUC 31310 MCC K70<br>020020 ATT TERM |
| | SUPPLYADMINOPERCLK<br>(3043)    ( 01 ) | 920624 FR TAD |
| 2DLAADBN MACG 28 2DMAU<br>MCAS CHERPT 28533-6048<br>RUC 00920 MCC 142 | SUPPLYADMINOPERCLK<br>(3043)    (01) | 921005 TR TO 2DLAADBN MACG 28<br>RUC M00920 MCC 142<br>921005 JD FOR DU W/H BTRY |
| 2DDENTAL 2DFSSG USMARFORLANT<br>CAMLEJ NC 28542 0125<br>RUC 27160 MCC 151 | SUPADMINOPERCLK<br>(3043) (04) | 940331 TR TO CG 2D FSSG (MCC 151)<br>940401 JD FOR DU<br>940803 TO TAD EXCESS<br>940800 ATT TAD ENCOA SOI MCB CAMLEJ NC 28542 FOR DU RUC 27160 MCC JC8 |
| | SUPADMINOPERCLK<br>(3043) (  ) | 940922 ATT TERM<br>940928 FR TAD |

CBhPDF - www.fastio.com

YOUNG NORRIS ( )                    WHIM V FCI  PRESS 5-8-75

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD (1977)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO — | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | SERVICE OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| MERITORIOUS MAST | | | 830405 | By Dir |
| Letter of Appreciation | | | 841030 | By Dir |
| Letter of Appreciation | | | 850506 | By Dir |
| Letter of Appreciation | | | 850507 | By Dir |
| GCM | | | 850603 | By Dir |
| LETTER OF APPRECIATION | | | 850612 | EIT |
| MUC | | | 850906 | L. HALLETT, By Dir |
| MERIT MAST | | | 851213 | L. HALLETT, By Dir |
| Letter of Appreciation | | | 851220 | L. HALLETT, By Dir |
| Letter of Appreciation | | | 860310 | L. HALLETT. By Dir |
| NAM | | | 871009 | By Dir |
| SSDR | | | 8710 | By Dir |
| GCM | 1 | | ----- | By Dir |
| NDSM | | | 910228 | By Dir |
| SSDR | | 1 | ------- | By Dir |
| GCM | | 2 | ------ | By Dir |

BANKS, Dwayne L.

NAME (LAST, FIRST, MIDDLE)

NAVMC 118 (9) (REV. 4-00)

CSbPDF - www.fastio.com

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD

**COMBAT HISTORY AND EXPEDITIONS**

| DATE OF ENTRY | DETAILS | FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

**AUTHORIZED AWARDS**

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | | Bydir |
| GB | | | | Bydir |

EUBANKS, Dwayne L.

NAME (Last)        (First)        (Middle)

RECORD OF TIME LOST, PROMOTION, REDUCTION, PROMOTION STATUS ON TRANSFER        (1070)

| | | | TIME LOST | | | 810821 | ♦ PEBD |
|---|---|---|---|---|---|---|---|
| FROM | TO | NO. OF DAYS | CAUSE | EAS DATE EXT. TO | EOS DATE EXT. TO | RECOMPUTED PEBD | SIGNATURE OF CERTIFYING OFFICER |

PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED, RE-APPOINTED OR REDUCED | RANK FROM (Date) | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 9971 | PFC | 820604 | 820604 | | MCO P1100.74A |
| PERMANENT | 3051 | LCPL | 830301 | 830301 | | MCO 1618 9L |
| PERMANENT | 3051 | CPL | 840201 | 840201 | | MCBUL 1430 dtd 831108 |
| | | SGT | 870301 | 870301 | | |
| | | SGT | 870601 | 870601 | | |

COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS
ON TRANSFER TO A NEW ORGANIZATION



| EUBANKS | DWAYNE | L. | |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(8) (REV. 11-61) (Previous editions are obsolete and will not be used)
SN: 0000-00-000-3104 U/I: SH

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD (1070)



## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO — | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| MERITORIOUS MAST | | | 830406 | ByDir |
| Letter of Appreciation | | | 841030 | ByDir |
| Letter of Appreciation | | | 850506 | ByDir |
| Letter of Appreciation | | | 850507 | ByDir |
| GCM | | | 850603 | ByDir |
| LETTER OF APPRECIATION | | | 850612 | |
| MUC | | | 850906 | R. L. MALLETT, ByDir |
| MERIT MAST | | | 851213 | R. L. MALLETT, ByDir |
| Letter of Appreciation | | | 851220 | R. L. MALLETT, ByDir |
| Letter of Appreciation | | | 860310 | R. L. MALLETT, ByDir |
| NAM | | | 871009 | ByDir |
| SSDR | | | 871020 | ByDir |
| GCM | 1 | | | Bydir |
| NDSM | | | 910228 | Bydir |
| SSDR | 1 | | ------ | Bydir |
| GCM | 2 | | ------ | Bydir |

EUBANKS, Dwayne L.

NAME (LAST, FIRST, MIDDLE)                SSN

NAVMC 118 (9) (REV. 4-80)          (9)          cont'd on supp page

ClibPDF - www.fastio.com

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

**C**

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | | Bydir |
| GC | 4 | | | Bydir |
| CERT COMM | | | 940909 | Bydir |
| NC (940401-950705) | | | 951019 | Bydir |
| GC | 4 | | ------- | Bydir |
| NC (970701-990930) | 1 | | 990928 | I-I |

EUBANKS, Dwayne L.

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|

NAVMC 118 (9) (Rev. 2-91) (Previous editions will be used)  SN: 0000-00-000-0000 U/I PD OF 100    (9)a

SMCRM:

AFRM:

★U.S.GPO:1991-0-540-002/40121



UNITED STATES MARINE CORPS
3d Reconnaissance Battalion
3d Marine Division (Rein), FMF
FPO San Francisco 96602-8690

The Secretary of the Navy takes pleasure in presenting the
NAVY ACHIEVEMENT MEDAL to:

SERGEANT DWAINE L. EUBANKS
UNITED STATES MARINE CORPS

for service set forth in the following
CITATION:

"For professional achievement in the superior performance of
his duties while serving as Warehouse Chief and a member of 3d
Reconnaissance Battalion's Color Guard from 1 April to 19
September 1987. Sergeant Eubanks exhibited organizational and
leadership abilities not often found in his grade and MOS.
Sergeant EUBANKS prepared his warehouse for a series of arduous
inspections in which Supply scored among the highest of the
Division supply accounts. Working long and tedious hours, he
achieved 99.2% and 99.3% in two physical inventory procedure
inspections. In September, his warehouse received a grade of 92%
during the Battalion Logistics Readiness Evaluation. These
results contributed to Supply receiving an overall grade of 88%,
thus passing for the first time in five years. While preparing
for these inspections and supporting the daily routine, Sergeant
Eubanks also displayed outstanding performance of duty while
serving as a member of the Battalion Color Guard during the
Commanding General's Inspection. Sergeant Eubanks' knowledge, and his
exactness in execution of prescribed movements, and his
impeccable appearance contributed to an overall grade of
"OUTSTANDING". Sergeant Eubanks' performance reflected great
credit upon himself, this Command, and the United States Marine
Corps.

For the Secretary of the Navy,

J. M. D. HOLLADAY
LIEUTENANT COLONEL, U. S. MARINE CORPS
COMMANDING OFFICER

AWEILE MICHAEL 1-30-96          YVETTE McKETHIN QCE 1-30-96

AIR FORCE SERVICE SUPPORT GROUP
U.S. MARINE CORPS FORCES, ATLANTIC

The Secretary of the Navy takes pleasure in presenting the
NAVY COMMENDATION MEDAL to

