# Attachment 5

CEV

**COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD**

### COMBARRIES – COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM SDRS | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| Meritorious Mast / MERIT MAST | | | 820512 / R4011R | By / By |
| GCM | | | 840626 | By |
| MERIT MAST | | | 850318 | By |

ILDEFONSO, Jr.

CHRONOLOGICAL RECORD (1070)                                           K78    CF    '49

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
|  | Recruit | 810628 (DATE)   JD FOR RLC TRNG |
|  | ( 08 ) |  |
|  |  | (MCC) |
|  |  | 810922 TR TO MCB CAMLEJ (RUC K |
| SSCo, MCSSS, MCB, CamLej, NC RUC 31316 MCC K78 | Student (3061) ( 02 ) | 811003 Jd for TEMINS  SSC— del 3s Ann Lv 810923   to 100 811117 Tr for Du CO,1STF SSG |
| 1STSUPBN(-), 1STFSSG, FMF CAMPEN, CA 92055 RUC 28310   MCC 169 | SubSupMan (3061) (29) | 811129 JD FOR DU DELAY AS ANN L 811118 TO 811126. 811225 TO 520104 ON ANN LV |
| HqBnCo DR MCAGCC 29 Palms CA MCC 015  RUC    9 | SubSupMan I 3061 ( 2 ) | 820413 TO 12271E ON ANN LV 820719 JD  for Du W/RGU 820719 ATT TAD w/HSU Spt of Period Annual Training 820930 TAD TERM |
|  | S (001) | 820715 TO 820930 TAD TO MCAGCC 29 P CA MCC 015 FOR DU WITH RSU FOR SPT C RESERVE ANNUAL TRAINING (03) X30130 830105 TO 830130 TAD T BRSC-1 830304 TO          TAD TO BSSC 840216 TO 840421 TAD NCO ACADEMY 840424 TO 840901 TAD MSSG-17 |
|  | SubSupMan (3061) 04 ) | 840424 ATT TAD MSSG-17, 1ST FS CAMPEN, CA RUC 28374 MCC 169 |
|  |  | 840904 ATT TERM 850404 TR TO MSSG-13 CAMPEN, CA 850404 EXT ENL EXECUTED EFF D 840405 JD FOR DU W/MSSG-13 850627 EXT ENL NEW ECC 860426 |
| MSSG-13 1ST FSSG CAMPEN CA 92055 RUC 28391 MCC 169 | RATS CLK (3061) ( ) | 860210 DISCHARGED 860211 REENL REIN THIS ORG |

(NAME (LAST, FIRST, MIDDLE)



**G**
(1070)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | DRILL INSTR (8511) ( 15 ) | 950106 REASG FOR DU W/1BS3  960322 CHNG PRIMU DU |
| | SUBSISTANCE SUPLY CLK (3361) ( 07 ) | 961010 TR TO CG MCB KBAY MCC 091 FOR DUTY |
| HQBN MCBH KANEOHE BAY HI  RUC 02301        MCC 091 | SUBSISTANCE CHF (3361) ( 05 ) | 961121 JD FOR DU  970509 TO TAD EXCESS |
| | STUD ADVANCED CRS (BILMOS 0000) (02) | 970512 ATT TAD SNCOA ADVANCE COURSE MCAS EL TORO RUC 02201 MCC 023  970710 ATT TERM |
| | SUBSISTANCE CHF (3361) ( 05 ) | 970712 FR TAD EXCESS |
| | CO 1stSgt (9999) ( 16 ) | 971215 REASG TO MP CO |
| | SUBSISTANCE CHF (3361) ( ) | 990416 REASG TO HQ&SVC Co |

NAME

NAVMC

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD  (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO – | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| SD | 2 | | ------- | Bydir |
| GC | 3 | | | Bydir |
| MERIT MAST | | | 931031 | Bydir |
| MERIT MAST | | | 931130 | Bydir |
| MERIT MAST | | | 931231 | |
| LTR OF APPRECIATION | | | 940114 | Bydir |
| MERIT MAST | | | 940131 | Bydir |
| MERIT MAST | | | 940331 | Bydir |
| MU (MCRD ERR 891001-900930) | 4 | | 940418 | Bydir |
| GC (930420-960428) | | | 960328 | Bydir |
| SC | | | | Bydir |
| EI(870825-900625) | 4 | | 970814 | |
| GT(930420-960322) | 1 | | ------- | Bydir |
| MU(MCRD, PISC 960401-970430) | S | | | Bydir |

EMBOSSED PLATE IMPRESSION

COLON JR/ WILDORENS

NAME (Last, First, Middle)



