# Attachment 6



CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| HRT BN MCRD, PARRIS IS 810211 RUC 32172 MCC 016 | Recruit (9000) 1 2 /1 | 810211 (DATE) |
| H&HS-90 MATSG-90 NAS MFS MILL TN RUC 08111 MCC J9M | STUD (6900) (N) | 810414 TR TO STUDCO MATSG 90 NAS MFS (MCC J9M) 8051? JD REMNS FOR MAR SOOL Delay as Ann Lv 810415 to 810414 820120 TR TO LOWRY AFB DENVER CO MCC JA19 |
| MarCorAdminDet/ LTTC/ Lowry AFB, CO 80230 RUC 54075 MCC K81 | STUDENT (6492)(N) | 810701 Duins 820131 JD FOR DUINS DEL AS ANN 820121 to 820129 821001 TR TO CO, HQMCC, CAMPEN, CA for temcon and furtrans C/S to CG, 1ST MAW, IWA (MCC 146) For Du |
| H&MS-15 MAG-15 1stMAW FPO SFRAN 96603 RUC 01017 MCC 146 | AvnPMZ&ATERepTechIMA (6493) ( ) | 821105 JD FOR DU 831213 TO 831214 SK BRANCH CLINIC IWA 831214 FR SK TO DU 841221 TR TO CONUS FOR DU CG MCB CAMPEN CA MCC (W95) |
| SU#2, HQBN, MCB, CAMPEN RUC 31149, MCC 014/W95 | Waiting Retards | 841224 850209 841229 |
| MCRSC, OVERLAND PARK KS IRR | | 850210 |

(3)    Cont' On Surf Pg

CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| MCRSC/OPKS | INAC | 850431 DIS(HON)/REENL USMC MCC 143  RUC 01013 |
| HAMS-13 / MAG-13 / 3dMAW MCAS EL TORO SA CA 92709 RUC 01013 MCC 143 | Avi PME&ATETech (6493) | 850427 JD FOR DU<br>850823 TO TAD EXCESS LOWERY AFB DENVER CO |
|  | STUD ADV ELEC ELEC MEASUREMENT CRS (6493) (03) | 850824 ATT TAD USMC ADMIN DET, LTTC LAFB, CO RUC 54075 MCC K81<br>851120 ATT TERM<br>851121 FR TAD<br>870715 EXTENL 20MO 01EXT<br>871005 TR TO CO MAG11 FOR DU (MCC 143) |
| H&MS-11 MAG-11 3DMAW MCAS EL TORO SANTA ANA CA 92709 RUC 01065 MCC 143 | AVNPMETECH (6492) (01) | 871006 JD FOR DU<br>871113 TR TO CG 1ST MAW IWA MCC 146 FOR DU |
| H&MS 15 MAG 15 1STMAW FPO SFRAN RUC 01017 MCC 146 | AVNPMETECH (6492) (11) | 871121 JD FOR DU<br>871016 TR TO CO MALS-12 MAG-12 1STMAW MCC 1JB<br><s>REASSIGNED TO MALS 12 MAG 12 1st MAW FPO SFRAN CA RUC 01038 MCC 1JB</s> |
| <s>REASSIG TO MALS 12, MAG 12, 1st MAW ... RUC 01038 MCC1JB</s> MALS-12 MAG-12 1STMAW FPO SANFRAN CA 96603 RUC 01038 MCC 1JB | AVNPMETECH (6492) (37) | 881018 JD FOR DU<br>890202 TO 890210 SK USMR YOKOTA<br>911112 TR TO CO MALS 39 MAG 39 3D MAW CAMPEN CA (MCC 1JM) FOR DU |
| MALS-39 MAG-39 3DMAW MCAS CAMPEN CA RUC 01158 MCC 1JM | AVNPMETECH (6492) (17) | 920102 JD FOR DU<br>930503 TO TAD EXCESS<br>930503 ATT TAD SMCOA MCAS EL TORO RUC 02201 MCC 023<br>930624 ATT TERM |
|  | STUD CAREER CRS (BIMOS 0000) (02) | |
|  | AVNPMETECH (6492) (07) | 930624 FR TAD |

CONT ON SUPP PAGE

TORRES-PINTOS Sandra I. T.

