# Attachment 7



RAW LEON    7-6-81    G

CHRONOLOGICAL RECORD (1990)

830617 TR TO BSS CMBRY (MCC 334)

840614 JD FOR TRNING CL 10-84

840614 TR TO CG 2D FSSG (MCC 151)

840615 JD FOR DU W/B Co
847021 TO TAD EXCESS

2DRECONBN 2DMARDIV
FMF
CAMP LEJEUNE NC 28542
RUC 12190  MCC 122

841021 ATT TAD LFTCLANT MAB LCREEK
NORVA RUC 56011 MCC K9U

841207 ATT TERM
841208 FR TAD EXCESS

STUDENT RECON CRS
(0321)  ('82)

850110 TO TAD EXCESS
850410 ATT BLT 3/4

RECONMAN
(0321)  ( )

850512 ATT TERM

RECONMAN
(0321)  (02)

860506 TO TAD EXCESS

RECONMAN
(0321)  (01)

860619 FR TAD

860619 TO TAD EXCESS

860619 ATT TAD BLT 1/6 UDP 2DMARDIV
CAMLEJ,NC
RUC 12160   MCC V1/6

RECONMAN
(0321)  (00)

860819 TO 870222 TAD MED DEPLOY
870221 ATT TERM
870222 FR TAD EXCESS



RAW LEON    1-6-81

C

CHRONOLOGICAL RECORD OF PROMOTION STATUS ON TRANSFER (1976)

PROMOTIONS AND REDUCTIONS

| UNIT TO WHICH | PMOS | GRADE PROMOTED | DATE PROMOTED OR APPOINTED OR REDUCED | DATE PMOS AWARDED | AWARDED IN | AUTHORITY |
|---|---|---|---|---|---|---|
| | 0311 | PFC | 840602 | 840602 | | MCO P1400.29B par 3030.5 |
| | 0311 | LCpl | 85 02 01 | 85 02 01 | | MCO 1418.9L |
| | 0311 | CPL | 850902 | 850902 | | MCO P1400.29B par 3030.5f |
| | 0311 | SGT | 860202 | 860202 | | MCO P1400.32 par 4101 |

COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS
ON TRANSFER TO A NEW ORGANIZATION





George ~~~~~ M  QC Jerome May 29, 1991

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, MILITARY SCHOOLS, TECHNICAL TRAINING, AND TESTS COMPLETED (NCOS)

| DATE | | | | | | |
|---|---|---|---|---|---|---|
| 740415 | 0311 | | | RIFLEMAN | per Ach Bw 3805.23 5765 | |
| 791205 | | 0311 | | RIFLEMAN | ACTG MAN PAR 3105.10 | |
| | | 0931 | | | | |
| 820423 | | | 0321 | RECON/SCUBA MAN | ACTG MAN PAR 3103.10 | |
| 840413 | | 0439 | | RECONMAN/SCUBA QUAL | ACTG MAN per 3105.1C | |
| 870505 | | 8654 | | RECON/PARACHUTQUAL | ACTMAN per 3105.1C | |

CIVILIAN EDUCATION        CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT STUDIED | DIPLOMA | GRADUATE YES NO | YEAR LEFT SCHOOL | JOB TITLE |
|---|---|---|---|---|---|
| | | | | | NONE |
| GRAMMAR SCHOOL | | | | | |
| HIGH SCHOOL | | | | | DoT No 000 |
| COLLEGE UNIVERSITY | (b) (6) | | X | | |
| TRADE BUSINESS | | | X | | |

SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED & LOCATION | COURSE | NO MOS | MO YEAR COMPLETED | RECOM PLTS | No RES ED AWARDED OR GRADE |
|---|---|---|---|---|---|
| 2TH NCO CAMLEJ NC | IELST 031 | 04 | 8416 | | |
| MCI WASHDC | RECONNAISSANCE MARINE (0332P) | | 8409 | | |
| LFTCLANT NAS LCREEK NORVA | AmphibReconEntry-Level (AHU) | 06 | 8412 | | |
| MCI WASHDC | INFANTRY PATROLLING (0358) | | 8412 | | |
| MCI WASHDC | MARINE NCO (0321) | | 8512 | | |
| MCI WASHDC | OPS AGAINST GUERILLA UNITS (0324) | | | | |
| MCI WASHDC | Marine NCO (033K) | | 8510 | | |
| PANAMA CITY FL | SCUBA SCHOOL | 05 | 8606 | | |
| JOTC FT SHERMAN PANAMA | JUNGLE OPS CRS (OCN) | | 8710 | | |
| MCI WASH DC | SNCO ACADEMY CAREER NON RES. PROGRAM (7100) | | | | |
| USAIS FT BENNING, GA | AIRBORNE SCOL (8CG) | 03 | 8905 | | |
| USAIS, JFK. SWCAS, FT BRAGG, NC | COMBAT DIVE SUPERVISE CRS | 02 | 8906 | | |
| MCI WASHDC | SNCOACNP | | 8905 | | |
| MC cbt dev cmd QUANT | aslt Breacher instr crs | | 9104 | | |

REMARKS- OPERATES
    SPORTS
    HOBBIES
    TALENTS

FRAZIER,TROY A.

