# Attachment 8

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|--------------|--------------|--------------|-----------|
| | | | | | ACTS MANUAL 3002 |
| | | | | | |
| | | | | | |
| | | | | | |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT (S) | NO YEARS | GRADUATE YES | NO | YEAR LEFT SCHOOL | JOB TITLE EXTERMINATOR 2 |
|-------------|-------------------|----------|--------------|-----|------------------|--------------------------|
| GRAMMAR SCHOOL | | | (b) | (6) | | DUTIES 399 |
| HIGH SCHOOL | | | | | | |
| COLLEGE-UNIVERSITY | | | | X | | |
| TRADE-BUSINESS | | | | X | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NU. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|-----|--------------------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

REMARKS- OPERATES
SPORTS
HOBBIES    SPORTS
TALENTS.

(5 U.SC 552 (b)(6)]    610829

EDWARDS, THOMAS J.
NAME (LAST, FIRST, MIDDLE)    SSN    DATE PREPARED

NAVMC 118 (8a) (REV. 9-77)

BEST COPY AVAILABLE
U.S.M.C.



CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | 910924 TO TAD EXCESS |
| | INF PLT SGT CRS (0369) (03) | 910924 ATT TEMADDINS SOI MCB CAMLEJ RUC 31350 MCC JA4 CL# 4-91 |
| | | 911213 ATT TERM |
| | | 920227 TO TAD EXCESS |
| | | 920227 ATT TAD SRCOA MCSSS MCB CAMLEJ NC 28542-5050 RUC 31301 MCC J15 |
| | | 920409 ATT TERM |
| | PLT SGT (0369) (10) | 920410 FR TAD |
| | | 930301 TR TO CG MCCDC QUANTICO VA (MCC 068) FOR DU |
| HQSVCCO OCS MCCDC QUANT RUC 30381 MCC 068 | PLT SGT (8511) (05) | 930407 JD FOR DU |
| | TACTICS INSTR (8511) (05) | 930827 CHPRIDU |
| | SGT INSTR (8511) (03) | 940110 CHPRIDU W/C CO |
| | TACTICS INSTR (8511) (08) | 940425 CHPRIDU W/3TAC |
| | | 950112 TR TO MAR BKS 8TH & I WASHDC |
| MARINE BARRACKS WASHINGTON, DC RUC 54900 MCC 233 | GUARD CHF (0369) ( ) | 950118 JD FOR DU W/ SCTY CO |

Leynes Thomas J.
NAME (Last)          (First)          (Middle)          SSN          [(b)(C)]

NAVMC 118(3) (Rev. 5-74) (Previous editions are obsolete)

U/t PAGE OF 100 SN: 0000-00-000-1906
*U.S. GPO: 1991-349-902/20176

(3a) CONTINUED

ClibPDF - www.fastio.com

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION, COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|---|---|---|---|---|---|
| 820106 | 0311 | — | — | Rifleman | ACTS MANUAL PAR 3002.3a |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | GRAD (YES OR NO) | YEAR LEFT SCHOOL | LAST TITLE | CIVILIAN OCCUPATION |
|---|---|---|---|---|---|
| GRAMMAR SCHOOL | | | | | EXTERMINATOR  2 Yrs |
| HIGH SCHOOL | | | | 389 | |
| COLLEGE/UNIVERSITY | | | | | |

