# Attachment 9

 

CHRONOLOGICAL RECORD                                                (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 1ST RTBN RTR MCRD PISC<br>RUC 32092  MCC 016 | RECRUIT<br>(9900)    (03) | 810529 JD FOR REC TRNG<br>810821 TR TO MCB CAMPEN CA FOR DU<br>     MCC J9Y |
| STUD ADMIN CO ITS MCB CAMPEN<br>RUC 33353  MCC 014 | STUD<br>(0311)    (02) | 810914 JD FOR TEMINS DELAY AS ANN<br>     LV 810812 TO 810911<br>810924 ASG C CO CLNR 39-81<br>811022 TR TO CO MARBKS 8TH & I<br>     WASH DC FOR DU MCC 233 |
| A CO MARBKS 8TH & I WASH DC<br>RUC 20390  MCC 233 | RIFLEMAN<br>(0311)    (26) | 811024 JD FOR DU<br>811210 TO 811214 ON EMERG LV<br>811223 TO 811229 ON ANN LV<br>830217 TO TAD EXCESS<br>830320 FR TAD |
|  | GND MAINT<br>(8911)    (06) | 831202 REASN TO HQSVCCO THIS BN<br>840423 DIS<br>840424 JD REENL RETN THIS ORG<br>840529 TR TO CO MATSS-901 MATSG-90<br>     NAS MFS TN FOR DU MCC J9M |
| MATSS-901 MATSG-90 NATTC NAS<br>MFS TN<br>RUC 06112  MCC J9M | STUD<br>(6511)    (03) | 840530 JD FOR TEMINS<br>840824 TR TO CG 2D MAW MCAS CHERPT<br>     NC FOR DU MCC 142 |
| H&MS-14 MAG-14 2DMAW MCAS<br>CHERPT NC<br>RUC 01068  MCC 142 | ACFT ORD EQUIP REP<br>TECH<br>(8541)    (27) | 840908 JD FOR DU<br>861231 DIS/TR TO CG MCRD PISC FOR<br>     TEMINS MCC J9G<br>870101 REENL TR CG MCRD PISC FOR<br>     TEMINS MCC J9G |
| HQSVCBN MCRD PISC<br>RUC 32001  MCC J9G | STUD<br>(8511)    (02) | 870105 JD FOR TEMINS<br>870312 TR TO CO RTR THIS DEPOT FOR<br>     DU MCC 040 |
| RTR MCRD PISC<br>RUC 32090  MCC 040 | DRILL INSTR<br>(8511)    (08) | 870413 JD FOR DU W/2BCD<br>871215 REASG W/SSTB |
|  | DRILL INSTR<br>(8511)    (09) | 880927 REASG W/2BCD |
|  | DRILL INSTRUCTOR<br>(8511)    ( 00)<br>DRILL INSTRUCTOR<br>(8511)    (02)<br>DRILL INSTRUCTOR<br>(8511)    ( 05 ) | 890328 REASG W/2BCH<br>REASG W/2BCH<br>890522  REASG W/2BCE<br><br>891020 TR TO CO MALS-32 MAG-32 2D MAW<br>     CHERPT NC MCC 1JK FOR DU |

[5 USC 552
(b)(6)]

CONTINUED ON SUPPLEMENTAL PAGE

HUGHES                                   T

 

**G** (1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| MALS-32 MAG-32 2DMAW<br>MCAS CHERPT NC 28533<br>RUC 01089   MCC 1JK | AvnOrdEquipRepMech<br>(6541)     ( 03 )<br><br>STUD<br>(0000)     (01) | 891128 JD FOR DU<br>900226 TO TAD EXCESS STAFF ACD<br><br>900226 ATT TAD SNCOA CAR CRS HQSVCBN MCB<br>QUANT VA FOR TEMINS RUC 30010 MCC 068<br>900406 ATT TERM 3041<br>10 |
| | AvnOrdEquipRepMech<br>(6541)     (04) | 900410 FR TAD EXCESS<br>*900301 ASG ADDU NBR ORD CERT QUAL BD |
| | AVNORDEQUIPREPMECH<br>(6541)     ( 01) | 900816 TO TAD EXCESS<br>900816 ATT TAD EXCESS VMA 542 CHERPT NC<br>RUC 01542 MCC V83 |
| | AVNORDEQUIPREPMECH<br>(6541)     (04) | 900919 TO TAD EXCESS<br>900919 ATT TAD MALS-13 FWD<br>MCC 130    RUC 00113 |
| | AVNORDEQUIPREPMECH<br>(6541)     (03) | 910106 ATT TREM TO TAD EXCESS<br>910106 ATT TAD EXCESS MALS-14 MAG-13 FW<br>MCC 1JD      RUC 01068 |
| | AVNORDEQUIPREPMECH<br>(6541)     ( 05 ) | 910401 ATT TERM<br>910401 FR TADX<br>910923 TO TAD EXCESS WTI |
| | AVNORDEQUIPREPHECH<br>(6541)   (02) | 910923 ATT TAD EXCESS WTI<br>MAWTS-1 MCAS YUMA AZ 85369<br>MCC 1A5      RUC 01243<br>911114   ATT TERM |
| | AVNORDEQUIPREPTECH<br>(6541)   (03) | FR TAD<br>911115 FR TAD<br>920225 TO TAD EXCESS WTI 2-92 |
| | AVNORDEQUIPREPTECH<br>(6541)   (02) | 920225 ATT TAD EXCESS WTI<br>MAWTS-1 MCAS YUMA AZ 85369<br>MCC 1A5      RUC 01243<br>920409   ATT TERM |
| | AVNORDEQUIPREPTECH<br>(6541)   ( 03) | 920409 FR TAD<br>920807 TR TO MCRD SAN DIEGO RCTR SCOL<br>920873 CLNR 6-92 MCC J9F FOR TEMINS |
| HQSVCBN MCRD SDIEGO CA<br>RUC 30024 RUC 017 | STUDENT<br>(00000) (04) | 920906 JD FOR TEMINS W/RCTR SCOL<br>CLASS# 06-92 |

DENOTES LATE ENTRY

martin                T            (b)(6)

(3)jm



**G**
(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| HQ 1STMARCORDIST GCTY NY 11530<br>RUC 80001          MCC 979 | RECRUITER<br>(8411)          ( 37) | 921201 JD FOR DU W/ RS NNJ<br><br>951215 TR TO CO MALS-14 CHERRY POINT<br>        NC (MCC 1JD) FOR DU |
| MALS-14 MAG-14 2DMAW<br>FMFLANT MCAS CHERPT<br>RUC 01068    MCC 1JD | AVNORDEQUIPREPMECH<br>(6541)     (07) | 960120 JD FOR DU<br><br>960816 TO TAD EXCESS |
|  | AOOCP STUD<br>(0000)          (01 ) | 960818 ATT TAD MATSG NATC NAS PNCLA FL<br>        RUC 06050 MCC G78 |
|  | AVNORDEQUIPMENTMECH<br>(6541)          ( 07) | 960925 TAD TERM<br>960928 FR TAD EXCESS<br><br>970311 TO TAD EXCESS<br>970312 ATT TAD SNCOA SOI CAMLEJ NC 28542-55 RUC 11350 MCC H7<br><br>970509 ATT TAD |
|  | AVNORDEQUIPMENTMECH<br>(6541)     ( ) | 970509 FR TAD EXCESS |

Bush, J. Martin, T.
NAME (Last)          (First)

(3)b



RECORD OF TIME LOST, PROMOTING, REDUCTIONS AND RECOMMENDATIONS

### PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED OR APPOINTED OR REDUCED | RANK ACCR DATE | SYSTEM | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 0311 | PFC | 811128 | 811101 | | NCBul 1414 dtd 790511 |
| PERMANENT | 0311 | LCPL | 820701 | 820601 | | NCO 1418.9C |
| PERMANENT | 0311 | CPL | 840801 | 840801 | | NCBul 1430 dtd 840131 |

### RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | MARK | SCORE | GEN. SCORE OR CLASS | AUTHORITY AND REMARKS |
|---|---|---|---|---|---|---|
| | | | | A1 | | |

### COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION



| UNIT/ORGANIZATION | | REMARKS |
|---|---|---|
| 1ST RTBN, RTR<br>MCRD, PARRIS IS<br>RUC 32092  MCC 016 | | 0699 JD FOR REC TRNG<br>0921 TR TO MCB CAMPEN CA<br>(MCC J97) |
| STUDADMINCO, ITS<br>MCB, CAMPEN<br>RUC 33383  MCC 014 | | 0411 JD FOR TEMINS<br>DELAY AS ANN LV<br>810903 TO 810908 |
| | | 800924 ASG C  CO, CLNR 3Y-J7 |
| A Co HARBKS 8th & I WASHDC<br>20390 RUC (54900) MCC (233) | | 811022 TO TDED SEA SYS S PHILAPHIE ... BN<br>811024 JD FOR BD<br>811210 TO 811214 ON EMERG LV<br>811223 TO 811229 ON ANN LV<br>830217 TO TAD EXCESS<br>830320 FR TAD EXCESS<br>831202 REASGN TO HQSVCCO THIS BN<br>840423 DISCH<br>840424 REENL THIS DATE FOR FOUR YEARS |



MILITARY AND CIVILIAN OCCUPA... TIES, EDUCATION COURSES, TEC... AND TESTS COMPLETED (15-X)

## MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS. | 1ST ADD. MOS. | 2ND ADD. MOS. | TITLE OF MOS. | AUTHORITY |
|------|------|------|------|------|------|
| 811022 | 0311 | ---- | ---- | Rifleman | ACTS MANUAL par 3065.3? |
| 841215 | 6541 | ---- | ---- | AvnOrdEquipRepTech | ACTS MANUAL par 31C3.1P |
| 870312 | ---- | 8511 | ---- | Drill Instr | ACTS MANUAL par 3105.1b |
| 91 ?-6 | ---- | ---- | 841? | | ACTS MAN Par 3105.? |
| 921022 | ---- | 8411 | ---- | Recruiter | ACTS MANUAL par 3105.1b |
| 921022 | ---- | ---- | 8511 | Drill Instr | ACTS MANUAL par 3105.1b |

## CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | NO | YEAR LEFT SCHOOL | JOB TITLE |
|------|------|------|------|------|------|------|
| GRAMMAR SCHOOL | | | | | | NONE |
| HIGH SCHOOL | | | | | | |
| COLLEGE-UNIVERSITY | | | | | | |
| TRADE-BUSINESS | | | | | | |

## SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|------|------|------|------|------|------|
| ITS CAMPEN CA | IELST-031 | 04 | 8110 | | |
| MCI WASH DC | Mil Functional Civil Distrub (0316J) | | 8204 | | |
| MCI WASH DC | The Marine NCO (033J) | | 8211 | | |
| MCI WASH DC | Spelling (0118H) | | 8303 | | |
| MCI WASH DC | Fund of Map Reading (0343F) | | 8307 | | |
| MCI WASH DC | NBC Def Marine (0325) | | 8311 | | |
| MCI WASH DC | Inf Patrolling (0335B) | | 8401 | | |
| MATSS-901 MATSG-90 | AFUN (67S) | 02 | 8406 | | |
| NATTC NAS MFS TENN | A/C Ord/Miss Crs (65A) | 09 | 8408 | | |
| NATTC NAS MFS TENN | Corrosion Control (69C) 6 2 3 | 01 | 8408 | | |
| NAVAL AIR MAINT TRNG GROUP | Avn Armament Equip Rep | 09 | 8411 | | |
| MCI WASH DC | Intro to A/C Maint Supv (60.7) | | 8501 | | |
| MCI WASH DC | Recon Marine (0332F) | | 8501 | | |
| MCI WASH DC | The Mar Sqd:Cbt Plng & Ords (03.46) | | 8501 | | |
| MCAS CHERPT NC | NCO SCOL (ODD) | 06 | 8506 | | |
| AWTH FMF LANT MCAS CHERPT NC | Nuc Wpns Handlings Crs | 01 | 8603 | | |
| DI SCOL MCRD PISC | DI Scol (81E) | 08 | 8703 | | |
| MCI WASH DC | 7103D(TSG) SNCOACNP | | 8808 | | |
| NAVAL AIR TECH TRNG CENTER | Aviation Ordnance Crs | 09 | 8408 | | |
| MCI WASHDC | Aviation Quality Assurance Supervisor (60-6) | | 8810 | | |
| MCI WASHDC | COUNSELING FOR MARINES (01.12) | | | | |
| SNCOA HQSVCBN MCB QUANT VA | SNCOA CAREER CRS (T8A) | | 9004 | | |
| RCR SCOL MCRD S? IEGO | Rcr Cl Nr 6-42 31C | 07 | 9110 | | |
| Driver Trng Associates | Driver Improvement | | 9505 | | |
| NAVAL AVIATION SCOL COMND | AV? ?NORDOFFCARCRS (Q-4E-001D) | 05 | 9609 | | |
| SNCUA SOL MCR CAMLEJ NC | ?NCO ADV CRS (TBD) | 06 | ?7?5 | | |

| ?UGH?S | Martin | T | | 870326 | DATE PREPARED |
|------|------|------|------|------|------|
| NAME (Last) | (First) | (Middle) | | | |

? ??0 (REV. 1-77) (Previous edition will not be used)

ACADEMIC EDUCATION COURSES TESTS AND CORRESPONDENCE COURSES COMPLETE

| DATE | TITLE OF COURSE OR TEST | SCHOOL AND LOCATION | CREDIT | GRADE |
|------|------------------------|---------------------|--------|-------|
| 880314 | Driver Improvement School | MCRD, Parris Island, SC | | |

| GED TESTS AND CLEP GENERAL EXAMINATIONS | | | | STANDARD SCORES ON TESTS | | | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | | | | | | | |
| | PASSED | FAILED | INCOMPLETE | 1 | 2 | 3 | 4 | 5 |
| GED TESTS | | | | | | | | |
| CLEP GE | | | | | | | | |
| RETEST: | | | | | | | | |
| RETEST: | | | | | | | | |

SPECIAL QUALIFICATIONS

REMARKS

 

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO | |
| 910116 | PARTICIPATED IN DIRECT SUPPORT OF OPERATION DESERT SHIELD WITH MALS-14 MAG-13 FWD AL JUBAYL, SAUDI ARABIA. | 900816 900818 | 910116 | PERez ByDir |
| 910401 | PARTICIPATED IN DIRECT SUPPORT OF OPERATION DESERT STORM WITH MALS-14 MAG-13 FWD AL JUBAYL, SAUDI ARABIA. | 910117 | 910401 | Wilkurson ByDir |
| * 910105 | Participated in Operation Desert Shield. | 900820 | 910105 | Wilkurson ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GCM | | | 840527 | |
| Meritorious Mast | | | 850801 | |
| NUC | | | 860625 | ByDir |
| GCM | 1 | | ------ | ByDir |
| Meritorious Mast | | | 880304 | ByDi |
| * Meritorious Mast | | | 860815 | ByDir |
| Letter of Appreciation | | | 880422 | ByDi |
| Letter of Appreciation | | | 880711 | ByDi |
| Merit Mast | | | 880727 | ByDi |
| Merit Mast | | | 881001 | ByDi |
| Letter of Appreciation | | | 881212 | ByDi |
| LETTER OF APPRECIATION | | | 890528 | ByDi |
| GCM | 2 | | ------ | ByDi |
| NAM | | | 900521 | ByDir |
| NDSM | | | 910222 | ByDir |
| NDSM | | unavailable | 910225 | ByDir |
| SSM | | | 910225 | |
| SSDR | | | 910303 | ByDir |
| NAM | | 1 | ------ | ByDir |
| NUC (MCRD PISC 871101 - 891231) | | | 910522 | ByDir |
| SASM | 2 | | 910605 | ByDir |

NAMES _____ Martin _____ T _____  *DENOTES _____ Cont'd on _____
(Last) _____ (First) _____ (Middle) _____

