# Attachment 10



### PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED RE-APPOINTED OR REDUCED | RANK FROM WHICH | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 1100 | PFC | 810324 | 810302 | | MCBul 1414 of 11 May 1979 and MCO. P1400.29B par 3030.6 |
| PERMANENT | 1171 | LCPL | 810520 | 810502 | | MCO 1418.9X |
| PERMANENT | 1171 | CPL | 820402 | 820402 | | MCO P1400.29B 3030.5 |

### RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST NO | FORM | SCORE | DATE SCORE RECORDED | AUTHORITY FOR SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

### COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS
### ON TRANSFER TO A NEW ORGANIZATION

820320:   Col    Auth MCBul 1430 of Febbl
          Auth MCBUL 1430 Dtd 820278 (Hay from 70)

[5 (5C. 552 (b)(6)]



| DUTY (OR BILLET) LOCATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| ST. LOUIS, MO 'R<br>VTDO,PARIS IS 801230<br>MCR 32002 MCC 016 | Recruit | 80 1230<br>810324 TR TO MARCOREP US QM SCOL FT LEE VA (MCC K99) |
| USMC ADMINDET<br>QMCENFL FT LEE VA<br>MCC K99 RUC 30010 | STUDENT<br>(1100)(2) | 810405:  JD UNDER TENINS<br>810521:  TR to 1ST FSSG, MCC.169 |
| 7thEngrSptBn, 1st FSSG<br>(L) FMF CamPen CA 92055<br>RUC 21300    MCC 169 | HygieneEquipOpr<br>(1171) (M) | 810602 JD FOR DU SPTCo<br>820222 TO 205/9 TAD ICW/MMU-7<br>820205 TO 820224 ADD DU<br>830131 TR TO CG 1STMARBRGD (MCC 130) FOR DUTY |
| BSSG 1STMARBDE FMF<br>FPO SFRAN 96607<br>RUC 20090 MCC 130 | HygieneEquipOpr<br>(1171) LST ( )<br>HygieneEquipOpr<br>(1171) ( ) | 830221 JD FOR DU SPTCo<br>840312 TO TAD EXCESOL<br>840313 ATT TAD W/ENGR CO 0990<br>*830118 EXT ENL EXECUTED<br>EFF DATE 841229<br>841229 EXT ENL NEW ECC 850228<br>*830316 EXT ENL EXECUTED<br>EFF DATE 850301<br>850301 EXT ENL NEW ECC 860228 |
| ENGRCO BSSG 1STMARBDE FMF<br>MCAS KANEOHE BAY HI 96863<br>RUC 20090 MCC 130 | HygieneEuipOpr<br>(1171) ( ) | 850802 DIS<br>850803 JD REENL RETN THISIORG |

*=notes Late Entry

(b)(6)

NAME (LAST / FST MIDDLE)                    SSN

NAVMC 118-3 (REV 6-76)



| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| | | | 910301 | ByDir |
| Certificate of Commendation | | | 910310 | ByDir |
| PA | | | 920127 | ByDir |
| CM | 3 | | | ByDir |
| MUC (BARSTOW CA 900810-910331) | 2 | | | ByDir |



| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 820811 | Alvarado | ByDir |
| Merit Mast | | | 820511 | | ByDir |
| Ltr of Appreciation | | | 830808 | Th. J. Kennedy | ByDir |
| GCM | | | 831229 | Laurent | ByDir |
| MUC | | | | | Direction |
| MERIT MAST | | | 870722 | B.A. Nozer | ByDir |
| Meritorious Mast | | | 880308 | | ByDir |
| MUC | | | 1 | ------ | byDir |
| LETTER OF APPRECIATION | | | 880506 | Zulun | ByDir |
| SSDR | | | 890726 | | Bydir |
| GCM | | | 2 | | ByDir |
| Certificate of Commendation | | | 891114 | | |

EMBOSSED PLATE IMPRESSION

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|--------------|--------------|--------------|-----------|
| 890512 | 1174 | | | Hygiene Equip Opr | MCO Manual 3002.3 |
| 900823 | 1171 | | | J/HYGIENE EQUIP OPR | ACTS MANUAL par 3102.3 |

### CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES / NO | YEAR LEFT SCHOOL | CIVILIAN OCCUPATION |
|-------------|---------------|-----------|----------------|-----------------|---------------------|
| GRAMMAR SCHOOL | | | (b)(6) | | |
| HIGH SCHOOL | | | | | |
| COLLEGE-UNIVERSITY | | | | | |
| TRADE-BUSINESS | | | | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|-------------|-------------------------|
| MCT WASHDC | SNCOACNP (7100) | | 8910 | DISENROLLED |  |
| MCES MCB CAMLEJ NC | J/HYGIENE EQUIP OPR (UAC) | 14 | 9008 | | |
| SOI MCB CAMLEJ NC | SNCO CAREER CRS (T8A) | 07 | 9206 | | |

HERRINGTON    Jerome

(b)(6)

NAVMC 118(11) (REV. 3-77) (Previous edition will not be used.)

(8a)a

ChkPDF - www.trakle.com

## MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADDL MOS | 2ND ADDL MOS | TITLE OF MOS | AUTHORITY |
|------|------|------|------|------|------|
| | 1200 | | | | |
| 810512 | 1171 | | | ENGINEER EQUIP OPR | AGTC MANUAL 2002-7 |

## CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT(S) | CR. HRS. | GRADUATE YES NO | YEAR LEFT SCHOOL |
|------|------|------|------|------|
| GRAMMAR SCHOOL | | | | |
| HIGH SCHOOL | | | | |
| COLLEGE-UNIVERSITY | | | X | |
| TRADE-BUSINESS | | | X | |

