# Attachment 11

MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY |
|---|---|---|---|---|---|
| 820509 | 0100 | | | BASIC CLERICAL | ALC'S MANUAL PAR 3002 1 |
| 820606 | 0121 | | | ADMIN CLK | ALC'S MANUAL PAR 3002 1 |
| 820712 | 0121 | --- | --- | PERS CLK | ALC'S MANUAL PAR 3002 |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECTS | NO. YEARS | GRADUATE YES | GRADUATE NO | YEAR LEFT SCHOOL | JOB TITLE JANITOR 1/2 |
|---|---|---|---|---|---|---|
| GRAMMAR SCHOOL | (b)(6) | | | | | JOBS 382 |
| HIGH SCHOOL | | | | X | | |
| COLLEGE UNIVERSITY | | | | | | |
| TRADE BUSINESS | | | | X | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|---|---|---|---|---|---|
| PERS ADMIN S COL, MCR DEP, PISC | BASIC CLERICAL CRS (OJT) | 04 | 06/82 | | |
| PERS ADMIN S COL, MCR DEP, PISC | PERS CLKS CRS (OJC) | 04 | 07/82 | | |
| MCI WASH DC | PUNCTUATION 0119 | | 04 | | |
| NCO SCHOOL MCAS CHERRY POINT N.C. | MARINE NON-COMMISSIONED OFF | 04 | 08/83 | | |

REMARKS— OPERATES
SPORTS        TRACK
HOBBIES
TALENTS

PERRY, WILLIE A.JR
NAME (LAST, FIRST, MIDDLE)

5100. 553 (b)(6)
SSN

820217
DATE PREPARED

2015

NAVMC 118 (3a) (REV. 8-77)



RECORD OF TIME LOST, PROMOTION, REDUCTION, EXAMINATION INFORMATION (AKA)

### PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED, OR APPOINTED OR REDUCED | RANK FROM DATE | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 0121 | PFC | 820702 | 820702 | | MCO P1400.29B par 3030.5 |
| PERMANENT | 0121 | LCPL | 830103 | 830103 | | MCO P1400.29B PARA 3030. 2 (5) OF 83010 |
| PERMANENT | 0121 | CPL | 840302 | 840302 | | MCO P1400.29a |

### RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | RAW | SCORE | DATE SCORE RECORDED | AUTHORITY FOR SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

### COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD

COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | | | DATES | | SIGNATURE |
|---|---|---|---|---|---|
| | | | FROM | TO | |
| | | | | | |

AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | SERVICE STARS | DATE ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | *signature* | ByDir |
| LETTER OF ACHIEVEMENT | | | 820719 | *signature* | ByDir |
| LETTER OF APPRECIATION | | | 830628 | *signature* | ByDir |
| MERIT MAST | | | 840330 | | ByDir |
| MERIT MAST | | | 850123 | *signature* | ByDir |

FEAR Y. MILLER

NAVMC 118 (9) (REV. 4-60)



**MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)**

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD MOS | 2ND ADD MOS | TITLE OF MOS | AUTHORITY |
|------|-------------|-------------|-------------|--------------|-----------|
| 820206 | 9900 | | | Colonel MOS | ACTS MANUAL PAR 3002 INT |
| | | | | Admin Clk | MCO 4 MANUAL PAR 3002 INT |
| 820123 | 0121 | --- | --- | PERS CLK | ACTS MANUAL PAR 3002 |

### CIVILIAN EDUCATION

| TYPE SCHOOL | MAJOR SUBJECT(S) | NO YEAR | GRADUATE YES / NO | YEAR LEFT SCHOOL |
|-------------|------------------|---------|-----|------|
| GRAMMAR SCHOOL | | 08 | X | 1977 |
| HIGH SCHOOL | ACADEMIC | 4 | X | 1981 |
| COLLEGE-UNIVERSITY | | | X | |
| TRADE-BUSINESS | | | X | |

### CIVILIAN OCCUPATION

JOB TITLE  JANITOR A/2
DUTIES  382

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOMPLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|------------|--------------------------|
| 1ST ADMIN S COL, MCR DEP, PISI | BASIC CLERICAL CRS (UIT) | 14 | 06/82 | | |
| 2ND ADMIN S COL, MCR DEP, PISI | PERS CLK CRS (OIC) | 04 | 07/82 | | |
| MCI WASH DC | PUNCTUATION 0119 | 04 | 09/83 | | |
| NCO SCHOOL MCAS CHERRY POINT N.C. | MARINE NON-COMMISSIONED OFF | 04 | 09/83 | (b)(6) | |

REMARKS— OPERATES
SPORTS     TRACK
HOBBIES
TALENTS

| | | | |
|--|--|--|--|
| PERRY, WILLIE A.JR | [(b)(6)] | | 820217 |
| NAME LAST, FIRST, MIDDLE | SSN | | DATE PREPARED |
| NAVMC 118 (8b) (REV. 3-77) | | | 2015 |

RECORD OF TIME LOST, PROMOTION, REDUCTION, EXAMINATION INFORMATION (HB)

| | | TIME LOST | | | | | FEED |
|---|---|---|---|---|---|---|---|
| PROD | TO | INCL | CAUSE | | | | SIGNATURE OF CERTIFYING OFFICER |

## PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED TO APPOINTED OR REDUCED | RANK FROM DATE | MARKED | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 0121 | PFC | 820702 | 820702 | | MCO P1400.29B par 3030.5 |
| PERMANENT | 0121 | LCPL | 830109A | 830109A | | MCO P1400.29B PARA 3010. 2 (5) OF 83010 |
| PERMANENT | 0121 | CPL | 840302 | 840302 | | MCO P1400.29a |

## RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | GRPD | SCORE | DATE SCORE RECORDED | AUTHORITY FOR SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

## COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION

PERRY, WILLIAM JR

NAVMC 118 (9) (REV. 9-80)

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (CONTINUED)

### COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | REMARKS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM 19 | TO 19 | |
| | | | | |
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | SUB-SEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | *J. Allender* | ByDir |
| LETTER OF ACHIEVEMENT | | | 820719 | *D. M. Shuler* | ByDir |
| LETTER OF APPRECIATION | | | 830628 | *J. Burket* | ByDir |
| MERIT MAST | | | 840330 | | ByDir |
| MERIT MAST | | | 850123 | *J. F. Smith* | ByDir |

PERRY, MILLER *(b)(6)*

| L.S. | NAME (LAST, FIRST, MIDDLE) | SSN |
|---|---|---|

NAVMC 118 (9) (REV. 4-68)

