UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant.* | ) | |

ORDER

On consideration of defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and plaintiff's Opposition thereto and Cross-Motion for Summary Judgment, it is, by the Court, this ____ day of _____, 2006,

ORDERED that defendant's motion be, and the same hereby is, DENIED, and plaintiff's cross-motion be, and the same hereby is, GRANTED. The decisions of the Enlisted Remedial Selection Board ("ERSB") and the Board for Correction of Naval Records ("BCNR") (as approved by the Assistant General Counsel) are SET ASIDE and the case is REMANDED with instructions to cause plaintiff's record to be reconsidered by the ERSB and, if he is not selected, by the BCNR, no later than 120 days after the date of judgment. The ERSB shall (a) compare GySgt Pettiford's OMPF with those of the Marines against whom he must be compared under the ERSB regulation (conducting distinct proceedings in respect of each original selection board as to which he is entitled to remedial consideration); (b) ensure that all changes necessary to reflect the fact that both his OMPF and those of the Marines against

which the ERSB compares him necessarily changed from year to year; and (c) preserve and segregate by year the records against which his OMPF is considered in respect of each remedial consideration.

                                        United States District Judge