IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SECRETARY OF THE NAVY** )<br>)<br>)<br>**Defendant.** )<br>_____ ) | Civil Action Number: 05-2082 (ESH) |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT'S REPLY AND OPPOSITION

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Board for Correction of Naval Records. Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including January 29, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due December 30, 2006.

2. Defendants have been diligently working on this matter; however, defendants need additional time to assemble the administrative record and address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff through counsel consents to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to file his Renewed Motion for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780