IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD**          ) | |
|                 **Plaintiff,**          ) | |
|        v.          ) | Civil Action Number: 05-2082 (ESH) |
| **SECRETARY OF THE NAVY**          ) | |
|                 **Defendant.**          ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT'S REPLY AND OPPOSITION

Plaintiff brings this case under Administrative Procedure Act, 5 U.S.C. § 702, *et seq* and the military record correction statute, 10 U.S.C. §1552 challenging a decision of the Board for Correction of Naval Records. On February 9th Plaintiff filed a memorandum in opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and cross motion for summary judgment. Defendant respectfully moves this Court for an enlargement of time to file its reply to plaintiff's opposition and its opposition to plaintiff's cross motion through and including March 10, 2006. Good cause exists to grant this motion:

    1. Defendant's reply is currently due February 21 and its opposition February 24, 2006.

    2. Defendant and Plaintiff's have entered discussions aimed at resolving this case without need for further litigation and the additional time will allow the parties to pursue those discussions.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

    4. This is the first enlargement of time sought for this reply and opposition.

    5. Plaintiff through counsel consents to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to file its reply to plaintiff's opposition and its opposition to plaintiff's cross motion. A proposed order is included with this Motion.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780