## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action Number: 05-2082 (ESH)** |
| | ) |
| **SECRETARY OF THE NAVY** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MOTION TO VOLUNTARILY REMAND TO AGENCY
## AND MEMORANDUM IN SUPPORT THEREOF

For the reasons set forth below, defendant requests that this case be voluntarily remanded to the agency for further administrative action. Upon consideration of the issues raised in the motion to dismiss and the opposition thereto, the Secretary has withdrawn the final agency decision denying Plaintiff's request for relief at the Board for Correction of Naval Records (BCNR) and has requested that the BCNR to review its decision. Accordingly, defendant requests the Court remand the case to the agency for further action. In support of this motion, defendant states the following:

1. Plaintiff brings suit pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 702, challenging a decision by the BCNR as arbitrary, capricious and contrary to law. Plaintiff seeks a remand to the Enlisted Remedial Selection Board and if not selected to the BCNR.

2. Defendant filed a Motion for Summary Judgment on January 30, 2006 and Plaintiff filed a memorandum in opposition and Cross Motion for Summary Judgment on February 9, 2006.

3.  Upon consideration of the issues raised in the motion to dismiss and the opposition thereto Defendant agrees to set aside the decision of the BCNR.

4.  Accordingly, the Navy requests the issue be remanded to the Agency for further action. The BCNR will conduct a de novo review of plaintiff's application for relief, including seeking a new advisory opinion from the ERSB.

5.  On remand the BCNR will re-examine the procedures used at plaintiff's various remedial selection boards and take appropriate action based on this review.

6.  Plaintiff thorough counsel indicates he opposes this action.


                    Respectfully submitted,


                    _____
                    KENNETH L. WAINSTEIN., D.C.  Bar #451058
                    United States Attorney


                    _____
                    R. CRAIG  LAWRENCE, D.C.  Bar #171538
                    Assistant United States Attorney


                    _____
                    KEVIN K. ROBITAILLE
                    Special Assistant U.S. Attorney
                    Civil Division
                    555 Fourth St., N.W.
                    Washington, D.C.  20530
                    202-353-9895  / FAX 202-514-8780