UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 1:05CV02082 |
| ) | (ESH) |
| v. ) | |
| ) | |
| SECRETARY OF THE NAVY ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Motion to Voluntarily Remand to Agency. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that this matter is hereby Remanded to the Agency

This is a final, appealable order.

SO ORDERED.

_____
Ellen S. Huvelle
United States District Judge

Copies to:
The Parties via ECF