UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>)<br>*Defendant.* ) | Civil No. 05-2082 (ESH) |

ORDER

On consideration of defendant's Motion to Voluntarily Remand to Agency, plaintiff's Opposition thereto, and the entire record, it is, by the Court, this ____ day of _____, 2006,

ORDERED that defendant's motion be, and the same hereby is, DENIED.

United States District Judge