UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **SECRETARY OF THE NAVY** : <br> : <br> **Defendant.** : <br> : | Civil Action No. 05-2082 <br> (ESH) |

### ORDER

This matter comes before the Court on Defendant's Motion to Voluntarily Remand to Agency [#13]. Based upon the motion, the opposition thereto, and the entire record herein, it is this 19th day of April, 2006, hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that this matter is remanded to the agency so that the BCNR can, if necessary,[1] obtain a new advisory opinion from the Head of Enlisted Promotions Branch, United States Marine Corps, and it is further

ORDERED that the agency file with the Court a status report, within 75 days from this date, detailing what future course of action, if any, it intends to take.

s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: April 19, 2006

---

[1] The Court is not requiring the BCNR to seek an advisory opinion; it is free to convene a new ERSB or to undertake any other appropriate action.