IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAURICE B. PETTIFORD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number: 05-2082 (ESH) |
| | ) | |
| **SECRETARY OF THE NAVY** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**STATUS REPORT**

On March 9, 2006, the Secretary of the Navy moved for a voluntarily remand of this case. On April 19, 2006 the Court granted Defendant's motion and remanded the case to the BCNR so that the BCNR could, if necessary, obtain a new advisory opinion from the Head of Enlisted Promotions Branch, United States Marine Corps. The Court further ordered the Navy to file a status report within 75 days detailing what future action it intends to take.

The BCNR has elected to seek a new advisory opinion and has sent a request detailing specific areas the Enlisted Promotions Branch, United States Marine Corps is to address. The Enlisted Promotions Branch is still in the process of compiling the advisory opinion and has not yet provided it to the BCNR. Accordingly the BCNR has not determined what course of action to take regarding Plaintiff's application.

Defendant expects that within thirty days it will be able to provide the Court a more complete status report indicating a decision regarding a future course of action.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895