IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD**  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**SECRETARY OF THE NAVY**  )<br>)<br>)<br>**Defendant.**  )<br>_____ ) | Civil Action Number: 05-2082 (ESH) |

**STATUS REPORT**

On March 9, 2006, the Secretary of the Navy moved for a voluntarily remand of this case. On April 19, 2006 the Court granted Defendant's motion and remanded the case to the BCNR so that the BCNR could, if necessary, obtain a new advisory opinion from the Head of Enlisted Promotions Branch, United States Marine Corps. The Court further ordered the Navy to file a status report within 75 days detailing what future action it intends to take. On July 5, 2006, Defendant filed an initial status report and provides the following for an update.

The BCNR received a new advisory opinion from the Enlisted Promotions Branch, United States Marine Corps on August 2. The advisory was sent to Plaintiff's attorney for review and comment. On August 28th Plaintiff's counsel provided input and sought clarification of some items. Enlisted Promotions Branch is in the process of responding to the questions and considering the input. No BCNR action is expected until after Enlisted Promotions has an opportunity to consider and respond to all submissions by Plaintiff's Counsel.

Respectfully submitted,


_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney



_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney



_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895