UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Huvelle |

PLAINTIFF'S STATUS REPORT

On April 19, 2006, the Court denied the parties' dispositive motions without prejudice, remanded to the Secretary for further proceedings, and directed him to file a status report detailing what future course of action he intends to take. The Secretary filed reports on July 5 and September 8, 2006. Thereafter, on July 16, 2007, the Board for Correction of Naval Records ("BCNR") again denied Gunnery Sergeant ("GySgt") Pettiford's application. The proceedings on remand are complete.

GySgt Pettiford believes that the BCNR's latest decision does not satisfy the requirements of the Administrative Procedure Act, 5 U.S.C. § 706. A status conference is respectfully requested so the Court can establish a briefing schedule, beginning with a date for submission of a Supplemental Administrative Record.

We understand that Mr. Robitaille has left the Office of the United States Attorney, and we are confident another attorney from that Office will be assigned promptly upon submission of this Status Report.

          Respectfully submitted,

          /s/
          Eugene R. Fidell (112003)
          Feldesman Tucker Leifer Fidell LLP
          2001 L Street, N.W., Second Floor
          Washington, DC  20036
          (202) 466-8960

          *Attorney for Plaintiff*

October 16, 2007