IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action Number: 05-2082 (ESH) |
| | ) |
| **SECRETARY OF THE NAVY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, substituting for Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780