UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | Judge Huvelle |

PLAINTIFF'S CONSENT MOTION FOR LEAVE TO
FILE AMENDED AND SUPPLEMENTAL COMPLAINT

With defendant's consent, plaintiff hereby moves for leave to file the Amended and Supplemental Complaint submitted herewith. A proposed Order is also attached.

Respectfully submitted,

/s/
EUGENE R. FIDELL (112003)
MATTHEW S. FREEDUS (475887)
FELDESMAN TUCKER LEIFER FIDELL LLP
2001 L Street, N.W., Second Floor
Washington, DC  20036
(202) 466-8960

*Attorneys for Plaintiff*

January 23, 2008