UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD, )<br>)<br>      *Plaintiff*, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>)<br>      *Defendant*. ) | Civil No. 05-2082 (ESH) |

ORDER

On consideration of plaintiff's consent motion for leave to file the Amended and Supplemental Complaint, it is, by the Court, this _____ day of January, 2008,

ORDERED that the said motion is granted. The Clerk will file the Amended and Supplemental Complaint.

United States District Judge