IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action Number: 05-2082 (ESH) |
| ) | |
| **SECRETARY OF THE NAVY** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE**

The Board for Correction of Naval Records having completed its proceedings on the voluntary remand granted at the Secretary's request, and a second Supplemental Administrative Record having been furnished to Plaintiff, the parties propose the following briefing schedule:

1. Defendant file his Motion for Summary Judgment by **February 29, 2008**;

2. Plaintiff file his Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by **March 28, 2008**;

3. Defendant file his Opposition to Plaintiff's Cross Motion for Summary Judgment and his Reply to Plaintiff's Opposition by **April 22, 2008;**

4. Plaintiff file his Reply to Defendant's Opposition by **May 7, 2008;**

Respectfully submitted,

_/s_____
JEFFREY A. TAYLOR (498610)
United States Attorney

_/s_____
RUDOLPH CONTRERAS (434122)
Assistant United States Attorney

| | |
|---|---|
| _/s_____<br>EUGENE R. FIDELL (112003)<br>FELDESMAN TUCKER LEIFER FIDELL LLP<br>2001 L Street, NW, Second Floor<br>Washington, DC 20036-4910<br>(202) 466-8960<br>*Attorney for Plaintiff* | _/s_____<br>BRIAN C. BALDRATE<br>Special Assistant U.S. Attorney<br>455 Fourth Street, N.W.,<br>Washington, D.C. 20530<br>(202) 353-9895<br>*Attorneys for Defendant* |