## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action Number: 05-2082 (ESH) |
| | ) |
| **SECRETARY OF THE NAVY** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant file his Motion for Summary Judgment and the Supplemental Administrative Record by **February 29, 2008**;

**ORDERED** that Plaintiff file his Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by **March 28, 2008**;

**ORDERED** that Defendant file his Opposition to Plaintiff's Cross Motion for Summary Judgment and his Reply to Plaintiff's Opposition by **April 22, 2008;**

**ORDERED** that Plaintiff file his Reply to Defendant's' Opposition by **May 7, 2008;**

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2008.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Counsel for Parties via ECF