# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY )<br>)<br>Defendant. )<br>_____ ) | Civil No. 05-2082(ESH) |

## DECLARATION OF MAJOR RYAN W. REILLY, USMC, HEAD, ENLISTED PROMOTIONS SECTION (MMPR-2), UNITED STATES MARINE CORPS

In accordance with 28 U.S.C. § 1746, I, Major Ryan W. Reilly, USMC make the following declaration in the above-cited case.

1. I am the Head, Enlisted Promotions Section (MMPR-2) for the United States Marine Corps. In this capacity, I am directly responsible for all enlisted promotions. Specifically, one of my duties includes the preparation, briefing, and convening of Enlisted Remedial Selection Boards (ERSBs).

2. I researched and pulled the selection rate statistics of the CY 1999 First Sergeant regular promotion board and the CY 1999 Master Sergeant regular selection board for Plaintiff's Military Occupational Specialty (MOS) 1169. Plaintiff's Military Occupational Specialty was Utilities Maintenance Chief (1169).

3. Below are the statistics for the CY 1999 First Sergeant regular selection board:

**1999 USMC FIRST SERGEANT SELECTION BOARD**

IMOS: 9999     CONS: 1080     ALLOC: 180     SEL: 180

| | ABOVE ZONE | | IN ZONE | | BELOW ZONE | |
|---|---|---|---|---|---|---|
| | ELIG | SEL | ELIG | SEL | ELIG | SEL |
| 900 - 880 | 0 | 0 | 1002 | 179 | 0 | 0 |
| 879 - 860 | 0 | 0 | 44 | 0 | 0 | 0 |
| 859 - 840 | 0 | 0 | 17 | 1 | 0 | 0 |
| 839 - 820 | 0 | 0 | 11 | 0 | 0 | 0 |
| 819 - 800 | 0 | 0 | 2 | 0 | 0 | 0 |
| 799 - 770 | 0 | 0 | 2 | 0 | 0 | 0 |
| 769 - 740 | 0 | 0 | 1 | 0 | 0 | 0 |
| 739 - 710 | 0 | 0 | 0 | 0 | 0 | 0 |
| 709 - 680 | 0 | 0 | 0 | 0 | 0 | 0 |
| 679 - 650 | 0 | 0 | 0 | 0 | 0 | 0 |
| 649 - 000 | 0 | 0 | 1 | 0 | 0 | 0 |

4. The abbreviations on each column on the enclosed spreadsheet:

a. IMOS: 9999 = Intended Military Occupational Specialty (MOS). Sometimes, there may be several MOS's that merge into one as Marines progress in rank. For example: 0311 - Infantry Rifleman, 0331 - Machine Gunnery, 0341 - Mortarman, 0351 - Assaultman, 0352 - Anti-tank rocket man are all entry-level MOSs. However, once Marines reach Sergeant they all compete for the IMOS of 0369 - Infantry Unit Leader. In this case, 9999 was the intended MOS for First Sergeant.

b. CONS: 1080 = This means there were 1,080 Marines considered for selection

c. ALLOC: 180 = This means there were only 180 allocations for Marines to compete for.

d. SEL: 180 = The board did select the full allocation of 180 Marines for First Sergeant (MOS 9999)

e. ABOVE ZONE = The above zone encompasses sergeants and above who are eligible for promotion consideration and who have been previously considered in the promotion zone, but not selected. These Marines will continue to be considered for

2

promotion as long as they intend to remain in the Marine Corps, or until they have been selected for promotion to the next higher grade.

f. IN ZONE = Sergeants or SNCOs who have not previously failed selection for the grade to which competing and who satisfy the MOS; Date of Rank; and Armed Forces Active Duty Based Date/Pay Entry Base Date (the date joined active duty) (if applicable) requirements established for this zone. This is also referred to as the promotion zone.

g. BELOW ZONE = Marines possessing at least the minimum time in grade necessary to be eligible for promotion to the next higher grade but are not in the promotion zone. The number of Marines in the below zone is normally an estimate of the promotion zone for the following year's Staff Noncommissioned Officer Selection Board.

h. ELIG = The number of eligible Marines for promotion consideration from that Zone.

i. SEL = The number of Marines actually selected for promotion to the next grade in that Intended MOS.

5. There were 1002 Marines with a Performance Index (PI) rating between 9.00 - 8.80 considered by the CY 1999 First Sergeant regular selection board. Of those Marines, only 179 with a PI between 9.00 - 8.80 were selected for promotion. Therefore, 830 Marines eligible for promotion with a PI rating between 9.00 - 8.80 were not selected for promotion. Among the remaining Marines considered, one was a PI rating of 8.59-8.40 was also selected for promotion.

6. Below are the statistics for the CY 1999 IMOS 1169 Master Sergeant regular promotion board:

3

```
IMOS:  1169       CONS:   62      ALLOC:   20       SEL:   20
                ABOVE ZONE        IN ZONE          BELOW ZONE
                ELIG   SEL       ELIG   SEL        ELIG   SEL
900 - 880         4     2         28    18          2     0
879 - 860         0     0          0     0          0     0
859 - 840         0     0          1     0          0     0
839 - 820         0     0          0     0          0     0
819 - 800         0     0          1     0          0     0
799 - 770         0     0          0     0          0     0
769 - 740         0     0          0     0          0     0
739 - 710         0     0          0     0          0     0
709 - 680         0     0          0     0          0     0
679 - 650         0     0          0     0          0     0
649 - 000         0     0          0     0         26     0
```

7. Please refer to the above abbreviations if needed.

8. Sixty-two Marines were considered by the CY 1999 Master Sergeant regular promotion board from the same MOS 1169, Utilities Maintenance Chief, in which Plaintiff worked. Of those Marines, thirty-four possessed PI ratings between 9.00 - 8.80, one had a PI rating between 8.59 - 8.40, and one had a PI rating between 8.19-8.00. Twenty of the thirty-four Marines with a PI rating between 9.00-8.80 were selected for promotion. Therefore, fourteen Marines were not selected.

9. The CY 1999 Master Sergeant regular promotion board selection rate was less than fifty percent.

10. The CY 1999 First Sergeant and Master Sergeant regular selection boards considered the PI rating and Official Military Performance File (OMPF) of each individual Marine candidate. The OMPF consists of a Marine's Official Photograph, copies of the actual Marines Service Record Book, Performance Evaluations (Fitness Reports) received over the career, Enlistment/Reenlistment contracts, copies of any professional military or civilian education certificates or diplomas submitted by the Marine or commands for inclusion in the

4

official military personnel file, copies of awards or certificates of commendatory material submitted as well as any copies of adjudicated derogatory material such as non-judicial punishment, courts-martial or other adverse material such as counseling statements for poor performance or substandard conduct. In addition to the Official Military Personnel File, data from the Marine Corps Total Force System is supplied to the promotion board which encompasses physical fitness test scores, rifle and pistol qualification scores, professional military education, personal awards and special skills or qualifications the Marine may have.

11. In accordance with Marine Corps Order 5420.16C and the Precept Language for the CY 1999 ERSB, the CY 1999 First Sergeant and Master Sergeant ERSBs considered Plaintiff's PI rating and OMPF during their deliberations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February 2008 at Quantico, Virginia.

RYAN W. REILLY
Major, U.S. Marine Corps

5