UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Huvelle |

PLAINTIFF'S STATEMENT OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION TO STRIKE

    GySgt Pettiford moves to strike Exhibit 4 to the Secretary's March 3, 2008 Motion to Dismiss or, in the Alternative, for Summary Judgment. That exhibit is not part of the administrative record. It is dated February 29, 2008, and could not have played a role in the BCNR's deliberations on remand, the board having decided GySgt Pettiford's case over seven months earlier, on July 17, 2007. As the Secretary's own Motion to Dismiss or, in the Alternative, for Summary Judgmen notes (at 7), "[b]ecause this case challenges a final administrative action, the Court's review is limited to the administrative record. *Doyle v. England*, 193 F. Supp. 2d 202, 206 (D.D.C. 2002) (citing *Fund for Animals v. Babbitt*, 903 F. Supp. 96 (D.D.C. 1995), *amended*, 967 F. Supp. 6 (D.D.C. 1997))."

    GySgt Pettiford's January 23, 2008 Amended and Supplemental Complaint identified numerous deficiencies in the BCNR's decision. Presumably having realized that the Court was unlikely to allow another voluntary remand to remedy those deficiencies, the Secretary simply filed Exhibit 4. He has not claimed that there is any need to supplement the administrative record, and indeed, his Statement of Material Facts nowhere relies on Exhibit 4.

    For the foregoing reasons, Exhibit 4 is improper and should be stricken.

        Respectfully submitted,

        /s/
        EUGENE R. FIDELL (112003)
        MATTHEW S. FREEDUS (475887)
        FELDESMAN TUCKER LEIFER FIDELL LLP
        2001 L Street, N.W., Second Floor
        Washington, DC  20036
        (202) 466-8960

        *Attorneys for Plaintiff*

March 5, 2008