UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant.* | ) | |

ORDER

On consideration of plaintiff's Motion to Strike, it is, by the Court, this _____ day of January, 2008,

ORDERED that the said motion be, and the same hereby is, GRANTED. Plaintiff need not respond to Exhibit 4 or any part of defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment that relies on it. Plaintiff shall have 28 days from the date of this Order in which to respond to defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and the remainder of the briefing schedule is adjusted accordingly.

United States District Judge