UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | Judge Huvelle |

**PLAINTIFF'S RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR LEAVE TO FILE SECOND AMENDED
AND SUPPLEMENTAL COMPLAINT**

The BCNR having issued a further decision on voluntary remand, GySgt Pettiford respectfully moves for summary judgment and, if necessary, for leave to file a Second Amended and Supplemental Complaint. A statement of points and authorities in support of these motions and in opposition to the Secretary's Motion to Dismiss or, in the Alternative, for Summary Judgment, Revised Statement of Material Facts, Revised Statement of Genuine Issues, proposed Second Amended and Supplemental Complaint, and alternative proposed Orders are submitted herewith. An opportunity to present oral argument is requested.

Respectfully submitted,

/s/
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC 20036
(202) 466-8960

*Attorneys for Plaintiff*

March 31, 2008