Plaintiff's Exhibit 1

REDACTED EXTRACTS FROM
OFFICIAL MILITARY PERSONNEL FILE
AS CITED IN THE 2007 DECISION OF THE
BOARD FOR CORRECTION OF NAVAL RECORDS

Donald Davis 10-11-90 GCII    Donald F. Davis 10-11-90

## ADMINISTRATIVE REMARKS (1070)

| DATE: Articles UCMJ explained to me this date as required by Article 137, UCMJ. (Signature) | DATE: Articles UCMJ explained to me this date as required by Article 137, UCMJ. (Signature) | BLOOD TYPE: CLASS SWIMMER (DATE) BY DIRECTION |
|---|---|---|

841012: Hq 1st MARCORDIST GCTY
Counselled this date by the CO, RSLI, concerning my unprofessional attitude toward the guidance and direction of my NCOIC. I was further counselled on my poor display of morale, discipline, espirit de corps and proficiency expected of a Marine NCO. Any repeat of this type of performance of any nature will be dealt with by more serious measures.

MAURICE PETTIFORD

841220: PROPAY SDA1 - 100 AWDBILMOS 8411
AUTH: DSO 315-84 DTD 84IN02.
ByDir

841220: HQ 1ST MARCORDIST GCTY 11530:
SNM received one pair of safety shoes on 840813.
ByDir

841220: HQ 1ST MARCORDIST GCTY 11530
Issued Government Vehicle Operators Permit C-105-84 to operate commercial vehicles up to and including sedan/van 5-7pass. Issued 840827 expires 870826.
ByDir

850620: PROPAY UPGRADED TO SDA $220.00
BILMOS 8411 AUTH: DSO 186-85

851209: I have been counseled concerning my obligations to support my dependents. I understand that failure to pay just debts may have an adverse affect on my career in the Marine Corps and would result in involuntary separation.

MAURICE B. PETTIFORD        CO

851209: HQ 1ST MARCORDIST GCTY NY
I have been counseled concerning my obligation to support my dependent. I understand that failure to pay just debts may have an adverse affect on my career in the Marine Corps and would result in involuntary separation.

MAURICE B. PETTIFORD        CO

851209: HQ 1ST MARCORDIST GCTY NY
You have been counseled this date concerning failure to pay a just debt. You must pay your ex-wife $450.00 per month to comply with the court order you received as a result of your divorce. You should take out a pay allotment or find a suitable alternate method of payment Your NCOIC and Station Admin Chief will assist you. Failure to pay just debts may have an adverse affect on your career and may lead to administrative separation from the service.

MAURICE B. PETTIFORD        CO

PETTIFORD  Maurice B.
NAME (last, first, middle)    SSN

NAVMC 118 (11) (REV. 2-76) SN: 0000-00-000-2704 U/I: SH
PREVIOUS EDITIONS WILL BE USED.

CERTIFIED TRUE COPY

Continued on supplemental page

```
DFR  | 017 | 34024 | CASCO HQSVC BN MCRD SAN DIEGO CA 92140
PETTIFORD         | MAURICE   | B | SGT       |          | 1142 |
AC | 821019 | 821220 | N | NA
STUDENT (BOOST)   | 2 | NA | NA | NA | NNPASS | 890
NA
3 | 890 | 2745 ANDREW CT NORTH LAS VEGAS NEVADA 89030
017|015 | J9F | MCRD | MCAGCC | RECRUITING DUTY
USMC | 1STLT |          | D K DAILY MARINE LIAISON
```

