UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | Judge Huvelle |

PLAINTIFF'S REVISED STATEMENT OF GENUINE ISSUES

8. GySgt Pettiford's 1996 application to the BCNR did not contend that his selection to E-7 was "certain." A.R. 301 *et seq*.

19. S17 does not support defendant's assertion that the January 1, 1999 changes "allowed fitness reports to provide a more complete description of a Marine's performance."

23. The ERSB majority referred to by the Secretary is predicated on a board of at least nine voting members. MCO 5420.16C (2000), Def. Ex. 2, Encl (1), at 3 (¶ 1.a.(6).

27. The BCNR received additional advisory opinions on April 11 and August 2, 2006. S16, S18.

32. Misleading. Although the ERSB used the PI for the 1999 board, the only OMPF it considered was GySgt Pettiford's. S4; Def. Ex. 4 at 5 (¶ 11).

33. The BCNR made no determination "that the CY 2000 and 2001 ERSBs were properly convened." *See* S3-5. In fact, the ERSB lacked the minimum number of voting members. *Compare* MCO 5420.16C (2000), Def. Ex. 2, Encl (1), at 3 (¶ 1.a.(6)), *with* A.R. 329, 332-33.

Respectfully submitted,

/s/ Eugene R. Fidell
Eugene R. Fidell (112003)
Matthew S. Freedus (475887)
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, DC  20036
(202) 466-8960

*Attorneys for Plaintiff*

March 31, 2008