UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SECRETARY OF THE NAVY, )<br>)<br>*Defendant*. ) | Civil No. 05-2082 (ESH) |

ORDER

On consideration of defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and plaintiff's Opposition thereto and Renewed Cross-Motion for Summary Judgment and Motion for Leave to File Second Amended and Supplemental Complaint, it is, by the Court, this ____ day of _____, 2008,

ORDERED that defendant's motion be, and the same hereby is, DENIED, and plaintiff's renewed cross-motion and motion for leave to file be, and the same hereby are, GRANTED. The Second Amended and Supplemental Complaint shall be filed. The case is REMANDED with instructions that the ERSB reconvene with the required number of voting members and reconsider GySgt Pettiford's record for CY 1999, 2000 and 2001, and, if he is not selected, that the BCNR receive and consider such other submissions as he may make.

The Secretary shall complete and file the results of the proceedings on remand within 120 days of the date of this Order.

United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE B. PETTIFORD, | ) |
| | ) |
|       *Plaintiff,* | ) |
| | ) |
| v. | )    Civil No. 05-2082 (ESH) |
| | ) |
| SECRETARY OF THE NAVY, | ) |
| | ) |
|       *Defendant.* | ) |

[ALTERNATIVE PROPOSED] ORDER

On consideration of defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and plaintiff's Opposition thereto and Renewed Cross-Motion for Summary Judgment and Motion for Leave to File Second Amended and Supplemental Complaint, it is, by the Court, this _____ day of _____, 2008,

ORDERED that defendant's motion be, and the same hereby is, DENIED, and plaintiff's renewed cross-motion and motion for leave be, and the same hereby are, GRANTED. The Second Amended and Supplemental Complaint shall be filed. The decisions of the Enlisted Remedial Selection Board and the Board for Correction of Naval Records are SET ASIDE, and it is

[**Alternatives**]

FURTHER ORDERED that the Secretary shall correct plaintiff's record to show that he was remedially promoted to Master Sergeant as of the date he would have been promoted if selected by the CY 1999 regular selection board.

[or]

FURTHER ORDERED that the case is REMANDED. The Secretary shall cause the BCNR to reconsider its 2007 decision without the errors identified in Point III of plaintiff's renewed cross-

motion for summary judgment, such proceedings to be completed and filed with the Court within 120 days of the date of this Order.

United States District Judge