UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| Defendant. | ) | Judge Huvelle |

PLAINTIFF'S CONSENT MOTION TO
SUSPEND BRIEFING AND REMAND

With defendant's consent, plaintiff moves to remand the case with instructions to refer GySgt Pettiford's record to the Enlisted Remedial Selection Board ("ERSB") for reconsideration of his request for remedial promotion to Master Sergeant with respect to the CY 1999, CY 2000 and CY 2001 Master Sergeant regular selection boards. The ERSB shall be constituted in accordance with the board size requirement prescribed in Marine Corps Order ("MCO") 5420.16C. Upon completion of the ERSB's proceedings, the parties propose to confer with respect to the need for further proceedings before the Board for Correction of Naval Records and promptly advise the Court of the status of the matter. The parties recommend that the current briefing be suspended and that the Court retain jurisdiction. The parties reserve their rights with respect to whether the ERSB's proceedings on remand will in any respect other than board size comply with MCO 5420.16C.

A proposed Order is submitted herewith.

Respectfully submitted,

/s/
EUGENE R. FIDELL (112003)
MATTHEW S. FREEDUS (475887)
FELDESMAN TUCKER LEIFER FIDELL LLP

                                                2001 L Street, N.W., Second Floor
                                                Washington, DC  20036
                                                (202) 466-8960

                                                *Attorneys for Plaintiff*

April 15, 2008