UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE B. PETTIFORD, )
)
       *Plaintiff*, )
)
v. ) Civil No. 05-2082 (ESH)
)
SECRETARY OF THE NAVY, )
)
       *Defendant*. )

ORDER

On consideration of plaintiff's Consent Motion to Suspend Briefing and Remand, it is, by the Court, this _____ day of April, 2008,

ORDERED that the said motion be, and the same hereby is, GRANTED. Briefing is SUSPENDED and the case is REMANDED with instructions to refer GySgt Pettiford's record to the Enlisted Remedial Selection Board ("ERSB") for reconsideration with respect to the CY 1999, CY 2000 and CY 2001 Master Sergeant regular selection boards, with particular reference to the board size requirement prescribed in Marine Corps Order 5420.16C.

Upon completion of the ERSB's proceedings, the parties shall confer with respect to the need for further proceedings before the Board for Correction of Naval Records and promptly advise the Court of the status of the matter.

The Court retains jurisdiction.

                                                                    United States District Judge