UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAURICE B. PETTIFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2082 (ESH) |
| ) | |
| **SECRETARY OF THE NAVY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

On consideration of plaintiff's Consent Motion to Suspend Briefing and Remand [#32], it is hereby

**ORDERED** that this motion is **GRANTED** in part. This case is hereby **REMANDED** with instructions to refer GySgt Pettiford's record to the Enlisted Remedial Selection Board ("ERSB") for reconsideration with respect to CY 1999, CY 2000, and CY 2001 Master Sergeant regular selection boards, with particular reference to the board size requirement prescribed in Marine Corps Order 5420.16C.

Upon completion of the ERSB's proceedings the parties shall confer with respect to the need for further proceedings before the Board for Correction of Naval Records and promptly advise the Court of the status of the matter.

The Clerk's Office shall administratively close this case during the pendency of the remand, and all pending motions are denied without prejudice.

**SO ORDERED.**

                                          /s/
                            ELLEN SEGAL HUVELLE
                            United States District Judge

DATE: April 15, 2008