UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE B. PETTIFORD, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil No. 05-2082 (ESH) |
| | ) | |
| SECRETARY OF THE NAVY, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Huvelle |

PLAINTIFF'S STATUS REPORT

This status report is filed, with defendant's concurrence, in accordance with the Court's Order of April 15, 2008. On remand, the ERSB did not recommend GySgt Pettiford for remedial promotion. The parties have conferred as the Court directed, and we can report that GySgt Pettiford intends to make a further submission to the BCNR. The parties recommend that the case remain administratively closed pending further developments.

                                                Respectfully submitted,

                                                /s/ Eugene R. Fidell
                                                Eugene R. Fidell (Bar No. 112003)
                                                Feldesman Tucker Leifer Fidell LLP
                                                2001 L Street, N.W., Second Floor
                                                Washington, DC  20036
                                                (202) 466-8960

                                                *Attorney for Plaintiff*

June 19, 2008