STAFF SERGEANT DWAYNE J. BUDAITIS
UNITED STATES MARINE CORPS

for service as set forth in the following

## CITATION:

"For meritorious service while serving as Supply Officer, 2d Dental Battalion, 2d
Force Service Support Group, U. S. Marine Corps Forces, Atlantic, from April 1994 to
September 1995. During this period, Staff Sergeant Budaitis performed his assigned
duties with extraordinary dedication and personal commitment. He formulated and
executed a plan to relocate the 2d Dental Battalion supply warehouse, an account valued
at $3 million, which included over 200 line-items of operational and dental specific
supplies. He orchestrated the reorganization of Battalion Supply while preparing for a
Field Supply and Maintenance Analysis Office inspection, the first held at 2d Dental
Battalion in over four years, earning a "No findings or areas of concern" grade. His
unquestionable devotion to duty, superior leadership and esprit de corps have earned him
the respect of all who have come in contact with him and are directly responsible for the
2d Dental Battalion Supply Section being rated in the top 16% of all Marine Corps
Supply Sections. Staff Sergeant Budaitis' initiative and selfless devotion to duty reflected
great credit upon himself and were in keeping with the highest traditions of the Marine
Corps and the United States Naval Service."

For the Secretary,

D. R. BARKER
Brigadier General, U. S. Marine Corps
Commanding

26389761.3

COMMANDING GENERAL
2d FORCE SERVICE SUPPORT GROUP
U. S. MARINE CORPS FORCES, ATLANTIC

The Secretary of the Navy takes pleasure in presenting the
NAVY COMMENDATION MEDAL to

STAFF SERGEANT DWAYNE L. EUBANKS
UNITED STATES MARINE CORPS

for service as set forth in the following

## CITATION:

"For meritorious service while serving as Supply Officer, 2d Dental Battalion, 2d Force Service Support Group, U. S. Marine Corps Forces, Atlantic, from April 1994 to September 1996. During this period, Staff Sergeant Eubanks performed his assigned duties with extraordinary dedication and personal commitment. He formulated and executed a plan to relocate the 2d Dental Battalion supply warehouse, an account valued at $3 million, which included over 200 line-items of operational and dental specific supplies. He orchestrated the reorganization of Battalion Supply while preparing for a Field Supply and Maintenance Analysis Office inspection, the first held at 2d Dental Battalion in over four years, earning a "No findings or areas of concern" grade. His unquestionable devotion to duty, superior leadership and esprit de corps have earned him the respect of all who have come in contact with him and are directly responsible for the 2d Dental Battalion Supply Section being rated in the top 10% of all Marine Corps Supply Sections. Staff Sergeant Eubanks' initiative and selfless devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service."

For the Secretary,

H. L. BARNES
Brigadier General, U. S. Marine Corps
Commanding

**UNITED STATES MARINE CORPS**
3d Reconnaissance Battalion
3d Marine Division (-) (REIN), FMF
FPO San Francisco 00602 : 0000

IN REPLY REFER TO

The Secretary of the Navy takes pleasure in presenting the
NAVY ACHIEVEMENT MEDAL to:

SERGEANT DWAYNE L. EUBANKS
UNITED STATES MARINE CORPS

for service set forth in the following
CITATION:

"For professional achievement in the superior performance of
his duties while serving as Warehouse Chief and a member of 3d
Reconnaissance Battalion's Color Guard from 1 April to 19
September 1987. Sergeant Eubanks exhibited organizational and
leadership abilities not often found in his grade and MOS.
Sergeant EUBANKS prepared his warehouse for a series of arduous
inspections in which Supply scored among the highest of the
Division supply accounts. Working long and tedious hours, he
achieved 99.2% and 99.3% in two physical inventory procedure
inspections. In September, his warehouse received a grade of 92%
during the Battalion Logistics Readiness Evaluation. These
results contributed to Supply receiving an overall grade of 88%,
thus passing for the first time in five years. While preparing
for these inspections and supporting the daily routine, Sergeant
Eubanks also displayed outstanding performance of duty while
serving as a member of the Battalion Color Guard during the
Commanding General's Inspection. Sergeant Eubanks' knowledge,
exactness in execution of prescribed movements, and his
impeccable appearance contributed to an overall grade of
"OUTSTANDING". Sergeant Eubanks' performance reflected great
credit upon himself, this Command, and the United States Marine
Corps.