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT

## THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

### TO

**STAFF SERGEANT ILDEFONSO COLON, JR., UNITED STATES MARINE CORPS**

meritorious service while serving as a Drill Instructor, Senior Drill Instructor, Series Gunnery Sergeant, and S-3 Operations Chief, 1st Recruit Training Battalion, and Regimental Inspector, Support Battalion, Recruit Training Regiment, Marine Corps Recruit Depot, Parris Island, South Carolina from 20 April 1993 to 28 April 1994. During this period, Staff Sergeant Colon's dedicated leadership, tireless motivation, and unwavering commitment to producing quality recruits enabled him to personally transform more than 350 recruits into basically trained Marines. While serving as the S-3 Operations Chief, his tireless efforts, maturity, and experience enhanced the scheduling and execution of training for four separate recruit training companies totalling over 1,500 recruits and 200 permanent personnel. As Regimental Inspector, his efforts in enforcing standing operating procedures and mentoring drill instructors ensured the integrity of the recruit training processed. Staff Sergeant Colon's exceptional ability, initiative, and devotion to duty reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service.

GIVEN THIS    28TH    DAY OF    MARCH    19 96

For the Secretary of the Navy

J. D. HUMBLE
Brigadier General, U. S Marine Corps
Commanding General
Marine Corps Recruit Depot/Eastern Recruiting Region



PRIVATE FIRST CLASS I. COLON _____ '30BY

*was, on the* _____ 12th _____ *day of* _____ May _____ *, 19* 82.

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
1st Supply Battalion (-)
1st Force Service Support Group (-), FMF
Camp Pendleton, California 92055

*for outstanding service as follows:*

"Your attention to duty, initiative and steadfast effort proved to be a valuable contribution to the services rendered by Rations Section, 1st Supply Battalion. Although working long hours under trying and difficult circumstances, you continually strove to provide the highest quality of service to fellow Marines. The personnel of the ration platoon successfully provided subsistence supplies to four dining facilities in support of 5000 troops during Gallant Eagle 82. Your exemplary performance of duty is in keeping with the highest traditions of the Marine Corps and the United States Naval Service."

_____
J. L. MCCLUNG
Lieutenant Colonel, USMC
Commanding

NAVMC 10835 (5-73) S/N 0000-00-098-5000 U/I: PD 25 SETS PER PAD (500)


BEST COPY AVAILABLE
U S M C



LANCE CORPORAL ILDEFONSO COLON

was, on the _____ 18th _____ day of _____ JANUARY _____ , 19 __

the subject of a

# MERITORIOUS MAST

conducted by the

Commanding Officer
First Supply Battalion (-)
First Force Service Support Group (-), FMFPac
Camp Pendleton, California 92055

for outstanding service as follows:

"Lance Corporal Colon's outstanding professionalism in the
performance of his duties has been highly commendable. His
extremely positive attitude, his motivation and total
dedication have been an inspiration to his superiors and
fellow Marines, and contributed significantly to his work
section's continuous state of excellence. Lance Corporal
Colon's professionalism, initiative and loyal dedication to
duty reflect great credit upon himself, this command and the
United States Marine Corps."

W. D. MAJOR
Lieutenant Colonel, USMC
Commanding



# Certificate of Good Conduct

**CORPORAL ILDEFONSO COLON JR.**

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal* _____ **FIRST AWARD** _____ *for the period* _____ **27 JUNE 1961** _____ to _____ **26 JUNE 1964** _____ *Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*





## United States Marine Corps

CORPORAL ILDEFONSO COLON JR.

was, on the ___18th___ day of ___MARCH___, 19__85__,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*
Commanding Officer
1ST Supply Battalion (-)
1ST Force Service Support Group (-), FMFPac
Camp Pendleton, California 92055-5703

*for outstanding service as follows:*

"Since joining 1st Supply Battalion, Corporal Colon has consistently proven his leadership capabilities by utilizing all leadership principles and exhibiting all leadership traits. Corporal Colon eagerly assumed responsibility and had a 'can-do' attitude about every task to which he was assigned. Especially noteworthy has been his selection as 1st Supply Battalion 'NCO of the Month' for the month of November 1984. His military appearance, bearing, professionalism, and dedication to duty have set an example for all Marines to follow and are in keeping with the highest traditions of the Marine Corps and the United States Naval Service."

JOHN T. BABB
Lieutenant Colonel, USMC
Commanding





# Certificate of Good Conduct

FIRST SERGEANT ILDEFONSO COLON JR.