(3)a

*illie McK-Ilan NCTL-1-178* | *James Kose 6-11-96*

## CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| HQSVCBN, MCRD PISC<br>RUC 32001   MCC J9G | DRILL INSTR STU<br>(8511)   (04) | 940322 TR TO CG MCRD ERR MCC J9G FOR TEMINS<br>940402 JD FOR TEMINS W/DISCOL<br>940718 TR TO CO RTR THIS DEPOT MCC 040 FOR DU |
| RTR, MCRD PISC<br>RUC 32001   MCC 040 | DRILL INSTRUCTOR<br>(8511)   (  ) | 940823 JD FOR DU W/4BCO<br>951001 REASG FOR DU W/INS1 |

EMBOSSED PLATE IMPRESSION

TORRES_PINTOS,   SANDRA I

NAME (LAST)   (FIRST)   (MIDDLE)   SSN

(3)b

NAVMC 118-3) (REV. 5-74) (Supersedes all editions of NAVMC 123 (2) and all Previous editions of NAVMC 118 (3) which are obsolete and will not be used)   UNIT SH  SN: 000X-00-XX-1903

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1560)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD MOS | 2ND ADD MOS | TITLE OF MOS | AUTHORITY |
|---|---|---|---|---|---|
| 810??? | | | | | ACTS MANUAL 3003 |
| 810414 | 7200 | | | Bsc ATC ??? | ACTS MANUAL 3003 |
| 81??7? | 6700 | | | ???ElectMainMan | ACTS MANUAL 3003 |
| 821001 | 6493 | | | AvnPHE&ATE RespirTech, IM | CMC msg 190620Z Jul 82 |

### CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT | YEARS | GRADUATE YES/NO | YEAR SCHOOL |
|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | |
| HIGH SCHOOL | | | | |
| COLLEGE/UNIVERSITY | | | I | |
| TRADE/BUSINESS | | | II | |

### CIVILIAN OCCUPATION

JOB TITLE: CASHIER I
DUTIES: 211

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPL PLTS | CLASS STANDING OR GRADE |
|---|---|---|---|---|---|
| NATTC NAS MEM MILL TN | ???? (11Y) | | 07/81 | | |
| NATTC NAS MEM MILL TN | AVA (660) | | 07/82 | | |
| LTTC, LAFB, CO 80230 | PMESpecCrs (464) | 30 | 10/82 | | |
| MCI WASH D.C. | THE MARINE NCO (033J) | | 10/84 | | |

REMARKS- OPERATES
SPORTS  PADDLEBAL
HOBBIES
TALENTS

PLUS-
PINTOS Sandra ?. ?.
TORRES, SANDRA ??
NAME (LAST, FIRST, MIDDLE)

NAVMC ??? (REV 3-77)

(4a)   Cont'd On Supp Pg

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1800)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD MOS. | 2ND ADD MOS. | TITLE OF MOS. | AUTHORITY |
|---|---|---|---|---|---|
| 850502 | 6492 | | | AvnPME/TERepTech | ACTS MANUAL par 3000.5 |
| 870519 | 6492 | ----- | ----- | AvnPMETech | H&MS13 Feedback Cycle 085dtd87051 |
| 940718 | ----- | 8511 | ------ | DRILL INSTRUCTOR | ACTS MAN PAR 3105.1C |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | GRAD. NO | YEAR LEFT SCHOOL | JOB TITLE |
|---|---|---|---|---|---|---|
| GRAMMAR SCHOOL | ///////// | | | | | DUTIES |
| HIGH SCHOOL | | | | | | |
| COLLEGE-UNIVERSITY | | | X | | | |
| TRADE-BUSINESS | | | Y | | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|---|---|---|---|---|---|
| MARCORDET, LTTC, LAFB, CO | Adv Elec Elec Measurement (24C) | 6 | 11/85 | | |
| MARCORDET, LTTC, LAFB, CO | Microwave Measurement and Calibration (24D) | 5 | 11/85 | | |
| MCAS EL TORO SANTA ANA CA | Driver Improvement Crs | | 14/85 | | |
| MCI WASH DC | AIR CONTROL/AIR SUPPORT (7201) | | 8805 | | |
| NAMTRG DET JA | ELECTRONICS REPAIR (C-100-3182) | | 8906 | | |
| NAMTRG DET JA | ELECTRONICS Rpr (C-100-3187) | | 9001 | | |
| MCI WASHDC | SNCOAANP (7200) | | 9003 | | |
| SNCO ACADEMY MCAS EL TORO, CA. | SNCO CAREER COURSE T&A | 7 | 9306 | | |
| DISCOL, MCRD PISC 29905 - 9001 | DRILL INSTRUCTOR CRS (81E) | 11 | 9407 | | |