(b)(6)

840131

10392

CBnPDF - www.hrsta.com



George Vockner May 29, 19?? M GL Jerome May 29, 1991



CHRONOLOGICAL RECORD (1060)

1ST RTBN. RTR
MCRD PARRIS IS 0401-37
RUC 32092    MCC 016

Recruit

840187

840417 TR TO MCB CAMLEJ NCC

MATTONGSCOL MCB
CAMP LEJEUNE NC 28542
RUC 31300   MCC JA4

STUDENT
(0341) ( 01 )

840424 JD FOR JEININ

840614 TR TO CG 2D FSSG MCC 151)

2DRECONBN 2DMARDIV
FMF
CAMP LEJEUNE NC 2854
RUC 12190   MCC 122

RECONMAN
(0321) ( 04 )

840615 JD FOR DU W/B CO
841021 TO TAD EXCESS

STUDENT RECON CRS
(0321)    ( 02 )

84102 ATT TAD LF CLANT MAR SCHS
NORVA RUC 56011 MCC 5

RECONMAN
(0321) ( 04 )

841207 ATT TERM
841208 FR TAD EXCESS
850212 TO TAD EXCESS

RECONMAN
(0321)    (02)

850410 ATT BLT 3/4

850518 ATT TERM

RECONMAN
(0321)   (01)

860506 TO TAD EXCESS
860518 FR TAD

RECONMAN
(0321)   (09)

860619 TO TAD EXCESS
860619 ATT TAD BLT 1/6 HDP 2D MARDIV
CAMLEJ NC
RUC 12160   MCC 11/6

RECONMAN
(0321) (07)

860619 TO 870222 TAD MED DEPLOY
870403 ATT TERM
870403 FR TAD EXCESS

RECONMAN
(0321) (12)

870625 DIS
870626 JD REENL RETH THIS ORG
880202 TO TAD EXCESS

880202 ATT TAD CK 24TH MEU
RUC 20180   MCC 11RX
890303 ATT TERM

FRAZIER, TROY A.

PERSONAL AWARD RECOMMENDATION

2/03334

| FROM | CHIEF, TECHNICAL ASSISTANCE FIELD TEAM (TAFT), KINGDOM OF SAUDI ARABIA | TO | COMMANDANT OF THE MARINE CORPS (CODE MMA) WASHINGTON, D.C. 20380 |

NAVY ACHIEVEMENT MEDAL

FRAZIER, TROY A.

RECOMMENDED AWARD

FIRST

ACTION DATES FOR WHICH RECOMMENDED
930806 - 940009

AREA OR ACTION OR SERVICE
JUBAIL, KINGDOM OF SAUDI ARABIA

| VIA | COMMAND | RECOMMENDED AWARD | COMBAT | SIGNATURE GRADE | DATE FWD |
|---|---|---|---|---|---|
| 1 | CHIEF, USMTM RIYADH, SAUDI ARABIA | NAM | NO | | |
| 2 | DC1MCCENT, MacDill AFB, FL | NAM | NO | | 31 Aug 94 |

| DISPOSITION OF BASIC RECOMMENDATION | COMBAT | EXTRAORDINARY HEROISM RECOMMENDED | SIGNATURE GRADE TITLE | DATE |
|---|---|---|---|---|
| NA | NO | | C.E. Mundy | 8 Nov 94 |

C.E. MUNDY
General, U.S. Marine Corps
Commandant of the Marine Corps

FROM: SECNAV (NDBSM)
TO: CMC (OP-09B1P) CMC (CODE MMA)
1. Reviewed and resorted. Forwarded for appropriate action.
2. Extraordinary heroism recommended ☐ Yes ☐ No ☐ Not applicable

By direction

[illegible] Riley 5-8-95 [illegible] Jackson 5-8-95

[illegible]

INSTRUCTIONS

[illegible]

SUMMARY OF ACTION

During the period of 6 August 1993 to 9 August 1994, Staff Sergeant Frazier demonstrated a superior level of versatility, intelligence, and instructional ability in the accomplishment of his assignment as a Tactics Training Advisor to the Marine Schools, Royal Saudi Naval Forces Marine Force. He was also double hatted as the advisor to the Naval Special Forces Company, 1st Brigade. Because of his diligence and perseverance, he overcame difficulties that his peers ordinarily never encounter. His unique accomplishments have made the Saudi Marine Force a more self-sufficient warfighting organization, increased their standard of combat efficiency, and enhanced overall operational readiness. He performed his duties in a highly professional and exceptional manner under trying and demanding circumstances. The awarding of the Navy Achievement Medal would represent his significant accomplishments.

Staff Sergeant Frazier quickly established himself as both an advisor and subject matter expert upon arrival to the Tactics Section of Marine Schools, Ras Al-Ghar. He certified his pivotal contributions with his Royal Saudi Marine counterparts, peers, and supervisors with the following individual actions:

- Conducted cross-training with USMC TAFT Advisors assigned to Marine Schools, Ras Al-Ghar.
- Supervised the development of a Saudi Marine Battle Skills Training manual.
- Supervised RSNF Marine Force Tactics Instructors in the areas of: land navigation; offensive/defensive tactics from the fire team level to the platoon level; Nuclear, Biological, and Chemical warfare; MOUT training; and field training exercises.
- Personally identified errors in existing Saudi Marine tactics lesson plans, made liaison with Camp Lejeune USMC Marine Combat Training instructors, and updated existing material.
- Improved all four land navigation courses by using the Global Positioning System (GPS) to verify/correct location of waypoints and assisted the Saudis in maintenance of the courses.

Lincoln Riley 5-8-95    Jones Jackson 5-8-95

**INSTRUCTIONS**

1. Before completing this form see INSTRUCT MANUAL.
   a. See 120 and 130 explain the preparation and submittal of correspondence.
   b. Chapter 3 contains the schedule for each event.

2. Items of inputs are filled in and the form is dated.

3. The Secretary of action (Item 35) is required in all cases in addition to an attached proposed citation, should a rere)

4. This form should be forwarded directly to the authority authorized to approve the award recommended or to the appropriate Fleet/Force CMC publishers it lower in the chain of command.