TRADE BUSINESS

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | VOL WEEKS | YR MO YEAR COMPLETED | CLASS STANDING OR GRADE |
|---|---|---|---|---|
| HQSVCCO ITS MCB CAMLEJ NC | ITS(RGD) | 03 | 8201 | |
| MCI WASHDC | LAND NAV (0328) | | 8207 | |
| MCI WASHDC | FUND OF MAP READING (0343) | | 8207 | |
| MCI WASHDC | CALLING AND ADJUSTING SUPPORT-ING ARMS (0337) | | 8207 | |
| MCI WASHDC | M60 MACHINEGUN (0320) | | 8303 | |
| MCI WASHDC | THE MARINE NCO (033) | | 8304 | |
| MCI WASHDC | COLD WEATHER OPS (0349) | | 8305 | |
| MCI WASHDC | THE MAR SQD LDR:  COMBAT PLAN-ING AND ORDERS (0346) | | 8306 | |
| MCI WASHDC | DESERT OPS (0354) | | 8307 | |
| NBC DEFENSE SCOL CAMLEJ NC | NBC DECON CRS | 01 | 8308 | |
| CAREER PLAN MCB CAMLEJ NC | CAREER PLANNING | 01 | 8307 | |
| MCI WASHDC | INFANTRY PATROLLING (0335) | | 8311 | |
| MCI WASHDC | LANDMINE WARFARE & DML (034) | | 8311 | |
| MCI WASHDC | PERSONAL FINANCE (3420) | | 8401 | |
| MCI WASHDC | MILFUNCCIVILDISTURB (0316) | | 8401 | |
| MCI WASHDC | NBC DEFENSE FOR MAR (0325) | | 8502 | |
| MCI WASHDC | RECON MARINE (0332) | | 8502 | |
| MCI WASHDC | OPS ON URBAN TERRAIN (0366) | | 8507 | |
| MCI WASHDC | SNCOACNP (T8G) | | 8705 | |
| TECHSVCSDIV POLICE INT 1LTD | VIP PROTECTIVE OPS (MQA) | 01 | 8610 | |
| BSR WASHDC | SPLSCTY&ANTITERRORIST DRIVER | 01 | 8612 | |
| MCI WASHDC | CORR PROC (0131) | | | |
| MCI WASHDC | TERRORISM COUNTERACTION FOR MARINES (0210) | | 8703 | |
| MCI WASHDC | MAPS&AERIAL PHOTO RDG (0317) | | 8703 | |
| MCI WASHDC  BSR WASHDC | SDR SPL SEC & ANTI DRIV CRS | | 8704 | |
| MCI WASHDC | TBSNP (OHY) | | 8801 | |

| NAME (Last) | (First) | (Middle) | SSN | DATE PREPARED |
|---|---|---|---|---|
| LEWNES | Thomas | J | | 880602 |

NAVMC 118 (8a) (REV. 3-77) (Previous edition will not be used.)
SN: 0000-00-000-3464 U/I: SH

Continued on Supplemental Page

ClibPDF - www.fastio.com

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

| | | | | |
|---|---|---|---|---|
| 880518 | | 8511 | DRILL INSTRUCTOR | ACTS MANUAL 3105.1c(1) |
| 900402 | 0369 | | | |

TRADE

| | | | |
|---|---|---|---|
| DI SCOL MCRD PISC | DRILL INSTRUCTOR (81E) | 09 | 8805 |
| *ITS CAMLEJ NC | RIFLEMAN (031) | 03 | 8201 |
| MCI WASHDC | Infantry Staff NCO: Military Symbols and Overlays(3.97) | | 8909 |
| MCI WASHDC | Infantry Squad Leader: Weapons and Fire Support(3.82) | | 8909 |
| MCI WASHDC | Basic Turret Functions and Communications for the LAV-25(3:39) | | |
| MCI WASHDC | The LAV Crewman(3.38) | | 8911 |
| MCI WASHDC | Correspondence Procedures (01.31h) | | |
| *DSR WASHDC | SPECIAL/ANTITERRORIST DRIVER | | 8705 |
| SOI, MCB, CAMLEJ, NC | INF PLT SGT CRS CLA 4-91 | | 9112 |
| MCB CamleJ.NC | SNCO Career Crs I8A | 06 | 9204 |
| TOL.TEAMSKLS&CONPTS PORT HUEME,CA | TOL TEAM SKILLS&CONCEPTS | | |
| SIGARMS ACADEMY | TACTICAL SHOTGUN INSTRUCT | | 9603 |

* Denotes late entry

| | | | | |
|---|---|---|---|---|
| LEWNES | Thomas | J | | 880601 |
| NAME (Last) | (First) | (Middle) | SSN | DATE PREPARED |

NAVMC 118 (8a) (REV. 9-77) (Previous edition will not be used.)

(8a)a

BAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE ENTRY | DETAILS | FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| 10715 | Participated in Operation Provide Comfort, Encourage Hope, and Force Hope while in Northern Iraq with the 24th MEU. | 910418 | 910715 | ByDir |
| 911223 | Participated in Operation Take Charge in Guantonamo Bay, Cuba. | 911216 | 911223 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| R | 1 | | | ByDir |
| 4 | | | 880302 | ByDir A.Edwards |
| RITORIOUS MAST | | | 890519 | ByDir |
| JC(MCRD, Paris Island871101-891213) | 2 | | 900824 | ByDir |
| | | | 900928 | ByDir |
| NDSM | | | 910228 | ByDir |
| SASM | 2 | 1/* | 910607 | ByDir |
| SEDR | | | 910801 | ByDir |
| NAM | 1 | | | ByDir |
| CERTIFICATE OF ACHIEVEMENT | | | 910719 | ByDir |
| (2DBN 8THMAR 910405-910714) | 2 | | 920206 | Bydir |
| (2DBN 8THMAR 910405-910716) | | | 920206 | Bydir |
| (2DBN 8THMAR 911122-920131) | 3 3 | | | ByDir Bydir |