 

COMBAT HISTORY · EXPEDITIONS · AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| ~~Ltr of Appreciation~~ | | | ~~910823~~ | Bydi |
| NUC  (900801 – 910430 4th MEB) | | | 911022 | Bydir |
| KLN | | | Unavail | Bydir |
| GC | 3 | | ------ | ByDi |
| Cert of Commendation | | | 931123 | Bydir |
| MJ (MCRC, 911001–930930) | 1 | | ------ | Bydir |
| NC (921201–930930) | | | *930930 | |
| NC (941001–950930) | 1 | | ------ | Bydir |
| RA | | | 951215 | |
| CERT OF MERIT | | | 951215 | Bydir |
| KLM(K) | | | 960120 | Bydir |
| GC | 4 | | ~~960726~~ | Bydi |

VERIFIES LATE ENTRY

(918)



RECORD OF TIME LOST, PROMOTION, REDUCTION, PROMOTION STATUS ON TRANSFER (1070)

| TIME LOST | | | | | | | 810521 | PEBD | C |
|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | NO. OF DAYS | CAUSE | EAS DATE EXT. TO | EOS DATE EXT. TO | | RECOMPUTED PEBD | SIGNATURE OF CERTIFYING OFFICER | |
| | | | | | | | | | |

PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED, RE-APPOINTED OR REDUCED | RANK FROM (Date) | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | Q311 | PFC | 811128 | 811101 | | MCO 1414.1I |
| PERMANENT | Q311 | LCPL | 820701 | 820701 | | MCO 1418.9L |
| PERMANENT | Q311 | CPL | 840201 | 840201 | | MCBul 1430 dtd 840131 |
| PERMANENT | Q311 | SGT | 851102 | 851102 | | MCO P1400.29B par 3030.5 |
| | | SSGT | 901002 | 891002 | | |

COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS
ON TRANSFER TO A NEW ORGANIZATION

 

COMBAT HISTORY · EXPEDITIONS · AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO | SIGNATURE |
|---|---|---|---|---|
| 10116 | PARTICIPATED IN DIRECT SUPPORT OF OPERATION DESERT SHIELD WITH MALS-14 MAG-13 FWD AL JUBAYL SAUDI ARABIA. | 900808 900816 | 910116 | *PEQL* Bydir |
| 10401 | PARTICIPATED IN DIRECT SUPPORT OF OPERATION DESERT STORM WITH MALS-14 MAG-13 FWD AL JUBAYL SAUDI ARABIA. | 910117 | 910401 | *Wilkins* Bydir |
| 910105 | Participated in Operation Desert Shield. | 900820 | 910105 | *Wilkins* Bydir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GCM | | | 840527 | ByDir |
| Meritorious Mast | | | 850801 | ByDir |
| NUC | | | 860625 | ByDir |
| GCM | 1 | | ------- | |
| Meritorious Mast | | | 880304 | |
| *Meritorious Mast | | | 860815 | ByDir |
| Letter of Appreciation | | | 880422 | ByDir |
| Letter of Appreciation | | | 880711 | ByDir |
| Merit Mast | | | 880727 | ByDir |
| Merit Mast | | | 881001 | ByDir |
| Letter of Appreciation | | | 881212 | ByDir |
| LETTER OF APPRECIATION | | | 890528 | ByDir |
| GCM | 2 | | ------- | ByDir |
| NAM | | | 900521 | |
| | | | 910222 | ByDir |
| NDSM | | | 910225 | ByDir |
| IEM | | | 910225 | |
| HSM | | | 910303 | ByDir |
| SSDR | | | | ByDir |
| NAM | | | 910522 | ByDir |
| NUC (MCBD FIST 871101 - 891230) | | | 910305 | |
| SWA? SESM | | | | |

[(b)(6)
(b)(7)]





COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| ~~Ltr of Appreciation~~ | | | 910823 | Bydir |
| NUC (900801 - 910430 4th MEB) | | | 911022 | Bydir |
| KLM | | | Unavail | Bydir |
| GC | 3 | | ------ | ByDir |
| Cert of Commendation | | | 931123 | Bydir |
| MU (MCRC, 911001-930930) | 1 | | ------ | Bydir |
| NC (921201-930930) | | | *930930 | |
| NC (941001-950930) | 1 | | ------ | Bydir |
| RA | | | 951215 | |
| CERT OF MERIT | | | 951215 | Bydir |
| KLM(K) | | | 960120 | Bydir |
| GC | 4 | | 960928 | Bydir |
| GC | 5 | | ------ | Bydir |
| RA | 2 | | 990928 | Bydir |
| NC | 2 | | | Bydir |

The Secretary of the Navy takes pleasure in presenting the NAVY ACHIEVEMENT MEDAL TO

STAFF SERGEANT MARTIN T. HUGHES
UNITED STATES MARINE CORPS

for service as set forth in the following
CITATION

"For professional achievement in the superior performance of his duties while serving as a Drill Instructor and Senior Drill Instructor, Second Recruit Training Battalion, Recruit Training Regiment, Marine Corps Recruit Depot, Parris Island, South Carolina from 13 April 1987 to 20 October 1989. During this time, Staff Sergeant Hughes performed his duties in a noteworthy manner. His outstanding leadership ability, unwavering dedication to duty and in-depth knowledge of recruit training were superior and directly responsible for the assimilation into the Corps of over six hundred basically-trained Marines. His efforts in working with below average recruits to enable them to overcome problem areas and complete their training was noteworthy. Each of Staff Sergeant Hughes' nine platoons received recognition for superior achievements in academics, drill, marksmanship, and physical fitness. Staff Sergeant Hughes' exceptional devotion to duty, initiative, and professional ability reflected great credit upon himself, the Marine Corps, and the United States Naval Service."

For the Secretary of the Navy,

J. D. LYNCH, JR.
Major General, U. S. Marine Corps
Commanding General
Marine Corps Recruit Depot/Eastern Recruiting Region

**PERSONAL AWARD RECOMMENDATION**
OPNAV 1650/3 (Rev. 3-76) S/N 0107-LF-016-5012

| FROM ORDNANCE OFFICER | TO (Awarding Authority) COMMANDING OFFICER |
|---|---|
| MALS-14, MAG-13 FWD, 3DMAW, IMEF | MALS-14, MAG-13 FWD, 3DMAW, I |
| FPO NEW YORK 09502-0511 | FPO NEW YORK 09502-0511 |

**1. SOCIAL SECURITY NUMBER**

**2. NAME** (Last, first, middle)
HUGHES, MARTIN T.

**3. COMPONENT** (USN, USNR, USMC, USMCR, etc.)
USMC

**4. GRADE/RATE**
SSGT

**5. DESIG/NEC/MOS** 6541

**6. HOME STATE** TN

**7. BUIC/RUC** (During Active Service) 01068

**9. RECOMMENDED AWARD**
NAVY ACHIEVEMENT MEDAL

**11. NUMBER OF AWARD OF THIS MEDAL**
FIRST

**12. ACTION DATE/MERITORIOUS PERIOD**
21 AUGUST 1990 - 1 MARCH 1991

**13. AREA OF ACTION/SERVICE**
OPERATION DESERT SHIELD/STORM

**14. EXP. OF ACTIVE DUTY**
3 DECEMBER 1992

**15. EST. DETACHMENT DATE**
N/A

**16. NEW DUTY STATION** (Home address if separation as indicated)
N/A

**17. UNIT AT TIME OF ACTION/SERVICE**
MALS-14, MAG-13 FWD, 3DMAW, IMEF

**18. DUTY ASSIGNMENT**
MUNITIONS NCOIC

**19. PREVIOUS PERSONAL DECORATIONS AND PERIOD RECOGNIZED**
NONE

**COMBAT "V"**  ☐ YES  ☒ NO

**20. PERSONAL AWARDS RECOMMENDED—NOT YET APPROVED**
NONE

**21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION**
NONE

**22.** I certify that the facts contained in the summary of action are ☒ known to me ☐ a matter of record

**NAME, GRADE, TITLE OF ORIGINATOR**
WARREN S. ROBINETTE JR, MAJ, OIC

**SIGNATURE**

**DATE** 11 MAR 91

**23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S).** (Attach additional sheets only as necessary)

| VIA | COMMAND (To be completed by originator) | RECOMMENDED AWARD | COMBAT "V" | SIGNATURE, GRADE | DATE FWD |
|---|---|---|---|---|---|
| 1 | | | ☐ YES ☐ NO | | |
| 2 | | | ☐ YES ☐ NO | | |