### CIVILIAN OCCUPATION

JOB TITLE: NONE

### SERVICE SCHOOL, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|------|------|------|------|------|------|
| USA QMCENFL FT LEE VA | LAUNDRY AND BATH (32D) | 5 | 05/81 | | |
| MCI WASH DC | MARINE NCO (033) | | 05/82 | | |
| Cubi Point, R.P. | Jungle Environmental Survival Training (JEST) (E-2 D-0034) | 30hr | 82/06 | | |
| MCI WASH D.C. | Field Water Supply (112D) | | | | |
| JOINT EDUCATION CENTER | DIAGNOSTIC READING TEST | | 83/02 | | |
| ISTMARBDE FMF KMCAS HI | NCO Scol | | 83/06 | | |
| MCI WASHDC | SPELLING (011B) | 1 | 02/84 | | |
| MCI WASH D.C. | Installation OF MNT GEN SET (1119C) | | 82/85 | | |
| MCI WASH D.C | Cold Weather Ops (0349C) | | 03/61 | | |
| MCI WASH D.C | (1124) Installation/Maintenance of the Floodlight Set/ Dummy Load & Solid State Convertor | | 85/05 | | |

REMARKS- OPERATES
SPORTS    BASEBALL
HOBBIES   SPORTS
TALENTS

CONTINUED ON SUPPLEMENTARY PAGE

HERRINGTON, Jerome

810102

CHRONOLOGICAL RECORD (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 1ST ... ... ...<br>RCRT, MARRIS IS ~~901-236~~ KJF<br>... ... ... | Recruit<br>(9900)  ( 3 ) | **80 1230** (DATE)   JD FOR REC TRNG  (DATE) KJF<br>TR TO (MCC)   FOR DU KJF<br>810324 TR TO MARCOREP USA QM SCOL<br>FT LEE VA (MCC K99) |
| USMC ADMINDET<br>QMCENFL FT LEE VA<br>MCC K99 RUC 30010 | STUDENT<br>(1100)(2) | 810405:  JD UNDER TEMINS<br>810521:  TR to 1ST FSSG, MCC 169 |
| 7thEngrSptBn, 1st FSSG<br>(—) FMF CamPen CA 92055<br>RUC 21300    MCC 169 | HygieneEquipOpr<br>(1171)  ( 19 ) | 810602 JD FOR DU SPTCo<br>820223 TO 830519 TAD ICW/MMU-7<br>~~020205 TO 020214 ANN LV~~ 820509<br>830131 TR TO CG 1STMARBRGD (MCC 130)<br>FOR DUTY |
| BSSG 1STMARBDE FMF<br>FPO SFRAN 96607<br>RUC 20090  MCC 130 | HygieneEquipOpr<br>(1171)  UST ( 36 )<br>~~HygieneEquipOpr~~<br>~~(1171)    2~~ | 830221 JD FOR DU Engr Co<br>~~840312 TO TAD EXCESS~~<br>~~840313 ATT TAD W/ENGR CO BSSG~~<br>*830118 EXT ENL EXECUTED<br>    EFF DATE   841229<br>841229 EXT ENL NEW ECC 850228<br>*830316 EXT ENL EXECUTED<br>    EFF DATE 850301<br>850301 EXT ENL NEW ECC 860228 |
| ENGRCO BSSG 1STMARBDE ~~FMF~~<br>MCAS KANEOHE BAY HI 96863<br>~~RUC 20090~~ MCC 130 | HygieneEquipOpr<br>~~(1171)  ( )~~ | 850802 DIS<br>850803 JD REENL RETN THIS ORG<br>860227 TR TO CG 2ND MAW CHERRY POINT<br>  NC FOR DU MCC 142 |
| WES-27, MWSG-27,2dMAW,MCAS,<br>CPNC 28533 | HygieneEquipOpr<br>(1171)  (00) | 860414 JD FOR DU<br>860425 REASSIGNED TO WTS-27 FOR DU<br>  (MCC 142) |
| WTS-27 MWSG-27 2DMAW<br>MCAS CPNC 28533<br>RUC 00320  MCC 142 | HYGIENEEQUIPOPR<br>(1171)  (01) | 860425  JD FOR DU |
| MWSS-271 MWSG-27 2DMAW<br>MCAS CPNC 28533 RUC 00271<br>MCC 142 | HYGIENEEQUIPOPR<br>(1171)  (00) | 860604 TR TO MWSS-271 MWSG-27 2DMAW<br>  MCAS CPNC 28533 MCC 142<br>860604 JD FOR DU |

*Denotes Late Entry

Jerome

NAME (LAST, FIRST, MIDDLE)          SSN

Continued on Supplemental Page

NAVMC 118 (3) (REV. 6-78)

CHRONOLOGICAL RECORD                                      (1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | ~~860806 TO TAD EKCESS~~ |
| | | 861201 TO FAP |
| | HYGIENEQUIPOPR (1171) (15) | 861202 JD FAP HQHQRON MCAS CHERPT RUC 02002 MCC 022 |
| | | 880324 FAP TERM |
| | HYGIENEQUIPOPR (1171) ( 29 | 880324 FR FAP |
| | | 880705 TR TO 3DFSSG OKI JA FOR DU MCC 1C2 |
| RANGE COMPANY | HYGIENEEQUIPOPER (1171)( 12) | 880814 JD FOR DU |
| CAMP FUJI, JAPAN FPO SEATTLE, WA RUC 20229 MCC 1C2 | | 890726 TR TO CG MCLB BARSTOW CA (MCC-019) FOR DU |
| HQBN MCLB BARSTOW CA 92311-5010 RUC 38019 MCC 019 | MILITARY COORDINATOR (9915)        (08) | 890908 JD FOR DU W/FSDV 900507 TO TAD ~~TRMADDINS~~ |
| | STUD JHEO CRS (1171)      (4 ) | 900508 ATT TAD MCES MCB CAMLEJ NC RUC 31400        MCC ~~K97 0~~ K79 |
| | | 900823 ATT TERM |
| | HYGIENEQUIPOPR (1171) (22 ) | 900828 CHPRIDU W/FSDV |
| | | 910220 TR TO HQBN |
| | | 910715 TR 2DMAW CHERPT NC MCC 142 |
| 3DLAAMBN MACG-28 2DMAW FMFLANT MCAS CHERPT RUC 23960        MCC 142 | HYGIENEQUIPOPR (1171) (04) | 910826 JD FOR DU ASG TO HENG |
| | | 920106 TO TAD EXCESS |
| | | ATT TAD SNCOA SOI MCB 920429 CAMLEJ NC 28542-50 RUC 31350 MCC ... |
| | HYGIENEEQUIPOPR (1171)      (05) | 920616 ATT TERM |
| | HYGIENEEQUIPOPR (1171)      03 ) | 920617 FR TAD EXCESS 920924 TO FAP |
| | LINE NCO (8531) (07 ) | 920924 JD FAP HQHQRON MCAS CHERPT RUC 02002        MCC 022 |
| | | 930506 FAP TERM |
| | HYGIENEEQUIROPR (1171)   ( 01) | 930506 FR FAP |
| | | 930619 TR TO CG 3DMARDIV OKINAW JAPAN (MCC 142) FOR DU |
| 3D CBTENGREN 3D MARDIV FMF FPO AP 96602-6970 RUC 13400    MCC 124 | HYGIENEQUIROPR (1171) (12 ) | 930728 JD FOR DU W/SUPT CO ~~930805 TO TAD~~ 931015 FR TAD F. |