CHRONOLOGICAL RECORD (1978)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | Rifle K | 820213 |
| | | 820306 TR. TO MCRD PISC (NCC JA3) |
| | (08) | 820517 |
| | | 820729 TR TO NEFF MCC 022 FOR DU |
| STAOPERGRON MCAS CHERRY PT NC 28533 RUC 02007   MCC 022 | RIFLE (0121) (08) | 820809 JD FOR DU 820821 TO 820829 ON AN LV 821214 TO 821231 ON ANN LV 830113 TR TO MCC 142, 2ND MAW 830114 JD FOR DU W/S-1 840330 REASSIGNED TO MAG-14 |
| MAHS-2, 2dMAW, FMFLant MCAS CHERPT NC MCC 142   RUC 01053 | PERSONNEL CLK (0121) (15) | |
| VMA(AW)-234 MAG-14 MCAS CPNC 28533 Hqs(142) RUC(01224) | PERSONNEL CLK (0121) (08) | 840403 JD FOR DU/S-1 840922 TR TO HAMS-14 FOR DU 840926 JD FOR DU |
| MAG-14 2dMAW | PERSONNEL CLK (0121) ( ) | |
| | PERSONNEL CLK (0121) ( ) | 850503 DISCHARGED 850504 JD REENL MEM THIS ORG |

CBPDF - www.fsafa.com

Duvivi: KolTisk         'nN... KoLTiSKi

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATE* FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| 860830 | Participated in Operation Praire Fire (Freedom of Navigation operation off the coast of Libya) | 860322 | 860331 | |
| 860830 | Participated in Operation Eldorado Canyon (U. S. strike against Libya) | 860414 | 860416 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUB. SEQ. ENT. AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | | ByDir |
| | | | | | |
| MERIT MAST | | | 840330 | | Bydir |
| MERIT MAST | | | 850123 | | ByDir |
| GCM | | | 850211 | | |
| CERT OF COMMENDATION | | | 850703 | | ByDir |
| MERIT MAST | | | 850721 | | ByDir |
| NUC | | | 860503 | | ByDir |
| SSDR | | | 860615 | | Bydir |
| | | | | | |
| MERIT MAST | | | 860810 | | ByDir |
| 'CE' | | | 370318 | | ByDir |



MILITARY AND CIVILIAN EDUCATION, FORMAL SERVICE SCHOOL COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

| DATE | PRIORITY MOS | GT AGG | | EVALUATION | | AUTHORITY |
|------|------|------|---|---|---|---|
| 820600 | 0481 | | | | | BPRS MM PAR 3002 |
| 820611 | 0161 | | | | | BPRS MM PAR 3002 |
| 820729 | 0121 | | MOS PTR | | | BCTH MM PAR 3002 |

CIVILIAN EDUCATION                                    CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS COMPLETED | DATE GRAD | DEGREE JANITOR 4 |
|------|------|------|------|------|

(b)(6)    (b)(6)

FORMAL SERVICE SCHOOL TRAINING AND MILITARY CORRESPONDENCE SCHOOL COMPLETED

| ATTENDED AT/FROM | COURSE | | |
|------|------|------|------|
| PERS ADMIN SCOL MCRDEP PISC | BASIC CLERICAL CRS (OIC) | 34 | 8206 |
| PERS ADMIN SCOL MCRDEP PISC | PERS CLERICAL CRS (OIC) | 34 | 8207 |
| MCI WASHDC | PUNCTUATION (01.19) | | 8304 |
| MCO SCOL MEAS CHPT NC | MARINE NCO CRS (000) | 34 | 8309 |
| MCI WASHDC | (01.36)PERS ADMIN FOR THE RPT UNIT | | 8603 |
| peachtext 5000 fr 2dMAW | PEACHTEXT 5000 CR | 8603 | 8601 |
| NAS OCEANA NORVA | FIRE FIGHTING SCHOOL | | 86/02 |
| MCI WASHDC | INDIVIDUAL PERSONNEL RECORDS 145 | | 8608 |

| TERRY | Willie | R | JR | (b)(6) | | 82 0123 | DATE PREPARED |
|------|------|------|------|------|------|------|------|

CZMPDF - www.fxzmo.com



D....g KoLTISK    ....oNNNN KoLTISKu



CHRONOLOGICAL RECORD (1070)

UNIT/ORGANIZATION    SQUARES

830... TR TO NCRD PISC (NCC JA3)

U.S. ....CEN, MCRDEP
......29905
RUC 32012 MCC JA3    820517

820729 TR TO ....
MCC    C52    FOR DU

STAOPENGRON MCAS CHERRY PT
NC 28533
RUC 02007    NCC 022    (0121)(05)    820809 JD FOR DU

820821 TO 820829 ON .... ....
821214 TO 821231 ON ANN ....
830113 TR TO NCC 142, 2ND MAW
MCHMS-2, 2dMAW, FMFLant    830114 JD FOR DU ....-1
MCAS CHERRY NC    (0121) (15)    840330 ....
....R 142    RUC 01253

VMA(AW)-224,MAG-14    PERSONNEL CLK
MCAS CPNC 28533    (0121) (09)    840403 JD FOR DU/S-1
MCC(M42) RUC(01224)
840926 ....
HMS-14 MAG-14 2DMAW    PERSONNEL CLK
MCAS CPNC 28533    (0121) (A9)    840926 JD FOR DU
RCC 01068 NCC 142

PERSONNEL CLK    850903 DISCHARGED
(0121) (19)    850505 JD REENL REIN THIS CMG
830830 15 TO VMAQ-2

VMAQ-2, MAG-14, 2DMAW, MCAS,    PERSONNEL CLK    851001 JD FOR DU
CHERPT, NC 28533-6013    (0121) (05)
RUC 01008    MCC 142    S.... TR TO VMAQ-2  DET YANKEE
VMAQ-2, DET YANKEE FPO NEW YORK    .... TR VMAQ-2 DET YANKEE
(590)-4400 RUC 0123B MCC VQ1
*REDISGNATED VMAQ-2 MAG-14 2DMAW    .... TO 824.. ASG TAD VMAQ-2  DET
MCAS CHERRY N.C. 28533-6013    YANKEE FPO NEW YORK ON UNIT DEPLY
RUC 01238 MCC VQ1 EFF: 851104
AUTH: CMC SPDLTR 1080 MPI-48B
SER: 067-85 OF 851022.