SGT PETTIFORD VOLUNTARILY DISENROLLED FROM THE BOOST PROGRAM DUE TO HIS INABILITY TO KEEP PACE WITH HIS FELLOW STUDENTS IN THE ACADEMIC AREA. HE WAS COMMENDED BY HIS INSTRUCTORS FOR HIS EFFORTS, BUT HAD DIFFICULTY IN ASSIMILATING THE CLASSROOM INSTRUCTION. SGT PETTIFORD'S FINAL GRADE POINT AVERAGE WAS 2.008, WITH A CLASS STANDING OF 113 OUT OF 118. SGT PETTIFORD IS A YOUNG NCO WHO DOES WELL WHEN PROPERLY MOTIVATED. HE DOES NOT POSSESS THE SPIRIT OF TEAMWORK HOWEVER, AND NEEDS TO WORK ON HIS ABILITY AT DEALING WITH HIS FELLOW MARINES, BOTH PEERS AND SUBORDINATES. HE HAS HAD DIFFICULTY IN ORGANIZING AND DIRECTING HIS GOALS HERE AT BOOST. I BELIEVE, HOWEVER, THAT IF HE IS PUT IN TO LEADERSHIP POSITIONS IN THE FUTURE, SGT PETTIFORD WILL DEVELOP IN TO AN ASSET TO THE MARINE CORPS.

I HAVE BEEN COUNSELED IMMEDIATELY PRIOR TO THE SUBMISSION OF THIS REPORT IAW MCO 01610.7B

Maurice B. Pettiford   17 Dec 82

K D JORDAN
LTCOL USMC
CO HQSVC BN

ROBERTSON  TSI  9-1-83



DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
TDE-44-bkm
1560/11 D37 13
21 DEC 1982

From: Commandant of the Marine Corps
To: Corporal Maurice B. Pettiford ███████████, USMC
Via: Marine Representative, Broadened Opportunity for Officer Selection and Training (BOOST) Program, Service School Command, Naval Training Center, San Diego, California 92133

Subj: Voluntary Disenrollment from the Broadened Opportunity for Officer Selection and Training (BOOST) Program

Ref: (a) Your ltr of 29Nov82

1. The reference requests that you be voluntarily disenrolled from the Broadened Opportunity for Officer Selection and Training (BOOST) Program. You have indicated that your family situation will not permit you to apply yourself to the BOOST Program.

2. Your grade reports indicate that you can not keep pace with the academic load of BOOST. Therefore, your request for disenrollment is hereby approved. The obligated service incurred upon your assignment to BOOST remains in effect.

3. You will remain at your present duty station until permanent change of station or reassignment orders are issued.

BRUCE A. PIFEL
By direction

Copy to:
MSRB

XX

| DFR | 121 | 11400 | SUPTCO 1STCBTENGRBN 1STMARDIV CAMPEN CA 92055 |
| PETTIFORD | MAURICE | B | SGT | ▉▉▉▉ | 1141 |
| SA | 830120 | 830331 | N | NA |
| GENERETOR OPERATOR | 2 | 1363N | 111 | 1141 | XNPASS | 890 |
| NA |
| 3 | 890 | 2245 ANDREW CIR NORTH LAS VEGAS NV 69030 |
| 017 | 355 | Y40 | MCRD SDIEGO CA | MARBKS SUBIC BAY | RCTR DUTY |
| USMC | CW02 | ▉▉▉▉ | A E PALMEJAR UTIL OFF |

1 0 0 0 8 1 1 1 3 2 0

Sergeant PETTIFORD is a quiet, respectful, and even-tempered Marine. He is a good worker and willingly accepts those responsibilities assigned to him. This NCO is positive in handling of his subordinates and supervises them effectively without dulling their initiative or deadening their interest. An exceptionally good speaker, he presents his ideas clearly and effectively and inspires confidence in the soundness of his views. Sgt PETTIFORD's appearance and weight is well within the Marine Corps standards. The marks assigned on this fitness report are in accordance with MCO P1610.7E.