For the Secretary of the Navy,

J. M. D. HOLLADAY
LIEUTENANT COLONEL, U. S. MARINE CORPS
COMMANDING OFFICER



# United States Marine Corps

*This is to certify that*

**Sergeant DWAYNE H. EUCALITUS**

*has completed the course prescribed for the*

## Commandant of the Marine Corps for

ENLISTED SUPPLY INTERMEDIATE COURSE 3-02

*Given at*

Marine Corps Service Support Schools
Marine Corps Base, Camp Lejeune, N.C.
this 20th day of August 19 02

F. L. WILSON
LtCol USMC
Director

Charles Jones QC1    10-27-93    Larry Burke Oct. 29, 1993

C

DAVMS 18 (REV. 1-83) (REVERSE)

## ENLISTED SUPPLY INTERMEDIATE COURSE

Complete the following except when security regulations preclude the entering of such information.

| DATE CLASS COMMENCED | DATE CLASS ENDED | SUBJECTS | NUMBER OF HOURS EACH SUBJECT |
|---|---|---|---|
| 12 Jun 92 | 20 Aug 92 | Combat Service Support and Rear Area Security | |
| | | Correspondence/Writing Skills | |
| | | EEOP-EMP | |
| | | Faculty Advisor | |
| | | Financial Management, Budgeting, and Purchasing/Contracting | |
| | | Introduction to Marine Corps Supply System and Publications | |
| | | Manual Accounting Procedures and Warehousing | |
| | | Management of N.MMS Demands | |
| | | CASGY Management Procedures | |
| | | TOTAL INSTRUCTIONAL HOURS | |
| | | EFF SCORED: 100/Second Class | |
| | | American Council on Education (ACE) recommends college credit be awarded for Enlisted Supply Intermediate Course (ACE Catalog number: MC-1405-0053 Rech on page 1-270.) | |

| CLASS STANDING: 10/16 | CLASS AVERAGE: 87.83 | FINAL AVERAGE: 93.04 |
|---|---|---|

ClbPDF - www.fastio.com

BEST COPY AVAILABLE
U.S.M.C.

# United States Marine Corps

# Certificate of Good Conduct

CORPORAL EUGENE L. DICKEY                USMC

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FIRST AWARD _ _ _ *for the period*

04 JUNE 1982 _ *to* _ 03 JUNE 1985

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

R. C. UNDERHILL

U.S.M.C.

MARINE BARRACKS, N.W.S.T.A.
UNIT

CHARLESTON, SC 29408

LIEUTENANT COLONEL
COMMANDING

03 JUNE 1985
DATE OF AWARD

NAVMC 71 (REV. 9-65) (1650)
S/N 0000-00-000-1001 U/M PADS OF 50 SETS

Jones QC2  10-  Larry Burke Oct. 29, 1993

[C]



# United States Marine Corps

## Certificate of Good Conduct

Having conducted yourself in a creditable manner,
you are, by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal
_____ for the period
_____ to _____
Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.

ClibPDF - www.fastio.com

The United States Marine Corps



Be it known by these presents that

Private D. L. EUBANKS                    USMCR(J)

has been cited for exceptional assistance in the field of recruiting.

This certificate is presented in recognition that these accomplishments have significantly benefited the Marine Corps.

Upon being sworn into the Regular Marine Corps or assignment to I.A.D.T with the Marine Corps Reserve, appointment to the grade of Private First Class will be effected in accordance with MCO P1100.74A par 2018.3c

Presented this 24th day of ___May___, 19 82

JAMES T. LUKEN JR

COMMANDING OFFICER

MCRS ORLANDO FL

CBRPDF - www.fastio.com