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FOURTH AWARD — *for the period*

27 JUNE 1990 — *to* — 26 JUNE 1993

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

E. JONES

LIEUTENANT COLONEL

FIRST RECRUIT TRAINING BATTALION
RECRUIT TRAINING REGIMENT
MCRD PISC

26 JUNE 1993



**United States Marine Corps**

Staff Sergeant Ildefonso Colon Jr.    /3361/8511 USMC

was, on the __Thirty-First__ day of __October__, 19 93,

the subject of a

# MERITORIOUS MAST

conducted by the
Commanding Officer
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-1001

*for outstanding service as follows:*

For superior performance of duty while assigned as a Senior Drill Instructor in Company A, First Recruit Training Battalion. Through his tireless efforts and unyielding devotion to duty, his performance exceeded that of his peers. The success obtained by his platoon was due in no small part to his personal efforts and professional standards. This distinction resulted in his nomination for, and subsequent selection as, the Company Senior Drill Instructor of the Month for the month of October 1993. His leadership, zeal and professionalism stand as examples for all Drill Instructors to emulate. His sustained superior performance reflected great credit upon himself and was in keeping with the highest traditions of the First Recruit Training Battalion and the United States Marine Corps.

Lieutenant Colonel, United States Marine Corps



# United States Marine Corps

Staff Sergeant Ildefonso Colon Jr.          /3361/8511 USMC

was, on the ___Thirtieth___ day of ___November___ 19 93

the subject of a

# MERITORIOUS MAST

conducted by the
Commanding Officer
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-1001

*for outstanding service as follows:*

For superior performance of duty while assigned as a Senior Drill Instructor in Company A, First Recruit Training Battalion. Through his tireless efforts and unyielding devotion to duty, his performance exceeded that of his peers. The success obtained by his platoon was due in no small part to his personal efforts and professional standards. This distinction resulted in his nomination for, and subsequent selection as, the Company Senior Drill Instructor of the Month for the month of November 1993. His leadership, zeal and professionalism stand as examples for all Drill Instructors to emulate. His sustained superior performance reflected great credit upon himself and was in keeping with the highest traditions of the First Recruit Training Battalion and the United States Marine Corps.

B. Marine Corps



Staff Sergeant Ildefonso Colon Jr.                    /3361/8511 USMC

was, on the ___Thirty-First___ day of ___December___, 19__93__.

the subject of a

# MERITORIOUS MAST

conducted by the
Commanding Officer
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5001

*for outstanding service as follows:*

For superior performance of duty while assigned as a Senior Drill Instructor in Company A, First Recruit Training Battalion. Through his tireless efforts and unyielding devotion to duty, his performance exceeded that of his peers. The success obtained by his platoon was due in no small part to his personal efforts and professional standards. This distinction resulted in his nomination for, and subsequent selection as, the Company Senior Drill Instructor of the Quarter for the First Quarter of Fiscal Year 1994. His leadership, zeal, and professionalism stand as examples for all Drill Instructors to emulate. His sustained superior performance reflected great credit upon himself and was in keeping with the highest traditions of the First Recruit Training Battalion and the United States Marine Corps.

Marine Corps



Staff Sergeant Ildefonso Colon                           2331/8511 USMC

was on the _Thirty-First_ day of _January_, 19 94,

the subject of a

# MERITORIOUS MAST

conducted by the

Commanding Officer
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5001

for outstanding service as follows:

For superior performance of duty while assigned as a Senior Drill Instructor in Company A, First Recruit Training Battalion. Through his tireless efforts and unyielding devotion to duty, his performance exceeded that of his peers. The success obtained by his platoon was due in no small part to his personal efforts and professional standards. This distinction resulted in his nomination for, and subsequent selection as the Company Senior Drill Instructor of the Month for the month of January 1994. His leadership, zeal and professionalism stood as examples for all Drill Instructors to emulate. His sustained superior performance reflected great credit upon himself and was in keeping with the highest traditions of the First Recruit Training Battalion and the United States Marine Corps.

LARRY BURKE 9-13-94 



UNITED STATES MARINE CORPS

1650/3
RTR/
2 6 JAN 1994

FIRST ENDORSEMENT on CG, MCRD/ERR, PISC ltr of 14 Jan 94

From:   Commanding Officer, Recruit Training Regiment
To:     Staff Sergeant Ildefonso Colon Jr.          /3361/
        8511 USMC
Via:    Commanding Officer, First Recruit Training Battalion

Subj:   LETTER OF APPRECIATION

1.  Readdressed and forwarded with pleasure.

2.  Please accept my sincere appreciation for a job well done.

W. H. EVERETT
Acting

Copy to:
Dir, DCAC

LARRY BURKE   9-13-94                 CITY MO-T- 4

UNITED STATES MARINE CORPS
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
PO Box 11001
Parris Island, South Carolina 29905-1001

1400
1B3A
27 JAN 94

SECOND ENDORSEMENT on CG, MCRD/ERR, PISC ltr of 14 Jan 94

From:  Commanding Officer, First Recruit Training Battalion,
       Recruit Training Regiment, Marine Corps Recruit Depot,
       Parris Island
To:    Staff Sergeant Ildefonso Colon Jr.          /3361/A511
       USMC

Subj:  LETTER OF APPRECIATION

1.  Delivered with pleasure.

                                    G. E. SACHTLEBEN

Copy to:
CMC, MMSB-20
Dir, DCAC
Files

*LARRY BURKE  9-13-54*        *JETTY MOAT~ 401 5*



**COMMANDING GENERAL**
**Marine Corps Recruit Depot/**
**Eastern Recruiting Region**
**P.O. Box 19001**
**Parris Island, South Carolina 29905-9001**

14 January 1994

Colonel Humberto W. Rodriguez, USMC
Commanding Officer
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, SC 29905

Dear Colonel Rodriguez,

It is always gratifying to receive correspondence such as the attached.