NAME: TORRES-PINTOS Sandra J. I
850502 DATE PREPARED

NAVMC 118 (Ea) (REV. 3-77)

## COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD

### COMBAT/NON — COMBAT HISTORY — EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| SSDR | | | 840109 | | ByDir |
| GCM | | | 860310 | NEIL | ByDir |
| SSDR | 1 | | | | ByDir |
| Merit Cast | | | 870101 | | ByDir |
| GCM | 1 | | | | ByDir |
| MUC (HMS-1, 870101–880331) | | | 900320 | | ByDir |
| GCM | 2 | | | | ByDir |
| NAM (MEDAL NOT ISSUED) | | | 910305 | | ByDir |
| SSDR | 2 | | | | ByDir |
| SSDR | 3 | | | | ByDir |
| SSDR | 4 | | | | ByDir |

PINTO, Sandra
MORALES, SANDRA

CONTINUED ON SUPPLEMENTAL PAGE

C

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC MERIT MAST | 3 | | 950214 | Bydir Bydir |

NAME (Last): TORRES-PINTOS  (First): SANDRA  (Middle): I   SSN:

SMCRM:
AFRM:

NAVMC 118 (9) (Rev. 7-95) (Previous editions will be issued)

**BEST COPY AVAILABLE**
**U.S.M.C.**

### CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| WRTBN MCRD, PARRIS IS 810211 RUC 32172 MCC 016 | Recruit (9900) | 810211 (DATE) TD FOR REC TRNG<br>810414 TR TO STUDCO MATSG 90 NAS MFS (MCC J9M) |
| H&HS-90 MATSG-90 NAS MFS MILL TN RUC 06111 MCC J9M | STUD (3002) 070 | 810512 JD REMNS FOR MATC SOOC<br>Delay as Ann Lv 810415 to 810424<br>820120 TR TO LOWRY AFB DENVER CO MCC J/19 |
| MarCorAdminDet/LTTC Lowry AFB, CO 80230 RUC 54075 MCC K81 | STUDENT (6492)(11) | 810701 Duias<br>820131 JD FOR DUINS<br>DEL AS ANN 820121 to 820129<br>821001 TR TO CO, MMCC, CAMPEN, CA for temcon and furtrans O/S to CG, 1ST MAW, IWA (MCC 146) For Du |
| H&MS-15 MAG-15 1stMAW FPO SFRAN 96603 RUC 01017 MCC 146 | AvnPME&ATERepTechIWA (6493) ( ) | 821105 JD FOR DU<br>831213 TO 831214 SK BRANCH CLINIC IWA<br>831214 FR SK TO DU<br>841221 TR TO CONUS FOR DU CG MCB CAMPEN CA MCC (W95) |
| SU#2, HQBN, MCB, CAMPEN RUC 33149, MCC 014/W95 | Waiting Release | 841224 Joined<br>850209<br>841208 Release<br>850210 |
| MCRSC OVERLAND PARK KS IRR | | |

TORRES, Sandra
NAME (LAST, FIRST, MIDDLE)