**35. SUMMARY OF ACTION**

During the period of 6 August 1993 to 9 August 1994, Staff Sergeant Frazier demonstrated a superior level of versatility, intelligence, and instructional ability in the accomplishment of his assignment as a Tactics Training Advisor to the Marine Schools, Royal Saudi Naval Forces Marine Force. He was also double hatted as the advisor to the Naval Special Forces Company, 1st Brigade. Because of his diligence and perseverance, he overcame difficulties that his peers ordinarily never encounter. His unique accomplishments have made the Saudi Marine Force a more self-sufficient warfighting organization, increased their standard of combat efficiency, and enhanced overall operational readiness. He performed his duties in a highly professional and exceptional manner under trying and demanding circumstances. The awarding of the Navy Achievement Medal would represent his significant accomplishments.

Staff Sergeant Frazier quickly established himself as both an advisor and subject matter expert upon arrival to the Tactics Section of Marine Schools, Ras Al-Ghar. He certified his pivotal contributions with his Royal Saudi Marine counterparts, peers, and supervisors with the following individual actions:

- Conducted cross-training with USMC TAFT Advisors assigned to Marine Schools, Ras Al-Ghar.

- Supervised the development of a Saudi Marine Battle Skills Training manual.

- Supervised RSMF Marine Force Tactics Instructors in the areas of: land navigation; offensive/defensive tactics from the fire team level to the platoon level; Nuclear, Biological, and Chemical warfare; MOUT training; and field training exercises.

- Personally identified errors in existing Saudi Marine tactics lesson plans, made liaison with Camp Lejeune USMC Marine Combat Training instructors, and updated existing material.

- Improved all four land navigation courses by using the Global Positioning System (GPS) to verify/correct location of waypoints and assisted the Saudis in maintenance of the courses.

The ___ Rile-v 5-8-95   : ___ Jacks

- Supervised the Consolidation of existing mate
  concerning checkpoints from the four land nav
  courses into one service spreadsheet.

- Directed and supervised the swim qualificatio
  Marine Combat Training classes.  His efforts

  facilitate an overall 98% qualification rate
  classes that had individuals attain a swimmer
  rating of first and second class.

- Directly assisted with rifle range details as
  to the Saudi Marine marksmanship coaches.  Su
  to Saudi Marine coaches and Saudi Marine stud
  significantly improved qualification scores o
  Marine Combat Training classes.

At the same time that SSgt Frazier performed th
tasks, he dedicated numerous hours to his collatera
Dive Locker SNCO.  This included the maintenance, u
distribution, and inventory of all diving related e
well as the organization/coordination involved with
His keen sense of observation and attention to deta
rewrite the Dive Standard Operating Procedures into
efficient and streamlined publication.  His enforce
safety standards fostered a years worth of diving wi
of accidents.

SSgt Frazier once again demonstrated his profes
during the Red Reef V, a combined United States/Saud
April 1994.  He was initially involved with the Saud
Special Forces for pre-exercise training and technic
During the exercise itself, he was designated to pro
training, supervision, and to assist the mortar plat
three different Royal Saudi Marine Battalions.  Fort
established trust and rapport with the Saudi Marines
highly effective in supervising the Forward Observer
Direction Center.  This led to safe and successful l
sequences and an increased level of training for all
participated.  Since the exercise, he has conducted
liaison and nurtured notable improvements and added
success and efficient operation of the Royal Saudi M
Special Forces.

SSgt Frazier's leadership and energies contribut
furtherment of the U.S. Marines and the local commun
from the front by obtaining the maximum points on th
Physical Fitness Test and maintains an imposing, phy
presence due to a vigorous weight training program.
participated in community activities by being a memb
Tanura Running Club.  Because of his efforts and tal
team placed 10th out of 100 teams in the Bahrain Mar

CISPOF - www.fottis.com

The___ Riley 5-8-95    :___ Jackson 5-8-95

- Supervised the Consolidation of existing material concerning checkpoints from the four land navigation courses into one service spreadsheet.

- Directed and supervised the swim qualification portion of Marine Combat Training classes. His efforts have helped

  facilitate an overall 100 qualification rate and two MCT classes that had individuals attain a swimmer qualification rating of first and second class.

- Directly assisted with rifle range details as an instructor to the Saudi Marine marksmanship coaches. Suggestions made to Saudi Marine coaches and Saudi Marine students significantly improved qualification scores over previous Marine Combat Training classes.

At the same time that SSgt Frazier performed these various tasks, he dedicated numerous hours to his collateral duty as TAFT Dive Locker SNCO. This included the maintenance, upkeep, distribution, and inventory of all diving related equipment, as well as the organisation/coordination involved with dive classes. His keen sense of observation and attention to detail led him to rewrite the Dive Standard Operating Procedures into a more efficient and streamlined publication. His enforcement of diving safety standards fostered a years worth of diving which was free of accidents.

SSgt Frazier once again demonstrated his professionalism during the Red Reef V, a combined United States/Saudi exercise in April 1994. He was initially involved with the Saudi Naval Special Forces for pre-exercise training and technical support. During the exercise itself, he was designated to provide training, supervision, and to assist the mortar platoons from three different Royal Saudi Marine Battalions. Fortified with established trust and rapport with the Saudi Marines, he was highly effective in supervising the Forward Observers and Fire Direction Center. This led to safe and successful live firing sequences and an increased level of training for all who participated. Since the exercise, he has conducted additional liaison and nurtured notable improvements and added depth to the success and efficient operation of the Royal Saudi Naval Forces Special Forces.

SSgt Frazier's leadership and energies contributed to the furtherment of the U.S. Marines and the local community. He led from the front by obtaining the maximum points on the Marine Physical Fitness Test and maintains an imposing, physically fit presence due to a vigorous weight training program. He participated in community activities by being a member of the Ras Tanura Running Club. Because of his efforts and talents, the team placed 10th out of 100 teams in the Bahrain Marathon relay



in November, which was a new team record.