EMBOSSED PLATE IMPRESSION

LATE ENTRY

LEWNES Thomas J

E (Last, First, Middle)

MC 11A(9) (REV. 7-69)    Previous editions will be used.    (9)a    Cont on supp pg

ClibPDF - www.fastio.com

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO – | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | - - - - - - | Bydir |
| Ltr of Appreciation | | | 931104 | Bydir |
| Letter of Appreciation | | | 931220 | Bydir |
| A | 2 | | - - - - - - | Bydir |
| JC(MARBKS WASHDC 20JAN93-19FEB95) | 1 | | — | Bydir |

EMBOSSED PLATE IMPRESSION

EWNES, Thomas J.

NAME (Last, First, Middle)

SERVICE NO.    SSAN

(9)b

VMC 118(9) . (REV. 7-89)    Previous editions will be used.

ClibPDF - www.fastio.com

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD   (1070)

## COMBAT HISTORY — EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | ------- | Bydir |
| Ltr of Appreciation | | | 931104 | Bydir |
| Letter of Appreciation | | | 931220 | Bydir |
| NA | 2 | | | Bydir |
| NUC(MARKS WASHDC 20JAN93–19FEB95) | 1 | | --- | Bydir |

EMBOSSED PLATE IMPRESSION

LEWNES, Thomas J.
NAME (Last, First, Middle)

SERVICE NO.

SSAN

NAVMC 118(9)  (REV. 7-68)    Previous editions will be used.    (9) b

ClibPDF · www.fastio.com

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD  (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| 910715 | Participated in Operation Provide Comfort, Encourage Hope, and Force Hope while in Northern Iraq with the 24th MEU. | 910418 | 910715 | ByDir |
| 911223 | Participated in Operation Take Charge in Guantonamo Bay, Cuba. | 911216 | 911223 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| CAR | 1 | | ———— | ByDir |
| NCM | | | 880302 | ByDir |
| MERITORIOUS MAST | | | 890519 | A.F Edwards  ByDir |
| GCM | 2 | | 900624 | ByDir |
| MUC(MCRD, Paris Island871101-891213) | | | 900928 | ByDir |
| NDSM | | | 910228 | ByDir |
| SASM | 2 | 1/* | 910607 | ByDir |
| SSDR | | | 910801 | ByDir |
| *NAM | 1 | | ———— | ByDir |
| *CERTIFICATE OF ACHIEVEMENT | | | 910719 | ByDir |
| HS (2DBN 8THMAR 910405-910714) | 2 | | 920206 | Bydir |
| JU (2DBN 8THMAR 910405-910716) | | | 920206 | Bydir |
| SB | 3 | | ———— | ByDir |
| HS (2DBN 8THMAR 911122-920131) | 3 | | ———— | ByDir |

* LATE ENTRY

EMBOSSED PLATE IMPRESSION

LEWNES Thomas J

NAME (Last, First, Middle)    SERVICE NO.    SSAN

NAVMC 118(8) . (REV. 7-69)    Previous editions will be used.    (9)a    Cont on supp pg    ★ GPO : 1970 O - 383-307