**24. TO BE COMPLETED BY AWARDING AUTHORITY**

| DISPOSITION OF BASIC RECOMMENDATION | COMBAT "V" | EXTRAORDINARY HEROISM RECOMMENDED | SIGNATURE, GRADE, TITLE | DATE |
|---|---|---|---|---|
| | ☐ YES ☒ NO | ☐ YES ☒ NO | | |

**INFO COPIES TO**

**NO. ENCLOSURES ATTACHED**

**FOR USE OF NDBDM ONLY**

FROM: SECNAV (NDBDM)
TO: CNO (OP-09B19)

**DATE:**

1. Reviewed and recorded.
2. Extraordinary heroism

OPNAV 1650/3 (Rev. 2-70) BACK
S/N 0102-LF-016-5018

## INSTRUCTIONS

1. Before completing this form see SECNAVIST 1650.12.
   a. Pars 121 and 122 explain the preparation and submission of a recommendation.
   b. Chapter 2 contains the criteria for each award.

2. Insure all blanks are filled in and the form labeled.

3. The Summary of Action (Item 25) is required in all cases in addition to an attached proposed citation. (Enable space)

4. This form should be forwarded directly to the authority authorized to approve the award recommended or to the appropriate Fleet/Force CINC (whichever is lower in the chain of command).

## 25. SUMMARY OF ACTION

Staff Sergeant Huges is recommended for the Navy Achievement Medal for professional achievement in the superior performance of his duties while serving as Munitions Noncommissioned Officer in Charge, Marine Aviation Logistics Squadron 14, Marine Aircraft Group 13 Forward, 3d Marine Aircraft Wing, I Marine Expeditionary Force, Southwest Asia in support of "Operation Desert Shield/Storm" from 21 Aug 1990 to 6 Mar 1991.

Staff Sergeant Hughes personally supervised the performance and training of each individual team leader in his crew, achieving stunning improvements in knowledge, experience, and efficiency. The safety and reliability during weapons evolutions surpassed expectations. His crew experienced zero safety mishaps, and the overall reported weapon failure rate was less than 5 percent, well below the normally expected failure rate.

His innovative ideals have proved invaluable in the modification of ROCKEYE cluster bombs. Restrictions on flight clearance for unmodified ROCKEYE on the AV8B aircraft, the lack of modified ROCKEYE available, and the high usage rate of ROCKEYE, made it extremely difficult to maintain a modification rate equivalent to the expenditure rate. Staff Sergeant Hughes initiated an assembly line approach which doubled the capacity to perform ROCKEYE modifications. He was directly responsible for the timely availability of ordnance to the squadrons by supplying well over 10,000 pieces of ordnance dropped by Marine Aircraft Group 13 Forward over the course of "Operation Desert Storm."

After the cessation of hostilities, Staff Sergeant Hughes took initiative and began the segregation and organization of munitions necessary to support the massive retrograde evolution.

Staff Sergeant Hughe's exceptional professional ability, initiative and loyal dedication to duty throughout reflect great credit upon himself, the Marine Corps and of the United States Naval Service.

UNITED STATES MARINE CORPS
Marine Aviation Logistics Squadron 14
Marine Aircraft Group 13 Forward
3d Marine Aircraft Wing
I Marine Expeditionary Force
FPO New York 09502-0511

The Secretary of the Navy takes pleasure in presenting the
NAVY ACHIEVEMENT MEDAL to

STAFF SERGEANT MARTIN T. HUGHES
UNITED STATES MARINE CORPS

for service as set forth in the following
CITATION:

"For professional achievement in the superior performance of his
duties while serving as Munitions Noncommissioned Officer in Charge,
Marine Aviation Logistics Squadron 14, Marine Aircraft Group 13
Forward, 3d Marine Aircraft Wing, I Marine Expeditionary Force,
Southwest Asia in support of "Operation Desert Shield/Storm" from 29
August 1990 to 1 March 1991. Staff Sergeant Hughes consistently
performed his demanding duties in an exemplary and highly professional
manner. Displaying exceptional skill and leadership, he
significantly contributed to the outstanding combat effectiveness of
his unit. His crews operated without a single mishap providing
weapons that exceeded all expectations in performance and reliability.
Displaying outstanding innovation and resourcefulness, he established
an assembly line method of incorporating ROCKEYE cluster bomb
modifications, more than doubling production capabilities, and he
supplied more than 10,000 weapons during the course of "Operation
Desert Storm." Staff Sergeant Hughes' exceptional professionalism and
ability reflect great credit upon himself, the Marine Corps and the
United States Naval Service."

For the Secretary of the Navy

R. L. SHEN
Lieutenant Colonel, U.S. Marine Corps
Commanding

Staff Sergeant ███████ performance as a ███████ Recruiter and
Recruiting Sub███████ ███████stown, Recruiting Station New Jersey from
█ December ████ to 30 September 1993 has been superior. Throughout
the period, ███ Sergeant Hughes' performance was characterized by an
exceptional ██████████ to the tenants of systematic recruiting, combined
with great █████ initiative, enthusiasm and dedication to duty. His
superior ████████ knowledge, sense of mission consciousness and
unwavering ████████ have significantly enhanced the ability of his
recruiting station to recruit high quality young men and women into the
Marine Corps. This award recommendation is submitted as a means to
recognize his stellar performance as the Recruiting Station's Recruiter
of the Year, and his selection as the 1st Marine Corps District's
Rookie Recruiter of the Year.

Adapting quickly to the rigors of recruiting duty, Staff Sergeant
Hughes skillfully utilized systematic recruiting to contribute greatly
to the success of his Recruiting Substation. On production for only
nine months during the fiscal year, Staff Sergeant Hughes was
responsible for the enlistment of 48 individuals, 35 of which were in
Mental Group I-IIIA. Of these, Staff Sergeant Hughes received 0 pool
discharges. Staff Sergeant Hughes was responsible for the shipment of
20 recruits to Parris Island, of which 75% were in Mental Group I-IIIA.
Of those shipped, only 2 recruits were discharged from recruit
training, giving him a 10.5% MCRD discharge rate. Additionally, all
individuals contracted by Staff Sergeant Hughes were educational level
Tier I's and all recruits shipped as high school graduates. Staff
Sergeant Hughes produced 0 Fraudulent Enlistments and 0 Initial
Strength Test failures, illustrating his commitment to thoroughly and
continuously screen and prepare his recruits for the rigors of boot
camp.

Staff Sergeant Hughes has made himself very well known in his
community. He is well received in his high schools, and has been able
to generate a high degree of interest in the Marine Corps among area
high school students. His outstanding personal appearance, augmented
by his lean physique, conveys an attractive presence to the public by
personifying the exacting standards of the Marine Corps.

Staff Sergeant Hughes' superior performance of duty as a Recruiter
has been an example for all to emulate. His tenacity, maturity and
professionalism were far above that of his peers. A proven leader, he
has taken the initiative to make himself as proficient as possible,
using his knowledge not for personal success, but for the success of
all the Marines in the Command. His dedication and integrity are
unquestionable. Staff Sergeant Hughes' performance throughout this
year has been of the highest caliber and has contributed immeasurably
to the success of this Recruiting Station.