EMBOSSED PLATE IMPRESSION

HERRINGTON    Jerome    ~~JEROME~~

| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(3) (REV. 5-74) (Supersedes all editions of NAVMC 193 (2) and all copy ...tions of NAVMC 118 (3) which are obsolete and will not be use...

U/I SM  SN: 0000-00-000-1903

CONT ON SUPP PG

ClibPDF - www.fastio.com

MILITARY AND CIVILIAN OCCUPATION. SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

## MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|--------------|--------------|--------------|-----------|
| 01 08 84 | 1100 | | | BASIC......100 | ACTS MANUAL 3002 |
| 810512 | 1171 | | | HYGIENE EQUIP OPR | ACTS MANUAL 3002.7 |

## CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT (S) | NO. YEARS | GRADUATE YES | GRADUATE NO | YEAR LEFT SCHOOL |
|-------------|-------------------|-----------|--------------|-------------|------------------|
| GRAMMAR SCHOOL | (b)(6) | (b)(6) | | | |
| HIGH SCHOOL | | | | X | |
| COLLEGE-UNIVERSITY | | | | | |
| TRADE-BUSINESS | | | | X | |

## CIVILIAN OCCUPATION

JOB TITLE  NONE

DUTIES  000

## SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|------------|-------------------------|
| USA QMCENFL FT LEE VA | LAUNDRY AND BATH (32D) | 5 | 05/810s | | |
| MCI, WASH DC | MARINE NCO (0331) | | 05/8201 | | |
| Cubi Point, R.P. | Jungle Environmental Survival Training (JEST) (E-2 D-0034) | 36hr 24hr | 820407 | | |
| MCI WASH D. C. | Potable Water Suply (1120) | | | | |
| JOINT EDUCATION CENTER | DIAGNOSTIC READING TEST | | 83/02 | | |
| 1STMARBDE FMF KMCAS HI | NCO Scol (7m) | | 83/08 | | |
| MCI WASHDC | SPELLING (0418) | | 207/8410 | | |
| MCI WASH D.C. | Installation OP MNT GEN SET (1119C) | | 207/8501 | | |
| MCI WASH D.C | Cold Weather Ops (0349C) | | 1350s | | |
| MCI WASH D C | (1124) Installation/Maintenance of the Floodlight Set/ Dummy Load & Solid State Convertor | | 85/05 | | |

REMARKS— OPERATES
SPORTS    BASEBALL
HOBBIES   SPORTS
TALENTS

CONTINUED ON SUPPLEMENTARY PAGE

Jerome

HERRINGTON JEROME

(b)(6)

810102

| NAME (LAST, FIRST, MIDDLE) | SSN | DATE PREPARED |

NAVMC 118 (8a) (REV. 3-77)    1300

ClibPDF - www.fastio.com

**MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)**

**MILITARY OCCUPATIONAL SPECIALTIES**

| DATE | PRIMARY MOS. | 1ST ADD. MOS. | 2ND ADD. MOS. | TITLE OF MOS. | AUTHORITY |
|------|------|------|------|------|------|
| 810512 | 1171 | — | — | Hygiene Equip Opr | ACTS Manual 3002.7 |
| 900823 | 1171 | — | — | J/HYGIENE EQUIP OPR | ACTS MANUAL par 3102.3 |

**CIVILIAN EDUCATION**        **CIVILIAN OCCUPATION**

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | GRAD. NO | YEAR LEFT SCHOOL | JOB TITLE / DUTIES |
|------|------|------|------|------|------|------|
| GRAMMAR SCHOOL | //////// | | | | | |
| HIGH SCHOOL | | | XX | | 1982 | |
| COLLEGE-UNIVERSITY | | | | | | |
| TRADE-BUSINESS | | | | | | |

**SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED**

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------|------|------|------|------|------|
| MCI WASHDC | SNCOACNP(7100) | | 8910 | DISENROLLED | |
| MCES MCB CAMLEJ NC | J/HYGIENE EQUIP OPR (UAC) | 14 | 9008 | | |
| SOI, MCB, CAMLEJ, NC | SNCO CAREER CRS (T8A) | 07 | 9206 | (INC) | |
| DOOTSON TRUCK DRIVER SCARCADIA CA | TRACTOR-TRAILER DRIVERSCRS | | 89/12 | | COMPLETED |
| NAVY SUB ABUSE PRE PRO KANEOHE BAY,HI/ | NAVY SUB ABUSE PRE PROG | | 85/02 | | |
| MCES MCB CAMLEJ NC | UTILITIES CHF (11E) | 15 | 08/96 | | |
| MCIA, SOI, MCB, CAMLEJ, NC | SNCO CAR CRS(T8A) | 08 | 9611 | | |

| | | | | | | |
|---|---|---|---|---|---|---|

**HERRINGTON**   Jerome      (b)(6)
NAME (Last)     (First)     (Middle)     SSN        DATE PREPARED

NAVMC 118 (8a) (REV. 3-77) (Previous edition will not be used.)
SN: 0000-00-000-0000 U/I: EA