....OTES LATE ENTRY

RECORD OF TIME LOST, PROMOTION, REDUCTION, REAPPOINTMENT AND PROMOTION (1070)

| TIME LOST | | | | | | 810408 | — PEBD |
|---|---|---|---|---|---|---|---|
| FROM | TO | NO. OF DAYS | CAUSE | EDD (INC. DIF. TO | EDD (INC. DIF. TO | COMPUTED PEBD | SIGNATURE OF CERTIFYING OFFICER |
| | | | | | | | |

### PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED, ETC. APPOINTED OR REDUCED | RANK FROM | | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 0121 | PFC | 820702 | 820702 | | MCO P1400.29B par 3030.1 |
| PERMANENT | 0121 | LCpl | 830102 | 830102 | | MCO P1400.29B par 3010.2 (5) of 830102 |
| PERMANENT | 0121 | Cpl | 840302 | 840302 | | MCO P1400.29B |

### RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | FORM | SCORE | DATE SCORE RECORDED | AUTHORITY FOR ... |
|---|---|---|---|---|---|---|
| | | | | | | |

### COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION

PERRY



**G**

| UNIT/ORGANIZATION | | REMARKS |
|---|---|---|
| VM: MAG-14 2-MAW HC: HERPT N.C. 28533-6000 01008 MCC WQ1 | REPORTED 860815 ( 1A ) | 860915 TR TO CD VMAQ-2 MAG-14 2dMAW MCAS CHERPT N.C. MCC WQ1 860916 JD FOR DU 870603 DIS 870604 REENL |
| : DER-UNITS TO SAN FRANCISCO CA 96608-0000 IC 01238 MCC WQ1 | PERSONNEL GAINED (0122) ( ) | 870705 TR TO CD WMQ-2 GRP-Y MCE WQ1 870706 JD FOR DU 870718 TO 890515 ASG RSD TO WMQ-8 DER-Y PFO SRRN LNCRR URP SR-RD-CD-WMQ-2-MAG-14-MCD-WQ8 JD-FOR-DU |
| | | 880729 TR TO CG HQ FMFLANT NORVA FOR DU MCC 111 |
| HQ: K, VA 29519 FINLANT BDX: DO1 MCC 111 | | 880903 JD FOR DU H/S-1 900819 TR TO CG, 3D FSSG, OKI, JA (MCC 1C2) FOR DU |
| SPTBN 3DFSSG VN CAI A...00 MCC 1C2 | | 901011 JD FOR DU H/HS CO |

PERRY WILLIE B. JR.

ark Hampton QC 6/27/91    Libby Hutcheson 6/27/91

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | RECORD | DATES |  | SIGNATURE |
|---|---|---|---|---|
|  |  | FROM | TO |  |
| 860830 | Participated in Operation Prairie Fire (Freedom of Navigation operation off the coast of Libya) | 860322 | 860331 |  |
| 860830 | Participated in Operation Midnight Canyon (U. S. strike against Libya) | 860414 | 860416 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | | | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| Letter of Appreciation |  |  | 821219 | ByDir |
| LETTER OF ACHIEVEMENT |  |  | 830716 | ByDir |
| LETTER OF APPRECIATION |  |  | 830630 | ByDir |
| MERIT MAST |  |  | 840330 | ByDir |
| MERIT MAST |  |  | 860123 | ByDir |
| GCM |  |  | 860311 | ByDir |
| CERT OF COMMENDATION |  |  | 860703 | ByDir |
| MERIT MAST |  |  | 860721 | ByDir |
| NUC |  |  | 860505 | ByDir |
| SSDR |  |  | 860515 | ByDir |
| MERIT MAST |  |  | 860919 | ByDir |
| GCM |  |  |  | ByDir |
| SSDR |  |  |  | ByDir |
| MERITORIOUS MAST |  |  |  |  |

* DENOTES LATE ENTRY



rck Hampton QC 6/27/91    Libby Hutcheson 6/27/91

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (4270)

### COMBAT/NON-COMBAT HISTORY - EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM 19— | 19— | |
| | | | | |

### AUTHORIZED AWARDS

| NAME OF AWARD | NO. DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|
| NAM | | 880318 | ByDir |
| * AFEM | | 870318 | ByDir |
| LETTER OF COMMENDATION | | 890717 | ByDir |
| NAM | | 890721 | ByDir |
| LETTER OF APPRECIATION | | | ByDir |
| CERT OF COMMENDATION | | | ByDir |
| MUC (MCAS CHERRY POINT NC 871001-880930) | | | ByDir |
| Letter of Appreciation | | | ByDir |

* DENOTES LATE ENTRY

[b)(6)]



CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| VMAQ-2 MAG-14 2dMAW<br>MCAS CHERPT N.C. 28533-6013<br>RUC 01008 MCC VQ1 | PERSONNEL CLK<br>(0151) ( 12 ) | 860915 TR TO CO VMAQ-2 MAG-14<br>2dMAW MCAS CHERPT N.C. MCC VQ1<br>860916 JD FOR DU<br>870603 DIS<br>870604 REENL |
| VMAQ-2 DET-YANKEE<br>FPO SAN FRANCISCO CA 96603-5080<br>RUC 01238    MCC VQ1 | PERSONNEL CLERK<br>(0121) ( 15 ) | 970105    TR TO CO VMAQ-2 DET-Y MCC VQ1<br>970106    JD FOR DU<br>97110    TD 890515   ASG TAD TO VMAQ-2<br>DET-Y BFO SPAN UNDER DEP<br>21-01 JD VMAQ-2 MAG-14 MCC VQ1<br>JD FOR DU |
| HOSVCBN FMFLANT<br>NORFOLK, VA 23515-5010<br>RUC 20001 MCC 111 | PERS CLK<br>(0121) (24) | 880729    TR TO CO HQ FMFLANT NORVA FOR DU<br>MCC 111<br>880903 JD FOR DU W/S-1<br>900819 TR TO CG, 3D FSSG, CK1, JA (MCC<br>1C2) FOR DU |
| 9THENGRSPTBN 3DFSSG FMFPAC<br>FPO SFRAN CA<br>RUC 29100 MCC 1C2 | PERSCLK<br>(0121) (12) | 901011 JD FOR DU W/H&S CO<br>911001 TR TO CENTCOM P19C (MCC UVG1)<br>FOR DU<br>911001 TR TO CENTCOM MACDILL AFB FL<br>(MCC UCG) FOR DU |
| MARCORADMINDET<br>HQ U.S. CENTRAL COMMAND<br>MACDILL AFB FL<br>RUC 53720    MCC UCG | PERSCLK<br>(0121) ( 1 ) | 911113 JD FOR DU W/CCJ1<br>930602 TR TO CO 2D BN, 2D MAR 2D<br>MARDIV CLNC (MCC V22) FOR DU |
| 2DBN 2DMAR 2DMARDIV<br>FMF CAMLEJ 28542-0095<br>RUC 12120    MCC V22 | PERSCHIEF<br>(0193) ( ) | 930615 JD FOR DU W/H&S CO<br>930615 ASG ADDU ALTERNATE ID CARD<br>ISSUING AGENT ( )<br>ALTERNATE MEAL CARD<br>ISSUING AGENT ( )<br>BIR/BTR/RED/SGLI<br>AUDITOR ( )<br>931 TO 940616 ASG TAD UDB GXLJA LJD<br>940916 TO    TAD ABOARD USS NASH LJD |