Maurice B Pettiford 20Mar85      Alfredo E Palmejar        830330

T J DUMONT LTCOL BN CMDR       1 Apr 83

STAPLE ADDITIONAL PAGES HERE    1640

W.Williams TSI 2-28-85

851224

DFR | 121 | 11400 | 1CBTENGRBN 1STMARDIV CAMPEN CA

PETTIFORD | MAURICE | SGT | ▮▮▮▮ | 1141

TR | 830401 | 831029 | N | 830630 - 830913 TAD SCHOOL

ELECT EQUIP REPR | S | 1363N | 129 | 1142 | SNPASS | 890

NA

3 | 890 | 2745 ANDREWEIR NORTH LAS VEGAS NV

017 | 023 | C31 | MCRD SAN DIEGO | MCAS EL TORO | I&I NEW YORK CITY

USMC | CWO2 | ▮▮▮▮ | A E PALMEJAR UTILITIES OFFICER

Of the seven months of this reporting period I observed Sergeant PETTIFORD for only approximately three months, six weeks at the beginning and six weeks at the end of the period. The period of nonavailability was due to Sgt PETTIFORD's own TAD and my TAD. Sgt PETTIFORD remains a quiet and even-tempered Marine. He does tend to be somewhat unimaginative and unassuming however when given a task he ensures its completion. He has a good ability of self-expression which serves as an asset when dealing with subordinates. With time to mature and after a successful tour of recruiting duty he should be able to take on increased responsibilities associated with his MOS. This report is late due to SGT PETTIFORD's failure to ensure a report was submitted prior to his detaching from this unit.

Maurice F Pettiford    840523
Maurice C Pettiford    840523

Alfredo E Palmejar    840406

T J DUMONT LTCOL BN CMDR    840728

(A3)
(N)

0721532

*V. Williams TSI 2-28-85*

## 1STMARDIV SUPPLEMENTAL PAGE TO FITNESS REPORTS
## DF07-1610

| MARINE REPORTED ON | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | MI | GRADE | |
| PETTIFORD | MAURICE | | SGT | |

| OCCASION AND PERIOD COVERED | |
|---|---|
| OCC | PERIOD FROM - TO |
| TR | 830401 - 831029 |

INITIAL AS APPLICABLE

( ) REPORTING SENIOR

(✓) REVIEWING OFFICER

---

ADDITIONAL COMMENTS

The initial report for the period of 830401 to 831029 was written on 831022 and forwarded by the reporting senior to Sgt PETTIFORD for signature. Sgt PETTIFORD had failed to ensure that a report was completed prior to his detachment. When the report was received back it included the rebuttal statement. Upon my review I questioned the marks assigned by the reporting senior and encouraged him to reconsider his evaluation of Sgt PETTIFORD's performance. This was accomplished on 840406 and the report was forwarded to Sgt PETTIFORD for signature. Because the report was somewhat marginal Sgt PETTIFORD signed block 24. A point to be made in behalf of Sgt PETTIFORD is that for the period of 830401 to 831029 he was observed for a relatively short period of time. This is explained in section "C" of the report. It is my opinion that the report as written should not adversely affect Sgt PETTIFORD's opportunities. Of even greater concern in this matter is the fact that Sgt PETTIFORD was transferred from recruiting duty. If in fact he was doing well as indicated by his transfer report, dated 840409, it appears he was transferred because of the one report from this unit. This report had not even entered the official record at HQMC. This appears to be prejudicial and only based on a report that his new command may under other circumstances not have even seen.

It is understood that Sgt PETTIFORD has addressed the matter of the transfer to the Inspector General of the Marine Corps. It is recommended that he be given support in receiving an explanation regarding the transfer.

CONTINUE ON REVERSE HEAD TO FOOT

```
XX    X X  XXXXXXXXXXXXXXRXXYYXXXXX  X    X  X  X  X  X

DFR    | 965 | 60001 | USMC RS LONG ISLAND NY
PETTIFORD            | MAURICE | B | SGT   |          | 1141 |
TR | 831216 | 840413 | N | 831216-840121 PRO DEL TVL
RECRUITER           | 2 | 5131 | 29 | 8411 | NNPASS | 890 |
NA                  |   |      |    |      |
3 | 890 | 2745 ANDREW CIRCLE N LAS VEGAS NEVADA
015 | 023 | 017 | 29 PALMS CA     MCAS EL TORO     MCRD SDIEGO CA
USMC | MAJ |              | W F BALL III COMMANDING OFFICER
```