Please pass on my appreciation to Staff Sergeant Ildefonso Colon, Jr. for a job well done. Hopefully, his efforts with Private Ben Carter, USMC, will pay off for a long time to come.

Semper Fi,

J. W. KLIMP
Brigadier General, U.S. Marine Corps

Enclosure

2-45  p.12-5                    Dc2 9-13-84

DEPARTMENT OF THE CHIEF OF STAFF
NORTH CAROLINA STATE DEFENSE MILITIA
6636 SERGEANT STREET
CHARLOTTE, NORTH CAROLINA 28217

December 8, 1993

Col. John S. Kispert
Chief of Staff
M.C.R.D.
P. O. Box 19001
Parris Island, SC 29905-9001

Dear Col. Kispert:

I would like to extend to you and your staff my
appreciation for the V.I.P. accommodations at the golf
course and the reserved setting in the reviewing section
for recruit graduation.

Your secretary, Capt. Billy Bob Brown handled our
request for quarters and seating requirements for the
recruit graduation ceremonies as a true professional. Our
schedule had to be changed twice, but Capt. Brown took it
in stride with a positive "can-do-sir" attitude that was
truly refreshing. Capt. Brown would certainly be an asset
to my staff and, he is an outstanding example of a Marine
Corps Officer.

I was accompanied to the recruit graduation on
December 3, 1993 by our G-4, Col. Jack Carter, and Maj.
Ramon Craig, his deputy and a former marine. Col.
Carter's son, Pvt. Ben Carter of Platoon 1104 graduated as
one proud marine who praised his drill instructors and SSG
Colon in particular. PVT Carter's father thought it an
"incredible mission, making a man out of young Ben Carter
and giving him a sense of belonging of only Esprit de
Corps..."

... took great pride
in ... leadership
building ... through
discipline and ...



# United States Marine Corps

Staff Sergeant Ildefonso Colon Jr.    /2361/8511 USMC

was, on the ___Thirty-first___ day of ___March___ 19__94__,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
First Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-1001

*for outstanding service as follows:*

For superior performance of duty while assigned as a Senior Drill Instructor in Company A, First Recruit Training Battalion. Through his tireless efforts and unyielding devotion to duty, his performance exceeded that of his peers. The success obtained by his platoon was due in no small part to his personal efforts and professional standards. This distinction resulted in his nomination for, and subsequent selection as, the Company Senior Drill Instructor of the Month for March 1994. His leadership, zeal and professionalism stand as examples for all Drill Instructors to emulate. His sustained superior performance reflected great credit upon himself and was in keeping with the highest traditions of the First Recruit Training Battalion and the United States Marine Corps.



Marine Corps

RECEIVED 10 MAY 1994



# Certificate of Good Conduct

**STAFF SERGEANT ILDEFONSO COLON**

*Having conducted yourself in a creditable manner, you are by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FIFTH AWARD                                    *for the period*

27 JUNE 1993            *to*            26 JUNE 1996

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

P. JOHNSON
CAPTAIN

SERVICE COMPANY
HEADQUARTERS AND SERVICE BATTALION
MJD RISC

26 JUNE 1996

960701     #1165



*United States Marine Corps*

*Certificate of Commendation*

*takes pleasure in commending*

THE COMMANDING GENERAL, MARINE CORPS BASE HAWAII, KANEOHE BAY

GUNNERY SERGEANT ILDEFONSO COLON, JR.          \*/3361 USMC

for

"Exemplary performance of duties while serving as a member of the Hispanic Heritage Month Committee, Marine Corps Base Hawaii from 2 June to 10 October 1997. During this period, you assumed your volunteer duties in a highly professional and dedicated manner. Your personal contributions and motivation were instrumental and directly responsible for making the Hispanic Heritage Month activities a reality and an unqualified success. You expertly helped coordinate assets and volunteer efforts between Marine Corps Base Hawaii, III MEF and civilian volunteer organizations and devoted countless hours of your free time to selling tickets and promoting events. Your devotion, initiative and innovation reflected great credit upon yourself and were in keeping with the highest traditions of the United States Marine Corps."

0 4 NOV 1997
Date

W. C. PEOPLES
COLONEL, U. S. MARINE CORPS
COMMANDER

NAVMC 10681 (REV. 8-89) (1890) SN: 0000-00-006-1680