CHRONOLOGICAL RECORD                                                                (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| MCRSC/OPKS | INAC | 850424 DIS(HON)/REENL USMC<br>MCC 143  RUC 01013 |
| HAMS-13 / MAG-13 / 3dMAW<br>MCAS EL TORO SA CA 92709<br>RUC 01013  MCC 143 | Avi PME&ATETech<br>(6493) | 850427 JD FOR DU<br><br>850823 TO TAD EXCESS LOWERY AFB DENVER CO |
|  | STUD ADV ELEC ELEC MEASUREMENT CRS<br>(6493) (03) | 850824 ATT TAD USMC ADMIN DET, LTTC LAFB, CO  RUC 54075 MCC K81<br>851120 ATT TERM<br>851121 FR TAD<br>870715 EXTENL 20MO 01EXT<br>871005 TR TO CO MAG11 FOR DU (MCC 143) |
| H&MS-11 MAG-11 3DMAW MCAS EL TORO SANTA ANA CA 92709 RUC 01065<br>MCC 143 | AVNPMETECH<br>(6492) (01) | 871006 JD FOR DU<br>871113 TR TO CG 1ST MAW IWA<br>MCC 146 FOR DU |
| H&MS 15 MAG 15 1STMAW<br>FPO SFRAN<br>RUC 01017   MCC 146 | AVNPMETECH<br>(6492) (11) | 871121 JD FOR DU<br>871016 TR TO CO MALS-12 MAG-12 1STMAW<br>MCC 1JB |
| ~~REDESIG TO MALS 12, MAG 12, 1st MAW~~<br>~~FPO P. ~~<br>~~RUC 01038 MCC 1JB~~ |  | ~~MAG 12 1st MAW FPO SFRAN CA~~<br>~~RUC 01038 MCC 1JB~~ |
| MALS-12 MAG-12 1STMAW<br>FPO SANFRAN CA 96603<br>RUC 01038  MCC 1JB | AVNPMETECH<br>(6492) (37) | 881018 JD FOR DU<br>890202 TO 890210 SK USNH YOKOTA<br><br>911112 TR TO CO MALS 39 MAG 39<br>3D MAW CAMPEN CA (MCC 1JM)<br>FOR DU |
| MALS-39 MAG-39 3DMAW<br>MCAS CAMPEN CA<br>RUC 01158  MCC 1JM | AVNPMETECH<br>(6492) (17) | 920102 JD FOR DU<br>930503 TO TAD EXCESS |
|  | STUD CAREER CRS<br>(BILMOS 0000) (02) | 930503 ATT TAD SNCOA<br>MCAS EL TORO RUC 02201 MCC 023<br>930624 ATT TERM |
|  | AVNPMETECH<br>(6492) (07) | 930624 FR TAD |

CONT ON SUPP PAGE

TORRES-PINTOS Sandra A. L
NAME (Last)   (First)   (MI)(Cor)   SSN
NAVMC 118(3) (Rev. 5-74) (Previous editions are obsolete)

(3)a

CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| HQSVCBN, MCRD PISC<br>RUC 32001 MCC J9G | DRILL INSTR STU<br>(8511)  (04) | 940322 TR TO CG MCRD ERR MCC J9G FOR TEMINS<br>940402 JD FOR TEMINS W/DISCOL |
| RTR, MCRD PISC<br>RUC 32001 MCC 040 | DRILL INSTRUCTOR<br>(8511)  (10) | 940718 TR TO CO RTR THIS DEPOT MCC 040 FOR DU<br>940823 JD FOR DU W/4BCO<br>951001 REASG FOR DU W/INS1<br>960806 TR TO CO MAG-36 1ST MAW OKI JA (MCC 1JL) FOR DU |
| MALS-36 MAG-36 1STMAW<br>FPO AP<br>RUC 01024 MCC 1JL | AVNPMETECH<br>(6492)  (25) | 960918 JD FOR DU<br>981004 TO TAD EXCESS |
|  | STUD      ADVCRS<br>(0000)    (03) | 98 10 05 ATT TEMADDINS SNCOA MCB OKINAWA JAPAN 20230 MCC KBD CL# 1-99<br>98 12 04 ATT TERM<br>981208 FR TAD |