Sgt Frasier has excelled in all tasks he has faced during this year long tour. His level of knowledge, commitment, and Esprit de Corps has kept the quality of the USMC TAFT at a high level. He has set an example for all Marines, Saudi and American, to emulate. His exceptional technical competence in many highly critical areas has contributed to the effectiveness of the United States Marine Corps Technical Assistance Field Team and the increase of overall operational readiness of the Royal Saudi Naval Forces Marine Force. Sgt Frasier is eminently qualified for and deserving of the Navy Achievement Medal.



Thomas Riley 5-8-95    John Jackson 5-8-95

## COMMANDANT OF THE MARINE CORPS

The Secretary of the Navy takes pleasure in presenting the
NAVY ACHIEVEMENT MEDAL to

STAFF SERGEANT TROY A. FRAZIER
UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

For professional achievement in the superior performance of his duties
while serving as Marine Combat Training Tactics Advisor, Marine Schools,
Ras Al-Ghar, Royal Saudi Naval Forces Marine Force, Technical Assistance
Field Team, Jubail, Saudi Arabia, from August 1993 to August 1994. During
this period, Staff Sergeant Frazier consistently performed his duties in
an exemplary and highly professional manner. Using his outstanding
expertise and background as a special operations instructor and deep
reconnaissance Marine, he demonstrated a superior level of leadership,
knowledge, and versatility. Sergeant Frazier greatly enhanced the training
of Marine Schools personnel, the Royal Saudi Naval Force Special Forces,
and the Saudi Marine battalions. Through his organizational and technical
skills, he contributed significantly to the successful completion of the
first mortar specific course taught in the Kingdom of Saudi Arabia.
Additionally, he identified errors in existing tactic lesson plans,
conducted liaison with Camp Lejeune Marine Combat Training instructors, and
updated existing material. Because of his tireless efforts and absolute
devotion, he greatly assisted the Marines in increasing the standard of
warfighting excellence within the Marine Forces of the Kingdom of Saudi
Arabia. Staff Sergeant Frazier's sustained superior performance,
effectiveness, and total devotion to duty reflected great credit upon
himself and were in keeping with the highest traditions of the Marine Corps
and the United States Naval Service.

For the Secretary of the Navy,

C E Mundy

Commandant of the Marine Corps

(b)(6)

*Thomas Riley 5-8-95*     *James Jackson 5-8-95*

FOR USE   OCT 28 1993

**PERSONAL AWARD RECOMMENDATION**    "RECORDED AIMS"

| | |
|---|---|
| FROM: OIC SOTG, II MEF<br>Camp Lejeune, NC 28542 | TO: U.S. Marine Force Atlantic<br>Norfolk, VA 23515-5000 |

1. SOCIAL SECURITY NUMBER

2. NAME (Last, First, Middle)
FRAZIER, TROY A.

DATE OF ACTIVE DUTY
05 Apr 1996

MEF ATTACHMENT DATE
18 Jun 1993

3. COMPONENT
USMC

LAST DUTY STATION
Marine Liaison Saudia Arabia PSC 1211-0168

4. GRADE/RATE
SSGT

5. BRANCH/CLASS
03XX

PRESENT DUTY ASSIGNMENT
II MEF SOTG

DUTY ASSIGNMENT
DYNAMIC ASSAULT INST

6. HOME STATE
VA

7. ZIP
20133

PREVIOUS PERSONAL DECORATIONS AND PERIOD REQUIRED
NONE

8. RECOMMENDED AWARD
NAVY COMMENDATION MEDAL

COMBAT "V"
☐ YES ☒ NO

PERSONAL AWARDS RECOMMENDED–NOT YET APPROVED
NONE

11. NUMBER OF AWARD OF THIS MEDAL
FIRST

OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION
NONE

12. ACTION DATE OR INCLUSIVE PERIOD
02 Jan 90 - 18 Jun 93

13. AREA OF ACTION/SERVICE
Camp Lejeune, NC

| RANK, GRADE, TITLE OF ORIGINATOR | SIGNATURE | DATE |
|---|---|---|
| J. A. BRINSON, COL, OIC, SOTG | *James G. Brinson* | 10 Aug 93 |

| VIA | COMMAND | RECOMMENDED AWARD | COMBAT | SIGNATURE GRADE | DATE FWD |
|---|---|---|---|---|---|
| | II MEF | NCM | ☐ YES<br>☒ NO | *G. A. Curtis*, BGEN | 27 Oct 93 |
| | | | ☐ YES<br>☐ NO | | |

TO BE COMPLETED BY AWARDING AUTHORITY

| DISPOSITION OF BASIC RECOMMENDATION | COMBAT | EXTRAORDINARY | SIGNATURE GRADE TITLE | DATE |
|---|---|---|---|---|
| NCM | ☐ YES ☒ NO | ☐ YES ☐ NO | *Wm. M. Keys*, LTGEN<br>COMMANDER, MARINE | 12/7/93 |

INFO COPIES TO

NO ENCLOSURES ATTACHED

FOR USE OF SECNAV

FROM: SECNAV (NDBDM)
TO: CNO (OP-09B19) CMC (CODE MRRM)

DATE _____

1. Reviewed and recorded. Forwarded for appropriate action.
2. Extraordinary heroism recommended ☐ Yes   ☐ No    ☐ Not applicable

By direction

Supersedes NAVPERS 1650/3 (Rev which may be used)



in... R... 5-8-95    ... Jackson 5-8-95

**Summary of Action**

Staff Sergeant Troy A. Frasier, United States Marine Corps served as the Dynamic Assault Instructor for the Special Missions Branch, Special Operations Training Group (SOTG), II Marine Expeditionary Force (II MEF), U. S. Marine Corps Forces Atlantic from 3 January 1990 to 18 June 1993. During this period he continually displayed an unprecedented degree of professionalism, devotion to duty, and the highest example of leadership while instructing infantry and reconnaissance units in support of Marine Expeditionary Units (MEUs). The following specific accomplishments pertain:

- Staff Sergeant Frasier incorporated his extensive operational experience with his effective instruction/evaluation skills in the development, implementation and refinement of MEU planning and Close Quarters Battle (CQB) tactics. He was a primary contributor in the development and publication of the II MEF SOTG Program of Instruction (POI) for the CQB Course, devoting many off duty hours to this endeavor. This course has proven to be unique in its complexity and intensity.