ClibPDF - www.fastio.com



COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| 830907 | Participated in Evac of Noncombatants fr Beirut, Lebanon while a mbr of the 32ndMAU | 820611 | 820718 | |
| 830907 | Participated in Evac Op of PLO fr Beirut, Lebanon while a mbr of the 32ndMAU | 820825 | 820910 | |
| 830907 | Participated in Scty Op in Beirut, Lebanon while a mbr of the 32ndMAU | 820925 | 821030 | |
| 831102 | Participated in Op URGENT FURY, liberation of Islands of Grenada and Carriacou and further Evac of U.S. and Foreign Nationals | 831025 | 831102 | |
| 840212 | Participated in Evac of Noncombatants, U.S. and Foreign Nationals fr Beirut and Juniyah, Lebanon while a mbr of the 22ndMAU | 840207 | 840212 | |
| 840226 | Participated in Scty Op in Beirut, Lebanon while a mbr of the 22ndMAU | 831117 | 840226 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| LETTER OF APPRECIATION | | | 820803 | |
| NUC | | | 820927 | |
| SSDR | | | 830106 | |
| HSM | | | 830809 | |
| MCEM | | | 830809 | |
| AFEM | | | 830809 | |
| SSDR | 1 | | ------- | |
| NUC | 1 | | ------- | |
| CAR | | | 840414 | |
| GCM | | | 840824 | |
| LETTER OF COMMENDATION | | | 841015 | |
| NAM | | | 841211 | |
| MERITORIOUS MAST | | | 850829 | |
| NUC | 2 | | ------- | |
| HSM | 1 | | ------- | |
| LETTER OF APPRECIATION | | | 860820 | |
| GCM | 1 | | ------- | |
| MERITORIOUS MAST | | | 870916 | |
| MERITORIOUS MAST | | | 870921 | ByDir |

EMBOSSED PLATE IMPRESSION

LEWNES Thomas J

NAME (Last, First, Middle)    SERVICE NO.    SSAN    (b)(6)

NAVMC 118(9), (REV. 7-69)    Previous editions will be used.    CONT ON SUPP PAGE
GPO : 1970 O - 382-361

ClibPDF - www.fastio.com

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS. | 1ST ADD. MOS. | 2ND ADD. MOS. | TITLE OF MOS. | AUTHORITY |
|------|------|------|------|------|------|
| 880518 | —— | 8511 | —— | DRILL INSTRUCTOR | ACTS MANUAL 3105.1c(1) |
| 900402 | 0369 | | | | |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | GRAD. NO | YEAR LEFT SCHOOL | JOB TITLE |
|------|------|------|------|------|------|------|
| GRAMMAR SCHOOL | | | | | | DUTIES |
| HIGH SCHOOL | | | | | | |
| COLLEGE-UNIVERSITY | | | | | | |
| TRADE-BUSINESS | | | | | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------|------|------|------|------|------|
| DI SCOL MCRD PISC | DRILL INSTRUCTOR (81E) | 09 | 8805 | | |
| *ITS CAMLEJ NC | RIFLEMAN (031) | 03 | 8201 | | |
| MCI WASHDC | Infantry Staff NCO: Military Symbols and Overlays(3.97) | | 8909 | | |
| MCI WASHDC | Infantry Squad Leader: Weapons and Fire Support(3.82) | | 8909 | | |
| MCI WASHDC | Basic Turret Functions and Communications for the LAV-25(3.39) | | | | |
| MCI WASHDC | x The LAV Crewman(3.38) | | 8911 | | |
| MCI WASHDC | Correspondence Procedures (01.31b) | | | | |
| *BSR WASHDC | SPLSCIYGANTITERRORIST DRIVER | | 8703 | | |
| SOI, MCB, CAMLEJ, NC | INF PLT SGT CRS CL# 4-91 | | 9112 | | |
| MCB Camlej.NC | SNCO Career crs 18A | 06 | 9204 | | |
| TOL TEAMSKLS&CONPTS PORT HUEME,CA | TOL TEAM SKILLS&CONCEPTS | | | | |
| SIGARMS ACADEMY | TACTICAL SHOTGUN INSTRUCT | | 9603 | | |

\* Denotes late entry

| NAME (Last) | (First) | (Middle) | SSN | DATE PREPARED |
|------|------|------|------|------|
| LEWNES | Thomas | J (b)(6) | | 880601 |

NAVMC 118 (8a) (REV. 3-77) (Previous edition will not be used.)
SN: 0000-00-000-3484 U/I: SH

(8a)a



### ACADEMIC EDUCATION COURSES, TESTS AND CORRESPONDENCE COURSES COMPLETED

| DATE | TITLE OF COURSE OR TEST | SCHOOL AND LOCATION | CREDIT | GRADE |
|------|------------------------|---------------------|--------|-------|
| Summer 1986 | Intro to Psych | AACC Arold MD | 3.0 | |

### GED TESTS AND CLEP GENERAL EXAMINATIONS

| | DATE | | | STANDARD SCORES ON TESTS | | | | |
|---|---|---|---|---|---|---|---|---|
| | PASSED | FAILED | INCOMPLETE | 1 | 2 | 3 | 4 | 5 |
| GED TESTS | | | | | | | | |
| CLEP-GE | ////// | ////// | | | | | | |
| RETEST: | | | | | | | | |
| RETEST: | | | | | | | | |
| SPECIAL QUALIFICATIONS | | | | | | | | |