S. Ambrose    11294    Diane Floyd QC



# COMMANDANT OF THE MARINE CORPS

The Secretary of the Navy takes pleasure in presenting the
NAVY COMMENDATION MEDAL (Gold Star in lieu of the Second Award) to

STAFF SERGEANT MARTIN T. HUGHES
UNITED STATES MARINE CORPS

for service as set forth in the following

CITATION:

For meritorious service while serving as a Canvassing Recruiter,
Marine Corps Recruiting Substation Hackettstown, Marine Corps Recruiting
Station New Jersey, Iselin, New Jersey, from December 1992 through
September 1993. During this period, Staff Sergeant Hughes consistently
performed his duties in an exemplary and highly professional manner.
Through his unbounded enthusiasm and steadfast perseverance, he enlisted
48 individuals, 35 of which were in the Mental Group I-IIIA.
Illustrating his commitment to thoroughly and continuously screen and
prepare the applicants for recruit training, Staff Sergeant Hughes
produced zero Fraudulent Enlistments and Initial Strength Test failures.
As a result of his exceptional systematic recruiting skills and superior
technical knowledge, he was selected as the station's "Recruiter of the
Year" and 1st Marine Corps District's "Rookie Recruiter of the Year" in
fiscal year 1993. Because of his diligent efforts and unlimited
resourcefulness, he was respected and admired by all who observed him and
contributed significantly to the accomplishment of the substation's
mission. Staff Sergeant Hughes' sustained superior performance,
effectiveness, and total devotion to duty reflected great credit upon
himself and were in keeping with the highest traditions of the Marine
Corps and the United States Naval Service.

For the Secretary of the Navy,

C. E. Mundy Jr.
Commandant of the Marine Corps





S. Ambrose    7/29/95          Dave Floyd   QC

C



# Certificate of Good Conduct

STAFF SERGEANT MARTIN T. HUGHES

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FOURTH AWARD ———————— *for the period*

28 MAY 1990 ———— *to* ———— 27 MAY 1993

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

G. A. BETTA

COLONEL

HQ, 1st Marine Corps District

605 Stewart Ave, Gcty, NY 11530

27 MAY 1993

PERSONAL AWARD RECOMMENDATION

ENSURE ALL BLOCKS ARE FILLED IN, SIGNED AND DATED.

| | |
|---|---|
| FROM Commanding Officer<br>ADDRESS: DSMC RS NJ, 485-A U. S. Route 1,<br>South, Iselin, NJ 08030-3099 | TO: Commanding General<br>Commanding General<br>MCRD/ERR, Parris Island, SC 29905-5001<br>81632000 |

COMMAND POC: Maj McCarthy    PHONE # 908 7509400

14. EXP. OF ACTIVE DUTY  6 Jul 97

IF RETIREMENT/SEPARATION, NUMBER OF YEARS

1. SPECIAL SECURITY NUMBER    2. DESIGNATOR
                              6541/8411

15. EST. DETACHMENT DATE  15 Dec 95

☐ RETIREMENT   ☒ TRANSFER   ☐ TERMINAL LEAVE

3. NAME (Last, First, MI)
Hughes, Martin J.

4. COMPONENT (USN, USMC, etc.)
USMC

16. NEW DUTY STATION (Home address if separation anticipated)
ADDRESS:
CO, MAG-26, 2DMAW, New River, NC

5. GRADE/RATE
SSgt/E-6

17. UNIT AT TIME OF ACTION/SERVICE
USMC RS New Jersey/USMC

18. DUTY ASSIGNMENT
Recruiter

7. WARFARE DESIGNATOR    6. UIC/RUC
                        97980001

19. PREVIOUS PERSONAL DECORATIONS AND PERIOD
RECOGNIZED (exclude Purple Heart and Combat Action Ribbon)

8. RECOMMENDED AWARD
(See Instruction #3 on back) Navy and
Marine Corps Commendation Medal

9. SPECIFIC ACHIEVEMENT
☐ YES   ☒ NO

NC - 1989
NA - 1990
NA - 1991
NC - 921201 - 930930

10.
☐ HEROIC  ☒ MERITORIOUS  ☐ HEROIC POSTHUMOUS  ☐ MERITORIOUS POSTHUMOUS  ☐ BRA

11. NUMBER OF AWARD OF RECOMMENDED MEDAL
Third

20. PERSONAL AWARDS RECOMMENDED-NOT YET APPROVED
None

12. ACTION DATE/MERITORIOUS PERIOD
1 Dec 92-31Jul 95

21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION
None

13. GEOGRAPHIC AREA OF ACTION/SERVICE
Conus

21. I certify that the facts contained in the summary of action are
☐ known to me   ☒ a matter of record

| NAME, GRADE, TITLE OF ORIGINATOR | SIGNATURE | DATE |
|---|---|---|
| Peter G. McCarthy, Maj., CO | Peter G. McCarthy | 950822 |

23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S). (Attach additional sheets only as necessary)

| VIA | COMMAND (To be completed by originator) | RECOMMENDED AWARD | COMBAT "V" | SIGNATURE, GRADE | DATE FWD |
|---|---|---|---|---|---|
| 1 | CO, 1ST MCD | NMCCM | ☐ YES<br>☒ NO | R A MALONEY COL USMC | 950928 |
| 2 | CG, MCRD/ELR PISC | | ☐ YES<br>☐ NO | | |
| 3 | | | ☐ YES<br>☐ NO | | |

24. TO BE COMPLETED BY AWARDING AUTHORITY

| DISPOSITION OF BASIC RECOMMENDATION | COMBAT "V" | EXTRAORDINARY HEROISM RECOMMENDED | SIGNATURE, GRADE, TITLE | DATE APPROVED |
|---|---|---|---|---|
| NMCCM | ☐ YES<br>☒ NO | ☐ YES ☒ NO | J B RUMBLE BGEN<br>CG MCRD ERR PISC | 12 Oct 95 |

FOR USE OF NDBDM ONLY
FROM:  SECNAV (NDBDM)
TO:    CNO (N09B33) CMC (CODE MHM)

Extraordinary heroism recommendation
reviewed and returned.
☐ YES   ☐ NO   ☐ NA

☐ disposition

NAVMC 1650/3 (Rev. 1-84)    S/N 0107-LF-017-6500

Penny Miller   4/17/96      Leah Graves   4/17/96

## SUMMARY OF ACTION

Since joining this command in November of 1992, Staff Sergeant Hughes has distinguished himself as a hard working, truly dedicated Staff Noncommissioned Officer, committed to ensuring success and developing professionalism. Initially serving as a canvassing recruiter, in Morristown, New Jersey as part of Recruiting Substation (RSS) Hackettstown, he was subsequently appointed as the Noncommissioned Officer in Charge (NCOIC) of the RSS when Hackettstown was redesignated RSS Northwest in October of 1994. This move was made based on Staff Sergeant Hughes' initiative, integrity, attention to detail and superior leadership. Since then, Staff Sergeant Hughes' presence and exemplary performance have gained the respect and admiration of all who have witnessed his accomplishments in this critical billet. He serves as a role model for all other NCOICs in this command.

Staff Sergeant Hughes' personal appearance is immaculate, sharp and exacting in detail. The pride and professionalism he displays both in and out of uniform personifies the exacting standards of the Marine Corps. He consistently runs a high 1st Class PFT and maintains a superior level of physical fitness. His bearing, discipline, and demeanor spawn self-assurance and confidence; both of which he backs with performance.

Staff Sergeant Hughes has demonstrated exemplary knowledge and application of systematic recruiting in both his former billet as a canvassing recruiter and currently as an NCOIC. He has taken the administrative skills and techniques demanded in systematic recruiting and incorporated them into his daily duties. As NCOIC, he took charge of an RSS that had missed both contracting and shipping in FY94 despite his personal productivity (he had not been a canvasser there for the last six months of the FY due to him being temporarily reassigned to RSS Jersey City). When he took charge of what is now RSS Northwest, his contributions as a canvasser had been negated by lack of service and attention to detail. The depth of character and personal leadership he possesses have augmented his gregarious and dynamic "can do" attitude during this most recent and very demanding period. Staff Sergeant Hughes restructured the failing substation he recruited in and has built a cohesive, highly motivated team geared towards success. He consistently worked long hard hours to ensure technical proficiency and competence in himself and the Marines in his charge. This billet normally requires tremendous coordinating abilities, in-depth knowledge and a highly positive attitude; under the failing conditions which he assumed NCOIC, he has surpassed all expectations demonstrating an uncommon level of perseverance and zeal.