(8a)a

ClibPDF - www.fastio.com

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 820811 | *Alvarado* | ByDir |
| Merit Mast | | | 820511 | | ByDir |
| Ltr of Appreciation | | | 830808 | *M.J. Kennedy* | ByDir |
| GCM | | | 831229 | *Laurini* | ByDir |
| MUC | | | *Ple 6116* | *B.A. Vogel* | By direction |
| MERIT MAST | | | 870722 | *Matthe* | ByDir |
| Meritorious Mast | | | 880308 | *Merci* | ByDir |
| MUC | 1 | | ------ | *Perret* | ByDir |
| LETTER OF APPRECIATION | | / | 880505 | *Zuber* | ByDir |
| SSDR OSR | | | 890726 | | Bydir |
| GCM | 1 | | ------ | | ByDir |
| Certificate of Commendation | | | 891114 | | ByDir |

EMBOSSED PLATE IMPRESSION



Jerome
HERRINGTON JEROME
NAME (Last, First, Middle)        SERVICE NO.        SSAN

NAVMC 118(9) (REV. 7-69)    Previous editions will be used.        ☆ GPO : 1970 O – 363-391

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| NDSM | | | 910301 | ByDir |
| Certificate of Commendation | | | 910610 | ByDir |
| NA | | | 920127 | Bydir |
| CM | 2 | | ———— | Bydir |
| MUC (BARSTOW CA 900810–910331) | 2 | | ———— | Bydir |
| SD | 1 | | ———— | Bydir |
| *SD | | | 940718 | Bydir |
| GC | 3 | | ———— | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960126 | |
| CERTIFICATE OF COMMENDATION | | | 960228 | |
| LETTER OF APPRECIATION | | | 960411 | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960513 | Bydir |
| NA | 1 | | ———— | Bydir |
| GC | 4 | | ———— | Bydir |

| Herrington   Jerome | | (b)(6) | |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118 (9) (Rev. 4-80) (Previous editions will be used) SN: 0000-00-000-2607 U/I: SH                ☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—649-167/43

ClibPDF - www.fastio.com



COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD   (1070)

### COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO – | SIGNATURE |
|---|---|---|---|---|

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 820811 | *J Alvarado* | ByDir |
| Merit Mast | | | 820511 | | ByDir |
| Ltr of Appreciation | | | 830808 | *W.J. Kennedy* | ByDir |
| GCM | | | 831229 | *Laurino* | ByDir |
| MUC | | | P60116 | *B.A. Roger* | By direction |
| MERIT MAST | | | 870722 | | ByDir |
| Meritorious Mast | | | 880308 | | ByDir |
| MUC | | 1 | | *M. Pierced* | ByDir |
| LETTER OF APPRECIATION | | | 880505 | *R.P. Zuckerman* | ByDir |
| SSDR OSR | | | 890726 | | ByDir |
| GCM | | 1 | | | ByDir |
| Certificate of Commendation | | | 891114 | | ByDir |

EMBOSSED PLATE IMPRESSION

Jerome

HERRINGTON, JEROME

[ (b)(6) ]

ClibPDF - www.fastio.com

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| NDSM | | | 910301 | ByDir |
| Certificate of Commendation | | | 910610 | ByDir |
| NA | | | 920127 | Bydir |
| CM | 2 | | — | |
| MUC (BARSTOW CA 900810-910331) | 2 | | — | Bydir |
| SD | 1 | | — | Bydir |
| SD | | | 940718 | Bydir |
| GC | 5 | 5 | — | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960126 | |
| CERTIFICATE OF COMMENDATION | | | 960228 | |
| LETTER OF APPRECIATION | | | 960411 | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960513 | Bydir |
| NA | 1 | | — | Bydir |
| GC | 4 | | | Bydir |
| GC | 5 | | | Bydir |

Herrington    Jerome

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|

NAVMC 118 (9) (Rev. 4-80) (Previous editions will be used) SN: 0000-00-000-260    U/₄ SM          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—646-127/43

ClibPDF - www.fastio.com



CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| MWSS-274 MWSG-27 2DMAW MCAS CHERPT NC RUC 00274 MCC142 | HYGIENEEQUIROPR (1171)  ( 23 ) STUDENT (1100)  (o2) | 940718 TR TO CG 2DMAW CHERRY POINT NC FOR DU MCC 142 940727 JD FOR DU 960604 TO TAD 960604 ATT TAD W/MCES MCB CAMLEJ NC RUC 31400 MCC J15 960816 FR TAD 961001 TO TAD 961001 ATT TAD SNCOA SLS MCB CAMLEJ NC 2864? RUC 2159? MCC J9F 961127 ATT TAD 961127 FR TAD |
|  | HYGIENEEQUIOPR (1171)  ( ) |  |

HERRINGTON           JEROME          [5 USC 552 (b)(6)]
NAME (Last)          (First)          (Middle)          SSN

NAVMC 118(3) (Rev. 6-76) (Previous editions are obsolete)          U/I: PADS OF 100 SN: 0000-00-000-1988

SERVICE RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | | **860806-30-BAD-88052** |
| | ENGINEEQUIPOPR (1171) (15) | 861801 TO FAP |
| | | 861802 JD FAP HQHQRON MCAS CHERPT RUC 02002 MCC 022 |
| | HYGIENEQUIPOPR (1171) ( 29 | 880324 FAP TERM |
| | | 880324 FR FAP |
| BADGE COMPANY | HYGIENEQUIPOPER (1171)( 12) | 880705 TR TO 3DFSSG ORE JA FOR DU MCC 1C2 |
| CAMP FUJI, JAPAN | | 880814 JD FOR DU |
| FPO SEATTLE, WA | | 890726 TR TO CG MCLB BARSTOW CA |
| RUC 20229 MCC 1C2 | | (MCC-019) FOR DU |
| | MILITARY COORDINATOR (9915)    (08) | 890908 JD FOR DU W/FSDV |
| HQBN MCLB BARSTOW CA 92311-5040 | | 900507 TO TAD SEMARDIVS |
| RUC 38019 MCC 019 | STUD JNEO CRS (1171) (6) | 900508 ATT TAD MCES MCB CAMLEJ NC RUC 31400    MCC 897-0    M79 |
| | HYGIENEQUIPOPR (1171) (22.1 | 900823 ATT TERM |
| | | 900828 CMPRIDU W/FSDV |
| | HYGIENEQUIPOPR (1171) (04) | 910220 TR TO HQBN |
| | | 910715 TR 2DMAW CHERPT NC MCC 142 |
| SDLANKER MACG-38 2DMAW | | 910826 JD FOR DU ASG TO HHNG |
| FMFLANT MCAS CHERPT | | 920106 TO TAD EXCESS |
| RUC 23960    MCC 142 | | ATT TAD SNCOA SOI MCB |
| | | 920429 CAMLEJ NC 28542-50" |
| | | RUC 31350 MCC J13 |
| | HYGIENEQUIPOPR (1171) (05) | 920616 ATT TERM |
| | HYGIENEQUIPOPR (1171) (03 | 920617 FR TAD EXCESS |
| | | 920924 TO FAP |
| | LINE NCO (8531) (07) | 920924 JD FAP HQHQRON MCAS CHERPT RUC 02002    MCC 022 |
| | | 930506 FAP TERM |
| | HYGIENEQUIPOPR (1171) ( 01) | 930506 FR FAP |
| | | 930619 TR TO CG 3DMARDIV OKINAW JAPAN (MCC 142) FOR DU |
| 3D CIENGRBN 3D MARDIV FMF | HYGIENEQUIPOPR (1171) ( ) | 930728 JD FOR DU W/SUPT CO |
| FPO AP 96602-6970 | | 930805 TO TAD FAP |
| RUC 13400    MCC 124 | | 931015 FR FAP |