PERRY WILLIE  R 18

(b)(6)
(3)4

B---- (----  -- --  95      B Br--- D/  4-1- 95

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TEST'S COMPLETED (1989)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD MOS | 2ND ADD MOS | TITLE OF MOS | AUTHORITY |
|---|---|---|---|---|---|
| 820206 | 0100 | | | BASIC ADMIN MAN | DCTO MAN FEB 2002 |
| 820611 | 0151 | | | ADMIN CLK | DCTO MAN MAR 2002 |
| 820725 | 0121 | | | PERS CLK | DCTO MAN FEB 2002 |
| 930101 | 0193 | | | PERSCHIEF | ALTS MAN FEB 2002 |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO YEARS | GRAD YES NO | YEAR LEFT OR MONTH | JOB TITLE JANITOR 4 |
|---|---|---|---|---|---|
| GRAMMAR SCHOOL | ///// | ///// | ///// | | DUTIES |
| HIGH SCHOOL | | | | X | 382 |
| COL./UNIVERSITY | | | | X | |
| TRADE SCHOOL | | | | X | |

### SERVICE SCHOOL, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO WEEKS | MO/YEAR COMPLETED | HOURS PLATE | CLASS STANDING OR GRADE |
|---|---|---|---|---|---|
| PERS ADMIN SCOOL MCRDEP PISC | BASIC CLERICAL CRS (OJT) | 04 | 8206 | | |
| PERS ADMIN SCOOL MCRDEP PISC | PERS CLERICAL CRS (OJC) | 04 | 8207 | | |
| MCI WASHDC | PUNCTUATION (01.19) | | 8304 | | |
| NCO SCOOL MCAS CHRPT NC | MARINE NCO CRS (ODD) | 04 | 8309 | | |
| MCI WASHDC | (01.36) PERS ADMIN FOR THE RPT UNIT | | 8601 | | |
| Peachtext 5000 Tr 2dMAW | PEACHTEXT 5000 TR | | 8603 | | |
| NAS OCEANA NORVA | FIRE FIGHTING SCHOOL | | 86/02 | | |
| MCI WASHDC | INDIVIDUAL PERSONNEL RECORDS | 0135 | 8608 | | |
| MCI WASH DC | PERSONAL FINANCE | | 8803 | | |
| U.S. CENTCOM, MACDILL AFB | WORD PROC. W/WORD PERFECT | | 9112 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| NAME | | | | | DATE PREPARED |
|---|---|---|---|---|---|
| PERRY | Willie | R | Jr | | 850123 |

NAVMC 118(11) (Rev 3-73) (Previous editions will not be used.)

FB — ~~~~~ "1295|   |B B~~ DC 4-12 95|

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD (1970)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (DD) | TO — | SIGNATURE |
|---|---|---|---|---|
| 860830 | Participated in Operation Praise Fire (Freedom of Navigation operation off the coast of Libya) | 860322 | 860331 | |
| 860830 | Participated in Operation Eldorado Canyon (U. S. strike against Libya) | 860414 | 860416 | *ByDir* |

## AUTHORIZED AWARDS

| NAME OF AWARD | BVD SHQ/SHI AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | ByDir |
| LETTER OF ACHIEVEMENT | | | 620719 | ByDir |
| LETTER OF APPRECIATION | | | 830628 | ByDir |
| MERIT MAST | | | 840330 | ByDir |
| MERIT MAST | | | 850123 | ByDir |
| GCM | | | 850211 | ByDir |
| CERT OF COMMENDATION | | | 850701 | ByDir |
| MERIT MAST | | | 850731 | ByDir |
| NUC | | | 860603 | ByDir |
| SSDR | | | 860615 | ByDir |
| MERIT MAST | | | 860810 | ByDir |
| GCM | 1 | | | ByDir |
| SSDR | 1 | | | ByDir |
| MERITORIOUS MAST | | | 871201 | ByDir |

* DENOTES LATE ENTRY

(b)(6)                    CONT ON SVC PG

F~~~ V~~~~ ~~ · J~

NAME (LAST, FIRST, MIDDLE)          SSN

NAVMC 118 (9) (REV. 4-60)

CtnPDF - www.fxsta.com

F B ... ... ...1296    B B... DC ...-12 95

MBAT HISTORY – EXPEDITIONS – AWA..S RECORD (1878)

### COMBAT/NON-COMBAT HISTORY - EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (DAY) | TO | |
| 930527 | Participated in Op "Restore Hope, Somalia w/UN UNOSON II Team | 930401 | 930521 | DKitan... CO By JIT |
| (00310) | Participated in OPERATION SUPPORT DEMOCRACY while serving with Somalia Carab. Det. H. JTF Task, Haiti | 940910 | 940916 | |
| (0031) | Participated in OPERATION at DEM DEMOCRACY while serving with Somalia Carab. Det. H. JTF Task, Haiti | 940919 | 941019 | N.R.Pow... |

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICE | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| NAM | | | 880318 | ... ByDir |
| AFEM | | | 870318 | ... ByDir |
| LETTER OF COMMENDATION | 1 | | 890717 | ... ByDir |
| NAM | | | 890721 | ... ByDir |
| LETTER OF APPRECIATION | | | 890718 | ... ByDir |
| CERT OF COMMENDATION | | | 891102 | ... ByDir |
| MJC (MCAS CHERRY POINT NC 871001-880930) | | | 900605 | ... ByDir |
| | | | STA | |
| Letter of Appreciation | | | 900644 | ... ByDir |
| GCM | 2 | | | |
| NDSM | | | 910228 | ... ByDir |
| NAM | 2 | | ----- | ... ByDir |
| SSDR | 1 3 | | 911001 | ... ByDir |
| NAM | | | ----- | ... CO |
| JC | | | 930510 | ... CO |
| JU | | | 930602 | ... CO |
| AFEM | 1 | | | |
| JA | | | 930602 | ... CO |