Sergeant PETTIFORD presents an exceptional personal appearance in uniform. His grooming and bearing are flawless. He has approached his assignment as a recruiter in an extremely positive manner. He has an outgoing personality and is quick to develop rapport with applicants and their families. As a recruiter he has gotten off to a good start, having obtained his first enlistment within days of his arrival at this RS. The occasion of this report is his relief for the good of the service and transfer. Sergeant PETTIFORD's transfer to recruiting duty was accompanied by inadequate screening and improper procedures by his former command. He should not have been sent here in the first place so his transfer back to his MOS should in no way reflect adversely on him. He has worked very hard during his assignment to this RS and has achieved good results. During this period Sgt PETTIFORD received his diploma for completion of the SNCO Academy Extension course. This accomplishment was (Continued on supplemental page)

R. V. Nicoli
Colonel, U.S. Marine Corps
Director

NAME/RANK/SSN __PETTIFORD, MAURICE B./Sgt/_____ OCCASION __TR__

PERIOD FROM __831216__ TO __840413__

possible only through his superior attention to duty and hard work."

2683H
Mgr WAC

| | |
|---|---|
| 1. ORGANIZATION | HQSVC BN FMFLANT NORFOLK VA |
| TR  111  20001 | |
| REPORTED ON | |
| PETTIFORD | MAURICE  B  SGT    1141 |
| DATE AND PERIOD COVERED | |
| TR  840414  840828  N  NA | |
| REGULAR DUTY | |
| ELECTRICIAN | S  4955M  50  1141  MMPASS  890 |
| REGULAR DUTY | |
| NA | |
| DEPENDENTS REQUIRING TRANSPORTATION | |
| 3  890  2745 ANDREW CIR N LAS VEGAS NEVADA | |
| 044  C31  130  MCAS IWAKUNI  I&I BROOKLYN  1ST MARBDE FMF | |
| USMC  1STLT    S L RAGGO MAINTENANCE OFFICER | |

Though assigned as an electrician, Sergeant PETTIFORD has spent the majority of his time performing his additional duties as this section's supply NCO. His ability to master the mechanics of this important and demanding duty speak highly of his diligence and flexibility. With little background and virtually no formal training, he organized and directed the implementation of this section's preexpended bin, while continuing to provide the necessary supply support essential to the maintenance mission. His ability to work with Marines of senior rank, though considerable, required increased attention in the areas of tact and deference early in this reporting period. The improvements he made in these areas is immense, and have more than remedied the problem. His remarkable organizational abilities combined with his forceful, determined leadership style portend an outstanding growth potential and an increasingly high value to the service.

Maurice B. Pettiford  840830

F. S. BLAIR III
LTCOL, USMC
CO. HQSVC BN

840830

30 Aug 84

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DFR | 13C | 00173 | MWSS-173 MAG-24 1STMAB FMF | | | | |
| PETTIFORD | | O | MAURICE | B | SSGT | ▓▓▓ | 1141 |
| CH | 870731 | 871031 | N | NA | | | |
| NCOIC ELEC SECTION | | | 3 | 8702 | 326 | 1141 | MMPASS  531489475 |
| 1 | 967 | | 44-511 KANEOHE BAY DR KANEOHE HI 96744 | | | | |
| 233 | 111 | 012 | MARBKS 8TH&I STS | CG HQ FMFLANT | | | MCB QUANTICO VA |
| USMC | 1STLT | | ▓▓▓ | W R STEELE ENGINEER OFFICER | | | |

SSgt Pettiford is a recent join to the Utility Branch and has been assigned as the NCOIC of the Electrical Shop. In the short time he has been with the section he has shown that he is dedicated, mission oriented and is willing to seek responsibility. He has used this marking period to improve his knowledge in the administrative areas of his MOS. SSgt Pettiford is currently enrolled in collegiate off duty education and actively participates in the MCI program. He keeps himself in outstanding physical condition and has been conducting the squadron's remedial PT program as a volunteer. His appearance both in and out of uniform is always spotless. I believe SSgt Pettiford will be a valuable asset to his section in the future.