EMBOSSED PLATE IMPRESSION

TORRES PINTOS,   SANDRA L
(Last)    (First)    (Middle)    SSN



# COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD

## COMBAT/NON-COMBAT HISTORY — EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| SSDR | | | 840109 | | ByDir |
| GCM | | | 840210 | NEEL, ByDir |
| SSDR | 1 | | | | ByDir |
| Merit Mast | | | 870120 | | ByDir |
| GCM | 1 | | | | ByDir |
| MUC (H&MS-11, 870101-880331) | | | 900320 | | ByDir |
| GCM | 2 | | | | ByDir |
| NDSM (MEDAL NOT ISSUED) | | | 910305 | | ByDir |
| SSDR | 2 | | | Brown | ByDir |
| SSDR | 3 | | | Brown | ByDir |
| SSDR | 4 | | | Brown | ByDir |

PINTO, Sandra
TORRES, SANDRA

NAME (LAST, FIRST, MIDDLE)

CONTINUED ON SUPPLEMENTAL PAGE

BEST COPY AVAILABLE — U.S.M.C.

**COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)**    [C]

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO | SIGNATURE |
|---|---|---|---|---|
|  |  |  |  |  |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 |  | ------ | Bydir |
| MERIT MAST |  |  | 950214 | Bydir |
| NC (940912-960805) |  |  | 960726 | Bydir |
| SD | 5 |  | ------ | Bydir |
| DI |  |  | 971124 | Bydir |
| LETTER OF APPRECIATION |  |  | 980424 | Bydir |
| MU (MALS-36 951101-970430) | 1 |  | 980722 | Bydir |
| MU (SC 01 960401-960430 | 2 |  | 990309 | Bydir |
| NU (MAG-39 930116-930531) |  |  | 990309 | Bydir |
| GC | 4 |  | ---------- | Bydir |
| GC | 5 |  | ---------- | Bydir |

NAME (Last): TORRES-PINTO    (First): SANDRA    (Middle):     SSN:

SMCRM:
AFRM:

NAVMC 118 (8) (Rev. 3-93) (Previous editions will be used) SN: 0000-00-000-2606

C

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO- | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | | | ——— | Bydir |
| MERIT MAST | 3 | | 950214 | Bydir |
| NC (940912-960805) | | | 960726 | Bydir |
| SD | 5 | | ——— | Bydir |
| DI | | | 971124 | Bydir |
| LETTER OF APPRECIATION | | | 980424 | Bydir |
| MU (MALS-36 951101-970430) | 1 | | 980722 | Bydir |
| MU (SC 01 960401-960430) | 2 | | 990309 | Bydir |
| NU (MAG-39 930116-930531) | | | 990309 | Bydir |
| GC | 4 | | ——— | Bydir |
| GC | 5 | | ——— | Bydir |
| SD | 6 | | ——— | BYdir |
| SD | 7 | | ——— | Bydir |
| CERT COM | | | 000426 | Bydir |

TORRES-PIN... SANDRA
NAME (Last)        (First)        (Middle)        SSN

# DEPARTMENT OF THE NAVY



## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS ACHIEVEMENT MEDAL

### TO

### FIRST SERGEANT SANDRA I. TORRES-PINTOS, *9999
### UNITED STATES MARINE CORPS

### FOR

PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HER DUTIES WHILE SERVING AS THE SQUADRON GUNNERY SERGEANT MARINE AVIATION LOGISTICS SQUADRON 36, MARINE AIRCRAFT GROUP 36, 1st MARINE AIRCRAFT WING, III MARINE EXPEDITIONARY FORCE, U.S. MARINE CORPS FORCES, PACIFIC, FROM 1 OCTOBER 1999 TO 1 APRIL 2000. DURING THIS PERIOD SHE EXHIBITED EXCEPTIONAL PROFESSIONAL COMPETENCE IN PLANNING AND COORDINATING A MYRIAD OF DAY TO DAY ISSUES THAT POSITIVELY IMPACTED THE MORALE OF THE ENLISTED MARINES AND SAILORS OF MARINE AVIATION LOGISTICS SQUADRON 36. FIRST SERGEANT TORRES-PINTOS FOSTERED THOSE TRADITIONAL VALUES OF PRIDE, ESPRIT DO CORPS AND PROFESSIONALISM, THEREBY ENHANCING THE ABILITY OF EVERY INDIVIDUAL TO REACH THEIR FULL POTENTIAL. SHE PROVIDED AN EXCEPTIONAL LEVEL OF ACCOMPLISHMENTS ACROSS THE ENTIRE SPECTRUM OF LOGISTICAL SUPPORT THAT WILL FOREVER REMAIN A BENCHMARK FOR OTHERS TO EMULATE. FIRST SERGEANT TORRES-PINTOS CONSISTENTLY PERFORMED HER DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. FIRST SERGEANT TORRES-PINTOS' EXCEPTIONAL PROFESSIONAL ABILITY, INITIATIVE, AND LOYAL DEDICATION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS 25th DAY OF April 2000