- Spending numerous hours, in excess of that normally required, Staff Sergeant Frasier methodically developed and significantly improved the CQB Course. Through innovative and aggressive instruction skills, Staff Sergeant Frasier has successfully supported/trained over 300 Marines and Sailors through eleven MEU training workups. This proved particularly challenging as MEU training cycles compressed, accelerated and overlapped during Desert Shield and Desert Storm.

Int. ... N-1 5-8-7.          1  Jackson  5-8-95

- While performing his many demanding duties as an instructor for the CQB Course, he was also tasked to instruct the same Marines in Gas Oil Platform (GOPLAT) tactics and Maritime Interdiction Operations (MIO). Because of personal interest, he thoroughly researched the history and tactics of each, and assisted in generating creditable POI's. These endeavors consumed an extraordinary amount of coordination and personal time. Through his development of innovative plans and solutions to the challenges presented, he was very effective at establishing priorities and meeting all challenges.

- Staff Sergeant Frasier has also played an integral role as a member of a USCINCLANT contingency JTF. A team leader within a Direct Action (DA) platoon, he has deployed for contingency operations on two occasions, and participated in numerous additional JTF training missions throughout the USCINCLANT Area of Operations. His decisive accomplishment in this endeavor was in the forging of the participants into a cohesive team which achieved the command goal: unit preparedness. His devotion to duty, intense work ethic, and personal self sacrifice united all Marines in his charge to achieve the purpose at hand.

- On numerous occasions throughout his tour, he has been called upon by the Research and Development Center at Quantico to evaluate and provide recommendations on a variety of CQB equipment. He led in the operational testing and evaluation for MARCORSYSCOM of Tactical Individual Assault Equipment used in CQB, which resulted in the establishment of a standard Individual Assault Kit for the Marines assigned to a DA platoon. Without exception, all evaluations were

conducted and forwarded in a most professional manner.  His
evaluations were based on personal experience and contained "No
Nonsense" critiques of the equipment with no favoritism given to any
particular supplier.

- Represented II Marine Expeditionary Force in several SOTG
standardization conferences providing critical input on tasks,
conditions and standards for MEU operations as part of the MEU(SOC)
program.  His knowledge and experience in CQB instruction helped
ensure "Operator Input" was incorporated in performance standard
revision.

- Staff Sergeant Frazier's thorough planning and meticulous attention
to detail have produced superb results in all areas under his
cognizance.  The dedication, personal self sacrifice, burning desire
to excel and a documented record of achievement distinguish his
efforts as far exceeding that which is normally required or expected.
He is held in the highest esteem by all with whom he serves; his
performance during the past 42 months is held as a model for
emulation by superiors and subordinates alike.  SSgt Frazier's
initiative, cooperation, sound professional judgement, and dedication
to duty reflected great credit upon himself and is in keeping with
the highest traditions of the Marine Corps and the United States
Naval Service.

The. Riley 5-8-95          Jackson 5-8-95



*The Secretary of the Navy takes pleasure in presenting the*

NAVY COMMENDATION MEDAL to

STAFF SERGEANT TROY A. FRAZIER

UNITED STATES MARINE CORPS

for service as set forth in the following
CITATION:

For meritorious service while serving as Dynamic Assault
Instructor, Special Operations Training Group, II Marine
Expeditionary Force, U.S. Marine Corps Forces, Atlantic, from
January 1990 to June 1993. Staff Sergeant FRAZIER improved
and refined combat skills for Maritime Special Purpose Force
operations, significantly contributing to the readiness of
forward deployed forces. He skillfully employed his extensive
operational background with reconnaissance forces in devel-
oping and redefining three complex programs of instruction
employed in this training. The primary beneficiary of his
program was the Close Quarters Battle Course, which is the
foundation for training more than 100 Marines and sailors for
11 Marine Expeditionary Unit deployments. Staff Sergeant
FRAZIER's initiative and selfless devotion to duty reflected
great credit upon himself and were in keeping with the high-
est traditions of the Marine Corps and the United States
Naval Service.

For the Secretary,

W. M. KEYS
Lieutenant General, U.S. Marine Corps
Commander, U.S. Marine Corps Forces, Atlantic



**DEPARTMENT OF THE NAVY**

COMMANDER IN CHIEF
U.S. ATLANTIC FLEET
1562 MITSCHER AVENUE SUITE 250
NORFOLK, VIRGINIA 23551-2487

1650
N02S4
14 MAY 1998

From: Commander in Chief, U.S. Atlantic Fleet
To:     Commanding Officer, Expeditionary Warfare Training Group, Atlantic

Subj:  NAVY AND MARINE CORPS COMMENDATION MEDAL

Ref:     (a) EWTGLANT OPNAV 1650/3 of 28 Feb 98

Encl:   (1) Certificate/Citation in the case of Gunnery Sergeant Troy A. Frazier
               /0369 USMC
            (2) Navy and Marine Corps Commendation Medal

1. Noting with pleasure the distinctive accomplishments cited in reference (a), the Commander
in Chief, U.S. Atlantic Fleet is pleased to forward enclosures (1) and (2) for presentation.