REMARKS



## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS. | 1ST ADD. MOS. | 2ND ADD. MOS. | TITLE OF MOS. | AUTHORITY |
|------|--------------|----------------|----------------|---------------|-----------|
| 020106 | 0311 | | | Rifleman | ACTS MANUAL PAR 3002.3a |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | GRAD. NO | YEAR LEFT SCHOOL | JOB TITLE |
|-------------|---------------|-----------|-----------|----------|------------------|-----------|
| GRAMMAR SCHOOL | | | | | | EXTERMINATOR  2 Yrs |
| HIGH SCHOOL | | | | | | DUTIES  389 |
| COLLEGE-UNIVERSITY | | | | | | |
| TRADE-BUSINESS | | | | | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|-------------|-------------------------|
| HQSVCCO ITS MCB CAMLEJ NC | ITS(RGD) | 03 | 8201 | | |
| MCI WASHDC | LAND NAV (0328) | | 8207 | | |
| MCI WASHDC | FUND OF MAP READING (0343) | | 8207 | | |
| MCI WASHDC | CALLING AND AJUSTING SUPPORT-ING ARMS (0337) | | 8207 | | |
| MCI WASHDC | M60 MACHINEGUN (0320) | | 8303 | | |
| MCI WASHDC | THE MARINE NCO (033) | | 8304 | | |
| MCI WASHDC | COLD WEATHER OPS (0349) | | 8305 | | |
| MCI WASHDC | THE MAR SQD LDR: COMBAT PLAN-ING AND ORDERS (0346) | | 8306 | | |
| MCI WASHDC | DESERT OPS (0354) | | 8307 | | |
| NBC DEFENSE SQOL CAMLEJ NC | NBC DECON CRS | 01 | 8308 | | |
| CAREER PLAN MCB CAMLEJ NC | CAREER PLANNING | 01 | 8307 | | |
| MCI WASHDC | INFANTRY PATROLLING (0335) | | 8311 | | |
| MCI WASHDC | LANDMINE WARFARE & DML (034) | | 8311 | | |
| MCI WASHDC | PERSONAL FINANCE (3420) | | 8401 | | |
| MCI WASHDC | MILFUNCCIVILDISTURB (0316) | | 8401 | | |
| MCI WASHDC | NBC DEFENSE FOR MAR (0325) | | 8502 | | |
| MCI WASHDC | RECON MARINE (0332) | | 8502 | | |
| MCI WASHDC | OPS ON URBAN TERRAIN (0366) | | 8507 | | |
| MCI WASHDC | SNCOACNP (T8G) | | 8705 | | |
| TECHSWCSDIV POLICE INT 1LTD | VIP PROTECTIVE OPS (MQA) | 01 | 8610 | | |
| BSR WASHDC | SPLSCTY&ANTITERRORIST DRIVER | 01 | 8612 | | |
| MCI WASHDC | CORR PROC (0131) | | | | |
| MCI WASHDC | TERRORISM COUNTERACTION FOR MARINES (0210) | | 8703 | | |
| MCI WASHDC | MAP&AERIAL PHOTO RDG (0317) | | 8703 | | |
| MCI WASHDC  BSR WbcLDC | SDR SPL SEC & ANTI DRIV CRS | | 8704 | | |
| MCI WASHDC | TBSNP (0HY) | | 8801 | | |

| NAME (Last) | (First) | (Middle) | SSN | DATE PREPARED |
|-------------|---------|----------|-----|---------------|
| LEWNES | Thomas | J | | 880602 |

NAVMC 118 (3a)  (REV. 3-77)  (Previous edition will not be used.)
SN: 0000-80-800 3454 U/I: SH