Miller    4/17/96    Leah Groves    4/17/96

By virtue of his billet, Staff Sergeant Hughes came into contact with both applicants for the Marine Corps and many members of the local community. His most immediate and decisive success was in repairing strained community relations and reasserting the Marine Corps as a positive member of the local community. His public relations skills, strengthened by his magnetic personality and infectious motivation quickly earned him the respect and admiration of local community leaders and school administrators. Staff Sergeant Hughes possesses the unique ability to establish rapport and gain the trust and confidence of others, allowing him to be a highly effective communicator.

As a canvassing recruiter for 15 months, Staff Sergeant Hughes attained an unprecedented 237% of his assigned mission and shipped 65 recruits to training of which 75.3% were I-IIIAs. The only shortfall in quality which justifiably needs to be addressed is his Tier I percentages of 90% contracted and 87% shipped. Staff Sergeant Hughes was the lifeline for an RSS that attained only 80.5% of its assigned mission, he was writing 200% of mission consistently and neither his NCOIC nor this RS felt it appropriate or necessary to hold him personally responsible for obtaining the Tier I quality standards. The RS was in a position to make Tier I shipping and the cold hard fact was that his RSS needed contracts. Staff Sergeant Hughes wrote a tremendous amount of contracts for this RS; grad contracts to fill critical ship slots. We had room for Tier II shippers (the RS did maintain 95.3% Tier I shipping) and for that reason we supported and encouraged the enlistment of his eight (8) Tier IIs. An additional note on his personal statistics, is that 10 of Staff Sergeant Hughes' 16 pool attrites were discharged after he was reassigned from PCS Morristown/RSS Hackettstown in April 1994 to RSS Jersey City. His poolees experienced both recruiter and NCOIC turnover simultaneously. Poor contact and a lack of focus quickly deteriorated the large pool Staff Sergeant Hughes had built and motivated.

Upon him returning to RSS Northwest as the NCOIC (a five recruiter substation), he immediately turned it around through leadership by example, motivation and the natural ability to instill confidence in his subordinates. This rejuvenated substation (with its new name) made mission 8 months in a row, 9 out of 10 months under SSgt Hughes, writing 119% of its assigned mission FYTD after a long period of being unsuccessful. Earning recognition of the 1st Marine Corps District RSS/NCOIC of the Quarter 3rd Quarter FY-95. Proving himself once again to be a winner, he gives maximum effort and elicits the same from his subordinate Marines. Taking onboard three new recruiters during this time frame, Staff Sergeant Hughes' energy and enthusiasm are contagious. His superb sales skills and ability to communicate effectively drive his pursuit for excellence; his entire team is performing at a higher level. Staff Sergeant Hughes has

Penny Miller    4/17/96    Leah Groves    4/17/96

literally built a new RSS.  Pool attrition is down from 25.3% (once the highest in the RS) to 11.7% (now the lowest in the RS) and HCRD attrition is only 8.8%; special recognitions are also at 8.8%, all this despite the precarious grad shipping he faced earlier in the FY.  I attribute these achievements to his understanding of recruit training and dedication (to thorough) ten (10) months as NCOIC to attain the required FYTD shipping and build a healthy pool.  His attrition is a testament to his commitment to quality and his over shipping is exemplary of his team concept.

Staff Sergeant Hughes has filled a multiman NCOIC billet, the most demanding job on recruiting duty , and has demonstrated a tremendous level of drive and leadership.  His efforts have made him an invaluable asset to this command and the Recruiting Service.  His knowledge of recruiting is outstanding and his results throughout his tour have been superlative, I highly recommended he be awarded the NAVY and MARINE CORPS COMMENDATION MEDAL in recognition of his performance.

C

The Secretary of the Navy takes pleasure in presenting the NAVY AND MARINE CORPS COMMENDATION MEDAL (Gold Star in lieu of Third Award) to

**STAFF SERGEANT MARTIN T. HUGHES**
**UNITED STATES MARINE CORPS**

for service as set forth in the following

**CITATION:**

For meritorious service while serving as a Canvassing Recruiter, Recruiting Substation Hacketstown and Noncommissioned Officer in Charge, Recruiting Substation Northwest, Recruiting Station New Jersey, First Marine Corps District from 1 December 1992 to 31 July 1995. During this period Staff Sergeant Hughes performed his duties in an exemplary and highly professional manner. As a canvassing recruiter for 15 months, he achieved 237 percent of his assigned mission, shipping 65 recruits to training of which 75.3 percent were in mental group categories I-IIIA. His unprecedented 4.73 new productivity spearheaded his achievement as Recruiting Station New Jersey's "Recruiter of the Year Award" for Fiscal Year 1993. Quickly combining his recruiting skills and natural leadership ability, he took charge as the Noncommissioned Officer in Charge of Recruiting Substation Northwest. He ran a large multi-man substation, a billet normally held by proven 8412 Gunnery Sergeants and carried 9.2 percent of Recruiting Station New Jersey's mission share. His area was geographically the largest, covering 3 counties and 1,376 square miles. Eagerly accepting this challenge, he revived a failing substation by attaining 119 percent of his assigned mission and 103 percent of his fairshare shipping during his first 10 months. His gregarious and dynamic "can-do" attitude has led the most successful pool program; maintaining a recruit depot attrition rate of 8.8 percent and a pool rate of 11.7 percent meritorious promotion. Staff Sergeant Hughes' magnetic personality and infectious motivation reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service.

For the Secretary of the Navy,

The Secretary of the Navy takes pleasure in presenting the NAVY AND MARINE CORPS COMMENDATION MEDAL (Gold Star in lieu of Second Award) to

**STAFF SERGEANT MARTIN T/ HUGHES**
**UNITED STATES MARINE CORPS**

for service as set forth in the following

**CITATION:**

For meritorious service while serving as a Noncommissioned Officer in Charge, Recruiting Substation Northwest, Recruiting Station New Jersey, 1st Marine Corps District from 1 October 1994 to 30 September 1995. During this period, Staff Sergeant Hughes performed his duties in an exemplary and highly professional manner. Quickly combining his recruiting skills and natural leadership ability, he took charge as the Noncommissioned Officer in Charge of Recruiting Substation Northwest. He ran a large multi-man substation, a billet normally held by proven 8412 gunnery sergeants and carried 9.2 percent of Recruiting Station New Jersey's mission share. His area was geographically the largest, covering three counties and 1,376 square miles. Eagerly accepting this challenge, he revived a failing substation by attaining 119 percent of his assigned mission and 103 percent of his fairshare shipping during his first 10 months. His gregarious and dynamic "can-do" attitude has led a most successful pool program, maintaining a recruit depot attrition rate of 8.8 percent and a pool rate of 11.7 percent meritorious promotion. As a result of his efforts, he was selected as the 1st Marine Corps District "Noncommissioned in Charge of the Year" (Large) for Fiscal Year 1995. Staff Sergeant Hughes' magnetic personality and infectious motivation reflected great credit upon himself and were in keeping with the highest traditions of the Marine Corps and the United States Naval Service.