EMBOSSED PLATE IMPRESSION

HERRINGTON  Jerome
NAME (Last)    (First)    (Middle)    SSN

NAVMC 118(3) (REV. 8-74) (Supersedes all editions of NAVMC 123 (3) and
of NAVMC 118 (3) which are obsolete and will not be used.)    U/I SN SN 0000-80-304-1893

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 1ST RTBN, RTR PTCD, PARRIS IS 001290 UC 32092 MCC 01A | Recruit | **40 1890** JD FOR SEE VEND |
| USMC ADMINDET QMCENPL FT LEE VA MCC K99 RUC 30010 | STUDENT (1100)(2) | 810324 TR TO MARCOREP USA ON SCOL FT LEE VA (MCC K99)

810405:  JD UNDER TEMINS
810521:  TR to 1ST FSSG, MCC 169 |
| 7thEngrSptBn, 1st FSSG (-) FMF CamPen CA 92055 RUC 21300    MCC 169 | HygieneEquipOpr (1171) (00) | 810602 JD FOR DU SPTCo 820222 TO 2005/9 TAD ICW/MNU-7
820205 TO 020212 ANN LV
830131 TR TO CG 1STMARBRGD (MCC 130) FOR DUTY |
| BSSG 1STMARBDE FMF FPO SFRAN 96607 RUC 20090  MCC 130 | HygieneEquipOpr (1171) (07) ( 36) HygieneEquipOpr (1171) ( ) | 830221 JD FOR DU
840312 TO TAD ENCLOSE
040313 ATT TAD W/ENGR CO BSSG
*830118 EXT ENL EXECUTED
          EFF DATE 841229
841229 EXT ENL NEW ECC 850228
*830316 EXT ENL EXECUTED
          EFF DATE 850301
850301 EXT ENL NEW ECC 860228 |
| H&SRCO BSSG 1STMARBDE FMF MCAS KANEOHE BAY HI 96863 RUC 20090  MCC 130 | HygieneEquipOpr (1171) ( ) | 850802 DIS
850803 JD REENL RETN THIS ORG
860227 TR TO CG 2ND MAW CHERRY POINT NC FOR DU MCC 142 |
| WTS-27, MWSG-27, 2dMAW, MCAS, CPNC 28533 | HygieneEquipOpr (1171) (00) | 860414 JD FOR DU
860425 REASSIGNED TO WTS-27 FOR DU (MCC 142) |
| WTS-27 MWSG-27 2DMAW MCAS CPNC 28533 RUC 00320   MCC 142 | HYGIENEEQUIPOPR (1171) (00) | 860425   JD FOR DU |
| MWSS-271 MWSG-27 2DMAW MCAS CPNC 28533 RUC 00271 MCC 142 | HYGIENEEQUIPOPR (1171)  (00) | 860604 TR TO MWSS-271 MWSG-27 2DMAW MCAS CPNC 28533 MCC 142
86060? JD FOR DU |

*Denotes Late Entry

Jerome

MFSSING?ON   [ (6)(6) ]

NAME (LAST, FIRST, MIDDLE)            SSN



**COMBAT HISTORY · EXPEDITIONS · AWARDS RECORD (1070)**

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| NDSM | | | 910301 | ByDir |
| Certificate of Commendation | | | 910610 | Bydir |
| NA | | | 920127 | Bydir |
| CM | 2 | | | Bydir |
| MUC (BARSTOW CA 900810-910331) | 2 | | | Bydir |
| GD | 1 | | | Bydir |
| SD | | | 940718 | Bydir |
| GC | 3 | | | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960126 | |
| CERTIFICATE OF COMMENDATION | | | 960228 | |
| LETTER OF APPRECIATION | | | 960411 | Bydir |
| CERTIFICATE OF COMMENDATION | | | 960513 | Bydir |
| NA | 1 | | | Bydir |
| GC | 4 | | | Bydir |
| GC | 5 | | | Bydir |

Herrington  Jerome
NAME (Last)            (First)            (Middle)        SSN

(b)(6)

NAVMC 118 (9) [Rev. 4-80] (Previous editions will be used) SN: 0000-00-000-2807  ☆/1: SH
ClibPDF - www.fastio.com
☆ U.S. GOVERNMENT PRINTING OFFICE: 1980—840-187/42

1650
MMMA-2

From: Commandant of the Marine Corps
To:   Headquarters, Air Force Personnel Center, 550 C Street
      West, Suite 12, Randolph Air Base, TX  78150-4714

Subj: RECOMMENDATIONS FOR AWARDS

Ref:  (a) Your memo HQ AFPC/DPPPRA OF 28 May 98

1. Per the reference, the Marine Corps has no objection to the awarding of Air Force decorations to the following Marines:

AIR FORCE ACHIEVEMENT MEDAL

Gunnery Sergeant Jerome Herrington (b)(c)          for service
29 June 1997 to 19 September 1997

Sergeant Andrea L. Austin (b)(c)        for service
3 June 1997 to 28 September 1997