* DENOTES LATE ENTRY

PERRY   WILLIE R.  JR

NAME (Last)   (First)   (Middle)   SSN

NAVMC 118(9) (Rev. 3-76) (PREVIOUS EDITIONS WILL BE USED) 0000-00-000-0000 U/I On

Con't On Supp Page

(9)#a

ChkPDF - www.fenbo.com

FB ..... .... 3 ...1390    B. B... 0C ..-.. 5

[C]

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (10TH)

COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (OR) | TO | SIGNATURE |
|---|---|---|---|---|
|  |  |  |  |  |

AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |  |
|---|---|---|---|---|---|
| GD | 3 |  |  |  | By dir |
| SD | 3 |  |  |  | By dir |
| UNM (U.S. CNTCOM 930326-930521) |  |  | 940718 |  | By dir |

| PERRY JR | WILLIE | B |  |  | SMCRM: |
|---|---|---|---|---|---|
| NAME (Last) | (First) | (Middle) |  |  | AFRM: |

NAVBC 118 (R) (Rev. 9-68) ...

CNPDF - www.fastio.com

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED (1500)

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS. | 1ST ADD. MOS. | 2ND ADD. MOS. | TITLE OF MOS. | AUTHORITY |
|------|---------|---------|---------|-----------|-----------|
| 820506 | 0100 | | | BASIC ADMIN MAN | ACTS MAN PAR 3002 |
| 820611 | 0151 | | | ADMIN CLK | ACTS MAN PAR 3002 |
| 820729 | 0121 | ---- | ---- | PERS CLK | ACTS MAN PAR 3002 |
| 930101 | 0193 | ---- | ---- | PERSCHIEF | ACTS MAN PAR 3002 |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRAD. YES | GRAD. NO | YEAR LEFT SCHOOL | |
|-------------|--------------|-----------|-----------|----------|------------------|---|
| GRAMMAR SCHOOL | ///////// | 08 | X | | 1977 | JOB TITLE: JANITOR ½ |
| HIGH SCHOOL | ACADEMIC | 4 | X | | 1981 | DUTIES: 382 |
| COLLEGE-UNIVERSITY | | | | X | | |
| | | | | | | |
| TRADE-BUSINESS | | | | X | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | MO./YEAR COMPLETED | INCOM-PLETE | CLASS STANDING OR GRADE |
|------------------------------|--------|-----------|--------------------|-----------|------------------------|
| PERS ADMIN SCOL MCRDEP PISC | BASIC CLERICAL CRS (01T) | 04 | 8206 | | |
| PERS ADMIN SCOL MCRDEP PISC | PERS CLERICAL CRS (01C) | 04 | 8207 | | |
| MCI WASHDC | PUNCTUATION (01.19) | | 8304 | | |
| NCO SCOL MCAS CEHRPT NC | MARINE NCO CRS (ODD) | 04 | 8309 | | |
| MCI WASHDC (01.36) | PERS ADMIN FOR THE RPT UNIT | | 8603 | | |
| peachtext 5000 Tr 2dMAW | PEACHTEXT 5000 TR | 8Hrs | 8601 | | |
| NAS OCEANA NORVA | FIRE FIGHTING SCHOOL | | 86/02 | | |
| MCI WASHDC | INDIVIDUAL PERSONNEL RECORDS | 0135 | 8608 | | |
| MCI WASH DC | PERSONAL FINANCE | | 8803 | | |
| U.S. CENTCOM, MACDILL AFB | WORD PROC. W/WORD PERFEC | 8Hrs | 9112 | | (b)(6) |
| NCMA, SOL MCB CAMLEJ NC | SNCO CAREER CRS (ISA) | 07 | 9505 | | |
| PASCOL MCSSS MCB CAMLEJ NC | ADV PERS ADMIN CRS (AAD) | 09 | 9708 | | |
| | | | | | |

| NAME (Last) | (First) | (Middle) | SSN | DATE PREPARED |
|-------------|---------|----------|-----|---------------|
| PERRY | Willie | R    Jr | (b)(6) | 850123 |

NAVMC 118 (8a) (REV. 3-77) [Previous edition will not be used.]

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO – | SIGNATURE |
|---|---|---|---|---|
| 860830 | Participated in Operation Praire Fire (Freedom of Navigation operation off the coast of Libya) | 860322 | 860331 | |
| 860830 | Participated in Operation Eldorado Canyon (U. S. strike against Libya) | 860414 | 860416 | *ByDir* |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | *ByDir* |
| LETTER OF ACHIEVEMENT | | | 820719 | *ByDir* |
| LETTER OF APPRECIATION | | | 830628 | *ByDir* |
| MERIT MAST | | | 840330 | *Bydir* |
| MERIT MAST | | | 850123 | *ByDir* |
| GCM | | | 850211 | *ByDir* |
| CERT OF COMMENDATION | | | 850703 | *Bydir* |
| MERIT MAST | | | 850731 | *Bydir* |
| NUC | | | 860603 | *ByDir* |
| SSDR | | | 860615 | *Bydir* |
| MERIT MAST | | | 860810 | *ByDir* |
| ~~MCEM~~ | | | ~~870918~~ | |
| GCM | | | | *Bydir* |
| ~~SSDR~~ | 1 | | | |
| MERITORIOUS MAST | 1 | | 871201 | *Bydir* |

* DENOTES LATE ENTRY

| NAME (LAST, FIRST, MIDDLE) | SSN |
|---|---|
| FERRY, WILLIAM, JR | |

CONT ON SUPP PG

NAVMC 118 (9) (REV. 4-80)

960724　PARTICIPATED IN OP "QUICK RESPONSE" IN　960520　960627
BANGUI, CENTRAL AFRICAN REP. AS PART OF
BLT 2/2 22D MEU JTF ASSURED RESPONSE