Maurice B. Pettiford    871127         [signature]         271487

D A DEBRUYNE MAJOR
OPERATIONS OFFICER                                29 Dec 87

FILE

TIFORD MAURICE B          SSGT          870721   871031   CM

Kreuser Denise       1171
Pettiford Maurice B  1141
Tyson Morris W       1171

Wayne ~~~~          321187

D. A. DeBruyne      0271217 DEC 87

OMPF
88 MAY 6 19 AM '99

MMPE-2

**FITNESS REPORT (1610)**   [X]   910320   00

| PROGRAM | ORGANIZATION | | | | |
|---|---|---|---|---|---|
| DFR | 926 | 81001 | USMCRS BALTO MD 4TH MCD | SSGT | 1142 |

MARINE REPORTED ON: PETTIFORD, MAURICE A. B.

OCCASION AND PERIOD COVERED: AN 900101 - 901231   N   NA

DUTY ASSIGNMENT: RECRUITER   12 5131 54 8411   NNPASS

ADDRESS: 6804 TROWBRIDGE PL FT WASHINGTON MD 20744

DUTY PREFERENCE: 233 012 010 MARBKS 8TH AND I | MCCDC QUANTICO | HQMC

REPORTING SENIOR: USMC MAJ   C F TOLER COMMANDING OFFICER

**Record a concise appraisal of the professional character of Marine reported on. This space must not be left blank.**

SSGT PETTIFORD is an energetic and hard working SNCO. Cooperative and punctual. Diligent and conscientious, strives for the betterment of the unit. Exemplary leadership skills. Innovative and creative in the pursuit of mission attainment. Interacts well with his fellow Marines. Superb personal appearance and military bearing. Sound administratively and adept at time management. SSGT PETTIFORD is a self-starter, who requires minimal supervision. He is qualified for promotion with his peers.

Signed: Maurice B. Pettiford   910121

25 REVIEWING OFFICER:
J.S. EVANS
COLONEL USMC
COMMANDING OFFICER

910201
910305

| NAME (Last, First, M.I.) | GRADE | IDENTIFICATION NO. | FROM | TO | OCCASION |
|---|---|---|---|---|---|
| PETTIFORD, MAURICE B. | SSGT | [redacted] | 900101 | 901231 | AN |

### REPORTING SENIOR'S CERTIFICATION

I certify that on the terminal date shown in Item 3 of Section A, I was the Reporting Senior for only those Marines of the same grade as shown in Item 15b of Section B. These Marines are ALPHABETICALLY LISTED below. I rank this Marine as ____ of ____ (only rank Marines marked Outstanding – 15a and b; mark NA if not applicable).

| NAME (Last, First, M.I.) | PMOS | NAME (Last, First, M.I.) | PMOS |
|---|---|---|---|
| ANNIS JR., JOHN F. | 4421 | MCCORMICK, MICHAEL A. | 2542 |
| CAMPBELL, RONALD L. | 2837 | NICHOLSON, WESLEY | 5811 |
| CARREFAS, HECTOR L. | 3537 | PETTIFORD, MAURICE B. | 1142 |
| CHEZEK, MICHAEL F. | 0621 | SHAVER, SIMON M. | 3529 |
| FREII, MARK A. | 4000 | SUITER, ROBERT L. | 3043 |
| HOLMAN, MARK A. | 3051 | VANETTEN, LAWRENCE J. | 0369 |
| HOLMES, SAMUEL E. | 3043 | VASQUEZ, CHEYLENE L. | 0431 |
| LESANE, TIMOTHY S. | 8048 | WAKELEY JR., EDWARD R. | 2549 |
| MACQUILLIAM, KEVIN T. | 6017 | WALTERS III, WILLIAM E. | 0331 |

SIGNATURE _____  DATE 910201

### REVIEWING OFFICER'S CERTIFICATION

1. ☐ I have not had sufficient opportunity to observe this Marine. (I have no comment.)
2. ☑ I have had only limited opportunity to observe this Marine, but from what I have observed I generally concur with the Reporting Senior's marks in Items 15a and b.
3. ☐ I have had sufficient opportunity to observe this Marine, and concur with the Reporting Senior's marks in Items 15a and b.
4. ☐ I have had sufficient opportunity to observe this Marine, and do not concur with the Reporting Senior's marks in Items 15a and b. I would evaluate this Marine as ____ (Item 15a) and rank this Marine as ____ of ____ (only rank those evaluated as Outstanding (OS)).