SECRETARY OF THE NAVY
D. F. CROWL, LTCOL
COMMANDING OFFICER

NAVSO 1650/2 (REV. 7-99)
SN 0104-LF-982-3000



# Certificate of Good Conduct

Corporal Sandra I. TOR                              16493

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

_____First Award_____ *for the period*

___10 February 1981___ *to* ___9 February 1984___.

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

H&MS-15 MAG-15 1stMAW

FPO SFRAN 96603

10 February 1984

S. E. SHEAFFER            U.S.M.C.
Lieutenant Colonel



# United States Marine Corps

## Certificate of Good Conduct

STAFF SERGEANT SANDRA I. TORRESPITOS

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal* ___FOURTH AWARD___ *for the period* ___24 APRIL 1991___ *to* ___23 ARPIL 1994___.

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

HEADQUARTERS COMPANY
HEADQUARTERS AND SERVICE BATTALION
MCRD PISC
UNIT

26 SEPTEMBER 1994

M. E. FLOWERS    U.S.M.C.
CAPTAIN    COMMANDING

NAVMC 71 (REV 4-88) (1650)



# United States Marine Corps

Staff Sergeant Sandra L. Torres-Pintos    /6492/8511 USMC

was, on the ___14th___ day of ___February___, 19_95_,

the subject of a

## MERITORIOUS MAST

conducted by the
Commanding Officer
Fourth Recruit Training Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-4091

for outstanding service as follows:

While serving as Senior Drill Instructor for Platoon 4042, O Company, Fourth Recruit Training Battalion, from 14 January 1995 to 2 February 1995, Staff Sergeant Torres-Pintos displayed unwavering commitment and superior teaching ability while assisting in the primary marksmanship training of her platoon. Her efforts directly contributed to achieving a 100 percent end of qualification percentage rate and a 92 percent first time across qualification rate. Additionally, her superior leadership and example enabled her platoon to achieve a 41 percent expert level performance. Her selfless devotion to duty reflected great credit upon herself and is in keeping with the highest traditions of the United States Marine Corps.

G. J. HARMON
Lieutenant Colonel, U. S. Marine Corps
Commanding Officer

NAVMC 10935 (5-73) SN: 0000-00-000-5081 U/I: PD 25 SETS PER PAD (1850)    ⋆U.S.G.P.O. 1994 506-745



# Certificate of Good Conduct

**GUNNERY SERGEANT SANDRA I. TORRESPINTOS**

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal* **SIXTH AWARD** *for the period* **24 APRIL 1996** *to* **23 APRIL 1999**. *Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

D. F. CROWL
U.S.M.C.
LIEUTENANT COLONEL
COMMANDING

MALS-36 MAG-36 1STMAW
MCAS FUTENMA
UNIT
23 APRIL 1999
DATE OF AWARD

NAVMC 71 (REV. 8-68) (1850)
SN: 0000-00-000-1003 U/I: PADS OF 50 SETS



# Certificate of Good Conduct

**GUNNERY SERGEANT SANDRA I. TORRESPINTOS**

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

__SIXTH AWARD__  *for the period*

__24 APRIL 1996__ *to* __23 APRIL 1999__

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

D. F. CROWL
LIEUTENANT COLONEL
U.S.M.C.
COMMANDING

MALS-36 MAG-36 1STMAW
MCAS FUTENMA
UNIT
23 APRIL 1999
DATE OF AWARD

NAVMC 70 (REV. 8-84) (1985)
SN: 0000-00-000-1300