J. L. MCELROY
By direction

Copy to:  (w/o encl (2))
SECNAV (with ref (a))
CMC
COMTRALANT

# DEPARTMENT OF THE NAVY

THE SECRETARY OF THE NAVY

THIS IS TO CERTIFY THAT

## NAVY AND MARINE CORPS COMMENDATION MEDAL

HAS AWARDED THE

### GUNNERY SERGEANT TROY A. FRAZIER, UNITED STATES MARINE CORPS

TO

**FOR**

MERITORIOUS SERVICE FROM SEPTEMBER 1994 TO AUGUST 1998 AS AN INSTRUCTOR FOR THE AMPHIBIOUS RECONNAISSANCE SCHOOL AT EXPEDITIONARY WARFARE TRAINING GROUP, ATLANTIC, NORFOLK, VIRGINIA. CITED REPEATEDLY BY GRADUATING STUDENTS AS THE MOST OUTSTANDING INSTRUCTOR, GUNNERY SERGEANT FRAZIER MADE ENORMOUS CONTRIBUTIONS TO THE MILITARY OCCUPATIONAL SPECIALTY QUALIFICATION OF OVER 300 SERVICEMEN. HE CONTRIBUTED SIGNIFICANTLY TO THE CONTINUED IMPROVEMENT OF THE BASIC RECONNAISSANCE COURSE BY REWRITING OVER 30 LESSON PLANS. AS HELICOPTER ROPE SUSPENSION TRAINING MASTER AND CAST MASTER, HE TRAINED HUNDREDS OF STUDENTS IN THE INTRICACIES OF THESE SKILLS WHILE MAINTAINING A PERFECT SAFETY RECORD. BY HIS EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY, GUNNERY SERGEANT FRAZIER UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    14TH    DAY OF    MAY    19 98



FOR THE SECRETARY OF THE NAVY

J. P. REASON
Admiral, U.S. Navy
Commander in Chief
U.S. Atlantic Fleet

CORRECTED

PERSONAL AWARD RECOMMENDATION
OPNAV 1650/3

0589

EG
5B

| FROM Commanding Officer, EWTGLANT<br>MS. WILSON, 464-7379 | TO Commander in Chief<br>U.S. Atlantic Fleet |
|---|---|

| 1. SOCIAL SECURITY NUMBER<br>[illegible] | 14. EXP. OF ACTIVE DUTY<br>19 SEPTEMBER 2000 |
|---|---|

| 2. NAME<br>FRAZIER, Troy A. | 15. EST. DETACHMENT DATE<br>1 AUGUST 1998 |
|---|---|

| 3. COMPONENT<br>USMC | 16. NEW DUTY STATION<br>RECRUIT TRAINING COMMAND SAN DIEGO CA 92133 |
|---|---|

| 4. GRADE/RATE<br>GYSGT E7 | 5. DESIG<br>0369 | 17. UNIT AT TIME OF SERVICE<br>EWTGLANT NORFOLK VA | 18. ASSIGNED DUTY<br>INSTRUCTOR |
|---|---|---|---|

| 6. HOME STATE<br>VA | 7. BUIC/RUC<br>56011 | 19. PREVIOUS PERSONAL DECORATIONS/PERIOD<br>NAM (Aug94)<br>NC (Jan 90-Jun 95) |
|---|---|---|

| 8. RECOMMENDED AWARD<br>NCM | 9. COMBAT "V"<br>NO | |
|---|---|---|

| 10. HEROIC/MERITORIOUS/MIA<br>Meritorious | 20. PERSONAL AWARDS RECOMMENDED-PENDING<br>None |
|---|---|

| 11. NUMBER AWARD THIS MEDAL<br>~~First~~ Second | 21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION<br>None |
|---|---|

| 12. ACTION DATE/MERITORIOUS PERIOD<br>September 1994 to AUGUST 1998 | |
|---|---|

| 13. AREA OF ACTION/SERVICE<br>CONUS | |
|---|---|

22. I certify that facts contained in summary of action are known to me.

| NAME, GRADE, TITLE OF ORIGINATOR<br>N. S. FOX, II, COL, USMC, CO | SIGNATURE | DATE<br>28 FEB 98 |
|---|---|---|

23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S).

| VIA | COMMAND<br>(Completed by Originator) | RECOMMENDED AWARD | COMBAT "V" | SIGNATURE, GRADE | DATE FWD |
|---|---|---|---|---|---|
| 1 | COMRALANT | NCM | ___ YES<br>X NO | JOHN E. O'NEIL, JR.<br>CAPT, USN | 13APR 98 |
| 2 | | | ___ YES<br>___ NO | | |

24. TO BE COMPLETED BY AWARDING AUTHORITY

| DISPOSITION OF RECOMMENDATION<br>Navy Commendation Medal<br>Approved by CINCLANTFLT | COMBAT "V"<br>___ YES<br>X NO | EXTRAORDINARY HEROISM RECOMMENDED<br>___ YES<br>X NO | SIGNATURE, GRADE, TITLE<br>J. L. MCELROY<br>By direction | DATE<br>14 MAY 1998 |
|---|---|---|---|---|