Continued on Supplemental Page


**G**
(1070)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 3RD RTBN, RTR<br>MCRD, PARRIS IS<br>RUC 32092    MCC 016 | RECRUIT<br>(9900) ( 03 ) | 810825 JD FOR REC TRNG<br>811116  TR TO MCB CAMLEJ (MCC JA4)<br>FOR TEMINS |
| HQSVCCo, INFTRNGSCOL<br>MCB CAMLEJ NC 28542<br>RUC 31350    MCC 013 | STUDENT<br>(0300)  (01) | 811202  JD FOR TEMINS CL 6-82<br>DELAY AS ANN LV 811117 TO 811130<br><br>820106   TR TO 2DMARDIV CAMLEJ<br>(MCC 122) FOR DU |
| 2DBN 8THMAR 2DMARDIV<br>FMF CAMLEJ NC 28542<br>RUC 12220    MCC 122 | RIFLEMAN<br>(0311)  (33) | 820107  JD FOR DU CO G<br>820306   TO 820315 ON EMERG LV<br>841002   TR TO CO MARBKS WASHDC<br>(MCC 233) FOR DU |
| MARINE BARRACKS<br>WASHINGTON, D.C. 20390-5000<br>RUC 54900    MCC 233 | RIFLEMAN<br>(0311)  (21)<br><br>CMC DRIVER<br>(3537)  ( ) | 841106  JD FOR DU CO B<br>860815   CHPRIDU<br><br>860828 DIS<br>860829  REENL THIS DATE FOR PRD OF<br>FOUR YEARS |
| HQSVCBN MCRD PISC 29905<br>RUC 32001 MCC 016 J9G | STUDENT<br>(8511) (02 ) | 880304 TR TO CG MCRD PISC<br>MCC J9G FOR TEMMINS<br>880312 JD FOR TEMINS<br>880518   TR TO CO RTR MCC 040 FOR DU |
| RTR MCRD PISC 29905<br>RUC 32090 MCC 016  040 | DRILL INSTRUCTOR<br>(8511)   (08) | 880620 JD FOR DU W/3BCH<br>890221 REASG W/3BCK |
|  | DRILL INSTRUCTOR<br>(8511)    (08 ) | 891019 REASG W/3BCL<br>900627 TR TO 2ND MARDIV CAMLEJ MCC VG6<br>FOR DU |
| 2DBN, 8THMAR<br>2D MARDIV CAMLEJ NC<br>RUC 12170  MCC V28 | PLT SGT<br>(0369)  (11) | 900802 JD FOR DU CO WPNS |
|  | PLT SGT<br>(0369) (01)<br>PLT SGT<br>(0369) ( ) | 910718 ATT TAD EXCESS W/8THMAR REGT<br>RUC 12201 MCC 122<br>910819 ATT TERM<br>910820 FR TAD |

LEWNES, Thomas J.

NAME (Last)       (First)       (Middle)       SSN

NAVMC 118(3) (Rev. 8-74) (Previous editions are obsolete)       U/E SN  SN: 0000-00-000-1804



G
(1070)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 3RD RTBN, RTR<br>MCRD, PARRIS IS<br>RUC 32092   MCC 016 | RECRUIT<br>(9900) ( 03 ) | 810825  JD FOR REC TRNG<br>811116   TR TO MCB CAMLEJ (MCC JA4)<br>FOR TEMINS |
| HQSVCCo, INFTRNGSCOL<br>MCB CAMLEJ NC 28542<br>RUC 31350   MCC 013 | STUDENT<br>(0300)  (01) | 811202   JD FOR TEMINS CL 6-82<br>DELAY AS ANN LV 811117 TO 811130<br>820106   TR TO 2DMARDIV CAMLEJ<br>(MCC 122) FOR DU |
| 2DBN 8THMAR 2DMARDIV<br>FMF CAMLEJ NC 28542<br>RUC 12220   MCC 122 | RIFLEMAN<br>(0311)  (33) | 820107   JD FOR DU CO G<br>820306   TO 820315 ON EMERG LV<br>841002   TR TO CO MARBKS WASHDC<br>(MCC 233) FOR DU |
| MARINE BARRACKS<br>WASHINGTON, D.C. 20390-5000<br>RUC 54900   MCC 233 | RIFLEMAN<br>(0311)  (21)<br><br>CMC DRIVER<br>(3537)  ( ) | 841106   JD FOR DU CO B<br>860815   CHPRIDU<br><br><br>860828 DIS<br>860829   REENL THIS DATE FOR PRD OF<br>FOUR YEARS<br>880304 TR TO CG MCRD PISC<br>MCC J9G FOR TEMMINS |
| HQSVCBN MCRD PISC 29905<br>RUC 32001 MCC 016 J9G | STUDENT<br>(8511)02 ) | 880312 JD FOR TEMINS<br>880518   TR TO CO RTR MCC 040 FOR DU |
| RTR MCRD PISC 29905<br>RUC 32090 MCC 016 040 | DRILL INSTRUCTOR<br>(8511)   (08) | 880620 JD FOR DU W/3BCH<br>890221 REASG W/3BCK |
| | DRILL INSTRUCTOR<br>(8511)   '08 ) | 891019 REASG W/3BCT<br><br>900627 TR TO 2ND MARDIV CAMLEJ MCC VG6<br>FOR DU |
| 2DBN, 8THMAR<br>2D MARDIV CAMLEJ NC<br>RUC 12170   MCC VZ8 | PLT SGT<br>(0369)  (11) | 960802 JD FOR DU CO WPNS |
| | PLT SGT<br>(0369) (01)<br>PLT SGT<br>(0369) ( ) | 910718 ATT TAD EXCESS W/8THMAR REGT<br>RUC 12201 MCC 122<br>910819 ATT TERM<br>910820 FR TAD |