For the Secretary of the Navy,

**J. D. HUMBLE**
Brigadier General, U.S. Marine Corps
Commanding General
Marine Corps Recruit Depot/Eastern Recruiting Region

Hubbard 8-27-84 TSI

A9



# United States Marine Corps

# Certificate of Good Conduct

Corporal Martin Thomas W██████ (b)(6) #111 USMC

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

_____First Award_____ *for the period*

28 May 1981 ____ *to* ____ 27 May 1984

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

101-840529

R. D. WEBB
COLONEL

MARINE BARRACKS
WASHINGTON DC
27 May 1984

Hubbard 8-27-84 FSI



# United States Marine Corps

## Certificate of Good Conduct

CORPORAL MARTIN THOMAS HUGHE                    6511 USMC

*Having conducted yourself in a creditable manner,*
*you are, by direction of the Commandant of the*
*Marine Corps, awarded a Good Conduct Medal*

**First Award**                                  *for the period*

28 May 1981          *to*          27 May 1984

*Your conduct during this period denotes honest*
*and faithful service in keeping with the*
*highest traditions of the Marine Corps.*

G. F. MARTIN MAJOR USMC

ACTING

MATSS-901, MATSG-90 NATTC

NAS NTTC MILLINGTON TN 38054

June 1984

United States Marine Corps

A735

_____

was, on the _____ day of _____, 19__,

# MERITORIOUS MAST

conducted by the

Commanding Officer
Headquarters and Maintenance Squadron
Marine Aircraft Group-14
MCAS, Cherry Point, N.C. 28533

*for outstanding service as follows:*

During the period 17 September 1984 to 16 April 1985 you were assigned as an Aviation Armament Equipment Supply Technician in North Carolina. Your initiative, competence and dedication to duty won you the honor and distinction of being nominated as the Noncommissioning Officer Marine Aircraft Group-14 for the HED Marine Aircraft Group's Aviation Ordnance Individual of the Year for 1985. Your leadership and high level of professionalism has greatly increased the professionalism and improved the readiness of the overall readiness of the Aviation Ordnance Section of your Marine Aircraft Group-14. Your outstanding performance during this period reflects credit upon yourself and the Marine Corps and was in keeping with the highest traditions of the Naval Service/Marine Corps.

NAVMC



# Certificate of Good Conduct

Sergeant ~~Martin R. Taylor~~

*Having conducted yourself in a creditable manner,
you are, by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal*
—————— Second Award ——————— *for the period,*
—————— 28 May 1984 ——— to ——— 27 May 1987 ——————
*Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.*



C

# Certificate of Good Conduct

Sergeant Martin T. Parker

*Having conducted yourself in a creditable manner,
you are, by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal*

Second Award      *for the period*

28 May 1984    *to*    27 May 1987

*Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.*

H. W. Rodriguez

Personnel Officer



## United States Marine Corps

SERGEANT MARTIN J. HUGHES

was, on the ___FIFTEENTH___ day of ___AUGUST___ 19 86

the subject of a

# MERITORIOUS MAST

## conducted by the

Commanding Officer
Headquarters and Maintenance Squadron-14
Marine Aircraft Group-14
MCAS, Cherry Point N.C. 28533

### for outstanding service as follows:

During the period of 15 July thru 9 August you were deployed to NAF El
Centro California in support of VMA(AW)-332. During which time you were
assigned to the Bomb Assembly Crew, where you took part in the assembly
of various types of munitions. Your efforts in this regard were instru-
mental in ensuring that over 465,642 pounds of ordnance was assembled
without incident. Despite long hours and high temperatures you demon-
strated a high degree of professionalism, enthusiasm for the job, and a
"CAN DO" spirit found only in the finest of Marines. Your initiative,
drive and overall superior performance during the period reflects credit
upon yourself, your command, and the United States Marine Corps.

PAUL E. HARMER
Lieutenant Colonel, USMC
Commanding



*United States Marine Corps*

SERGEANT MARVIN B. HUGHES     011/8511 USMC

*was, on the* _____ *day of* _____ *, 19 _____.*

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5030

*for outstanding service as follows:*

"While performing the Commanding General's Inspection Physical Fitness Test on
16 February 1988, Sergeant Hughes achieved a score of 286 points.  That note-
worthy achievement is indicative of Sergeant Hughes' commitment to physical
fitness and professional excellence, and provides a stirring example for his
fellow Marines to emulate.  Sergeant Hughes' self-discipline, honest effort,
and superior achievement are in keeping with the highest traditions of Support
Battalion, the Recruit Training Regiment, and the United States Marine Corps."

R. W. ANDERSON
Colonel, U. S. Marine Corps
Commanding Officer



Deborah Parker 7-25-89  B  Washington/Hill 7-25-89

C



# United States Marine Corps

SERGEANT MARTIN T. HUGHES ( )( ) 6541/8511 USMC

*was on the* TWENTY-SEVENTH *day of* JULY , 1988 ,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*
Commanding Officer
Support Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5030

*for outstanding service as follows:*

"On 14 June 1988, while serving as a drill instructor assigned to the Special Training Branch, Support Battalion, Recruit Training Regiment, Sergeant Hughes prevented a potentially serious injury from occurring. He was informed by the recruit firewatch that a recruit was attempting to commit suicide by swallowing Ben-gay ointment. Sergeant Hughes, not aware of the effects of ingesting Ben-gay, immediately presumed it to be poisonous and took appropriate first-aid measures. Sergeant Hughes restrained the recruit while directing the recruit to regurgitate the swallowed Ben-gay. Sergeant Hughes believing this to be life threatening, then continued to reassure the recruit until medical personnel arrived. As a result of his level headed, quick response, a potentially serious injury was prevented. His devotion to duty, esprit de corps and quick thinking reflects great credit upon himself and Support Battalion.

B. W. RAICH
Major, U. S. Marine Corps
Commanding Officer

*Deborah Baxter 7-25-89    Washington Hill 7-25-89*



C

# United States Marine Corps

SERGEANT MARTIN T. HUGHES (  )(  ) 6541/8511 USMC

*was on the _____ day of _____, 19___,*

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
Support Battalion
Recruit Training Regiment
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5010

*for outstanding service as follows:*

"While a member of the Special Training Branch, Physical Conditioning Platoon, Sergeant Hughes performed his duties in an exemplary manner. His thorough knowledge of recruit training and the SOP enabled him to achieve outstanding results as the Operations Drill Instructor for PCP. His ability to lead drill instructors, as well as recruits, gave his team a performance edge that produced privates consistently capable of finishing formation runs and passing the PFT. He was without question the strongest drill instructor in the platoon. His attention to detail and desire to excel ensured the smooth and efficient running of the Physical Conditioning Platoon during the time of the change over of senior drill instructors in the unit. Had it been possible at the time, Sergeant Hughes would have been fully capable of filling that billet himself. His performance of duty reflects great credit upon himself and is in keeping with the highest traditions of the United States Marine Corps".

B. W. RAICH
Major, U. S. Marine Corps
Commanding Officer

NAVMC 10750 (9-82) S/N 0000-00-000-5051 U/I PD 2005910

UNITED STATES MARINE CORPS
Headquarters and Service Battalion
Marine Corps Recruit Depot
Parris Island, South Carolina 29905-5010

1650/2
CO
18 JUL 1989

SECOND ENDORSEMENT on SNX USMC, JROTC Bensalem High School ltr dtd
28May89

From:  Commanding Officer, Headquarters and Service Battalion
To:    Sergeant Martin T. Hughes              /6541 USMC
Via:   Commanding Officer, Service Company, Headquarters
       and Service Battalion

Subj:  LETTER OF APPRECIATION

1.  Readdressed and forwarded for delivery at an appropriate
ceremony.

2.  It is always a distinct pleasure to receive commendatory
material of this nature on members of this Battalion.  Please
accept my personal and professional admiration for the
contributions detailed in the basic correspondence.  You should
take justifiable pride in your accomplishment.

3.  You are advised to provide a copy of this commendatory
correspondence to your Reporting Senior for comment in your next
fitness report.

K. A. Russom
R. S. RUSSOM

Copy to:
HQSVCBN PersO
PAO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1650/3
SVCCO

THIRD ENDORSEMENT

From:  Commanding Officer, Service Company, Headquarters
       and Service Battalion
To:    Sergeant Martin T. Hughes              6541 USMC

1.  Delivered with pleasure.



**UNITED STATES MARINE CORPS**

1650
ADJ
2 3 JUN 1989

FIRST ENDORSEMENT on SSgt Cruz, SHHRO Gonzalez High School ltr of
26 May 89

From: Commanding General, Marine Corps Recruit Depot/Eastern
      Recruiting Region, Parris Island
To:   Sergeant Martin T. Hughes          6541 USMC
Via:  Commanding Officer, Headquarters and Service Battalion

Subj: LETTER OF APPRECIATION

1. Forwarded with pleasure.

2. It is always gratifying to receive commendatory correspon-
dence on a member of this Command.  Please accept the Commanding
General's sincere appreciation for your noteworthy efforts and
superior performance as outlined in the basic correspondence.