Sergeant Paul R. Dresher (b)(c)     for service
13 July 1997 to 13 August 1997

Sergeant David J. Ellis (b)(c)        for service
12 July 1997 to 26 August 1997

Sergeant Lannie P. Parks II (b)(c)      for service
12 July 1997 to 11 September 1997

Corporal Joseph F. Duffy IV (b)(c)      for service
13 July 1997 to 13 August 1997

Corporal Michael D. Freeman (b)(c)      for service
12 July 1997 to 20 September 1997

Corporal Karrie D. Howard (b)(c)      for service
12 July 1997 to 17 September 1997

Corporal John M. Offutt (b)(c)       for service
29 June 1997 to 16 September 1997

Corporal Daniel J. Warren (b)(c)        for service
13 July 1997 to 13 August 1997

Lance Corporal Matthew D. Bledsoe (b)(c)      for service
12 July 1997 to 7 September 1997

Subj: RECOMMENDATIONS FOR AWARDS

Lance Corporal John W. Green (b)(6) for service
12 July 1997 to 20 September 1997

Lance Corporal Kevin L. Grimstead (b)(6) for service
12 July 1997 to 7 September 1997

Lance Corporal James G. Lawson (b)(6) for service
28 June 1997 to 26 September 1997

Lance Corporal Samuel V. Papa (b)(6) for service
12 July 1997 to 7 September 1997

2. According to our records the above named Marines have not
been awarded any other decorations for service during the period
cited.  (b)(6)

3. When the awards are approved, please provide this
Headquarters (MMMA-2) with a copy of each citation.

4. The forwarding addresses for the Marines indicated above are:

Gunnery Sergeant Herrington, Sergeants Dresher and Parks,
Corporals Duffy, Freeman, Offutt and Bledsoe, Lance
Corporals Green, Grimstead and Papa



(b)(6)

Commanding Officer
Marine Wing Headquarters Squadron 2
2d Marine Aircraft Wing
Marine Corps Air Station
PSC Box 8076
Cherry Point, NC  28533

(b)(6)

Commanding Officer
9th Engineer Support Battalion (-)
3d Force Service Support Group
Unit 38430
FPO AP  96604

Subj:  RECOMMENDATIONS FOR AWARDS

(b)(6)

Commanding General
Marine Corps Reserve Support Command (Code PMD)
Kansas City, MO  64147-1207

(b)(6)

Commanding Officer
Combat Assault Battalion
3d Marine Division FMFPac
Unit 36260
FPO AP  96602

(b)(6)

H. R. SMITH
Assistant Head, Military Awards Branch
Personnel Management Division
By direction of
the Commandant of the Marine Corps



**DEPARTMENT OF THE AIR FORCE**
820TH RED HORSE SQUADRON (ACC)
NELLIS AIR FORCE BASE NEVADA

MEMORANDUM FOR 12 AF/SX

FROM: 820 RHS/CO
    5179 Malmstrom Ave.
    Nellis AFB NV, 89191-6525

SUBJECT: Recommendation for Decoration (GYSGT Jerome Herrington (b)(6))

1. I recommend award of:

    A. Decoration: Air Force Achievement Medal
    B. Cluster: Basic
    C. Inclusive Dates: 29 June 1997 to 19 September 1997
    D. Outstanding Achievement
    E. Ret, Sep, PCS, PCA, Ext Tour, Posthumous Act, Heroism, N/A
    F. If approved, presentation date desired: N/A
    G. If approved, forward element to:

        (b)(6)

    H. Next duty assignment or future address (ret or sep): N/A

2. Unit station of assignment and grade at time of act, achievement or service (if item A, B, or C is different, correct in item D, E, and F):

    A. Headquarters Combined Task Force Falcon    D. N/A
    B. Camp Stephenson, Guyana    E. N/A
    C. GYSGT    F. N/A

3. If posthumous or recommendee is mission in action of prisoner of war, give name, relation, and address of next of kin: N/A

4. Are others being recommended for same act/service? NO

5. Current duty title: Utilities Chief    DAFSC/MOS: N/A

6. Decoration history: Not available

*Global Power for America*

ClibPDF - www.fastio.com



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

### THE AIR FORCE ACHIEVEMENT MEDAL

#### HAS BEEN AWARDED TO

GUNNERY SERGEANT JEROME HERRINGTON

FOR [ (b)(6) ]

OUTSTANDING ACHIEVEMENT
29 JUNE 1997 TO 19 SEPTEMBER 1997

#### ACCOMPLISHMENTS

Gunnery Sergeant Jerome Herrington distinguished himself by outstanding achievement as Utilities Chief, Combined Task Force Falcon, Camp Stephenson, Guyana. During this period, in support of Exercise New Horizon Guyana 97, Gunnery Sergeant Herrington supervised the purification of over a million gallons of potable water for base camp use and the production of over 400,000 kilowatt hours of electricity. He also supervised the preparation of equipment for deployment and redeployment and the maintenance of all Marine Corps equipment throughout the exercise. The distinctive accomplishment of Gunnery Sergeant Herrington reflect credit upon himself, the United States Air Force, and the United States Marine Corps.

GIVEN UNDER MY HAND THIS                    DAY OF                    19

LANSFORD E. TRAPP, JR.
Lieutenant General, USAF
Commander, Twelfth Air Force

AF 2774 FEB 89
PREVIOUS EDITION WILL BE USED

7. By virtue of signing the attached narrative/justification, I certify the member's service during the period of this recommendation has been honorable and the attached citation is unclassified. No previous award has been made to member for the act, achievement or service described.