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | DATES TO | SIGNATURE |
|---|---|---|---|---|
| 960724 | PARTICIPATED IN OP "JOINT ENDEAVOR" IN THE ADRIATIC SEA AS PART OF CTF 62 WHILE ABOARD THE USS GUAM. | 960210 960401 | 960305 960409 | |
| 960724 | PARTICIPATED IN OP "ASSURED RESPONSE" IN MONROVIA, LIBERIA AS PART OF BLT 2/2 22D MEU JTF ASSURED RESPONSE WHILE ABOARD THE USS GUAM. | 960420 | 960627 | |
| 960724 | PARTICIPATED IN OP "QUICK RESPONSE" IN BANGUI, CENTRAL AFRICAN REP. AS PART OF BLT 2/2 22D MEU JTF ASSURED RESPONSE WHILE ABOARD THE USS GUAM. | 960520 | 960627 | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | | |
| SD | 3 | | | |
| UNM(U.S. CNTCOM 930326-930521) | | | 940718 | |
| AE(JTF 180 940916-950331) | 2 | | 950223 | |
| HS(JTF 180 940810-941019) | | | 960110 | |
| SD | 4 | | | |
| FS(USS GUAM 960212-960305) | | | 960724 | BYDIR |
| CERT OF COMMENDATION | | | 960820 | BYDIR |
| JMUC (960403-960812) | | 1 | 961115 | Bydir |
| GMUC (SUPPORT DEMOCARCY) | | | 980110 | |
| cretary of the Navy Letter of mmendation(Uphold Democarcy) | | | 970110 | Bydir |
| : | 4 | | | Bydir |
| (JTF ASSURED RESPONSE 960408-960812) | 1 | | | |
| C (2NDBTN 2NDMAR 9306-9608) | | | 970327 | Bydir |
| ro (960210-960405 BLT 2/2 22ND MEU) | | | 970904 | Bydir |
| AST GUARD MUC (940601-960201 JFT 180) | | | 970904 | Bydir |

| NAME (Last) | (First) | (Middle) | SSN | RECONSTRUCTED 960724 |
|---|---|---|---|---|
| PERRY JR | WILLIE | R | | |

NAVMC 118 (9) (REV 7-86) (Previous editions will be used) BN: 0000-00-000-2608 (ur PD) OF 1/01

ClibPDF - www.fastio.com

COMBAT HISTORY – EXPEDITIONS – AWA  JS RECORD  (1070)

## COMBAT/NON-COMBAT HISTORY - EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO– | SIGNATURE |
|---|---|---|---|---|
| 930527 | Participated in Op "Restore Hope, Somalia w/UN UNOSOM II Team | 930401 | 930521 | D.K. Hanen CO Bydi |
| 940810 | Participated in OPERATION SUPPORT DEMOCRACY while serving with SPMAGTF Carib, Det K, JTF 180, Haiti | 940810 | 940910 | Bydi |
| 940919 | Participated in OPERATION UPHOLD DEMOCRACY while serving with SPMAGTF Carib, Det K, CTG 185.3, Haiti | 940919 | 941019 | W.R. Perry Bydi |

## AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| NAM ✓ | | | 880318 | Bydir |
| * AFEM ✓ | | | 870318 | Bydir |
| LETTER OF COMMENDATION | 1 | | 890717 | ByDir |
| NAM ✓ | | | 890721 | ByDir |
| LETTER OF APPRECIATION | | | 890718 | Bydir |
| CERT OF COMMENDATION | | | 891102 | ByDir |
| MUC (MCAS CHERRY POINT NC 871001-880930) | | | 900605 | ByDir |
| Letter of Appreciation | | | 900611 574 | Bydir |
| GCM ✓ | 2 | | ——— | ByDir |
| NDSM ✓ | | | 910228 | Bydir |
| NAM | 2 | | ← | Bydir |
| SSDR | 2 | | 911001 | Bydir |
| NAM | 3 | | ——— | Bydir |
| JC | | | 930510 | CO |
| JU | | | 930602 | CO |
| AFEM | 1 | | ——— | CO |
| JA | | | 930602 | CO |

* DENOTES LATE ENTRY

PERRY WILLIE R. JR
NAME (Last)          (First)          (Middle)          SSN

NAVMC 118(9) (Rev. 2-78) (PREVIOUS EDITIONS WILL BE USED) SN: 0000-00-000-2600 U/I: EH

(9) Ha        Con't On Supp Page

ClibPDF - www.fastio.com

**G**
(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2ND RTBN RTR<br>MCRD PARRIS IS<br>RUC 32092  MCC 016 | RECRUIT<br>(9900) (  ) | 820213 JD FOR REC TRNG<br><br>820506 TR TO MCRD PISC (MCC JA3) |
| SptCo HQSVCBN, MCRDEP<br>WSC 29905<br>RUC 32012 MCC JA3 | STUD<br>(02) | 820517 JD FOR STUD<br><br><br>820729 TR TO MCAS CHERPT<br>MCC 022 FOR DU |
| STAOPENGRON MCAS CHERRY PT<br>NC 28533<br>RUC 02007 MCC 022 | SRBCLK<br>(0121) (05) | 820809 JD FOR DU<br><br>820821 TO 820829 ON EMER LV<br>821214 TO 821231 ON ANN LV<br>830113 TR TO MCC 142, 2DMAW |
| MWHS-2,  2DMAW, FMFLant<br>MCAS CHERPT NC<br>RUC 01053 MCC 142 | PERSONNEL CLD<br>(0121) (15) | 830114 JD FOR DU W/S-1<br><br>840330 TR TO MAG-14 |
| VMA(AW)-224,MAG-14<br>MCAS CPNC 28533<br>RUC 01224 MCC 142 | PERSONNEL CLK<br>(0121) (06) | 840403 JD FOR DU/S-1<br><br>840925 TR TO H&MS-14 FOR DU |
| H&MS-14 MAG-14 2DMAW<br>MCAS CPNC 28533<br>RUC 01068 MCC 142 | PERSONNEL CLK<br>(0121) (08) | 840926 JD FOR DU |
|  | PERSONNEL CLK<br>(0121) (10) | 850503 DISCHARGED<br>850504 JD REENL RETN THIS ORG<br>850930 TR TO VMAQ-2 |
| VMAQ-2, MAG-14, 2DMAW, MCAS<br>CHERPT, NC 28533-6013<br>RUC 01008 MCC 142<br>VMAQ-2, DET YANKEE FPO NY<br>090501-4400 RUC 01238 MCCVO1<br>*REDISGNATED VMAQ-2 MAG-14<br>2DMAW | PERSONNEL CLK<br>(0121) (06) | 851001 JD FOR DU<br><br>860114 TR TO VMAQ-2 DET YANKEE<br><br>860115 JD VMAQ-2 DET YANKEE<br><br>860309 TO 860910 ASG TAD VMAQ-2 DET<br>YANKEE FPO NEW YORK ON UNIT DEPLM |
| MCAS CHERPT N.C. 28533-6013<br>RUC 01238 MCC VOL EFF:851104<br>AUTH: CMC SPDLTR 1080 MPI-<br>48B<br>SER:. 067-85 OF 851022 | PERSONNEL CLK<br>(0121) (06) |  |

| PERRY, WILLIE R. JR | | | | *RECONSRUCTED ON 910405 |
|---|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN | CON'T ON SUPPL PG |