REMARKS (mandatory if Item 4, above, is checked):

SIGNATURE _____  DATE 910305

WILL NOT be entered into any computer program

D. Miller  11/5/93      Roz   11/5/93

USMC FITNESS REPORT (1610)        931005 08

| PROGRAM | | OCCASION | | |
|---|---|---|---|---|
| DFR | 012 | 30903 | MTBN MCCDC QUANTICO VA 22134 | |

| MARINE REPORTED ON | FIRST NAME | MI | GRADE | IDENTIFICATION NO | MOS | STATUS |
|---|---|---|---|---|---|---|
| PETTIFORD | MAURICE | B | SSGT | [redacted] | 1142 | |

| TYPE | FROM | TO | | |
|---|---|---|---|---|
| TR | 930101 | 930803 | N | NA |

| DUTY | MONTHS | MOS | | DUTY MOS | SPECIAL INFO |
|---|---|---|---|---|---|
| TRAINING NCO | 8 | 7429 | 21 | 8532 | MMPASS |

| | | ADDRESS | | |
|---|---|---|---|---|
| 1 | 890 | 2745 ANDREW CIRCLE NORTH LAS VEGAS NV 89030 | | |

| | | | DUTY PREFERENCE | | |
|---|---|---|---|---|---|
| 063 | 019 | 044 | MCLB ALBANY | MCLB BARSTOW | MCAS IWAKUNI |

| | RANK | | NAME AND DUTY ASSIGNMENT |
|---|---|---|---|
| USMC | CAPT | [redacted] | J R FELDKAMP OPERATIONS OFFICER |

Held billet of an 8532 Gunnery Sergeant, above his paygrade and without any formal training. SSgt Pettiford singlehandedly managed the battalion's PME program, to include MCI's resident formal schools, and non-resident academic programs. Administered the unit substance abuse program; revised and solidified unit urine collection procedures; participating in Spring 1992 Marine Corps Substance Abuse Seminar. Appointed as Treasurer, Interservice Rifle Fund, directly responsible for collection, accounting, and disbursement of over $30,000 in nonappropriated funds. Currently enrolled in off-duty Computer Science baccalaureate program. Competent in all duties; initiated several efforts such as files and publications reconciliation to increase shop efficiency. Rank him in the middle of all SSgts I have worked with. Promote with peers.

13

I have seen the Section B marks and Section C comments   930825

23. I CERTIFY... John Russell Feldkamp   930824

25. REVIEWING OFFICER: J J GUEVREMONT MAJ USMC BNXO
25b. DATE: 930826

179

D. Ille    11/5/93    ROZ    11/5/93

USMC FITNESS REPORT

| MARINE REPORTED ON | GRADE | CERTIFIED WING | PRD (FROM) | TO | OCCASION |
|---|---|---|---|---|---|
| PETTIFORD, MAURICE B | SSGT | | 930101 | 930603 | TR |

### REPORTING SENIOR'S CERTIFICATION

I certify that on the terminal date shown in Item 3 of Section A, I was the Reporting Senior for only those Marines of the same grade as shown in Item 15b of Section B. Those Marines are ALPHABETICALLY LISTED below. I rank this Marine as __NA__ of __NA__ (only rank Marines marked Outstanding in 15a and b; mark NA if not applicable).

| NAME (Last, First, MI) | FMOS | NAME (Last, First, MI) | FMOS |
|---|---|---|---|

SIGNATURE _John Russell Liddle_    DATE __930825__

### REVIEWING OFFICER'S CERTIFICATION

1. ☐ I have not had sufficient opportunity to observe this Marine, so I have no comment.
2. ☐ I have had only limited opportunity to observe this Marine, but from what I have observed I generally concur with the Reporting Senior's marks in Items 15a and b.
3. ☒ I have had sufficient opportunity to observe this Marine, and concur with the Reporting Senior's marks in Items 15a and b.
4. ☐ I have had sufficient opportunity to observe this Marine, and do not concur with the Reporting Senior's marks in Items 15a and b. I would evaluate this Marine as _____ (Item 15a) and rank this Marine as _____ of _____ (only rank those evaluated as Outstanding (OS)).