| INFO COPIES TO | NR. ENCLS ATTACHED<br>1 |
|---|---|

JRM
6/4



# DEPARTMENT OF THE NAVY

### THIS IS TO CERTIFY THAT
### THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF THE SECOND AWARD)

TO

GUNNERY SERGEANT TROY A. FRAZIER, UNITED STATES MARINE CORPS

FOR

MERITORIOUS SERVICE FROM SEPTEMBER 1994 TO AUGUST 1998 AS AN INSTRUCTOR FOR THE AMPHIBIOUS RECONNAISSANCE SCHOOL AT EXPEDITIONARY WARFARE TRAINING GROUP, ATLANTIC, NORFOLK, VIRGINIA. CITED REPEATEDLY BY GRADUATING STUDENTS AS THE MOST OUTSTANDING INSTRUCTOR, GUNNERY SERGEANT FRAZIER MADE ENORMOUS CONTRIBUTIONS TO THE MILITARY OCCUPATIONAL SPECIALTY QUALIFICATION OF OVER 300 SERVICEMEN. HE CONTRIBUTED SIGNIFICANTLY TO THE CONTINUED IMPROVEMENT OF THE BASIC RECONNAISSANCE COURSE BY REWRITING OVER 30 LESSON PLANS, AS HELICOPTER ROPE SUSPENSION TRAINING MASTER AND CAST MASTER. HE TRAINED HUNDREDS OF STUDENTS IN THE INTRICACIES OF THESE SKILLS WHILE MAINTAINING A PERFECT SAFETY RECORD. BY HIS EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY, GUNNERY SERGEANT FRAZIER UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS    19TH    DAY OF    JUNE    19 98

FOR THE SECRETARY OF THE NAVY
J. P. REASON
Admiral, U.S. Navy
Commander in Chief
U.S. Atlantic Fleet

NAVSO 1650/11 (1-82)
S/N 0124-LF-016-5000

| FROM | | TO (Awarding Authority) |
|---|---|---|
| COMMANDING OFFICER, EWTGLANT | | COMMANDER IN CHIEF, U.S. ATLANTIC FLEET |

| | | 14. EXP. OF ACTIVE DUTY: 20040823 |
|---|---|---|
| COMMAND POC:MS. WADDLER | PHONE 462-4974 | IF RETIREMENT/SEPARATION, NUMBER OF YEARS: |
| 1. SOCIAL SECURITY NUMBER | 2. DESIG/NEC/MOS 8654 | 15. EST. DETACHMENT DATE: 03JUL01 |
| | | ( ) RETIREMENT  (X ) TRANSFER  0 TERMINAL LEAVE |
| 3. NAME (Last, first, MI) FRAZIER, TROY A. | | |
| 4. COMPONENT (USN, USMC, etc.) USMC | 16. NEW DUTY STATION (Home address if separation anticipated) 3RD MAR REG | |
| | ADDRESS:BOX 63004 MCBH, KANEOHE BAY, HI 96863-3004 | |
| 5. GRADE/RATE GYSGT/E7 | 17. UNIT AT TIME OF ACTION/SERVICE EWTGLANT | 18. DUTY ASSIGNMENT INSTRUCTOR/SNCOIC MAT PLATOON |
| 6. WARFARE DESIGNATOR | 7. UIC/RUC: 029/56011 | 19. PREVIOUS PERSONAL DECORATIONS AND PERIOD RECOGNIZED (exclude Purple Heart and Combat Action Ribbon) NAM   (Aug94) NCM   (May98) |
| 8. RECOMMENDED AWARD NCM | 9. SPECIFIC ACHIEVEMENT [ ] YES [X] NO | NCM |
| 10. [ ] HEROIC [X] MERI- [ ] HEROIC [ ] MERITORIOUS [ ] MIA TORIOUS   POSTHUMOUS POSTHUMOUS | | |
| 11. NUMBER OF AWARD OF RECOMMENDED MEDAL THIRD | | 20. PERSONAL AWARDS RECOMMENDED-NOT YET APPROVED NONE |
| 12. ACTION DATE/MERITORIOUS PERIOD DECEMBER 2000 TO JULY 2001 | | 21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION NONE |
| 13. GEOGRAPHIC AREA OF ACTION/SERVICE CONUS | | |

22. I certify that the facts contained in the summary of action are [X] known to me [ ] a matter of record

| NAME, GRADE, TITLE OF ORIGINATOR BRIAN J. BACH, COL, COMMANDING OFFICER | SIGNATURE | DATE 2 Jul 01 |
|---|---|---|

23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S). (Attach additional sheets only as necessary)

| VIA | COMMAND (To be completed by originator) | RECOMMENDED AWARD | COMBAT "V" | SIGNATURE, GRADE | DATE FWD |
|---|---|---|---|---|---|
| VIA | | | | K.S. Johnson | |
| 1 | Navy Commendation Medal Approved by CINCLANTFLT | | [ ] YES [X] NO | /s/ L. E. MCELROY by direction | 1 7 JUL 2001 |
| 2 | | | [ ] YES [ ] NO | | |
| 3 | | | [ ] YES [ ] NO | | |

**AIMS RECORDED**

08/21/01



# Certificate of Good Conduct

SERGEANT TROY A. FRAZIE

*Having conducted yourself in a creditable manner, you are by direction of the Commandant of the Marine Corps awarded a Good Conduct Medal*

FIRST AWARD *for the period*

26 January 1984    *to*    25 January 1987

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

T. R. SPENCE

Captain

MGSVCCo., BLT 1/8., 22MAU

FPO, New York, NY 09502-8526

25 January 1987

C



# United States Marine Corps

## Certificate of Good Conduct

SERGEANT JOHN A. FRAZIER (USMC)

Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal _____ for the period _____ 26 JANUARY 1987 _____ to _____ 25 JANUARY 1990 _____

Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.