LEWNES, Thomas J
NAME (Last)    (First)    (Middle)    SSN

(b)(6)

NAVMC 118(3) (Rev. 8-74) (Previous editions are obsolete)    U/2 SH  S/E 9000-00-000-1994

ClibPDF - www.fastio.com

4BAT HISTORY — EXPEDITIONS — AWARDS RECORD   (1070)

## COMBAT HISTORY — EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO = | SIGNATURE |
|---|---|---|---|---|
| 0907 | Participated in Evac of Noncombatants fr Beirut, Lebanon while a mbr of the 32ndMAU | 820611 | 820718 | |
| 0907 | Participated in Evac Op of PLO fr Beirut, Lebanon while a mbr of the 32ndMAU | 820825 | 820910 | |
| 0907 | Participated in Scty Op in Beirut, Lebanon while a mbr of the 32ndMAU | 820925 | 821030 | |
| 1102 | Participated in Op URGENT FURY, liberation of Islands of Grenada and Carriscou and further Evac of U.S. and Foreign Nationals | 831025 | 831102 | |
| 0212 | Participated in Evac of Noncombatants, U.S. and Foreign Nationals fr Beirut and Juniyah, Lebanon while a mbr of the 22ndMAU | 840207 | 840212 | |
| 0226 | Participated in Scty Op in Beirut, Lebanon while a mbr of the 22ndMAU | 831117 | 840226 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| TER OF APPRECIATION | | | 820803 | |
| : | | | 820927 | |
| )R | | | 830106 | |
| 1 | | | 830809 | |
| :M | | | 830809 | |
| :M | | | 830809 | |
| )R | 1 | | ------- | |
| : | 1 | | ------- | |
| : | | | 840414 | |
| : | | | 840824 | |
| TER OF COMMENDATION | | | 841015 | |
| : | | | 841211 | |
| :TTORIOUS MAST | | | 850829 | |
| : | 2 | | ------- | |
| : | 1 | | ------- | |
| TER OF APPRECIATION | | | 860820 | |
| : | 1 | | ------- | |
| :TTORIOUS MAST | | | 870916 | |
| :TTORIOUS MAST | | | 870921 | ByDir |

EMBOSSED PLATE IMPRESSION

LEWNES Thomas J

(b)(6)

E (Last, First, Middle)    SERVICE NO.    SSAN

MC (1819). (REV. 7-69)    Previous editions will be used.

CONT ON SUPP PAGE

ClibPDF - www.fastio.com

**ACADEMIC EDUCATION COURSES, TESTS AND CORRESPONDENCE COURSES COMPLETED**

| DATE | TITLE OF COURSE OR TEST | SCHOOL AND LOCATION | CREDIT | GRADE |
|------|-------------------------|---------------------|--------|-------|
| 931130 | PREP FOR COLL WRT I | NORTHERN VIRGINIA COMMUNITY COLLEGE WOODBRIDGE VA | -0- | |

**GED TESTS AND CLEP GENERAL EXAMINATIONS**

| | DATE | | | STANDARD SCORES ON TESTS | | | | |
|---|---|---|---|---|---|---|---|---|
| | PASSED | FAILED | INCOMPLETE | 1 | 2 | 3 | 4 | 5 |
| GED TESTS | | | | | | | | |
| CLEP-GE | | | | | | | | |
| RETEST: | | | | | | | | |
| RETEST: | | | | | | | | |
| SPECIAL QUALIFICATIONS | | | | | | | | |