                                    T. A. SHOEMAKE
                                    By direction



# United States Marine Corps

JUNIOR RESERVE OFFICERS' TRAINING CORPS
Bensalem High School
4319 Hulmeville Road
Bensalem, Pennsylvania 19020-3898

28 May 1989

From: Senior Military Instructor
To:   Assistant Chief of Staff-G-3 (Ops), Marine Corps
      Recruit Depot, Parris Island, S.C.

Subj: Letter of Appreciation; case of Staff Sergeant GAVIN,
      and Sergeants HUGHES and UDART

1. The Marine Corps JROTC unit from Bensalem High School con-
ducted their Annual Orientation at Parris Island From the
10th to the 14th of April 1989.

2. During the aforementioned period the primary instructors
and the preponderance of training responsibility rested with
the three subject Drill Instructors. Without the benefit of
training period subjects which are normally highly motivating
to high school cadets, such as; participating in Rappelling,
Gas Chamber exposure, Rifle Familiarization Firing, Hand-to-
Hand Combat (Pugil Stick competition), etc. the motivational
aspected of the entire training period was achieved by the
outstanding troop leading skills of the three Drill Instruc-
tors. Additionally, their association and rapport with the
civilian chaperones and unit staff personnel were also out-
standing.

3. On behalf of the Cadets, the Bensalem School District,
the chaperones and myself, I want to express our sincere
appreciation to Staff Sergeant GAVIN and Sergeants HUGHES
and UDART for their outstanding support and leadership
which made the Orientation Period most meaningful and re-
warding for the young adults that participated. Their col-
lective training efforts, attention to duties, level of
motivation and professionalism was in keeping with the high-
est standards of the Recruit Depot and the Marine Corps.

4. It is requested that this Letter of Appreciation be enter-
ed in each of the Sergeant's Service Records.

Respectfully Submitted

Fred J. FISH
LtCol. USMC (Reti)
BHS MCJROTC SMI



United States Marine Corps

CPL MARTIN T. HUGHES ~~56403~~ 4541

*was on the* FIRST *day of* AUGUST , 19 85 ,

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
Headquarters and Maintenance Squadron-14
Marine Aircraft Group-14
MCAS, Cherry Point N.C. 28533

*for outstanding service as follows:*

During the period 17 September 1984 to 15 April 1985 you were assigned
as an Aviation Armament Equipment Repair Technician in Work Center 712.
Your initiative, competence and dedication to duty won you the honor and
distinction of being nominated as the Representative from Marine Aircraft
Group-14 for the 2ND Marine Aircraft Wing's Aviation Ordnance Individual
of the Year for 1985. Your leadership and high level of professionalism
has greatly increased the productivity of your work center and enhanced
the overall readiness of the Aviation Armament Equipment within Marine
Aircraft Group-14. Your outstanding performance during this period reflects
credit upon yourself and the Ordnance Division, and is in keeping with the
highest traditions of the UNITED STATES MARINE CORPS.

H.P. ROULES
Major, USMC
Acting



# Certificate of Good Conduct

STAFF SERGEANT MARTIN T. ROE ⟨b⟩⟨6⟩ 6541 USMC

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

THIRD AWARD *for the period*

28 MAY 1987 *to* 27 MAY 1990

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

P. R. DIPPOLITO
U.S.M.C.

Lieutenant Colonel

NCM 93:09
PDH

## PERSONAL AWARD RECOMMENDATION
OPNAV 1650/3 (Rev. 3-76) S/N0107-LF-016-5015

| FROM: | TO (Awarding Authority) |
|---|---|
| Commanding Officer, USMC RS New Jersey 465-A U.S. Rt 1 South, Iselin, NJ 08830 | Headquarters, U. S. Marine Corps Washington, DC 20380-0001 |

| 1. SOCIAL SECURITY NUMBER | 14. EXP. OF ACTIVE DUTY |
|---|---|
| ( b ) ( 6 ) | 06 Jul 97 |

| 2. NAME (Last, first, middle) | 15. EST. DETACHMENT DATE |
|---|---|
| Hughes, Martin Thomas | 30 Nov 95 |

| 3. COMPONENT (USN, USNR, USMC, USMCR, etc.) | 16. NEW DUTY STATION (Home address if separation anticipated) |
|---|---|
| USMC | NA |

| 4. GRADE/RATE | 5. DESIGNEC MOS | 17. UNIT AT TIME OF ACTION/SERVICE |
|---|---|---|
| SSgt/E-6 | 6541 | RS New Jersey, Iselin, NJ |

| 6. HOME STATE | 7. BUR/UIC (During Action Service) | 19. PREVIOUS PERSONAL DECORATIONS AND PERIOD RECOGNIZED |
|---|---|---|
| Tennessee | 80001 | Navy Commendation Medal - 1989 |

| 8. RECOMMENDED AWARD | 9. COMBAT "V" | Navy Achievement Medal - 1990 |
|---|---|---|
| Navy Commendation Medal | ☐ YES ☒ NO | Navy Achievement Medal - 1991 |

| 10. | 20. PERSONAL AWARDS RECOMMENDED-NOT YET APPROVED    NONE |
|---|---|
| ☐ HEROIC  ☒ MERITORIOUS  ☐ HEROIC POSTHUMOUS  ☐ MERITORIOUS POSTHUMOUS  ☐ MIA | |

| 11. NUMBER OF AWARD THIS MEDAL | 21. OTHER PERSONNEL BEING RECOMMENDED FOR SAME ACTION |
|---|---|
| SECOND | None |

| 12. ACTION DATE or MERITORIOUS PERIOD |
|---|
| 1 Dec 92 - 30 Sep 93 |

| 13. AREA OF ACTION/SERVICE |
|---|
| RS New Jersey, Iselin, NJ |

22. I certify that the facts contained in the summary of action are ☐ known to me ☒ a matter of record

| NAME, GRADE, TITLE OF ORIGINATOR | SIGNATURE | DATE |
|---|---|---|
| Jack L. Warford, Maj, CO | *Jack L. Warford* | 931013 |

23. FORWARDING ENDORSEMENTS BY VIA ADDRESSEE(S). (Attach additional sheets only as necessary)

| VIA | COMMAND (To be completed by originator) | RECOMMENDED AWARD | COMBAT "V" | SIGNATURE, GRADE | DATE FWD |
|---|---|---|---|---|---|
| 1 | CO, 1st MarCorDist | NCM | ☐ YES ☒ NO | *K. J. P____* K. L. PRIESTLY, COL | NOV 23 1993 |
| 2 | COMMANDING GENERAL MCRD/ERR PARRIS ISLAND, SC | NCM | ☐ YES ☒ NO | *J. W. Klimp* J. W. KLIMP, BGEN COMMANDING GENERAL | 13 Dec 93 |

24. TO BE COMPLETED BY AWARDING AUTHORITY

| DISPOSITION OF BASIC RECOMMENDATION | COMBAT "V" | EXTRAORDINARY HEROISM RECOMMENDED | SIGNATURE, GRADE, TITLE | DATE |
|---|---|---|---|---|
| NC | ☐ YES ☒ NO | ☐ YES ☒ NO | *C. E. Mundy Jr* C. E. MUNDY, JR. General, U.S. Marine Corps Commandant of the Marine Corps | 25 Jan 94 |

| INFO COPIES TO | NO. ENCLOSURES ATTACHED |
|---|---|

| FOR USE OF NDBDM ONLY | |
|---|---|
| FROM: SECNAV (NDBDM) | DATE: |
| TO: CNO (OP-09B19) CMC (CQDE MSDM) | |
| Reviewed and recorded. Forwarded for appropriate action. | |
| Extraordinary heroism recommended  ☐ Yes  ☐ No  ☐ Not applicable | |
| | By direction |

Supersedes NAVPERS 1650/6 (Rev. 3-73) which may be used.