8. I recommend this individual for a decoration.

FRANKLIN W. BAUGH, Major, USAF
Combined Task Force Falcon Commander



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR COMBAT COMMAND
LANGLEY AIR FORCE BASE, VIRGINIA

MEMORANDUM FOR HQ AFPC/DPPPRA                    21 May 98
                550 C Street West, Suite 12
                Randolph AFB TX 78150

FROM:  HQ ACC/DPCA
       114 Douglas Street, Suite 315
       Langley AFB VA 23665-2773

SUBJECT:  Recommendation for Award

1.  Request coordination from the United States Army to award the Air Force
Commendation Medal (AFCM)/Air Force Achievement Medal (AFAM) (as
applicable) to the following individuals:

| RANK/NAME | SSAN | DECORATION |
|---|---|---|
| Private First Class Kendra L. Aguilar | | AFAM |
| Sergeant Charles W. Bittner | | AFAM |
| Major Andrea M. Breyton | | AFAM |
| Captain Robert D. Cline | | AFAM |
| Sergeant First Class Gilbert L. Duran | | AFAM |
| Sergeant First Class Stephen P. Galvin | | AFAM |
| Major Douglas D. Kolstoe | | AFCM |
| Master Sergeant Richard S. Kummer | | AFAM |
| Major Robert J. Richins | | AFAM |
| Captain David J. Schwarz | | AFAM |
| Staff Sergeant Gregory L. Stalker | | AFAM |
| Captain Antonio J. Vasquez | | AFAM |
| Sergeant Denise E. Watkins | | AFAM |

2.  Request coordination from the United States Marine Corps to award the Air
Force Achievement Medal to the following individuals:

| RANK/NAME | SSAN |
|---|---|
| Sergeant Andrea L. Austin | |
| Lance Corporal Matthew D. Bledsoe | |

*Global Power For America*

**RANK/NAME**                                                   **SSAN**

Sergeant Paul R. Dresher
Corporal Joseph F. Duffy
Sergeant David J. Ellis
Corporal Michael D. Freeman
Lance Corporal Kevin L. Grimstead
Lance Corporal John W. Green
Gunnery Sergeant Jerome Herrington
Corporal Karrie D. Howard
Lance Corporal James G. Lawson
Corporal John M. Offutt
Lance Corporal Samuel V. Papa
Sergeant Lannie P. Parks
Hospital Corpsman First Class Larry L. Temples
Corporal Daniel J. Warren

3. Upon concurrence please provide the address of members' personnel record center.

TANYA M. MONROE, TSgt, USAF
NCOIC, Awards & Decorations Branch
Resources, Programs and Civ Mgt Division

Attachment:
Recommendation (29)



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE PERSONNEL CENTER**
**RANDOLPH AIR FORCE BASE TEXAS**

2 8 MAY 1998

MEMORANDUM FOR  HQ UNITED STATES MARINE CORPS
2 NAVY ANNEX
ATTN: MHM-2
WASHINGTON, DC  20380-1775

FROM:  HQ AFPC/DPPPRA
550 C Street West, Suite 12
Randolph AFB TX  78150-4714

SUBJECT:  Request for Award Concurrence/Non-Concurrence

Please concur/non-concur with awarding the personnel listed on the attached
recommendation package(s) for the award indicated.  If you concur, please provide a forwarding
address for distribution of award elements.  If you non-concur, please provide a statement
addressing the reason for non-concurrence.

Should you require additional information, please contact our office at the above address
or DSN 487-5880/5889.

FOR THE COMMANDER

DONALD A. YOUNG, SSgt, USAF
NCOIC, Campaign and Unit Awards
Recognition Programs Branch

Attachment:
Recommendation Pkg(s) - 16 (RED HORSE Sqdn-Nellis AFB NV)



the Secretary of the Navy takes pleasure in presenting
the Navy and Marine Corps Achievement Medal to

STAFF SERGEANT CLIFF HERRINGTON
United States Marine Corps

for service as set forth in the following
CITATION:

"For meritorious service while assigned to a unit
participating in sensitive Marine Corps programs, directed by the
Commandant of the Marine Corps, at Marine Corps Logistics Base,
Barstow, California from 8 October 1989 to 31 July 1991. During
this period Staff Sergeant Herrington distinguished himself by
his hard work, dedication and demonstrated competence.
Contributing countless hours to the assigned mission, he quickly
mastered operations and maintenance procedures for a wide range
of equipment outside his military occupational speciality.
Exhibiting the highest standards of performance, he
enthusiastically accepted challenges, seized the initiative and
acted as a catalyst for others. His responsible conduct and
consistent leadership on and off duty bolstered unit morale, and
safeguarded his unit's sensitive mission. Staff Sergeant
Herrington made a significant contribution to his unit's
operational readiness, and his actions brought great credit upon
himself, the Marine Corps and the United States Naval Service."

For the Secretary of the Navy,

J. Brickley
Brigadier General, U.S. Marine Corps
Commanding

NAVMC 10248/22A (REV. 8-88)
5001-01-000-0001

Encl (1)







United States Marine Corps

**Certificate of Good Conduct**

OthPDF - www.tasie.com



C

was, on the _____ day of _____, 19__

*the subject of a*

# MERITORIOUS MAST

*conducted by the*

Commanding Officer
Headquarters and Headquarters Squadron
Marine Corps Air Station
Cherry Point, North Carolina 28533-5010

*for outstanding service as follows:*

"For superior performance of duties while serving as 2d Platoon Guide in the Marine Corps Air Station Force Guard from 1 January to 29 February 1988. Throughout this period you displayed exceptional diligence and motivation towards your assignment. Your leadership, attention to detail and military bearing was instrumental in the honor guard receiving numerous accolades from those observing the ceremonies in which you participated. Your positive, "can do" attitude has essential to the Honor Guard's success and I commend you for a job well done."

_____
J. R. WINGENTER
Lieutenant Colonel, U. S. Marine Corps

NAVMC 10935 (5-73) EF: 0000-30-006-5081 U/I: PD 75 SETS PER PAD (1950)



# United States Marine Corps

## Certificate of Good Conduct

STAFF SERGEANT JEROME HERRINGTON (b)(6)

*Having conducted yourself in a creditable manner, you are, by direction of the Commandant of the Marine Corps, awarded a Good Conduct Medal*

FOURTH AWARD *for the period*

29 DECEMBER 1989 *to* 28 DECEMBER 1992

*Your conduct during this period denotes honest and faithful service in keeping with the highest traditions of the Marine Corps.*