NAVMC 118(3) (Rev. 8-74) (Previous editions are obsolete)

ClibPDF - www.fastio.com

**G**
**(1070)**

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| VMAQ-2 MAG-14 2dMAW<br>MCAS CHERPT N.C. 28533-6013<br>RUC 01008 MCC VQ1 | PERSONNEL CLK<br>(0151) ( 12 ) | 860915 TR TO CO VMAQ-2 MAG-14<br>2dMAW MCAS CHERPT N.C. MCC VQ1<br>860916 JD FOR DU<br>870603 DIS<br>870604 REENL |
| VMAQ-2 DET-YANKEE<br>FPO SAN FRANCISO CA 96603-9080<br>RUC 01238    MCC VQ1 | PERSONNEL CLERK<br>(0121) ( 13 ) | 870705    TR TO CO VMAQ-2 DET-Y MCC VQ1<br>870706    JD FOR DU<br><br>871110    TO 880515    ASG TAD TO VMAQ-2<br>DET-Y FPO SFRAN UNDER UDP<br>~~TR TO CO VMAQ-2 MAG-14 MCC VQ1~~<br>~~JD FOR DU~~ |
| HQSVCBN FMFLANT<br>NORFOLK, VA 23515-5010<br>RUC 20001 MCC 111 | PERS CLK<br>(0121) (24) | 880729 TR TO CG HQ FMFLANT NORVA FOR DU<br>MCC 111<br><br>880903 JD FOR DU W/S-1<br><br>900819 TR TO CG, 3D FSSG, OKI, JA (MCC<br>1C2) FOR DU |
| 9THENGRSPTBN 3DFSSG FMFPAC<br>FPO SFRAN CA<br>RUC 29100  MCC 1C2 | PERSCLK<br>(0121) (12) | 901011  JD FOR DU W/H&S CO<br>~~911001 TR TO CG MCRDEP PISC (MCC 014)~~<br>~~FOR DU~~<br><br>911001 TR TO CENTCOM MACDILL AFB FL<br>(MCC UCG) FOR DU |
| MARCORADMINDET<br>HQ U.S. CENTRAL COMMAND<br>MACDILL AFB FL<br>RUC 53720    MCC UCG | PERSCLK<br>(0121) ( 19 ) | 911113 JD FOR DU W/CCJ1<br>930602 TR TO CO 2D BN, 2D MAR, 2D<br>MARDIV CLNC (MCC V22) FOR DU |
| 2DBN 2DMAR 2DMARDIV<br>FMF CAMLEJ 28542-0095<br>RUC 12120    MCC V22 | ADMIN<br>PERSCHIEF<br>(0193)    ( 16 ) | 930615 JD FOR DU W/H&S CO<br>930615 ASG ADDU ALTERNATE ID CARD<br>            ISSUING AGENT ( )<br>            ALTERNATE MEAL CARD<br>            ISSUING AGENT ( )<br>            BIR/BTR/RED/SGLI<br>            AUDITOR ( )<br><br>~~930701 TO 940808 ASG TAD UDD OKLJA~~ LJD<br><br>940810 TO _____ TAD ABOARD USS WASP LJD |

| NAME (Last) | (First) | (Middle) | SSN |
|---|---|---|---|
| PERRY WILLIE | R JR | | (b)(6) |

NAVMC 118(3) (Rev. 8-74) (Previous editions are obsolete)    U/s SN BN: 0000-00-000-0000

CHRONOLOGICAL RECORD

**G**
(1070)

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| | STUD<br>(0193) (02) | 950420 ATT TAD CMCCR 001 MCB<br>CAMLEJ NC 28542-5100<br>RUC 31350 MCC JBE |
| | | 950609 ATT TERM |
| | ADMIN CHF<br>(0193) (15 ) | 950609 FR TAD |
| | | 960830 TR TO MATSG NATC FOR DU<br>MCC G78 |
| MATSG NAS PENSACOL FL<br>RUC 06050   MCC G78 | ADMIN CHF<br>(0193) ( 08) | 961001 JD FOR DU |
| | | 970613 TO TAD EXCESS |
| | ADMINCHF STUD<br>(0193) (02) | 970615 ATT TAD EXCESS W/PASCOL<br>RUC 31319 MCC K78 |
| | | 970801   ATT TERM |
| | ADMIN CHIEF<br>(0193) ( ) | 970803 FR TAD EXCESS |

PERRY     WILLIE     R  JR
NAME (Last)     (First)     (Middle)     SSN
NAVMC 118(3) (Rev. 8-74) (Previous editions are obsolete)

U/I: PADS OF 100 SN: 0000-00-000-1008
*U.S. GPO: 1991-348-002/20176

ClibPDF - www.fastio.com

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD   (1070)

### COMBAT/NON-COMBAT HISTORY - EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO — | SIGNATURE |
|---|---|---|---|---|
| 930527 | Participated in Op "Restore Hope, Somalia" w/UN UNOSOM II Team | 930401 | 930521 | D.K. Hansen CO / Bydir |
| 940810 | Participated in OPERATION SUPPORT DEMOCRACY while serving with SPMAGTF Carib, Det R, JTF 180, Haiti | 940810 | 940910 | |
| 940919 | Participated in OPERATION UPHOLD DEMOCRACY while serving with SPMAGTF Carib, Det R, CTB 185.3, Haiti | 940919 | 941019 | W.R. Perry Bydir |

### AUTHORIZED AWARDS

| NAME OF AWARD | NUMBER OF STARS | DEVICES | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|
| NAM | | | 880318 | Bydir |
| * AFEM | | | 870318 | Bydir |
| LETTER OF COMMENDATION | 1 | | 890717 | ByDir |
| NAM | | | 890721 | |
| LETTER OF APPRECIATION | | | 890718 | Bydir |
| CERT OF COMMENDATION | | | 891102 | ByDir |
| MUC (MCAS CHERRY POINT NC 871001-880930) | | | 900605 | ByDir |
| Letter of Appreciation | 2 | | 574 / 900611 | Bydir |
| GC | | | | Bydir |
| NDSM | | | 910228 | Bydir |
| NAM | 2 | | — | Bydir |
| SSDR | 2 | | 911001 | Bydir |
| NAM | 3 | | 930510 | CO |
| JC | | | 930602 | CO |
| JU | | | | CO |
| AFEM | 1 | | 930602 | CO |
| JA | | | | |