REMARKS (mandatory if Item 4, above, is checked):

SIGNATURE _____    DATE __930826__

NOTE: The information above WILL NOT be entered into any computer

**USMC FITNESS REPORT (1610)**   OPTICAL FORM   ALIGNMENT LINE

**F.R.O.D.I.S. ACCEPTED**   REF: MCO P1610.7__

## Section A (Completed by Reporting Senior)

**PROGRAM:** DFR
**1. ORGANIZATION** — a. MCC: B24 | b. RUC: 80290 | c. DESCRIPTIVE TITLE: I-I STF 6TH COMMBN BROOKLYN NY 11234

**2. MARINE REPORTED ON**
- a. LAST NAME: PETTIFORD
- b. FIRST NAME: MAURICE
- c. M.I.: B
- d. GRADE: GYSGT
- e. IDENTIFICATION NO.: [redacted]
- f. PMOS: 1169
- g. STATUS: F

**3. OCCASION AND PERIOD COVERED**
- a. OCC: DC
- b. PERIOD FROM–TO: 971101 – 980930
- c. TYPE: N
- d. PERIODS OF NONAVAILABILITY: NA

**4. DUTY ASSIGNMENT**
- a. DESCRIPTIVE TITLE: ENGINEER CHIEF
- b. MONTHS: 11
- c. T/O NO.: 7937
- d. LINE NO.: 22
- e. DuMOS: 1169

**5. SPECIAL INFORMATION**
- a. QUALIFICATION: NNA208
- b. REVIEWING OFFICER ID NO.: [redacted]

**9. DEPENDENTS REQUIRING TRANSPORTATION:** (blank)

**10a. DUTY PREFERENCE (Code):** 1st 012 | 2nd 010 | 3rd 1C2
**10b. DUTY PREFERENCE (Descriptive Title):** 1st MCB QUANTICO | 2nd HQMC | 3rd 3RD FSSG CAMP FUJI

**11. REPORTING SENIOR**
- a. SERVICE: USMC
- b. GRADE: CWO3
- c. IDENTIFICATION NO.: [redacted]
- d. NAME AND DUTY ASSIGNMENT: C S MORROW JR   TELECOMM MAINT OFFICER

## Section B

**12. SPECIAL CASE:** (not marked) NOT OBSERVED REPORT / EXTENDED REPORT

**13. PERFORMANCE**
- 13a. REGULAR DUTIES: OS
- 13b. ADDITIONAL DUTIES: NO
- 13c. ADMINISTRATIVE DUTIES: EX
- 13d. HANDLING OFFICERS (MARK NCO's "NO"): NO
- 13e. HANDLING ENLISTED PERSONNEL: OS
- 13f. TRAINING PERSONNEL: OS
- 13g. TACTICAL HANDLING OF TROOPS: OS

**14. QUALITIES**
- 14a. ENDURANCE: EX
- 14b. PERSONAL APPEARANCE: EX
- 14c. MILITARY PRESENCE: EX
- 14e. ATTENTION TO DUTY: OS
- 14e. COOPERATION: OS
- 14f. INITIATIVE: OS
- 14g. JUDGMENT: OS
- 14h. PRESENCE OF MIND: NO
- 14i. FORCE: OS
- 14j. LEADERSHIP: OS
- 14k. LOYALTY: OS
- 14l. PERSONAL RELATIONS: OS
- 14m. ECONOMY OF MANAGEMENT: EX
- 14n. GROWTH POTENTIAL: OS

**15a. GENERAL VALUE TO THE SERVICE:** OS
**15b. DISTRIBUTION OF MARKS:** (row of 0's with a 2 at end)
**15c. FILL BOXES** (matrix filled)

**16. ATTITUDE TOWARD HAVING THIS MARINE UNDER YOUR COMMAND:** PARTICULARLY DESIRE

**17. SUBJECT OF REPORTS:** a. COMMENDATORY: NO | b. ADVERSE: NO | c. DISCIPLINARY ACTION: NO

**18. REPORT BASED ON OBSERVATION:** DAILY
**19. QUALIFIED FOR PROMOTION:** YES
**20. RECOMMENDATION FOR NEXT DUTY:** CONCUR (ITEM 10)

## Section C (Reporting Senior)

RECORD A CONCISE APPRAISAL OF THE PROFESSIONAL CHARACTER OF MARINE REPORTED ON. THIS SPACE MUST NOT BE LEFT BLANK.