L. E. BARLEY
CAPTAIN, USMC

Headquarters and Service Company
11 MEB, MPFLANT, Camp Lejeune, NC

25 JANUARY 1990

John Eric Ahlquist  11-2-94



UNITED STATES MARINE CORPS
TECHNICAL ASSISTANCE FIELD TEAM
UNITED STATES NAVY SECTION
RIYADH
UNITED STATES MILITARY TRAINING MISSION
TO SAUDI ARABIA
APO AE 09038 - 1980

1650
ADM
JAN 05 1993

**From:**  Chief, United States Marine Corps Technical Assistance
Field Team (USMC TAFT), Riyadh, Saudi Arabia

**To:**  Staff Sergeant Troy A. Frazier                    0349 USMC

**Via:**  Senior Advisor, Ras Al Ghar

**Subj:**  LETTER OF COMMENDATION

1.  During the period of 13 November 1993 to 4 December 1993, you
performed all duties in a noteworthy manner. Your diligent
efforts were instrumental in the completion of Mortar Course
1-93, the first mortar-specific course taught in the Kingdom of
Saudi Arabia by the Technical Assistance Field Team. With almost
no advance warning, you taught and coordinated the training for 8
Forward Observers from the 3d Battalion, Royal Saudi Marine
Force, just prior to their deployment to Mogadishu for duty with
the United Nations Peacekeeping Force, Somalia.

2.  In particular, your insight and expertise were essential for
the safe, successful completion of the live fire exercise held at
Ras al Mishab. Ready and willing to assist in all aspects of the
course, your attention to duty and initiative made certain all
training was conducted regardless of changes to the schedule and
other frustrations inherent to training in this environment.
Your students safely and correctly adjusted 340 rounds of
ammunition during the field exercise. You have clearly
demonstrated the strong leadership traits needed by the Technical
Assistance Field Team to accomplish the mission.

3.  Your steadfast loyalty and dedication to duty are clearly in
keeping with the highest traditions of the United States Marine
Corps. Semper Fidelis.

Colonel, U.S. Marine Corps

Riley 5-8-95 ⌐ Inur Jackson |5-8-95⌐

**UNITED STATES MARINE CORPS**
**TECHNICAL ASSISTANCE FIELD TEAM**
**UNITED STATES NAVY SECTION**
**RIYADH**
**UNITED STATES MILITARY TRAINING MISSION**
**TO SAUDI ARABIA**
**APO AE 09808 - 1300**

1650
ADM
JAN 03 '93

From: Chief, United States Marine Corps Technical Assistance
Field Team (USMC TAFT), Riyadh, Saudi Arabia
To: Staff Sergeant Troy A. Frazier (XXX XX XX/0369 USMC
Via: Senior Adviser, Ras Al Ghar

Subj: LETTER OF COMMENDATION

1. During the period of 13 November 1993 to 4 December 1993, you
performed all duties in a noteworthy manner. Your diligent
efforts were instrumental in the completion of Mortar Course
1-93, the first mortar-specific course taught in the Kingdom of
Saudi Arabia by the Technical Assistance Field Team. With almost
no advance warning, you taught and coordinated the training for 8
Forward Observers from the 3d Battalion, Royal Saudi Marine
Force, just prior to their deployment to Mogadishu for duty with
the United Nations Peacekeeping Force, Somalia.

2. In particular, your insight and expertise were essential for
the safe, successful completion of the live fire exercise held at
Ras al Mishab. Ready and willing to assist in all aspects of the
course, your attention to duty and initiative made certain all
training was conducted regardless of changes to the schedule and
other frustrations inherent to training in this environment.
Your students safely and correctly adjusted 240 rounds of
ammunition during the field exercise. You have clearly
demonstrated the strong leadership traits needed by the Technical
Assistance Field Team to accomplish the mission.

3. Your steadfast loyalty and dedication to duty are clearly in
keeping with the highest traditions of the United States Marine
Corps. Semper Fidelis.

J. G. HARKINS
Colonel, U.S. Marine Corps

Thos Riley 5-8-95          Joyr - Jackson 5-8-95



ClibPDF - www.fastio.com

# DEPARTMENT OF THE NAVY

## THIS IS TO CERTIFY THAT
## THE SECRETARY OF THE NAVY HAS AWARDED THE

# NAVY AND MARINE CORPS COMMENDATION MEDAL

(GOLD STAR IN LIEU OF THE THIRD AWARD)

### TO

GUNNERY SERGEANT TROY A. FRAZIER, UNITED STATES MARINE CORPS

### FOR

MERITORIOUS SERVICE FROM DECEMBER 2000 TO JULY 2001 AS AN INSTRUCTOR AND PLATOON SERGEANT FOR THE MARINES AWAITING TRAINING (MAT) PLATOON IN THE MARINE CORPS TRAINING DEPARTMENT AT EXPEDITIONARY WARFARE TRAINING GROUP, ATLANTIC, NORFOLK, VIRGINIA. RESPONSIBLE FOR MARINE TRAINING AND DAILY OPERATIONS OF THE MAT PLATOON OF THE MARINE CORPS TRAINING DEPARTMENT, GUNNERY SERGEANT FRAZIER'S EXCEPTIONAL EXPERTISE, IMPACTED THE EDUCATION OF HUNDREDS OF STUDENTS IN MARINE CORPS VALUES. HE MADE A SIGNIFICANT REDUCTION IN ATTRITION. DURING THE LAST TWO RECON COURSES, A HIGHER PERCENTAGE RATE OF ENTRY-LEVEL MARINES MADE IT TO GRADUATION. THE ATTRITION RATE HAS GONE FROM 75 TO 30 PERCENT. BY HIS EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY GUNNERY SERGEANT FRAZIER UPHELD THE HIGHEST TRADITIONS OF THE MARINE CORPS AND THE UNITED STATES NAVAL SERVICE.

GIVEN THIS   17TH   DAY OF   JULY 2001



FOR THE SECRETARY OF THE NAVY
ROBERT J. NATTER
Admiral, U.S. Navy
Commander in Chief
U.S. Atlantic Fleet

NAVSO 1650-11 (REV. 7-96)
S/N 0104-LF-982-1900