REMARKS

**G**
(1079)

CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | INF PLT SGT CRS (0369) (03) | 910924 TO TAD EXCESS<br>910924 ATT TEMADDINS SOI MCB CAMLEJ RUC 31350 MCC JA4 CL# 4-91<br>911213 ATT TERM |
| | | 920227 TO TAD EXCESS |
| | | 920227 ATT TAD SNCOA MCSSS MCB CAMLEJ NC 28542-5050 RUC 31301 MCC J15 |
| | | 920409 ATT TERM |
| | PLT SGT (0369) (10) | 920410 FR TAD |
| | | 930301 TR TO CG MCCDC QUANTICO VA (MC 068) FOR DU |
| HQSVCCO OCS MCCDC QUANT RUC 30381 MCC 068 | PLT SGT. (8511) (05) | 930407 JD FOR DU |
| | TACTICS INSTR (8511) (05) | 930827 CHPRIDU |
| | SGT INSTR (8511) (03) | 940110 CHPRIDU W/C CO |
| | TACTICS INSTR (8511) (08) | 940425 CHPRIDU W/3TAS |
| MARINE BARRACKS WASHINGTON, DC RUC 54900 MCC 233 | GUARD CHF (0369) ( ) | 950112 TR TO MAR BKS 8TH & I WASHDC<br>950113 JD FOR DU W/ SCTY CO |

Leynes Thomas J.

| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(3) (Rev. 5-74) (Previous editions are obsolete)

U/E PADS OF 100 SN: 0000-00-000-1905

*U.S. GPO: 1991-540-002/20176

(3a) CONTINUED



# United States Marine Corps

## Certificate of Good Conduct

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal for the period*

*to*

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

NAVMC 71 (REV. 9-85) (1085)
SN 0000-00-000-0000 USE 1/4 PADS OF 50 SETS

CBIPDF - www.box36.com



C

# United States Marine Corps

Corporal Thomas ... LEWNES

was on the _____ 29th _____ day of _____ August _____, 19 85

## the subject of a

## MERITORIOUS MAST

### conducted by the

Commanding Officer, Marine Barracks, 8th & I Sts., S.E.
Washington, D. C.

### for outstanding service as follows:

For outstanding performance of duty while serving as the Flanking Officer for the 1985 Annual Barracks Noncommissioned Officer Parade at the Marine Corps War Memorial. By understanding the mission at hand and recognizing the importance of drill proficiency in the accomplishment of this mission, you established a standard of drill proficiency for the NCO Parade for years to come. Your total effort was reflected in the final product, a ceremony that will remain as a symbol of the highest degree of professionalism, discipline and esprit de corps. Your dedication serves as an example of unwavering loyalty and desire to excel. Your efforts epitomize the finest the Marine Noncommissioned Officer ranks have to offer and reflect great credit upon yourself, this command and the United States Marine Corps.

_____
D. J. MYERS
Colonel, USMC
Commanding



# United States Marine Corps

## Certificate of Good Conduct

STAFF SERGEANT THOMAS J. LEMON  USMC

*Having conducted yourself in a creditable manner,*
*you are, by direction of the Commandant of the*
*Marine Corps, awarded a Good Conduct Medal*

THIRD AWARD — *for the period*

26 AUGUST 1987 *to* 25 AUGUST 1990

*Your conduct during this period denotes honest*
*and faithful service in keeping with the*
*highest traditions of the Marine Corps.*

T. L. CORWIN
Lieutenant Colonel

Battalion Landing Team 2/8
26th Marine Expeditionary Unit

23 August 1990





# Certificate of Good Conduct

STAFF SERGEANT THOMAS J. LEAKE

*Having conducted yourself in a creditable manner,
you are by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal*

FOURTH AWARD *for the period*

24 AUGUST 1960 *to* 23 AUGUST 1963

*Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.*

H. P. CROWE
COLONEL, USMC

CGG HQCMP
QUANTICO VA 22134
23 AUGUST 1963

1611-93

THE WHITE HOUSE

WASHINGTON

February 1, 1996

Dear Staff Sergeant Lewnes:

Under the provisions of Executive Order 12793, dated
March 20, 1992, you are hereby awarded the Presidential
Service Badge and Certificate.  This is in recognition of
your service to the President of the United States.

It gives me great pleasure to forward this award to you on
behalf of the President and other members of the White
House staff, who share my own appreciation for your loyal
and devoted service.

A copy of this letter will be made a permanent part of your
official record.

Sincerely,

ALAN P. SULLIVAN
Deputy Assistant to the President and
Director, White House Military Office

Staff Sergeant Thomas J. Lewnes, USMC
The White House
Washington, DC  20500-0001

Enclosures:
Presidential Service Certificate and
Presidential Service Badge #15368