THOMAS O. BRANNON    U.S.M.C.
LIEUTENANT COLONEL    Commanding

MCHORON MCAS

CHERRY PT. NC 28533-5010

16 DECEMBER 1992    DATE OF AWARD

NAVMC 71 (REV. 8-86) (EGPD)
S/N 0000-00-000-1000 U/I PAD3 OF 50 W/15
*U.S. GOVERNMENT PRINTING OFFICE: 1987-749-690

ClsPDF - www.fastia.net



United States Marine Corps

SERGEANT JEROME NEVERMORE

was, on the _Eighth_ day of _March_ 19 88

the subject of a

# MERITORIOUS MAST

conducted by the

Commanding Officer,
Headquarters and Headquarters Squadron
Marine Corps Air Station
Cherry Point, North Carolina 28533-5010

for outstanding service as follows:

"For superior performance of duties while serving as 2d Platoon Guide in the Marine Corps Air Station Honor Guard from 1 January to 29 February 1988. Throughout this period you displayed exceptional diligence and motivation towards your assignment. Your leadership, attention to detail and military bearing was instrumental in the Honor Guard receiving numerous accolades from those observing the Ceremonies in which you participated. Your positive, "can do" attitude was essential to the Honor Guard's success and I commend you for a job well done."

J. R. WINGERTER
Lieutenant Colonel, U. S. Marine Corps

NAVMC 10835 (5-73) S/N: 0000-00-000-0081 U/I: PD 25 SETS PER PAD (4000)



# United States Marine Corps

SERGEANT JEROME HERRINGTON

was, on the _Twenty Second_ day of _July_ 19 87

_the subject of a_

# MERITORIOUS MAST

_conducted by the_

**Commanding Officer**
**Headquarters and Headquarters Squadron**
**Marine Corps Air Station**
**Cherry Point, North Carolina 28533-5010**

_for outstanding service as follows:_

"For superior performance of duties while serving as a Platoon Guide of the Honor Guard, Marine Corps Air Station, Cherry Point from 1 March 1987 through 2 June 1987. You were called upon to participate in Awards and Retirement ceremonies, Posting and Relief of Sergeants Major ceremonies and Change of Command ceremonies. Throughout you demonstrated attention to detail, military bearing and outstanding performance of close order drill. Your diligence and motivation were conspicuously evident during the many hours of practice and numerous parades. Further, your billet as Platoon Guide involved the responsibility for positioning your platoon and much additional practice time. The positive attitude you displayed toward your leadership role was a key element in the success of the Honor Guard, and it says much for your professionalism. I extend my congratulations for a job well done."

J. R. Augustin
**J. R. AUGUSTIN**
**Lieutenant Colonel, U. S. Marine Corps**

NAVMC 10936 (5-73) S/N: 0000-00-000-6091 U/I: PD 25 SETS PER PAD (1988)

CBzPDF - www.fozio.com



## United States Marine Corps

This is to certify that (b)(6)

was on the _____ day of _____ May _____ '82

the subject of a

## MERITORIOUS MAST.

conducted by the

1st Force Service Support Group
Camp Pendleton, California 92055

### for outstanding service as follows:

During the period of 1 March to 11 May 1982, you were assigned to Mobile Maintenance Unit Seven and participated in the 3rd MPS maintenance cycle conducted at Subic Bay in the Republic of the Philippines. During that time you were assigned to inspect and inventory all utility related equipment to include assembling two M-12 Decon units tasked to engineers detachments by 7th MAB. Your experience and can-do attitude was the key factor why the Utility Platoon completed the mission weeks ahead of schedule. Upon completion of the mission, you eagerly assisted Bulk Fuel platoon in testing, inspecting and inventorying their equipment. Your initiative and can-do attitude is highly commendable. Congratulations on a job well done.

A. J. FINEE
Lieutenant Colonel        USMC

NAVMC 10068 (6-73) S/N: 0000-00-000-0000 U/S PD 25 SETS PER PAD (1000)

C2&PDF - www.fac2a.com



**DEPARTMENT OF THE ARMY**
U.S. ARMY QUARTERMASTER SCHOOL
FORT LEE, VIRGINIA 23801

ATSM-DTP                                                      30 May 1989

SUBJECT: Letter of Commendation

Private First Class Jerome Goodwin
USMC Admin Detachment
USA QM Center & Ft Lee
Fort Lee, VA 23801

1.  It gives me great pleasure to commend you on your exemplary academic
achievement while attending the Laundry and Bath Specialist Course at the
United States Army Quartermaster School, Fort Lee, Virginia.

2.  You achieved superior academic standing while maintaining outstanding
military bearing and attitude throughout the course.  The initiative,
motivation, and outstanding professional skill you have exhibited during
this course set a sterling example for your classmates to emulate.

3.  Again, I commend you on your high caliber performance in the Laundry
and Bath Specialist Course.

4.  A copy of this correspondence will be place in your official personnel
folder.

CHARLES W. STOVER
Colonel, QMC
Director, Petroleum and
    Field Services Department

C\*PDF - www.fozbo.com







From:    Commanding General
To:      Commanding Officer, 3d Marines
         Commanding Officer, Marine Aircraft Group 24
         Commanding Officer, Brigade Service Support Group
         Commanding Officer, Headquarters Company

Subj:    Letter of Appreciation

Encl:    (1) List of Personnel

1.  From 31 October 1983 to 22 November 1983 a CBR overgarment/field protective mask evaluation project was conducted at this Command. Personnel listed in the enclosure were the participants in this extremely important testing project. The test was demanding and required rigorous physical exertion while wearing restrictive and hot chemical protective equipment.

2.  The determination and high level of motivation displayed throughout this project is a credit to each participant. Their devotion to duty and professionalism ensured that all phases of the project were accomplished with the high level of realism required to make the evaluation a success.

3.  Please convey my personal appreciation to all participants for a job well done.

                                    C. K. Steele
                                    C. K. STEELE



# Certificate of Good Conduct

Corporal Jerome HERRINGTON (  )(  )(  )/1171

*Having conducted yourself in a creditable manner,
you are by direction of the Commandant of the
Marine Corps, awarded a Good Conduct Medal*

First Issued _____ *for the period*

29 December 1980 _____ *to* _____ 28 December 1983

*Your conduct during this period denotes honest
and faithful service in keeping with the
highest traditions of the Marine Corps.*

A. W. HOOVER

Major

HQSVC CO, 2DSB

1STMARDIV, FMF

29 December 1983

UO- 00V 840107