* DENOTES LATE ENTRY

PERRY WILLIE R. JR

| NAME (Last) | (First) | (Middle) | SSN |

NAVMC 118(9) (Rev. 2-79) (PREVIOUS EDITIONS WILL BE USED)

Con't On Supp Page

ClibPDF - www.fastio.com

960724    PARTICIPATED IN OP "QUICK RESPONSE" IN
BANGUI, CENTRAL AFRICAN REP. AS PART OF
BLT 2/2 22D MEU JTF ASSURED RESPONSE          960520    960627    **C**
COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | FROM (ON) | TO | SIGNATURE |
|---|---|---|---|---|
| 960724 | PARTICIPATED IN OP "JOINT ENDEAVOR" IN THE ADRIATIC SEA AS PART OF CTF 62 WHILE ABOARD THE USS GUAM. | 960210 960401 | 960305 960409 | |
| 960724 | PARTICIPATED IN OP "ASSURED RESPONSE" IN MONROVIA, LIBERIA AS PART OF BLT 2/2 22D MEU JTF ASSURED RESPONSE WHILE ABOARD THE USS GUAM. | 960420 | 960627 | Bydir |
| 960724 | PARTICIPATED IN OP "QUICK RESPONSE" IN BANGUI, CENTRAL AFRICAN REP. AS PART OF BLT 2/2 22D MEU JTF ASSURED RESPONSE WHILE ABOARD THE USS GUAM. | 960520 | 960627 | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| GC | 3 | | | |
| SD | 3 | | | |
| UNM (U.S. CNTCOM 930326-930521) | | | 940718 | |
| AE (JTF 180 940916-950331) | 2 | | 950223 | |
| HS (JTF 180 940810-941019) | | | 960110 | |
| SD | 4 | | | |
| FS (USS GUAM 960212-960305) | | | 960724 | BYDIR |
| CERT OF COMMENDATION | | | 960820 | BYDIR |
| JMUC (960403-960812) | | 1 | 961115 | Bydir |
| CGMUC (SUPPORT DEMOCRACY) | | | 960110 | |
| Secretary of the Navy Letter of Commendation (Uphold Democracy) | | | 970110 | Bydir |
| GC | 4 | | | Bydir |
| HS (JTF ASSURED RESPONSE 960408-960812) | 1 | | | Bydir |
| NC (2NDBTN 2NDMAR 9306-9608) | | | 970327 | Bydir |
| NATO (960210-960405 BLT 2/2 22ND MEU) | | | 970904 | Bydir |
| COAST GUARD MUC (940601-960201 JFT 180) | | | 970904 | Bydir |
| LTR OF COMMENDATION | | | 980311 | |
| CERTIFICATE OF APPRECIATION | | | 980416 | Bydir |
| OS | | | 991016 | Bydir |
| * LTR OF APPRECIATION | | | 990825 | Bydir |

* DENOTES LATE ENTRY
RECONSTRUCTED 960724

| PERRY JR | WILLIE | R | | |
|---|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SSN | |

NAVMC 118 (9) (REV 7-86) (Previous editions will be used) SN: 0000-00-000-2000 Ult: PD OF 100

ClibPDF - www.fastio.com

COMBAT HISTORY - EXPEDITIONS - AWARDS RECORD (1070)

C

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES | | SIGNATURE |
|---|---|---|---|---|
| | | FROM (ON) | TO · | |
| | | | | |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUB SEQUENT AWARD STAR | SERVICES OR SERVICE STAR | DATE ISSUED | SIGNATURE | |
|---|---|---|---|---|---|
| GC | 5 | | | | Bydir |
| LTR OF APPRECIATION | | | 000209 | | Bydir |

PERRY WILLIE R. JR
NAME(LAST,FIRST,MIDDLE)                              SSN

NAVAC 118(3)(REV 4-60)                              PL C

CIbPDF - www.fastio.com

COMBAT HISTORY — EXPEDITIONS — AWARDS RECORD (1070)

## COMBAT HISTORY AND EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON) | TO — | SIGNATURE |
|---|---|---|---|---|
| 860830 | Participated in Operation Praire Fire (Freedom of Navigation operation off the coast of Libya) | 860322 | 860331 | |
| 860830 | Participated in Operation Eldorado Canyon (U. S. strike against Libya) | 860414 | 860416 | ByDir |

## AUTHORIZED AWARDS

| NAME OF AWARD | SUBSEQUENT AWARD STARS | DEVICES OR SERVICE STARS | DATE ISSUED | SIGNATURE |
|---|---|---|---|---|
| Letter of Appreciation | | | 821210 | ByDir |
| LETTER OF ACHIEVEMENT | | | 820719 | ByDir |
| LETTER OF APPRECIATION | | | 830628 | ByDir |
| MERIT MAST | | | 840330 | Bydir |
| MERIT MAST | | | 850123 | ByDir |
| GCM | | | 850211 | ByDir |
| CERT OF COMMENDATION | | | 850703 | Bydir |
| MERIT MAST | | | 850721 | Bydir |
| NUC | | | 860603 | ByDir |
| SSDR | | | 860615 | Bydir |
| MERIT MAST | | | 860810 | ByDir |
| MGM | | | 870918 | ByDir |
| GCM | 1 | | | Bydir |
| SSDR | 1 | | | Bydir |
| MERITORIOUS MAST | | | 871201 | Bydir |

\* DENOTES LATE ENTRY
EN

CONT ON SUPP PG

PERRY, WILLIE E. JR

| NAME (LAST, FIRST, MIDDLE) | SSN |
|---|---|

NAVMC 118 (9) (REV. 4-80)

ClibPDF - www.fastio.com



**G**
(1070)

## CHRONOLOGICAL RECORD

| UNIT/ORGANIZATION | PRIMARY DUTY | REMARKS |
|---|---|---|
| 2ND RTBN RTR<br>MCRD PARRIS IS<br>RUC 32092  MCC 016<br>6008 HOSVCBN, MCRDEP<br>@PJL ENTER LANGUAGE=PCL | RECRUIT<br>(9900) (o? )<br><br>STUD<br>(??) | 820213 JD FOR REC TRNG<br>820506 TR TO MCRD PISC (MCC JA3)<br>820517 JD FOR STUD |