**THIS IS A MANDATORY CLOSE-OUT REPORT.** Extremely well organized, mission oriented and empathic with his subordinates and the work environment. As the only engineer on staff, MRO is directly responsible for the operation and maintenance of all engineer assets for the battalion. Upon his arrival MRO started from "**ground zero**" and completely reorganized the engineer section to include tool control, publication library, desktops and turnover folders. **Works diligently** to ensure that the reserves have all the tools and information needed to support any exercise that the battalion conducts. Having a background in facilities maintenance and no prior training in maintenance management, MRO took the initiative to educate himself in the overall operation and use of engineer equipment. Due to his efforts the engineer equipment readiness has been **maintained at 85% or higher**. Possesses excellent verbal and written skills. Completed all PME for his rank. HT: 74 Wt: 216 Body Fat: 15%

## Section D — Signatures

**22.** I CERTIFY the information in section A is correct to the best of my knowledge.
(Signature of Marine reported on)   Date: 981001

**23.** I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality.
(Signature of Reporting Senior)   Date: 981001

**24.** (Check one when required) I HAVE SEEN THIS COMPLETED REPORT AND: [ ] I HAVE NO STATEMENT TO MAKE   [ ] I HAVE ATTACHED A STATEMENT

**25. REVIEWING OFFICER:** B W MCGOWAN JR — LT COL — INSPECTOR-INSTRUCTOR — USMC
**25a. INITIALS:** BWM
**25b. DATE:** 981019

← STAPLE ADDITIONAL PAGES HERE

(1610)

**USMC FITNESS REPORT** Page 2

| MARINE REPORTED ON (Last Name) (First Name) (M.I.) | GRADE | IDENTIFICATION NO. | PERIOD (From) | (To) | OCCASION |
|---|---|---|---|---|---|
| PETTIFORD MAURICE B | GYSGT | ~~[redacted]~~ | 971101 | 980930 | DC |

### REPORTING SENIOR'S CERTIFICATION

I certify that on the terminal date shown in item 3 of Section A, I was the Reporting Senior for only those Marines of the same grade as shown in item 15b of Section B. Those Marines are ALPHABETICALLY LISTED below. I rank this Marine as __2__ of __2__ (only rank Marines marked Outstanding in 15a and b; mark NA if not applicable).

| NAME (Last, First M.I.) | PMOS | NAME (Last, First M.I.) | PMOS |
|---|---|---|---|
| CLIFTON D J | 950101  3529 | | |
| PETTIFORD M B | 960701  1169 | | |

SIGNATURE _____  DATE __981001__

### REVIEWING OFFICER'S CERTIFICATION

1. ☐ I have not had sufficient opportunity to observe this Marine, so I have no comment.
2. ☐ I have had only limited opportunity to observe this Marine, but from what I have observed I generally concur with the Reporting Senior's marks in items 15a and b.
3. ☒ I have had sufficient opportunity to observe this Marine, and <u>concur</u> with the Reporting Senior's marks in items 15a and b.
4. ☐ I have had sufficient opportunity to observe this Marine, and <u>do not concur</u> with the Reporting Senior's marks in items 15a and b. I would evaluate this Marine as _____ (Item 15a) and rank this Marine as _____ of _____ (only rank those evaluated as Outstanding (OS)).

**REMARKS (mandatory if item 4, above, is checked):**

CONCUR WITH RS COMMENTS. I WOULD MARK 14e AND 14l AS 'EX' VICE 'OS'. I RECOMMEND GYSGT PETTIFORD FOR 1STSGT ALTHOUGH HE IS TECHNICALLY COMPETENT IN HIS MOS AND WOULD BE A FINE MSGT. HE IS A CONCERNED LEADER AND DEDICATED SNCO. I RATE AS 6 OF 8 GYSGTs I REVIEW.

SIGNATURE _____  DATE __981017__